| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>A Limited Liability Partnership<br>Including Professional Corporations<br><br>STEPHEN S. KORNICZKY, Cal. Bar No. 135532<br>skorniczky@sheppardmullin.com<br>MARTIN R. BADER, Cal. Bar No. 222865<br>mbader@sheppardmullin.com<br>MATTHEW W. HOLDER, Cal. Bar No. 217619<br>mholder@sheppardmullin.com<br>12275 El Camino Real, Suite 200<br>San Diego, California 92130-2006<br>Telephone: 858.720.8900<br>Facsimile: 858.509.3691<br><br>Attorneys for TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc. | CROWELL & MORING LLP<br>John S. Gibson (CSB No. 140647)<br>jgibson@crowell.com<br>Samrah Mahmoud (CSB No. 285168)<br>smahmoud@crowell.com<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414<br><br>Robert B. McNary (CSB No. 253745)<br>rmcnary@crowell.com<br>515 S. Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5590<br>Facsimile: (213) 622-2690<br><br>Mark A. Klapow (Admitted *pro hac vice*)<br>mklapow@crowell.com<br>1001 Pennsylvania Avenue NW<br>Washington D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br><br>MCKOOL SMITH P.C.<br>Theodore Stevenson, III (Admitted *pro hac vice*)<br>tstevenson@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Fascimile: (214) 978-4044<br><br>Laurie L. Fitzgerald (Admitted *pro hac vice*)<br>lfitzgerald@mckoolsmith.com<br>300 W. 6th Street, Suite 1700<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Fascimile: (512) 692-8744<br><br>Attorneys for Defendants<br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, et al.<br><br>Defendants. | Case No. 8:14-cv-00341-JVS-AN<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ERICSSON TO SUPPLEMENT ITS ANSWERS TO INTERROGATORY NOS. 5 & 6**<br><br>Hearing date: February 12, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 6B<br>Before: Magistrate Judge Nakazato<br><br>Discovery cutoff: TBD<br>Pretrial conference: TBD<br>Trial: TBD |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the above time and place Plaintiffs TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc. will move to compel Defendant Telefonaktiebolaget LM Ericsson and Ericsson, Inc. to supplement its answers to TCL's Interrogatory Nos. 5 and 6.

This motion is made pursuant to Local Rule 37-1 and is based on the "Joint Stipulation to Application for Order for Filing Under Seal" (ECF No. 79) filed January 16, 2015, the declarations of Laurie Fitzgerald, John Han, and Björn Gudmundson, any supplemental memoranda filed under Local Rule 37-2.3, and such arguments as may be presented at the hearing.

Dated: January 20, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Martin R. Bader*
STEPHEN S. KORNICZKY
MARTIN R. BADER
MATTHEW W. HOLDER
Attorneys for TCL Communication Technology Holdings, Ltd., et al.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized the filing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 20, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

By  /s/ *Martin R. Bader*
MARTIN R. BADER
Attorney for TCL Communication
Technology Holdings, Ltd., et al.