SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*,<br><br>            Defendants. | Case No.  8:14-CV-00341 JVS AN<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1** |

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Civil Local Rule 79-5.1, the Court's Local Local Rules, and the Procedure for Presenting Documents Electronically for Sealing (Pilot Project effective July 8, 2013), the TCL Plaintiffs, by and through their counsel, respectfully submit this *unopposed* application for an order permitting them to file under seal the documents listed below:

- Paragraphs 2, 3, and 4 of the Declaration of Matthew M. Mueller, an associate attorney at Sheppard Mullin Richter & Hampton, LLP, which

- quote and characterize information Ericsson designated Highly Confidential – Outside Attorneys' Eyes Only under the Confidentiality Order in this case (Dkt. 72);

- Certain portions of TCL's positions in the L.R. 37-2.3 Supplemental Memorandum Following Joint Stipulation on TCL's Motion to Compel Ericsson to Supplement Its Answers to Interrogatory Nos. 5 & 6, which cite and reference the above-referenced designated materials and portions of the Mueller declaration, as well as other information Ericsson designated Confidential under the Confidentiality Order and has previously applied to file under seal (*see* Dkt. 77).

TCL also files a proposed order and Notice of Manual Filing. TCL has submitted to the Court by electronic mail the proposed under seal documents and a Word version of the proposed order.

Dated: January 29, 2015

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Matthew W. Holder*

STEPHEN S. KORNICZKY
MARTIN R. BADER
MATTHEW W. HOLDER

Attorneys for Plaintiff,
TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 29, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By   /s/ *Matthew W. Holder*
Matthew W. Holder

SMRH:.1

decl. of
ericsson