# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-00341 JVS (ANx) | Date | February 24, 2015 |

Title    TCL Communications Technology Holdings Ltd v. Telefonaktenbologet LM Ericsson, et al.

---

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephan Korniczky / Matthew Holder<br>Martin Bader | John Gibson / Mark Klapow<br>Theodore Stevenson, III |

**Proceedings:**   Scheduling Conference - Continued

    Cause called and counsel make their appearances. The Court and counsel confer. The Court directs defendant to file the indicated brief on issue(s) discussed on the record no later than March 16, 2015. Plaintiff's response shall be filed by April 6, 2015. The Court continues the Scheduling Conference to Wednesday, April 22, 2015 at 3:00 p.m.

|  | : | 32 |
|---|---|---|
| Initials of Preparer | kjt | |