SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:   858.720.8900
Facsimile:   858.509.3691

Attorneys for TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*<br><br>           Plaintiffs,<br><br>    v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*<br><br>           Defendants. | Case No.  8:14-CV-00341 JVS AN<br><br>**PLAINTIFFS' RESPONSIVE CONTENTIONS RE FRAND TERMS TO BE ADJUDICATED**<br><br>[Redacted and conditionally filed under seal]<br><br>Date:     April 29, 2015<br>Time:    8:00 a.m.<br>Ctrm:    10C<br><br>The Hon. James V. Selna<br><br>Complaint Filed: March 5, 2014 |

**TABLE OF CONTENTS**

**Page**

I. INTRODUCTORY COMMENTS ................................................................... 1

II. TCL'S PRELIMINARY FRAND CONTENTIONS ........................................ 6

    A. Proper Royalty Base ............................................................................. 6

    B. Proper Royalty Structure ...................................................................... 9

    C. Proper Royalty Rate ........................................................................... 11

    D. License Period .................................................................................... 16

    E. Patents Covered by License ............................................................... 16

    F. TCL Products Covered by License .................................................... 17

    G. Alleged "Release Payment" ............................................................... 17

III. CONCLUSION ............................................................................................. 18

# TABLE OF AUTHORITIES

Page(s)

Cases

*Apple v. Motorola*
   757 F.3d 1286 (Fed. Cir. 2014) .......................................................................... 4

*Brulotte v. Thys Co.*
   379 U.S. 29 (1964) .......................................................................................... 16

*Golden Bridge Tech. v. Apple Inc.*
   Case No. 12-cv-04882, 2014 WL 21294501
   (N.D. Cal. May 18, 2014) ................................................................................ 7

*In re Innovatio IP Ventures, LLC*
   Case No. 11-cv-09308, 2013 WL 5593609
   (N.D. Ill. Oct. 3, 2013) .................................................................... 7, 12, 13, 14

*LaserDynamics, Inc. v. Quanta Computer, Inc.*
   694 F.3d 51 (Fed. Cir. 2012) ............................................................................ 7

*Lucent Techs., Inc. v. Gateway, Inc.*
   580 F.3d 1301 (Fed. Cir. 2009) ........................................................................ 7

*Microsoft Corp. v. Motorola, Inc.*
   No. Case No. 10-1823JLR, 2013 WL 2111217
   (W.D. Wash. Apr. 25, 2013) ........................................................... 9, 12, 13, 14

*Microsoft v. Motorola*
   696 F.3d 872 (9th Cir. 2012) ................................................................. 4, 13, 14

*VirnetX, Inc. v. Cisco Sys., Inc.*
   767 F.3d 1308 (Fed. Cir. 2014) ........................................................................ 7

Other Authorities

*Certain Wireless Commc'n Devices, Portable Music & Data Processing*
   *Devices, Computers & Components Thereof*
   Inv. No. 337-TA-745, Federal Trade Commission's Statement On The
   Public Interest (June 6, 2012) ........................................................................... 4

European Commission, Memo: Commission Sends Statement Of Objections To Motorola Mobility On Potential Misuse Of Mobile Phone Standard-Essential Patents—Questions And Answers (May 6, 2013) ...............................5

(Redacted and conditionally filed under seal)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 13, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By   /s/ *Stephen S. Korniczky*
     Stephen S. Korniczky