SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for TCL Communication
Technology Holdings, Ltd., TCT
Mobile Limited, and TCT Mobile
(US) Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.* <br><br> Defendants. | Case No.  8:14-CV-00341 JVS AN <br><br> **PLAINTIFFS' OPPOSITION TO ERICSSON'S *EX PARTE* APPLICATION FOR MISCELLANEOUS RELIEF** <br><br> The Hon. James V. Selna <br><br> Complaint Filed:  March 5, 2014 |

(Conditionally filed under seal)

1  Dated: April 21, 2015

2                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4          By   /s/ *Stephen S. Korniczky*

5               STEPHEN S. KORNICZKY
             MARTIN R. BADER

6               MATTHEW W. HOLDER

7               Attorneys for Plaintiffs,
             TCL Communication Technology Holdings, Ltd.,

8               TCT Mobile Limited, and TCT Mobile (US), Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 21, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By   /s/ *Stephen S. Korniczky*
       Stephen S. Korniczky