1  CROWELL & MORING LLP
   John S. Gibson (CSB No. 140647)
2    jgibson@crowell.com
   Samrah Mahmoud (CSB No. 285168)
3    smahmoud@crowell.com
   3 Park Plaza, 20th Floor
4  Irvine, CA 92614
   Telephone: (949) 263-8400  Facsimile: (949) 263-8414
5
   Robert B. McNary (CSB No. 253745)
6    rmcnary@crowell.com
   515 S. Flower Street, 40th Floor
7  Los Angeles, CA 90071
   Telephone: (213) 443-5590  Facsimile: (213) 622-2690
8
   Mark A. Klapow (Admitted *pro hac vice*)
9    mklapow@crowell.com
   1001 Pennsylvania Avenue NW
10 Washington, D.C. 20004
   Telephone: (202) 624-2500  Facsimile: (202) 628-5116
11
   MCKOOL SMITH P.C.
12 Theodore Stevenson, III (Admitted *pro hac vice*)
     tstevenson@mckoolsmith.com
13 300 Crescent Court, Suite 1500
   Dallas, TX 75201
14 Telephone: (214) 978-4000  Facsimile: (214) 978-4044

15 Laurie L. Fitzgerald (Admitted *pro hac vice*)
     lfitzgerald@mckoolsmith.com
16 300 W. 6th Street, Suite 1700
   Austin, TX 78701
17 Telephone: (512) 692-8700  Facsimile: (512) 692-8744

18 Attorneys for Defendants/Counter-Plaintiffs Ericsson Inc. and
   Telefonaktiebolaget LM Ericsson
19

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD, *et al.*, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, <br><br> Defendants/Counter-Plaintiffs. | Case No. 8:14-CV-00341 JVS AN <br><br> **ERICSSON'S NOTICE OF MOTION AND MOTION REGARDING SCOPE OF FRAND TRIAL** <br><br> Hearing Date: June 29, 2015 <br> Time: 3:00 PM |

# NOTICE OF MOTION AND MOTION

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTE THAT ON June 29, 2015 at 3:00 p.m., or as soon as may be heard before the Honorable James V. Selna in Courtroom 10C of the Ronald Reagan Federal Building located at 411 West Fourth Street, Santa Ana, California 92701, Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. (together, "Ericsson") will and hereby do move the Court for an order regarding the scope of FRAND trial.

This motion is made pursuant to the Court's order at the April 29, 2015 case management conference and is based on this Notice, Ericsson's Motion Regarding Scope of FRAND Trial, the Declaration of John Han and Exhibit 1 attached thereto, the Declaration of John S. Gibson and Exhibits A through H attached thereto, and such arguments as may be presented at the hearing.

Counsel met and conferred regarding the substance of the Motion and the relief sought during the April 29, 2015 scheduling conference before Judge Selna, and the Motion is made following the conference of counsel for Ericsson and TCL pursuant to Local Rule 7-3 on that date. *See also* Order Granting Joint Stipulation for Briefing Schedule on Ericsson's Proposed Motion to Establish the Scope of the FRAND Trial (Dkt. No. 206).

Dated:     May 21, 2015          Respectfully submitted,

**CROWELL & MORING LLP**

*/s/ John S. Gibson*

Attorneys for Defendants/Counter-Plaintiffs
ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM
ERICSSON

# CERTIFICATE OF SERVICE

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I, John S. Gibson, hereby certify under penalty of perjury under the laws of the United States of America that on May 21, 2015, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case. Any other counsel of record will be served by electronic mail and/or first-class mail on the same date.

Dated:   May 21, 2015          CROWELL & MORING LLP

                     By:   */s/ John S. Gibson*
                           John S. Gibson

                           Attorney for Defendants/Counter-Plaintiffs
                           ERICSSON INC. AND
                           TELEFONAKTIEBOLAGET LM
                           ERICSSON