SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Communication
Technology Holdings, Ltd., TCT Mobile
Limited, and TCT Mobile (US) Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC.,<br><br>Defendants. | Case No. 8:14-cv-00341-JVS-AN<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ERICSSON'S MOTION REGARDING THE SCOPE OF THE FRAND TRIAL**<br><br>Hearing Date: June 29, 2015<br>Time: 3:00 PM<br>Place: Courtroom: 10C<br>Before Judge James V. Selna<br><br>[CONDITIONALLY FILED UNDER SEAL] |

DATED:  June 8, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Stephen S. Korniczky*
  Stephen S. Korniczky
  Martin R. Bader
  Matthew W. Holder
  Attorneys for Plaintiffs
  TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 8, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

By  /s/Stephen Korniczky
Stephen Korniczky
Attorney for Plaintiffs,
TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc.