SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Parties

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*<br><br>Defendants.<br><br>—————————————————<br><br>TELEFONAKTIEBOLAGET LM ERICSSON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. *et al.*,<br><br>Defendants. | Case No. SACV14−00341 JVS (DFMx)<br><br>Consolidated with CV15-02370<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST ERICSSON FOR SPOLIATION OF DOCUMENTS**<br><br>Hearing Date: September 22, 2015<br>Time: 10:00 AM<br>Place: Courtroom 6B<br>Before Magistrate Judge McCormick<br><br>Discovery Cut-Off:  April 18, 2016<br>Pre-Trial Conf.:  September 26, 2016<br>Trial:  October 11, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 22, 2015 at 10:00 a.m., in Courtroom 6B of the United States Courthouse located at 411 West Fourth Street, Santa Ana, CA 92701-4516, before the Honorable Douglas F. McCormick, plaintiffs TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc. (collectively "TCL") will and hereby do move the Court for an order that defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Ericsson") spoliated documents. TCL will further move the court for an order granting sanctions against Ericsson for spoliation of documents as follows:

- Ericsson shall catalogue, under oath and to the best of its ability, each document it destroyed or returned on or after January 1, 2014, in connection with any of the following proceedings: Eastern District of Texas Case Nos. 2:06-CV-63, 6:12-CV-894, 6:12-CV-895, and 6:13-CV-364, and International Trade Commission ("ITC") Investigation Nos. 337-862 and -866 (collectively, the "Samsung Litigation"). Ericsson's list should include (1) the identify of each such document, including any title, docket number, date, Bates number, author(s), and a general description of the nature of the document and its contents; (2) any reasons for non-production of the document; (3) a description of the circumstances surrounding any destruction or return of the document, including the timing, persons involved, and persons responsible; and (4) copies of any correspondence regarding the document's return or destruction. Ericsson shall comply with this requirement within 10 days of the Court's order.

- Ericsson shall immediately take all reasonable steps, at its own expense, to recoup and gather any and all documents it destroyed or returned on or after January 1, 2014, in connection with the Samsung Litigation, including by request, by subpoena, and/or by motion (as necessary).  Ericsson shall provide the Court and counsel for TCL status updates every seven (7) days following the Court's order on the status of its efforts and progress.

- Ericsson shall reimburse all fees and expenses TCL has spent investigating and responding to Ericsson's spoliation, including by attempting to recoup the documents and preparing its motion for sanctions, and pay a punitive amount to be determined based on the facts and circumstances surrounding Ericsson's spoliation.  TCL shall submit a detailed fee application within 60 days of the Court's order.

- Ericsson shall provide and submit to further discovery as to the facts and circumstances of its spoliation, including by producing all communications regarding destroying and/or returning the documents at issue in TCL's motion, including communications exchanged internal to Ericsson, between Ericsson and third parties, between Ericsson and its outside counsel, among Ericsson's outside counsel, and between Ericsson's outside counsel and third parties.  Ericsson shall produce all such documents within 10 days of the Court's order.

- The Court will issue an adverse jury instruction against Ericsson at trial, at least to inform the jury that Ericsson spoliated documents that would have been harmful to Ericsson's claims and defenses.  The Court will consider further briefing by the

parties to determine what other adverse inferences, if any, to issue against Ericsson once the catalogue and additional discovery referenced above is complete.

TCL's motion is being made pursuant to Federal Rules of Civil Procedure 6, 26, 34, and 37, Local Rule 6-1, and the Court's inherent powers to sanction. It is based on this Notice of Motion, the accompanying Joint Stipulation, the Declarations of Matthew W. Holder and Martin R. Bader, and any exhibits thereto, the Proposed Order submitted herewith, any supplemental memoranda, evidence, and/or declarations filed under Local Rule 7, the Court's file in this case, any matters of which the Court must or may take judicial notice, and any argument at the hearing on this motion. TCL's motion is being made following numerous conferences of counsel, the last of which was held on August 3, 2015, pursuant to L.R. 7-3.[1]

---

[1] On July 28, 2015, the parties had a call with the Court to discuss various discovery disputes, including the dispute underlying this motion. During that call, Ericsson indicated it did not regard TCL's motion as requiring compliance with L.R. 37, and the Court indicated a willingness to decide the motion outside L.R. 37. As a result, following further discussions between the parties, TCL has briefed this as a noticed motion under L.R. 7, rather than a discovery motion under L.R. 37. (*See* Decl. of Matthew W. Holder, ¶ 3.)

1 | Dated: August 25, 2015

2 |         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5 | By: *s/Matthew W. Holder*
6 |      STEPHEN S. KORNICZKY
     MARTIN R. BADER
7 |      MATTHEW W. HOLDER
     Attorneys for TCL Communication Technology
8 |      Holdings, Ltd., et al.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 25, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

By  /s/ *Matthew W. Holder*
    Matthew W. Holder
    Attorney for TCL Communication
    Technology Holdings, Ltd., et al.