1  CROWELL & MORING LLP
   John S. Gibson, (CSB No. 1010262, jgibson@crowell.com)
2  Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
   3 Park Plaza, 20th Floor, Irvine, CA  92614
3  Telephone:  949.263.8400  Facsimile:  949.263.8414

4  Robert B. McNary (CSB No. 253745, rmcnary@crowell.com)
   515 S. Flower Street, 40th Floor, Los Angeles, CA  90071
5  Telephone:  213.443.5590  Facsimile:  213.622.2690

6  Mark A. Klapow (Admitted *pro hac vice*) (mklapow@crowell.com)
   1001 Pennsylvania Avenue, N.W., Washington, DC  20004
7  Telephone: 202.624.2500  Facsimile: 202.628.5116

8  MCKOOL SMITH P.C.
   Theodore Stevenson, III (Admitted *pro hac vice*, tstevenson@mckoolsmith.com)
9  300 Crescent Court, Suite 1500, Dallas, TX  75201
   Telephone: 214.978.4000  Facsimile: 214.978.4044
10
   Laurie L. Fitzgerald (Admitted *pro hac vice*, lfitzgerald@mckoolsmith.com)
11 300 W. 6th Street, Suite 1700, Austin, TX  78701
   Telephone: 512.692.8700  Facsimile: 512.692.8744
12
   Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson
13

14                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | Case No. 8:14-CV-00341 JVS-DFMx<br>Case No. 2:15-CV-02370 JVS-DFMx |
| 17  Plaintiffs/Counterclaim-Defendants, | **APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1** |
| 18  v. | |
| 19  TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, | [*Filed Concurrently with Ericsson's Opposition to TCL's Motion for Sanctions Against Ericsson for Spoliation of Documents*] |
| 20  Defendants/Counterclaim-Plaintiffs | |
| 21  ERICSSON INC., *et al.*, | Hon. Douglas F. McCormick |
| 22  Plaintiffs/Counterclaim-Defendants, | **Discovery Cut-off:** April 18, 2016 |
| 23  v. | **Pretrial Conference:** September 26, 2016 at 11:00 a.m. |
| 24  TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | **Trial:** October 11, 2016 at 8:30 a.m. |
| 26  Defendants/Counterclaim-Plaintiffs. | |

# APPLICATION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil Local Rule 79-5.1, the Court's Local Rules, and the Procedure for Presenting Documents Electronically for Sealing (Pilot Project effective July 8, 2013), Defendants and Counterclaim-Plaintiffs Ericsson, Inc. and Telefonaktiebolaget LM Ericsson (together, "Ericsson"), by and through their counsel, respectfully submit this application for an order permitting it to file under seal the documents listed below:

- Exhibit A to the Bindler Declaration In Support Of Ericsson's Opposition to TCL's Motion for Sanctions Against Ericsson for Spoliation of Documents (hereinafter "Ericsson's Opposition");
- Exhibit B to the Bindler Declaration In Support Of Ericsson's Opposition; and
- Exhibit C to the Bindler Declaration In Support Of Ericsson's Opposition.

These documents have been designated as confidential because they contain non-public and confidential information covered by a protective order issued in previous and separate litigation.

Ericsson attaches hereto the Declaration of Robert B. McNary in support of this application, and also files a proposed order and Notice of Manual Filing. Redacted versions of the forgoing documents have been publicly-filed. Ericsson has also submitted to the Court by electronic mail the proposed under seal documents.

Dated: September 22, 2015

**CROWELL & MORING LLP**

*/s/ Robert B. McNary*

Robert B. McNary

Attorneys for Defendants/Counterclaim-Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson

## MEMORANDUM OF POINTS AND AUTHORITIES

Under Central District of California Local Rule 79-5.1, documents may be sealed upon "a written application and a proposed order . . . presented to the judge along with the document submitted for filing under seal." *See also* Procedure for Presenting Documents Electronically for Sealing (Pilot Project, effective July 8, 2013). Documents submitted along with a non-dispositive motion may be sealed on a showing of "good cause." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Good cause exists to file the following documents entirely under seal:

- Exhibit A to the Bindler Declaration In Support Of Ericsson's Opposition to TCL's Motion for Sanctions Against Ericsson for Spoliation of Documents (hereinafter "Ericsson's Opposition");
- Exhibit B to the Fitzgerald Declaration in support of Ericsson's Opposition; and
- Exhibit C to the Fitzgerald Declaration in support of Ericsson's Opposition.

These documents have been designated as confidential because they contain non-public and confidential information covered by a protective order issued in previous and separate litigation. *See* Declaration of Robert B. McNary ("McNary Decl.") at ¶ 2-4.

Ericsson has carefully reviewed the documents and requests that the Court seal only what is necessary to protect confidential information:

1. **Exhibit A to the Bindler Declaration in support of Ericsson's Opposition (in its entirety)**: Exhibit A to the Bindler Declaration in support of Ericsson's Opposition is an index of documents from the Ericsson/Samsung 862 Action. Exhibit A contains non-public and confidential information covered by protective order issued in separate litigation. *Id.* at ¶ 2.

2. **Exhibit B to the Bindler Declaration in support of Ericsson's Opposition (in its entirety)**: Exhibit B to the Bindler Declaration in support of Ericsson's Opposition is an index of documents from the Ericsson/Samsung 894 Action. Exhibit B contains non-public and confidential information covered by protective order issued in separate litigation. *Id* at ¶ 3.

3. **Exhibit C to the Bindler Declaration in support of Ericsson's Opposition (in its entirety)**: Exhibit C to the Bindler Declaration in support of Ericsson's Opposition is an index of documents from the Ericsson/Samsung 866 Action. Exhibit C contains non-public and confidential information covered by protective order issued in separate litigation. *Id* at ¶ 4.

For the forgoing reasons, Ericsson respectfully requests that the Court seal Exhibits A, B, and C to the Bindler Declaration In Support of Ericsson's Opposition to TCL's Motion for Sanctions Against Ericsson for Spoliation of Documents in their entirety, thereto.

Dated: September 22, 2015        **CROWELL & MORING LLP**

                                 */s/ Robert B. McNary*

                                 Robert B. McNary

                                 Attorneys for Defendants/Counterclaim-Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson

## CERTIFICATE OF SERVICE

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on September 22, 2015, a true copy of the above document was filed through the Court's Case Management Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case.

Dated:  September 22, 2015        **CROWELL & MORING LLP**

*/s/ Robert B. McNary*

Robert B. McNary

Attorneys for Defendants/Counterclaim-Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson