UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:14–cv–00341–JVS–DFM     Date  8/16/2016

Title  TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD V. TELEFONAKTIENBOLAGET LM ERICSSON ET AL

Present: The Honorable  James V. Selna , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Martin Bader | John Gibson |
| Matthew Holder | Theodore Stevenson, III |
| Allan Jansen | Ashley Moore |

**Proceedings:**  Plaintiff's Motion to Strike Improper Rebuttal Expert Reports

    Cause called and plaintiffs' counsel make his appearance. The Court's tentative ruling is issued. Counsel makes his arguments. The Court takes the above referenced motion under submission.

    The Court directs the parties to confer and contact the Courtroom Deputy with a time for a telephone conference on Monday, August 22, 2016.

    01:10

Initials of Preparer:  kt