CROWELL & MORING LLP
John S. Gibson, (CSB No. 140647, jgibson@crowell.com)
Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor, Irvine, CA 92614
Telephone: 949.263.8400 Facsimile: 949.263.8414

Robert B. McNary (CSB No. 253745, rmcnary@crowell.com)
515 S. Flower Street, 40th Floor, Los Angeles, CA 90071
Telephone: 213.443.5590 Facsimile: 213.622.2690

Mark A. Klapow (Admitted *pro hac vice*) (mklapow@crowell.com)
1001 Pennsylvania Avenue, N.W., Washington, DC 20004
Telephone: 202.624.2500 Facsimile: 202.628.5116

MCKOOL SMITH P.C.
Theodore Stevenson, III (Admitted *pro hac vice*, tstevenson@mckoolsmith.com)
300 Crescent Court, Suite 1500, Dallas, TX 75201
Telephone: 214.978.4000 Facsimile: 214.978.4044

Laurie L. Fitzgerald (Admitted *pro hac vice*, lfitzgerald@mckoolsmith.com)
300 W. 6th Street, Suite 1700, Austin, TX 78701
Telephone: 512.692.8700 Facsimile: 512.692.8744

Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,

Plaintiffs/Counterclaim-Defendants,

v.

TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*,

Defendants/Counterclaim-Plaintiffs.

ERICSSON INC., *et al.*,

Plaintiffs/Counterclaim-Defendants,

v.

TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,

Defendants/Counterclaim-Plaintiffs.

Case No. 8:14-CV-00341 JVS-DFMx
Case No. 2:15-CV-02370 JVS-DFMx

**APPLICATION FOR LEAVE TO FILE UNDER SEAL ERICSSON'S REPLY IN SUPPORT OF ERICSSON'S MOTION REGARDING DOLLAR PER UNIT FRAND ROYALTIES AND MOST RECENT LICENSE OFFER TO TCL PURSUANT TO LOCAL RULE 79-5.2**

Hon. James V. Selna

**Time:** 1:30 p.m.

**Place:** Courtroom 10C

**Discovery Cut-off:** May 23, 2016

**Pretrial Conference:** January 30, 2017 at 11:00 a.m.

**Trial:** February 14, 2017 at 8:30 a.m.

Pursuant to Rule 79-5.2 of the Local Civil Rules of the United States District Court for the Central District of California and in accordance with the Court's orders, Defendants and Counterclaim-Plaintiffs Ericsson, Inc. and Telefonaktiebolaget LM Ericsson (together, "Ericsson"), by and through their counsel, respectfully submit this application for an order permitting Ericsson to file under seal certain portions of Ericsson's Reply in Support of Ericsson's Motion Regarding Dollar Per Unit FRAND Royalties and Most Recent License Offer to TCL ("Ericsson's Reply") and copies of materials cited therein—namely: (1) a presentation titled "2016 price structure," which Ericsson produced in this litigation and a true and correct copy of which is attached as Exhibit C to the Declaration of John S. Gibson in Support of Ericsson's Reply (the "Gibson Declaration"); (2) excerpts of a transcript of the deposition of Ericsson witness Gustav Brismark, a true and correct copy of which is attached as Exhibit D to the Gibson Declaration; and (3) excerpts of a transcript of the deposition of Ericsson witness Christina Petersson, a true and correct copy of which is attached as Exhibit E to the Gibson Declaration (collectively, the "Cited Materials").

This Application is made on the ground that certain portions of Ericsson's Reply and the Cited Materials reflect Ericsson's business policies, practices, procedures, processes, and strategies and other non-public, commercially and competitively sensitive information, including specific pricing information. This information is properly sealable to avoid commercial harm and/or unfair competitive disadvantage. It is well-established that "access to judicial records is not absolute" and that certain types of non-public, commercially sensitive documents may be protected from public disclosure. *See Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Rule 26 of the Federal Rules of Civil Procedure provides district courts with broad discretion to seal filed materials in order to protect, among other things, "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

APP. FOR LEAVE TO FILE ERICSSON'S REPLY RE DOLLAR PER UNIT FRAND ROYALTIES AND MOST RECENT OFFER; CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

26(c)(1)(g).

The Ninth Circuit has articulated a "good cause" standard for evaluating a request to seal materials filed as part of non-dispositive motions. *Kamakana*, 447 F.3d at 1180.

As set forth in the supporting Declaration of John S. Gibson, portions of Ericsson's Reply and the Cited Materials meet the good cause standard. Ericsson's Reply and the Cited Materials contain information which incorporates, references, or otherwise reveals confidential information not generally known or made public—information which has significant competitive value such that unrestricted disclosure would create a substantial risk of significant competitive injury—and information that would not normally be revealed to third parties. Gibson Decl. at ¶ 2. In particular, the portions of Ericsson's Reply and the Cited Materials that Ericsson seeks to seal reflect information about Ericsson's business policies, practices, procedures, processes, and strategies and other non-public, commercially and competitively sensitive information, including specific pricing information. *Id.*

Additionally, the Cited Materials have been designated by Ericsson as confidential under this case's Confidentiality Order.

For the forgoing reasons, Ericsson respectfully requests that the Court seal portions of Ericsson's Reply and the Cited Materials.

Dated: September 12, 2016

**CROWELL & MORING LLP**

*/s/ John S. Gibson*

John S. Gibson

Attorneys for ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

APP. FOR LEAVE TO FILE ERICSSON'S REPLY RE DOLLAR PER UNIT FRAND ROYALTIES AND MOST RECENT OFFER; CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on September 12, 2016, a true copy of the above document was filed through the Court's Electronic Case Filing system and served by that system upon all counsel of record registered for the system and deemed to have consented to electronic service in the above-captioned case.

Dated: September 12, 2016

**CROWELL & MORING LLP**

*/s/ John S. Gibson*

John S. Gibson

Attorneys for ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON