| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | Case No. 8:14-CV-00341 JVS-DFMx<br>Case No. 2:15-CV-02370 JVS-DFMx |
| Plaintiffs/Counterclaim-Defendants, | **[PROPOSED] ORDER GRANTING ERICSSON'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ERICSSON'S REPLY IN SUPPORT OF ITS MOTION REGARDING DOLLAR PER UNIT FRAND ROYALTIES AND MOST RECENT LICENSE OFFER TO TCL PURSUANT TO LOCAL RULE 79-5.2** |
| v. | |
| TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, | |
| Defendants/Counterclaim-Plaintiffs. | |
| ERICSSON INC., *et al.*, | Hon. James V. Selna |
| Plaintiffs/Counterclaim-Defendants, | **Discovery Cut-off:** May 23, 2016 |
| v. | **Pretrial Conference:** January 30, 2017 at 11:00 a.m. |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | **Trial:** February 14, 2017 at 8:30 a.m. |
| Defendants/Counterclaim-Plaintiffs. | |

This matter came before the Court on the Application for Leave to File Under Seal Ericsson's Reply in Support of Its Motion Regarding Dollar Per Unit FRAND Royalties and Most Recent License Offer to TCL (the "Application"), filed by Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Ericsson").

Having read and considered all papers submitted by the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. Portions of Ericsson's Reply in Support of Its Motion Regarding Dollar Per Unit FRAND Royalties and Most Recent License Offer to TCL ("Ericsson's Reply") shall be filed under seal;

3. Exhibits C, D, and E to the Declaration of John S. Gibson in Support of Ericsson's Reply shall be filed under seal; and

4. Neither this Order nor the Application itself shall be sealed.

The parties shall follow the instruction of the Court's Order entered May 3, 2016 (Dkt. 718) (the "May 3, 2016 Order"). Ericsson shall, within seven days of this Order, file under seal and serve a redacted version of Ericsson's Reply in compliance with the May 3, 2016 Order and Federal Circuit Rule of Practice 27(m), along with a list of proposed redacted terms. TCL shall file under seal and serve any additional proposed redactions to Ericsson's Reply within seven days of Ericsson's filing of its proposed redactions, along with a list of the proposed additional redacted terms. Any third parties seeking relief with regard to disclosures shall file an *ex parte* application within seven days of this Order.

**IT IS SO ORDERED.**

CROWELL & MORING LLP ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING APP. FOR LEAVE TO FILE DOCS UNDER SEAL; CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1
2  DATED: _____          _____
3                                  The Honorable James V. Selna
                                   United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

[PROPOSED] ORDER GRANTING APP. FOR
LEAVE TO FILE DOCS UNDER SEAL;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx