JAMES C. YOON, State Bar No. 177155
JAMIE J. YOO, State Bar No. 295099
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com
jyoo@wsgr.com

Attorneys for Third Party HTC Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., et al.,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, et al.,<br><br>Defendants/Counterclaim-Plaintiffs. | CASE NO.: 8:14-CV-00341 JVS-DFM<br>consolidated with<br>2:15-CV-02370 JVS-DFM<br><br>**DECLARATION OF VINCENT LAM PURSUANT TO THE COURT ORDER (DOCKET NO. 1182) REQUESTING INFORMATION REGARDING LICENSES** |
| ERICSSON INC., et al.,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., et al.,<br><br>Defendants/Counterclaim-Plaintiffs. | Hearing Date: November 7, 2016<br>Time: 3:00p.m.<br>Before Hon. James V. Selna<br><br>Trial: February 14, 2017 |

I, Vincent Lam declare as follows:

1. I am an attorney duly licensed to practice law in all California State Courts and in the Central District of California. I am the Chief Patent Litigation Counsel for HTC Corporation ("HTC"). I report directly to the General Counsel of HTC. I reside and work in San Diego, California. I am over the age of eighteen and have personal knowledge of the facts in this Declaration or have access to HTC corporate information and records allowing me to confirm these facts. If called as a witness, I would be able to competently testify to the matters herein.

2. I submit this Declaration on behalf of HTC in response to the Court's order requesting information regarding licenses issued on November 1, 2016 (Docket No. 1182).

**TCL**

3. In the past five years, HTC has not entered into a patent license with Plaintiffs TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, or TCT Mobile (US) Inc. (collectively, "TCL").

4. In the past five years, HTC has not engaged in license negotiations with TCL.

**Ericsson**

5. In the past five years, HTC has entered into one patent license with Defendant Telefonaktiebolaget LM Ericsson ("Ericsson"). That license was entered into in 2014.

6. HTC is currently engaged in license negotiations with Ericsson that has not yet resulted in a license.

7. HTC's 2014 license and current negotiations with Ericsson relate to the standard-essential patents at issue in this case.

\* \* \*

1  I declare under penalty of perjury that the foregoing is true and correct based on
2  my personal knowledge. Executed on November 2, 2016, in San Diego,
3  California.

By: _____
        Vincent Lam