Andrew E. Paris (SBN 162562)
Lisa Garcia (SBN 301362)
**ALSTON & BIRD LLP**
333 South Hope Street
Suite 1600
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Drew.Paris@alston.com
Lisa.Garcia@alston.com

Matt Richardson (*Pro Hac Vice*)
Alex Brown (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel. (404) 881-7000
Fax (404) 881-7777

Attorneys for Third Party Nokia Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. et al., <br><br> Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, et al., <br><br> Defendants. | Case No. 8:14-CV-00341 JVS-DFMx <br> Case No. 2:15-CV-02370 JVS-DFMx <br><br> Honorable: James V. Selna <br> Courtroom: <br><br> **DECLARATION OF SONJA LONDON IN RESPONSE TO THE COURT'S REQUEST FOR INFORMATION REGARDING LICENSES** <br><br> Date: November 7, 2016 <br> Time: 3:00 p.m. <br> Courtroom: 10C <br><br> Filing Date: November 3, 2016 |

I, Sonja London, declare as follows:

1. I am Head of Licensing Program Management at Nokia. I have been employed at Nokia Corporation ("Nokia") and worked with the licensing department since 2007. I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath. I have conferred with various member of Nokia's licensing team and reviewed documents related to the Court's November 1, 2016 request for additional information regarding Nokia's licenses and licensing negotiations with the Plaintiffs ("TCL") and Defendants ("Ericsson") in this action. Specifically, the Court asked each third party applicant to provide a brief declaration regarding 4 points of inquiry. I address each in turn:

2. Have any of the Third Parties entered into a patent license with TCL or Ericsson in the past five years?

    a. Nokia entered into a confidential Patent License Agreement with Ericsson in 2004, which is still in effect. In 2007 Nokia entered into the Patent License Agreement between Nokia and T&A Mobile Phones Ltd., now plaintiff TCT Mobile Ltd. That agreement was executed by TCL's proposed corporate representative, Stephen Chiang. Prior to entering into the agreement, Nokia engaged in negotiations with Mr. Chiang. Subsequent to the agreement, Nokia and TCT Mobile Ltd. engaged in additional confidential discussions related to the royalties under the agreement. The license, along with the previous and subsequent correspondence were all subject to strict confidentiality agreements which prevent public disclosure.

3. Have any of the Third Parties conducted other patent license negotiations with TCL or Ericsson that did not result in a license in the past five years?

      a. Nokia has engaged in licensing discussions with both TCL and Ericsson in the past five years which are subject to strict confidentiality agreements which prevent public disclosure.

4. If there have been actual licenses or negotiation, do those licenses and/or negotiations relate the types of patents at issue here?

      a. Nokia has engaged in various negotiations with the parties to this case related to intellectual property rights. As these discussions are covered by non-disclosure agreements, I am not permitted to get into the substance of these discussions. These negotiations have included cellular standard essential patents.

5. Any other information which would be useful to the Court to determine whether disclosure of a Third Party's trade secret information to a TCL or Ericsson representative presents a threat of actual or potential competitive harm to the Third Party.

      a. As I mentioned in my August 30, 2016 declaration, Nokia is no different than others in the industry in that it engages in confidential negotiations which often lead to confidential license agreements, including the agreements subject to Nokia's request for confidential treatment here. *See* Dkt. 1107-2. Nokia is currently engaged in licensing discussions with TCL and expects to have additional discussions moving forward; providing a TCL representative who is directly or indirectly involved with licensing with Nokia's confidential licensing information relating to Ericsson will undoubtedly give TCL an advantage in those negotiations. Nokia anticipates that TCL's Stephen Chiang will be involved in those discussions moving forward. While Nokia is not currently engaged in active negotiations for a license with Ericsson, Nokia and Ericsson are competitors in the licensing

business and permitting an Ericsson representative to view Nokia's license with TCL creates an unfair advantage for Ericsson in future negotiations. Further, Nokia and Ericsson may re-engage in license negotiations in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 3rd day of November, 2016, in Espoo, Finland.

DATED: November 3, 2016

_____
Sonja London