Peter H. Kang, Esq. (SBN 158101)
pkang@sidley.com
Nathan Greenblatt, Esq. (SBN 262279)
ngreenblatt@sildey.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, California  94304
Telephone: +1 650 565-7000
Facsimile: + 1 650 565-7100

*Attorneys for Third-Party Huawei Technologies Co., Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD, et al., | Case No. 8:14-CV-00341 JVS-DFMx<br>Case No. 2:15-CV-02370 JVS-DFMx |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF XIAOWU ZHANG PURSUANT TO THE COURT'S 11/01/16 ORDER (DKT. NO. 1182)** |
| TELEFONAKTIEBOLAGET LM ERICSSON, et al., | |
| Defendants. | |

Pursuant to the Court's Order of November 1, 2016 (Dkt. No. 1182), I, Xiaowu Zhang, submit this Declaration on behalf of Huawei Technologies Co. Ltd. ("Huawei").  I declare as follows:

1. I am a citizen of the People's Republic of China over 18 years of age.  I have personal knowledge of the information set forth herein.

2. I am employed by Huawei as Deputy Director of Huawei's IP Litigation Department.  In my capacity as Deputy Director, I have been involved in numerous license negotiations and the execution of patent license agreements between Huawei and other companies, including Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson").

3. In response to the Court's questions, I provide the following answers:

**Q.      Has Huawei entered into a patent license with TCL or Ericsson in the past five years?**

A.      Yes.  Huawei entered into a patent license agreement with Ericsson in January 2016.

**Q.      Has Huawei conducted other patent license negotiations with TCL or Ericsson that did not result in a license in the past five years?**

A.      Huawei conducted extensive patent license negotiations with Ericsson in the past five years, that did not result in a license until after an arbitration tribunal resolved certain disputes between the parties.  Huawei has not conducted patent license negotiations with TCL in the past five years.  However, I am aware of at least one open unresolved patent licensing dispute between Huawei and TCL stemming from a 2010 TCL letter asking Huawei to take a license to certain TCL patents.

**Q.      If there have been actual licenses or negotiation, do those licenses and/or negotiations relate to the types of patents at issue here?**

A.      Yes.  Huawei's latest patent license agreement with Ericsson relates to patents essential to 3G and 4G telecommunications standards.  In addition, some of the patents TCL asserted against Huawei and offered to license in correspondence relate to 2G and 3G telecommunications standards.

**Q.      Any other information which would be useful to the Court to determine whether disclosure of Huawei's trade secret information to a TCL or Ericsson representative presents a threat of actual or potential competitive harm to the Third Party.**

A.      Huawei and TCL are direct competitors in the U.S. telecommunications market.  Both companies also own significant portfolios of patents essential to telecommunications standards.  While no license discussions are currently ongoing, any disclosure to a TCL representative of Huawei's trade secret information (i.e., royalty rates and other financial terms) relating to its license with Ericsson would give TCL an unfair advantage in any potential license negotiations with Huawei that may occur in the future.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed on this 2nd day of November, 2016, in London, U.K.

_____
Xiaowu Zhang