| | |
|---|---|
| 1 | Mark D. Selwyn (SBN: 244180) |
| | mark.selwyn@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 3 | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 4 | Telephone: +1 650 858 6000 |
| | Facsimile: +1 650 858 6100 |
| 5 | |
| 6 | Andrea W. Jeffries (SBN: 183408) |
| | andrea.jeffries@wilmerhale.com |
| 7 | Nancy Lynn Schroeder (SBN: 280207) |
| | nancy.schroeder@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 9 | 350 South Grand Ave. |
| | Suite 2100 |
| 10 | Los Angeles, CA 90071 |
| | Telephone: +1 213 443 5393 |
| 11 | Facsimile: +1 213 443 5400 |
| 12 | Attorneys for Third Party Apple Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. et al., | Case No. 8:14-CV-00341 JVS-DFMx |
| | Case No. 2:15-CV-02370 JVS-DFMx |
| Plaintiffs, | **DECLARATION OF ANDREW SONG IN RESPONSE TO REQUEST FOR INFORMATION REGARDING LICENSES** |
| vs. | |
| TELEFONAKTIEBOLAGET LM ERICSSON, et al., | Hon. James V. Selna |
| | Courtroom: 10C |
| Defendants. | Hearing date: 11/07/2016 |
| | Hearing time: 3:00 PM |

DECLARATION OF ANDREW SONG
Case No. 8:14-CV-00341 JVS-DFMx

ActiveUS 159478873v.1

I, Andrew Song, declare as follows:

1. I am Senior Legal Counsel at Apple Inc. ("Apple").

2. I submit this declaration in response to the Court's November 1, 2016 Request for Information Regarding Licenses (Dkt. 1182).

3. Apple has neither negotiated nor entered into a patent license with TCL in the past five years.

4. Apple has negotiated and entered into one patent license with Ericsson in the past five years. A redacted, publicly-available version of the Agreement is attached as Exhibit A to my October 5, 2016 declaration in this matter (Dkt. 1159-2) ("Ericsson-Apple Agreement"). This license and the negotiations leading up to it relate to the types of patents at issue in this case.

5. Apple has not negotiated any other patent licenses with Ericsson in the past five years.

6. Apple does not object to the presence of Mr. Stephen Chang during sealed portions of the trial proceedings where the Ericsson-Apple Agreement is discussed, so long as he signs the Confidentiality Statement attached as Exhibit A to the Confidentiality Order Governing The Designation And Handling Of Discovery Material ("Confidentiality Order") (Dkt. 72), and treats the Ericsson-Apple information as "Confidential – Outside Attorneys Eyes Only" under the terms of the Confidentiality Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 3rd day of November, 2016, in Sunnyvale, California.

DATED: November 3, 2016

_____
Andrew Song

-1-
DECLARATION OF ANDREW SONG
Case No. 8:14-CV-00341 JVS-DFMx