SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Parties

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*<br><br>Defendants.<br>_____<br><br>TELEFONAKTIEBOLAGET LM ERICSSON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. et al.,<br><br>Defendants. | Case No. SACV14−00341 JVS (DFMx)<br><br>Consolidated with CV15-02370<br><br>**DECLARATION OF MATTHEW W. HOLDER IN SUPPORT OF TCL'S UNOPPOSED MOTION TO AUTHORIZE A REDACTED, PUBLICLY-AVAILABLE VERSION OF TCL's OPENING STATEMENT**<br><br>Trial: Feb. 14, 2017 |

SMRH:483520191.1

Case No. SACV14−00341 JVS (DFMx)/CV15-02370
HOLDER DECL. I/S/O TCL'S UNOPPOSED MOTION TO AUTHORIZE A REDACTED PUBLICLY-AVAILABLE VERSION OF TCL's OPENING STATEMENT

# DECLARATION OF MATTHEW W. HOLDER

I, Matthew W. Holder, declare as follows:

1. I am an attorney at law duly licensed and admitted to practice in the State of California, and in this district. I am a partner at the law firm of Sheppard Mullin Richter & Hampton, LLP ("Sheppard Mullin"), attorneys of record for plaintiffs TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc. ("TCL"). I respectfully submit this declaration in support of TCL's Unopposed Motion to Authorize a Redacted, Publicly-Available Version of TCL's Opening Statement. I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the final version of the official public transcript from Day 1 of the trial (February 14, 2017). The Court ordered the parties to meet and confer later that day for the purpose of proposing redactions to the transcript TCL's opening statement, so that a redacted version of the opening statement could then be available to the public. The parties complied with the Court's order to meet and confer, and sent a proposed redacted version of the first day's *rough* transcript to the Court (the rough transcript was the only available version of the transcript at that time). Attached hereto as **Exhibit 2** is a true and correct copy of the February 14, 2017 email to the Court from counsel for TCL with copies to counsel for Ericsson, and the proposed redacted version of the first day's rough transcript.

3. It should be noted that the rough transcript which the parties redacted on February 14 did not separate the sealed portion from the unsealed portion. The *final* transcript was subsequently prepared and distributed by the court reporter, and contained *separate* volumes for the sealed and unsealed portions of the proceedings. In addition, in the rough transcript sent by the parties to the Court late on February 14, the parties proposed redactions to certain matters that were later addressed in open court and not under seal (specifically, the profit margin associated with

-1-    Case No. SACV14−00341 JVS (DFMx)/CV15-02370

1  Ericsson's licensing business).

2  4.  In light of the above, and to ensure that a redacted version of TCL's
3  opening statement is available to the public, TCL has filed this motion.  Attached
4  hereto as **Exhibit 3** is a true and correct a copy of the final version of Under Seal
5  Vol. 1 of the official transcript from Day 1 of the trial (which consists entirely of
6  TCL's opening statement), with redactions proposed by TCL highlighted in yellow.
7  In addition, attached hereto as **Exhibit 4** is a true and correct copy of the same
8  transcript submitted as Exhibit 3, but with the proposed redactions implemented in
9  black rather than highlighted in yellow, such that it can be used by the Court or
10 court reporter as the redacted version to the extent this motion is granted by the
11 Court.

12 5.  The parties met and conferred regarding the redactions shown in
13 Exhibits 3 and 4, and Ericsson reviewed and approved them.  In addition, Ericsson
14 has reviewed TCL's motion, this declaration, and the proposed order, and has
15 confirmed that it does not oppose TCL's motion.

16 I declare under penalty of perjury under the laws of the United States of
17 America that the foregoing is true and correct, and that I executed this declaration
18 on July 24, 2017, at San Diego, California.

/s/ *Matthew W. Holder*
MATTHEW W. HOLDER