1 | CROWELL & MORING LLP
John S. Gibson (CSB No. 140647, jgibson@crowell.com)
2 | Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor, Irvine, CA  92614
3 | Telephone:  949.263.8400  Facsimile:  949.263.8414

4 | Robert B. McNary (CSB No. 253745, rmcnary@crowell.com)
515 S. Flower Street, 40th Floor, Los Angeles, CA  90071
5 | Telephone:  213.443.5590  Facsimile:  213.622.2690

6 | Mark A. Klapow (Admitted *pro hac vice*, mklapow@crowell.com)
1001 Pennsylvania Avenue, N.W., Washington, DC  20004
7 | Telephone:  202.624.2500  Facsimile:  202.628.5116

8 | MCKOOL SMITH P.C.
Theodore Stevenson, III (Admitted *pro hac vice*, tstevenson@mckoolsmith.com)
9 | 300 Crescent Court, Suite 1500, Dallas, TX  75201
Telephone:  214.978.4000  Facsimile:  214.978.4044
10 |
Laurie L. Fitzgerald (Admitted *pro hac vice*, lfitzgerald@mckoolsmith.com)
11 | 300 W. 6th Street, Suite 1700, Austin, TX  78701
Telephone:  512.692.8700  Facsimile:  512.692.8744
12 |
Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson
13 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | Case No. 8:14-CV-00341 JVS-DFMx<br>Case No. 2:15-CV-02370 JVS-DFMx |
| Plaintiffs/Counterclaim-Defendants, | **MOTION TO EXTEND DEADLINE TO FILE JOINT PROPOSAL FOR REDACTION OF THE COURT'S MEMORANDUM OF FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| v. | |
| TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, | Hon. James V. Selna |
| Defendants/Counterclaim-Plaintiffs. | **Discovery Cut-off:**  May 23, 2016 |
| ERICSSON INC., *et al.*, | **Pretrial Conference:**  February 1, 2017 at 10:00 a.m. |
| Plaintiffs/Counterclaim-Defendants, | **Trial:**  February 14, 2017 at 8:30 a.m. |
| v. | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | |
| Defendants/Counterclaim-Plaintiffs. | |

1      On November 8, 2017, the Court ordered the parties to file their joint proposal

2 for redaction of the Court's under-seal Memorandum of Findings of Fact and

3 Conclusions of Law in this case on or before November 27, 2017. *See* Civil Minutes,

4 ECF No. 1779. In its Order, the Court stated that the parties shall have a longer period

5 to meet and confer, and submit their joint proposal, "if so requested." *Id.*

6      Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively,

7 "Ericsson") respectfully request a fifteen-day extension of that deadline, which will

8 give the parties until **December 12, 2017** to file their joint proposal for redaction of

9 the Court's under-seal Memorandum of Findings of Fact and Conclusions of Law. On

10 Monday, November 20, 2017, Ericsson notified counsel for Plaintiffs TCL

11 Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile

12 (US), Inc. (collectively, "TCL") of Ericsson's intention to move for a fifteen-day

13 extension pursuant to the Court's Order, anticipating that TCL would stipulate to, or

14 not oppose, the request for such a short extension under the circumstances. Later that

15 day, however, TCL's counsel sent an email to Ericsson's counsel stating its

16 opposition.

17      Good cause exists for this short extension for three reasons. *First*, counsel for

18 Ericsson are preparing for trial in the *Ericsson v. TCL* patent case pending in the U.S.

19 District Court for the Eastern District of Texas.[1] Trial is scheduled to take place

20 December 4th through 8th, 2017. The requested extension will enable trial counsel to

21 have more substantive involvement in the upcoming meet-and-confer and joint

22 proposal here.

23      *Second*, a number of third-party trade secret applications remain pending.

24 Ericsson's requested extension will permit the parties to address any rulings on those

25 applications that issue prior to December 12, 2017, reducing the work for the Court

26 and staff and eliminating a possible second round of proposed redactions.

27

28 [1] TCL is represented by different counsel in the Texas case. Therefore, TCL's counsel here are not dealing with the same time constraints.

1      *Third*, because the meet-and-confer and joint proposal will involve

2 consideration of a large number of orders on third-party trade secret applications,

3 Ericsson litigation team members other than those preparing for the Texas trial will

4 need to handle this matter. Many of those other team members are out this week for

5 the Thanksgiving Holiday and will not be able to devote substantive attention to this

6 matter until the week following Thanksgiving. The requested extension will allow

7 team members the time necessary to annotate the proposed redactions with reference

8 to the Court's prior orders granting trade secret status to each proposed redaction.

9 Ericsson's counsel expect that their work in this regard will ease the Court's workload

10 as we approach the Holiday season.

11      In stating its opposition to the Motion, TCL argued that "whatever TCL can see

12 should be no different than what the public will be allowed to see." Ericsson agrees

13 with TCL in principle. But the context is important. At counsel for TCL's request,

14 Ericsson prepared a redacted version of the Memorandum for TCL's counsel to share

15 with their client. Ericsson's counsel sent the redacted version to TCL's counsel at the

16 end of the day on Tuesday, November 14, 2017, with a cover e-mail requesting that

17 TCL's counsel independently confirm the redactions prior to sharing the

18 Memorandum with TCL because counsel for Ericsson had prepared the version as

19 quickly as possible so that it could be shared with TCL. Counsel was conservative

20 with the redactions to avoid unintentionally sharing third-party trade secret

21 information with TCL but in no uncertain terms stated that additional time was needed

22 to compare the redactions with the Court's orders. TCL replied in twenty-four hours

23 and provided another version of proposed redactions, substantially narrowed, and with

24 no indication that TCL's counsel had made any independent effort to confirm that the

25 redactions comport with the Court's prior rulings or that they had redacted

26 information subject to pending third-party applications.

27

28

MOTION TO EXTEND DEADLINE TO FILE
JOINT PROPOSAL FOR REDACTION
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

In short, Ericsson's counsel have not had adequate time to review TCL's proposal, compare it to the Court's prior orders and pending third-party applications, and engage in the meet-and-confer process.

In addition, Ericsson requests an additional three days—until **December 15, 2017**—to deliver a WordPerfect version of the proposed redacted Memorandum to the Court in light of anticipated conversion issues from Word and PDF. Such additional time is consistent with the Court's past orders regarding delivery of WordPerfect versions of witness statements and other lengthy documents. It is also necessary to account for time to resolve additional conversion issues associated with showing proposed redactions in the electronic version of the Memorandum.

The form of this Motion is appropriate given that a regularly-noticed motion would not be heard in time to alter the current November 27, 2017 deadline. Ericsson would accordingly be irreparably injured should it be required to file a noticed motion.

Dated:  November 21, 2017          Respectfully submitted,

                                  **CROWELL & MORING LLP**

                                  _/s/ John S. Gibson_

                                  John S. Gibson

                                  Attorneys for
                                  Ericsson Inc. and
                                  Telefonaktiebolaget LM Ericsson

MOTION TO EXTEND DEADLINE TO FILE
JOINT PROPOSAL FOR REDACTION
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

## CERTIFICATE OF SERVICE

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on the below date, a true copy of the above document was filed through the Court's Electronic Case Filing system and served by that system upon all counsel of record registered for the system and deemed to have consented to electronic service in the above-captioned case.

Dated:  November 21, 2017          **CROWELL & MORING LLP**

 */s/ John S. Gibson*

John S. Gibson

Attorneys for
ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM
ERICSSON