1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, <br><br> Defendants/Counterclaim-Plaintiffs. <br><br> ERICSSON INC., *et al.*, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 8:14-CV-00341 JVS-DFMx <br> Case No. 2:15-CV-02370 JVS-DFMx <br><br> **ORDER GRANTING APPLICATION FOR LEAVE TO FILE ERICSSON'S NOTICE OF MOTION AND MOTION TO ALTER OR AMEND THE FINDINGS OF FACT AND FOR ADDITIONAL FINDINGS OF FACT UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2** <br><br> Hon. James V. Selna <br><br> **Discovery Cut-off:** May 23, 2016 <br><br> **Pretrial Conference:** February 1, 2017 at 10:00 a.m. <br><br> **Trial:** February 14, 2017 at 8:30 a.m. |

This matter came before the Court on the Application for Leave to File Ericsson's Notice of Motion and Motion to Alter or Amend the Findings of Fact and for Additional Findings of Fact, and related supporting papers and documents, including the supporting Memorandum of Points and Authorities, and the Declaration of Blake Bailey and exhibits thereto (collectively, the "Motion") under seal pursuant to Local Rule 79-5.2 ("Application"), filed by Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Ericsson").

Having read and considered all papers submitted by the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. Ericsson's Motion shall be filed under seal; and

3. Neither this Order nor the Application itself shall be sealed.

The parties shall follow the instruction of the Court's May 3, 2016 order (the "May 3, 2016 Order"). Ericsson shall, within seven days of this order, file under seal and serve a redacted version of Ericsson's Motion in compliance with the May 3, 2016 Order and Federal Circuit Rule of Practice 27(m), along with a list of proposed redacted terms. TCL shall file under seal and serve any additional proposed redactions to Ericsson's Motion within seven days of Ericsson's filing of its proposed redactions, along with a list of the proposed additional redacted terms. Any third parties seeking relief with regard to disclosures shall file an ex parte application within seven days of this order.

**IT IS SO ORDERED.**

DATED: December 13, 2017

_____
The Honorable James V. Selna
United States District Judge

-1-

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE ERICSSON'S NOTICE OF MOTION AND MOTION UNDER SEAL; CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx