SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Parties

CROWELL & MORING LLP

John S. Gibson (CSB No. 140647)
  jgibson@crowell.com
Samrah Mahmoud (CSB No. 285168)
  smahmoud@crowell.com
3 Park Plaza, 20th Floor
Irvine, CA  92614
Telephone: (949) 263-8400, Facsimile: (949) 263-8414

Mark A. Klapow (Admitted *pro hac vice*)
  mklapow@crowell.com
1001 Pennsylvania Avenue NW
Washington D.C. 20004
Telephone: (202) 624-2500, Facsimile: (202) 628-5116

Robert B. McNary (CSB No. 253745)
  rmcnary@crowell.com
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5590, Facsimile: (213) 622-2690

MCKOOL SMITH P.C.

Theodore Stevenson, III (Admitted *pro hac vice*)
  tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000, Facsimile: (214) 978-4044

Laurie L. Fitzgerald (Admitted *pro hac vice*)
  lfitzgerald@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700, Facsimile: (512) 692-8744

Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>  Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*,<br><br>  Defendants/Counterclaim-Plaintiffs.<br><br>ERICSSON INC., *et al.*,<br><br>  Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br>  Defendants/Counterclaim-Plaintiffs. | Case No. 8:14-CV-00341-JVS (DFMx)<br>Case No. 2:15-CV-02370-JVS (DFMx)<br><br>**TCL AND ERICSSON'S JOINT FILING REGARDING THE PROPOSED JUDGMENT AND INJUNCTION [DKT. 1778, 1784]**<br><br>Hon. James V. Selna<br><br>**[FILED CONDITIONALLY UNDER SEAL AT ERICSSON'S REQUEST. SUBJECT TO TCL'S OPPOSITION]** |

REDACTED