# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>  Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*,<br><br>  Defendants/Counterclaim-Plaintiffs.<br><br>ERICSSON INC., *et al.*,<br><br>  Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>  Defendants/Counterclaim-Plaintiffs. | Case No. 8:14-CV-00341 JVS-DFMx<br>Case No. 2:15-CV-02370 JVS-DFMx<br><br>**ORDER GRANTING ERICSSON'S APPLICATION FOR LEAVE TO FILE TCL AND ERICSSON'S JOINT FILING REGARDING THE PROPOSED JUDGMENT AND INJUNCTION UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2**<br><br>Hon. James V. Selna<br><br>**Discovery Cut-off:** May 23, 2016<br>**Pretrial Conference:** February 1, 2017 at 10:00 a.m.<br>**Trial:** February 14, 2017 at 8:30 a.m. |

This matter came before the Court on the Application For Leave To File TCL And Ericsson's Joint Filing Regarding The Proposed Judgment And Injunction Under Seal Pursuant To Local Rule 79-5.2 ("Application"), filed by Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Ericsson").

Having read and considered all papers submitted by the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. TCL And Ericsson's Joint Filing Regarding The Proposed Judgment And Injunction, as well as any briefs and supporting papers concurrently or subsequently filed by the parties regarding the same (collectively, "Joint Proposed Injunction") shall be filed under seal; and

3. Neither this Order nor the Application itself shall be sealed.

The parties shall follow the instruction of the Court's May 3, 2016 order (the "May 3, 2016 Order"). The filing party of each Joint Proposed Injunction document shall, within seven days of the later of entry of this order or filing of a subsequent Joint Proposed Injunction document, file under seal and serve a redacted version of such document in compliance with the May 3, 2016 Order and Federal Circuit Rule of Practice 27(m), along with a list of proposed redacted terms. The responding party shall file under seal and serve any additional proposed redactions to each such document within seven days thereafter, along with a list of any proposed additional redacted terms. Any third parties seeking relief with regard to disclosures shall file an *ex parte* application within seven days of this order.

**IT IS SO ORDERED.**

DATED: December 19, 2017

_____
The Honorable James V. Selna
United States District Judge

-1-

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE PARTIES' JOINT PROPOSED FORM OF INJUNCTION AND FINAL JUDGMENT UNDER SEAL; CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx