SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Communication
Technology Holdings, Ltd., TCT Mobile
Limited, and TCT Mobile (US) Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, <br><br> Defendants. <br>————————————————— <br> TELEFONAKTIEBOLAGET LM ERICSSON *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. *et al.*, <br><br> Defendants. | Case No. SACV14−00341 JVS (DFMx) <br> Consolidated with CV15-02370 <br><br> **PLAINTIFFS' DIRECT EXAMINATION BY DECLARATION FOR STEVE CISTULLI** <br><br> Place: Courtroom 10C <br> Before Hon. James V. Selna <br><br> Discovery Cut-Off: May 23, 2016 <br> Pre-Trial Conf.: Jan. 30, 2017 <br> Trial: Feb. 14, 2017 |

# **TABLE OF CONTENTS**

**Page**

I.    EXECUTIVE SUMMARY ...................................................................... 1

II.   OVERVIEW ........................................................................................... 7

III.  WITNESS BACKGROUND ................................................................... 7

IV.   CORPORATE BACKGROUND ............................................................. 8

V.    OUR PRODUCTS .................................................................................. 9

    A.    Feature Phones ............................................................................. 9

    B.    Smartphones ............................................................................... 11

    C.    Tablets ........................................................................................ 14

    D.    Mobile Broadband Devices ........................................................ 16

VI.   THE COMPETITION LANDSCAPE .................................................. 17

    A.    Competing for Contracts with Carriers ...................................... 18

    B.    Competing on Requests for Proposal from Carriers ................... 19

    C.    Declining Average Selling Prices ............................................... 21

    D.    Our "Step Up" to High End Smartphones .................................. 22

VII.  OUR COMPETITORS ......................................................................... 25

    A.    Apple .......................................................................................... 26

    B.    Samsung ..................................................................................... 32

    C.    LG .............................................................................................. 37

    D.    ZTE ............................................................................................ 41

    E.    HTC ............................................................................................ 44

    F.    Huawei ....................................................................................... 46

VIII. OTHER MANUFACTURERS ............................................................. 47

IX.   LOOKING AHEAD ............................................................................. 48

TABLE OF EXHIBITS CITED IN WITNESS DECLARATION .......................... 50

# DECLARATION OF STEVE CISTULLI

I, STEVE CISTULLI, declare under penalty of perjury that the material contained herein is true and correct and that I am competent to testify thereto.

## I.   EXECUTIVE SUMMARY

1.      My name is Steve Cistulli.  I am President and General Manager of the North America region for TCL Communication Technology Holdings Ltd. ("TCL Communication"), a plaintiff in this case.  TCL Communication is the parent company of the other two plaintiffs in this case:  TCT Mobile Limited and TCT Mobile (US) Inc.  I am the most senior person at TCL Communication devoted to managing the North America business (covering the U.S. and Canada), and responsible for all aspects of that business.

2.      TCL Communication is a Chinese company with full global reach, manufacturing and selling 2G, 3G, and 4G mobile devices around the world.  We have a multi-brand portfolio satisfying all consumer mobile device needs.  Under our "TCL" brand, we sell feature phones, smartphones, and tablets.  Under our "Alcatel" brand, we sell all these products, plus mobile broadband devices (like USB modems).  And under our "BlackBerry" brand, which we began licensing in December 2016, we sell ultra-secure high end smartphones that are used by enterprise and government sectors all over the world.  In the U.S., we are primarily known through our Alcatel and BlackBerry brands.  Our parent company, TCL Corporation, is a global multibillion-dollar consumer electronics and appliance conglomerate, selling everything from mobile phones to TVs to air conditioners through its various subsidiaries.  In the last five years alone, we sold over 250 million handsets and other products worldwide, in over 170 countries on nearly every continent.

3.      We are not only a major player around the globe, but a major player in one of the world's most important markets—the United States.  We established our U.S. division in late 2011, with little market share at the time, selling mostly in the

"open market" (*i.e.*, through retail channels rather than wireless carriers or operators). But we set out on a path to gain market share and grow our business here. And we did. We now have strong relationships with major carriers. Alcatel is offered on T-Mobile, MetroPCS, Sprint, Cricket, AT&T, and more, while BlackBerry is offered on Verizon and in open markets. We have grown to about 8.5-9% market share, ranking 4th, behind only Apple, Samsung, and LG, and ahead of ZTE. From 2012 to 2015, our sales volume grew by more than 600%, from about 2.1 million mobile phones to 13.4 million. For smartphones, our growth rate was greater. We sold about 307,000 smartphones in 2012, but by 2015, we had multiplied our yearly sales by a factor of 19, to 5.8 million units. Our story is similar for feature phones: sales of about 1.8 million in 2012, and 7.6 million by 2015.[1]

4.     In my view, our vigorous sales growth is not even the best measure of our success in the U.S. To me, the best measure was our ability to secure contracts (also called "master service agreements" or "MSAs") with major wireless carriers. The U.S. is a market driven by carriers. Some 90% of the phones purchased in the U.S. are through carriers. Meanwhile, major carriers are extremely selective about who they work with, as reflected by how their websites typically offer only 7 to 10 brands at a time. Securing contracts with carriers is very difficult. Doing so requires us to win their confidence, and satisfy the rigorous demands of the contract terms and conditions and requests for proposal ("RFP"). It requires that our

---

[1] In this declaration, mobile phone sales figures like these are from IDC, one of the industry data analysts we use in the ordinary course of business. IDC data regarding our sales volumes are reasonable, but do vary occasionally from our own internal data. For example, our internal data show U.S. feature phone sales in 2014 to be 2.7 million, while IDC reported our sales to be 2.4 million. (IDC could categorize products differently than the way we do, which may partly explain the difference in sales volume numbers.) I use the IDC data here, however, so that my later comparisons of our mobile phone sales figures with our competitors' are "apples to apples."

manufacturing processes (which are audited) and supply chain be capable of reliably delivering millions of quality devices.  It requires that we have an interconnected backend EDI (electronic data interchange) system that can transfer data from a manufacturing facility (in China) to the U.S.  It requires that we have engineering teams, marketing teams, and legal teams.  It requires that we have a large, sophisticated, robust infrastructure to support the distribution of millions of devices.

5.     Getting contracts means, ultimately, that we can answer to companies like Sprint, T-Mobile, etc., which come under major public scrutiny.  It puts us on equal footing with our biggest competitors, *e.g.*, Apple, Samsung, and LG, because they sign essentially identical contracts.  They are subject to the same high standards set by the carriers, bid on carrier RFPs the way we do, and if awarded, design to the same carrier specifications.  They also use many of the same components and component suppliers that we do.  Within little more than five years, we went from selling primarily in the open market to now being listed alongside the Apple iPhone 7 Plus and Samsung Galaxy S7 by the carriers.  In short, we ascended quickly.

6.     The high barriers to entry posed by carriers in the U.S. explain why non-incumbent or small players are generally not a threat here, either individually or in the aggregate.  Small players rarely have the broad, global infrastructure that carriers typically look for, and non-incumbent players need to compete for bandwidth within the carrier operations.  So securing an MSA is challenging.  Even if the small player could secure the MSA, winning the bid for an RFP is difficult.  Open "slots" in the carrier's portfolio will typically go to the large manufacturers with the infrastructure to timely build and deliver millions of quality products.  Those products must also be compatible with the carrier's multibillion-dollar networks, and comply with complex U.S. regulations.  Small players can rarely satisfy these burdens.

7.     We believe our success—strong relationships with carriers and growing sales volume—is due to our dedicated execution of TCL Communication's "Step

Up" strategy.  We first established ourselves and gained the trust of the carriers with our feature phones and entry level smartphones.  We then "stepped up" to midrange smartphones, and established ourselves with the carriers in that segment.  Now with that as our foundation, we have "stepped up" to high end smartphones.  We are doing this by continuing our good work for the carriers, but also by satisfying a deep consumer desire for high quality, higher end smartphones that are affordable.  Many people cannot (or do not want to) pay $700 or $800 for a phone.  We believe such consumers should have the option of buying a phone that is every bit as good—in design, quality, specifications, features, and technology—as the latest Apple or Samsung, but costs less.  We call this the "democratization of technology," and it is one of our driving business goals.  Consumers have responded, propelling us to no. 4 in the U.S. market.

8.     For example, our Alcatel IDOL 4S, currently offered through T-Mobile, runs on the Snapdragon 820, which is from Qualcomm's most advanced series of processors.  The Galaxy S7 Edge, Samsung's latest (and most expensive) phone, also runs on the Snapdragon 820 or equivalent.  Our phone has a 5.5-inch screen, like the S7 Edge.  We have a 21-megapixel camera, superior to the S7 Edge's 12-megapixel camera.  Our phone gives consumers 64 GB of internal memory to store photos, music, etc., twice the amount of the S7 Edge's 32 GB.  But on T-Mobile, our phone costs $469.99, while the S7 Edge is $789.99.[2]  In other words:  more money for less phone in the Samsung case.  What the consumer pays for is the Samsung name.

9.     The same is true when we line up our IDOL 4S against Apple's latest

---

[2] All carrier prices in this declaration are for paying in full with no financing.  This is so I can compare prices between competitors "apples to apples" also.  Financing plans (where the consumer provides a down payment up front, then monthly payments afterwards to pay off the phone) varies from person to person, depending on his or her credit history.

iPhone, the 7 Plus.  Both phones have 5.5-inch screens.  The Snapdragon 820 in our phone has processing power comparable or superior to the A10 processor in the iPhone 7 Plus.  Our phone has a superior camera, with 21 megapixels compared to the 7 Plus's 12 megapixels.  Our phone has 64 GB compared to the 7 Plus's 32 GB.  But again, on T-Mobile, ours costs $469.99, while the iPhone 7 Plus is $769.99.  More money, less phone.

10.     Our IDOL 4S is only one of many devices democratizing technology.  We now also have our BlackBerry brand.  For some time now, we were already manufacturing a number of BlackBerry devices, like the DTEK60.  BlackBerry is distinguished among mobile brands for offering some of the most secure devices in the world.  Its enterprise mobile security solution is trusted by the most demanding organizations with the highest security restrictions—in government, defense, intelligence agencies, regulated industries, and large enterprises.  In fact, BlackBerry was the only company to receive the highest scores from industry analyst Gartner in August 2016 in all six metrics relating to critical capabilities for high security mobility management (over competitors like Samsung).  The individual consumer who wants to protect the most private information about his or her life—from photos, to bank account, to browsing history—can do no better than the DTEK60.  On top of that, it also has a 5.5-inch screen, runs on the Qualcomm Snapdragon 820, and has a 21-megapixel camera and 32 GB of memory.  And the consumer can buy it for $499.99.

11.     With our multi-brand portfolio, our lineup of higher end phones, and our strong momentum, we believe our biggest growth is yet to come in the U.S.  While we are currently ranked number 4, our goal is to reach number 3, then number 2, and then number 1.  But our continued growth, success, and commitment to the democratization of technology comes to us at a price.  It means razor thin profit margins.  It also means operating with constant uncompromising efficiency, so that we can keep our expenses low relative to our revenue.

12.     At the same time, we face fierce competitive forces.  Other major players are also vying to grow their respective market shares in the U.S.  Apple, Samsung, and LG are major global companies, with very recognized brands, who currently have higher sales volumes than we do in the U.S., and are trying to stay there.  They have also responded to our successful business model by offering consumers more affordable choices of their own.  For example, in March 2016, Apple put its own "affordable" smartphone on the market, the iPhone SE.  Apple has positioned it in the "midrange" segment, and priced it at $399.99.  Samsung likewise offers its more affordable midrange Galaxy "J" series.  The latest one, the J7, is offered at $249.99 by T-Mobile.  Other major brands, like ZTE, LG, HTC, and Huawei, are also putting affordable smartphones on the market to compete with ours.

13.     Intensifying this competition now and in the next few years is the economic and political uncertainty in the U.S.  Consumers are also biding their time for the next wave of major technology breakthroughs, like 5G and flexible displays.  This has weakened consumer demand, requiring us to continually up the ante against our competitors on features, technology, and quality.  Yet, we also must compete aggressively on price.  Bids for carrier slots are often won or lost by cents per unit.

14.     Looking ahead, the mobile phone market in the U.S. and around the world will continue to be fiercely competitive, with an ever-evolving landscape.  For us to compete and grow, we need to continue to make high quality, reliable phones with the features, technology, and prices our customers want.  To do this, it is critical that we keep costs down.  Given our already razor thin profit margins, even an additional cost of cents per unit can be very damaging.  This is why we cannot pay higher rates for licensing IPR than any of our major competitors.  We need to play on an even playing field, to continue to effectively compete with them now and into the future.

## II.   <u>OVERVIEW</u>

15.   In this declaration, I will first provide my own background, followed by the background of our U.S. subsidiary TCT Mobile (US) Inc.  I will then describe the different types of mobile products we sell.  I will then talk about the competitive landscape—competition for carrier contracts and RFPs, declining average selling prices ("ASP"), and our "step up" strategy from feature phones and entry level smartphones, to midrange smartphones, to high end smartphones.  I will then focus individually on six major competitors:  Apple, Samsung, LG, ZTE, HTC, and Huawei.  I will then talk about other manufacturers whom we consider to be limited competitors.  I then end with thoughts on our business looking ahead to the future.

16.   I focus particularly on the U.S. in this declaration, but also discuss aspects of TCL Communication's business that are globally applicable.  I understand my colleague George Guo, a Director of TCL Communication and a member of its Board and Executive Committee, will provide a fully global perspective.

## III.   <u>WITNESS BACKGROUND</u>

17.   I grew up in Connecticut, but now reside in Newport Beach, California.  I graduated from the University of Massachusetts at Dartmouth in 1989, with a Bachelor of Science in Electrical Engineering.  After graduating, I worked at Hughes Aircraft Company.

18.   In 1994, I joined Ericsson, in the land mobile radio division, in the capacity of engineering and "NPI" (new product introduction).  I worked specifically on the introduction of "trunked" radio systems, which were the equivalent of today's police radio or walkie talkie.  Later, I worked in Ericsson's cellular handset division, in the capacity of engineering and software development.  In 2003, I voluntarily left Ericsson, because it was undergoing a merger with Sony and I saw an opportunity to move on to emerging areas of the industry.  By the time I left, I was Director, Program Management.

19.    I then worked at a few companies in the mobile industry before joining Samsung Telecommunications America in 2009.  I was director of product marketing at Samsung by the time I left in 2013 to join TCL Communication.  I have held a few positions at the company, including Senior Vice President of Product Marketing and Sales.

20.    In my current role as President and General Manager, I am the highest-ranking person at TCL Communication devoted to managing the North America business.  I ensure that plans for growth in North America are executed properly, the employee base is growing and developing meaningfully, and financial decisions are carried out responsibly.  I interact regularly with George Guo, with whom I have regular standing calls and meet frequently in person.

## IV.    CORPORATE BACKGROUND

21.    I understand Dr. Guo will provide the corporate background for plaintiffs TCL Communication and TCT Mobile Ltd., as well as our parent company TCL Corporation.  I will provide the corporate background for the remaining plaintiff TCT Mobile (US) Inc. ("TCT U.S.").

22.    TCT U.S. was established as part of TCL Communication's expansion overseas and into the U.S. market.  We initially sold our products only in China, but we became a global company with our strategic acquisition in 2004 of Alcatel (which already had a global footprint, especially in Europe, the Middle East, and Africa).  We built on that to deepen and broaden our global reach over time.  We entered the U.S. market in about 2009.  We established TCT U.S. as a wholly owned subsidiary of TCL Communication in late 2011.  TCT U.S. is directly involved with the sale of 2G, 3G, and 4G mobile phones in the United States.

23.    TCT U.S. has its main office in Irvine, California.  Between the U.S. and Canada, we now employ about 170 people, in six offices, but the majority of our team resides here in southern California.  Unlike some other foreign multinational companies, TCL Communication strives to employ locals (*e.g.*, Americans and

Canadians at TCT U.S.), from the very top leadership—like myself—all the way down.

24.     Our work culture here in Irvine and across North America is guided by three words:  focus, priority, and humility.  I say these three words at just about every meeting and town hall.  We must *focus* because we compete with the biggest brands in the world.  We must *prioritize* in order to make effective decisions.  And most importantly, we must be *humble*, because success can otherwise lead to arrogance.  We stay grounded and respectful of our partners, especially the carriers.  These three words—focus, priority, and humility—have translated into a work culture of diligence and efficiency.  Each person strives to know exactly what he or she is contributing to any given product.  And the results are evident.  We are growing and moving upwards in the U.S., when so many others are going downwards.  We are the ones taking on Apple, Samsung, LG, and other big names.  It is because of the third word above, *humility*, that our brand is not in the news as often as some of our competitors.  We have deliberately flown under the radar.

## V.   OUR PRODUCTS

25.     TCL Communication has a broad range of mobile products utilizing 2G, 3G, and 4G technology, from feature phones, to smartphones, to tablets, to mobile broadband devices.  Globally, we sell our devices under various brands, including "TCL," "Alcatel," and "BlackBerry."  (Until very recently, our official Alcatel brand was "Alcatel OneTouch," but we changed it to just "Alcatel" in March 2016.)  In the U.S., our mobile devices are sold primarily under the "Alcatel" and "BlackBerry" brands.

### A.   Feature Phones

26.     The feature phone business is still a very robust part of the mobile device industry.  In 2015, about 543 million feature phones were sold around the world.  (*See* Ex. 1273 (IDC).)  Feature phones, sometimes called "basic phones," typically have fewer features than smartphones, and run on non-smartphone

operating systems (*e.g.*, not Android or iOS).  Many consumers prefer feature phones because they serve the consumers' communication needs but also tend to be simpler, more tactile, and last longer on a single battery charge.

27.     We have a strong feature phone business in the U.S.  Here, we grew from selling about 1.8 million feature phones in 2012 to about 7.6 million units in 2015.  (*See* Ex. 1273 (IDC).)  An example of our feature phone offerings is the Alcatel ONETOUCH Retro, currently offered by Sprint for $99.99.  (Visual references are provided below.  *See* Exs. 1643-44.)[3]

 

28.     We will continue to work hard in the feature phone business, because we believe a segment of consumers will continue to desire phones with limited features.  We also intend to innovate feature phone products.  For example, we plan to grow the feature phone market into one that includes "smart feature phones" (or

[3] Exhibits 1643 to 1665 are all product images taken from the websites of carriers (Sprint, T-Mobile, Verizon, Cricket), Best Buy, and BlackBerry on or about January 7, 2017.

1  "hybrid smartphones"), starting in 2017.  Such phones would have a slightly more

2  advanced feature set, like four or five of the features used in smartphone operating

3  systems, *e.g.*, Facebook or Uber.  We believe that the feature phone market is an

4  evolving one, just like the smartphone market.

5      **B.    Smartphones**

6      29.    While the market for feature phones is healthy, smartphones comprise

7  the bulk of industry mobile device sales.  In 2015, about 1.4 billion smartphones

8  were sold around the world.  (*See* Ex. 1273 (IDC).)  Smartphones contain certain

9  high-level operating systems, like Windows, Android, or iOS.  Smartphones also

10  support the native installation of third-party applications, and typically have

11  touchscreen displays.  Our smartphone business has grown quickly in the U.S.  In

12  2012, we sold about 307,000 smartphones, but by 2015, we had sold about 5.8

13  million.  We have a smartphone series for each of the entry, midrange, and higher

14  end market segments.

15      30.    The PIXI series is our entry level.  One of our latest PIXI models is our

16  6-inch PIXI 4.  (A visual reference is provided below.  *See* Ex. 1645.)  It has an 8-

17  megapixel camera and 16 GB of memory.  It runs on a Qualcomm Snapdragon 210

18  processor.  A consumer can currently buy it unlocked (*i.e.*, not locked to a carrier

19  out-of-the-box) from Best Buy for $129.99.

20

21

22

23

24

25

26

27

28

Case No. SACV14−00341 JVS (DFMx)/CV15-02370
WITNESS DECLARATION OF STEVE CISTULLI

The PIXI 4 is compatible with AT&T, T-Mobile, and other GSM (Global System for Mobiles) carriers.  Tracfone, a prepay carrier (*i.e.*, one that offers plans where the consumer pays for voice, texts, and data in advance) also offers a number of our PIXI phones prepaid.

31.    Our POP series is our midrange.  One of our latest POP models is our 5.5-inch POP 4S.  (A visual reference is provided below.  *See* Ex. 1646.).  It has a 13-megapixel camera and 16 GB of memory.  It runs on a MediaTek Helio P MT6755 processor.  A consumer can buy it unlocked from Best Buy for $159.99.

1
2
3
4
5
6
7
8
9



10
11

The POP 4S is compatible with AT&T, T-Mobile, and other GSM carriers.

12

Tracfone also offers our POP ICON model (not pictured).

13

     32.    Our IDOL series is our high end.  Our latest model is our IDOL 4S

14

with Windows 10.  (A visual reference is provided on the next page.  *See* Ex. 1647.)

15

It has a 5.5-inch screen, 21-megapixel camera, and 64 GB of memory.  It runs on a

16

Snapdragon 820, which is from Qualcomm's most advanced series of processors.  A

17

consumer can buy it on T-Mobile for $469.99.

18
19



20
21
22
23
24
25
26

Prepay carrier Cricket (owned by AT&T) also offers other phones in our IDOL

27

series.

28

33.     Our high end series also includes BlackBerry.  For example, our DTEK60 is an Android phone with a 5.5-inch screen, 21-megapixel camera, and 64 GB of memory.  (A visual reference is provided below.  *See* Ex. 1648.)  It also runs on a Snapdragon 820.  It is available directly from the BlackBerry website for $499.



At the Consumer Electronics Show in January 2017, we unveiled our new DTEK70, which the industry had dubbed "Mercury."  It continues the DTEK tradition of high quality specifications and technology, but also sports the iconic BlackBerry QWERTY keyboard.

**C.     Tablets**

34.     Tablets are also part of our mobile device portfolio.  Like smartphones, tablets typically have touchscreen displays and certain high-level operating systems (like Android), and support the native installation of third-party applications. Tablets typically have a screen size of 7 inches or more.

35.     For pure WiFi tablets (*i.e.*, not connected to a carrier network), the competition is often grouped according to size.  In terms of "connected" tablets, we consider competition in terms of carriers, *i.e.*, what contracts and RFP awards we win.  Our tablet business with carriers has been very successful in the U.S.  For example, T-Mobile currently offers tablets from only four manufacturers:  Apple,

Samsung, LG, and Alcatel.  The Alcatel model offered by T-Mobile is the POP 7. (A visual reference is provided on the next page.  *See* Ex. 1649.)  It has a 7-inch screen, a 5-megapixel camera, and 8 GB of memory.  It runs on the Qualcomm Snapdragon 210 processor.  T-Mobile offers it for $99.99.



36.    As another example, Sprint also currently offers only four brands of tablets on its website:  Alcatel, Apple, Samsung, and Slate (Sprint's own brand, manufactured by a third party).  The Alcatel model offered by Sprint is the PIXI 7. (A visual reference is provided on the next page.  *See* Ex. 1650.)  It has a 7-inch screen, a 5-megapixel camera, and 8 GB of memory.  It runs on the Qualcomm Snapdragon 210 processor.  Sprint offers it for $240.

37.    We have been selling 3G tablets worldwide since about 2011, growing from almost no sales volume to about 2.3 million in 2015.  We have been selling 4G tablets worldwide since about 2014, growing from about 135,000 units sold to about 1 million in 2015.  (*See* Ex. 142.)

**D.    Mobile Broadband Devices**

38.    We also sell mobile broadband devices, which allow users to access the Internet through a cellular network.  (These devices are also called "WiFi hotspots," "mobile hotspots," "portable hotspots," or "data cards.")  For example, we sell a device called the "Ride-Fi."  (A visual reference is provided on the next page.  *See* Ex. 1651.)  It plugs into the DC power connector of your car.  Passengers can connect up to 10 devices (laptops, tablets, portable gaming systems, etc.) to the Internet at once through a cellular network.  Sprint offers it for $168.



39.     Another example of a mobile broadband device is one that can run on a rechargeable battery (rather than the power source from a car, laptop, or other device).  These are sometimes called "pucks," due to their size and shape.  Our is the "LINKZONE."  (A visual reference is provided below.  *See* Ex. 1652.)  It can connect up to 15 devices simultaneously.  T-Mobile offers it prepaid for $79.99 (for the device itself, exclusive of service).

## VI.     <u>THE COMPETITION LANDSCAPE</u>

40.     The mobile device business is extremely competitive, both in the U.S. and globally.  In the U.S., we started in a relatively mature market with little market share.  By "mature," I mean that most people in the U.S. already owned mobile phones.  In 2011, for example, when TCT U.S. was established, some 90% of U.S. consumers already owned mobile phones.  That translates to a small pool of

1    available new buyers.  Meanwhile, we were selling alongside competitors with
2    already very large market shares.  Samsung in 2011 sold over 54 million mobile
3    phones.  Apple that year sold almost 33 million phones.  LG sold over 29 million in
4    2011.  HTC sold over 17 million.  And so on.  Yet between then and now we were
5    able to ascend to being ranked 4th.  We did this by building our relationships with
6    our carrier customers from the ground up, focusing on superior customer service,
7    and delivering high quality products.

8              A.      **Competing for Contracts with Carriers**

9          41.     Securing a contract or master service agreement ("MSA") with a
10   carrier, especially a major carrier, is very difficult.  It is an extremely competitive
11   process, and requires cultivating trust with the carrier and continually nurturing the
12   business relationship.  To begin with, due to industry consolidation, there are now
13   only four major carriers in the U.S.:  AT&T, Sprint, Verizon, and T-Mobile.  Many
14   of the smaller carriers that consumers may have heard of are actually owned by the
15   "big four."  For example, AT&T owns Cricket.  T-Mobile owns MetroPCS.  And
16   Sprint owns Boost Mobile and Virgin Mobile.  Because carriers are the customers in
17   the U.S. mobile market, that means we and our competitors have fewer customers to
18   compete for.

19         42.     To secure the MSA with a carrier—and earn a place in the carrier's
20   portfolio of manufacturers—requires great trust by the carrier in the manufacturer.
21   Carriers operate in a highly regulated and complex industry.  And mobile
22   technology itself is extremely complex, has a huge number of radio frequency
23   bands, and is currently moving toward 5G.  Carriers need manufacturers with
24   engineering resources and infrastructure capable of satisfying all current and
25   emerging technical and regulatory requirements.  The carriers also need to maintain
26   efficiencies in their supply chain.  This means reducing the number of vendors they
27   need to manage, including mobile phone manufacturers.  Each carrier's portfolio of
28   manufacturers is tightly controlled.

43.     The carrier dominance of the industry, and the stringent complex demands that imposes, also helps explain the consolidation of vendors down the supply chain.  Mobile phone manufacturers, for example, have consolidated.  Motorola was acquired by Lenovo in 2014.  Nokia was acquired by Microsoft in 2013.  Sony bought out Ericsson's share of the two companies' mobile phone joint venture in 2011.  I predict that sometime not too long from now, the U.S. mobile phone industry will end up with five or six handset providers—with TCL Communication and its brand portfolio being one of them.

### B.     Competing on Requests for Proposal from Carriers

44.     The U.S. is a market driven by carriers.  Here, manufacturers sell to carriers, who then sell the devices to the individual end consumers.  The carriers are thus the primary distribution channel.  Almost all of our sales are to carriers.  While we have mobile devices on the open market, this is a small part of TCL's U.S. business.

45.     To get business from carriers in the U.S., we have to bid against our competitors.  The carrier initiates the bidding process by emailing manufacturers a schedule for the upcoming RFP.  The schedule typically includes dates by when the carrier will issue the RFP, the manufacturer must provide feedback, and the carrier will return a decision.  When the RFP itself arrives, it will typically attach templates that the manufacturer will fill in.

46.     What the carrier requests in a particular RFP depends on the needs of the carrier's individual end users at the time.  Typically, the carrier has a stock keeping unit ("SKU") location that is vacant within its portfolio, which the carrier wants a manufacturer to fill.  The SKU location is a particular "level" of phone (*e.g.*, entry level, midrange, high end), associated with certain features, technologies and capabilities, at a particular "transfer price."  The transfer price is the amount the manufacturer invoices the carrier per phone.  Manufacturers are permitted to compete to fill any SKU location or level of phone.

47.     We compete very aggressively with other manufacturers to fill SKU locations and win carrier business.  To do so, among other things, we customize our phones for the carriers, by modifying our own software and designs according to what the carrier requests.  A carrier may ask, for example, that we integrate upwards of 10 additional applications (*i.e.*, on top of "preloaded" applications) into our phones.  Such integration includes ensuring that the user experience is seamless.  All of this requires engineering resources and comes to us at a cost.  Note that Samsung and Apple compete for carrier business by focusing on their respective brands, rather than customizing their user experience.  They satisfy the carriers' technical specifications (as we do), but then impose their own standardized user experience.  Apple's mobile phones have the iPhone user experience, while Samsung's phones use traditional Android with a Samsung "overlay."  By standardizing the user experience in this way, Samsung and Apple are able to realize certain economies of scale that we do not.

48.     We also compete for bids on the transfer price.  To make our transfer price competitive, we are often negotiating with a carrier feature by feature, on the level of cents per unit, to push down the price.  For example, a carrier may require that certain radio frequency bands be supported in all its devices.  But removing a particular band (say, for roaming users in Mexico) may save 20 cents.  We may propose to the carrier removing that band so that we can lower the transfer price by 20 cents.  For every bid, we scour every feature that the carrier will allow us to modify or spare so that we can lower our transfer price and enhance our bid.  We also work very hard to push down our gross profit per phone as much as we can to win a particular bid.  Even then, with all the downward pressures on transfer price, it does not truly represent what we "take home."  The carriers require us to set aside part of the transfer price as a "market development fund," to help the carrier's "sell-through" at the point of sale (*e.g.*, signs around the phone display in the store).

49.     The U.S. carrier market is also challenging competitively because the

carrier decides what it wants to charge the end consumer for a manufacturer's phone.  In other words, the transfer price does not necessarily correlate to what the end user ultimately pays.  (For example, the carrier may subsidize the cost of the phone to the end user in return for a particular service contract.)  But what the carrier decides to charge the end consumer will typically impact our sales volume.  For example, as the result of negotiations with a manufacturer, a carrier may subsidize the price of its high end smartphone down to the same segment as a competitor's entry level smartphone.  For the same price, customers will typically choose the high end smartphone over the entry level, meaning more volume of the high end smartphone is pushed through.

## C.  Declining Average Selling Prices

50.  Competition for carrier business has contributed to declining average selling prices (revenue divided by units sold over a given period), for us and the industry.  Relatedly, consumers (and by extension, carriers) tend to demand ever better products for ever lower prices.  Declining ASP is reflected in both smartphones and feature phones.  Between 2011 and 2015, our U.S. ASP for smartphones decreased from $373 to $134.  Over the same period, our U.S. ASP for feature phones decreased from $138 to $19.



**Figure 1: TCL Communication U.S. ASP** (Ex. 1273 (IDC))

51.     The U.S. mobile phone industry followed the same trend of declining ASP.  Between 2011 and 2015, the decrease in U.S. smartphone ASP for all vendors was from $501 to $474.  Meanwhile, over the same period, the decrease in U.S. feature phone ASP for all vendors was from $150 to $51.



**Figure 2: Mobile Phone Industry U.S. ASP** (Ex. 1273 (IDC))

52.     As the figures above show, our smartphone ASP has declined more than for the industry overall.  We believe this relates to and reflects our business model, including the value proposition of our phones, relative to our competitors' phones and business models.  We give consumers the option of a phone as good as or better than a competitor phone in the same category (entry, midrange, or high end).  But some of what we save on commercials and advertising, we can indirectly pass on to our customers.  Thus, more of the consumers' dollars go into paying for our actual phone—its features, technology, design, and quality, and the human resources needed to build that.  But as I said before, democratizing technology comes to us at a cost.  We run an extremely lean business, and operate on razor thin profit margins.

**D.     Our "Step Up" to High End Smartphones**

53.     Our current focus on high end smartphones is actually the culmination of our years-long "Step Up" strategy.  This strategy helps explain our growth and

success since establishing TCT U.S. in 2011, and why we will continue to be a strong competitor in the coming years, despite fierce competition.  Generally speaking, our "step up" strategy involved starting out by supplying phones in the entry level space.  After establishing ourselves there, we then used that as a springboard to "step up" to the next level, and then the next, and then the next.

54.     Specifically, when we first entered the U.S. market, we sold only feature phones and entry level smartphones, focusing heavily on our PIXI series, for example.  We used entry level phones to earn the trust of one carrier, then courted another carrier, then another, and so on.  We were patient.  We fought to win carrier slots.  Then we delivered, again and again, practicing patience and building momentum.  We consistently earned high rankings in our carriers' quarterly business reviews ("QBRs"), which rank us on various quality categories, from product development and delivery, to supply chain management, to reverse logistics (product returns).  We invested money, time, and resources to build our entry level business.  We eventually came to be a dominant player in that space.

55.     We then used that foundation as a springboard to "step up" to the midrange smartphone market.  Carriers knew our track record of quality and service in the entry level space.  We built on that reputation to gain the carriers' trust in our midrange products.  As with the entry level space, we fought to win midrange carrier slots, investing money, time and resources.  We focused heavily on our midrange POP series.  When we won bids, we delivered on and exceeded the expectations we had set.  And we kept on doing this, establishing our midrange credentials.

56.     Now we have "stepped up" into the high end space.  Our IDOL 4S is featured on T-Mobile alongside the iPhone 7 Plus and Galaxy S7 Edge, and is every bit as good or better (but for hundreds of dollars less).  We are also building out our high end portfolio, with our recent acquisition of the BlackBerry brand license.  We will do the same thing with our BlackBerry products that we did with our Alcatel

products, working hard and investing resources to win awards from, and be adopted by, more and more carriers.

57.     We are very excited about what the BlackBerry brand will do for our high end business, especially in the enterprise and government sectors.  BlackBerry phones are trusted because they are some of the most secure in the world.  They are, for example, what the U.S. Department of Justice and DARPA (Defense Advanced Research Projects Agency) use.  Furthermore, enterprise and government channels have a typical "refresh" cycle (*i.e.*, the time period until upgrading to the next phone) of 24 months.  By contrast, for individual consumers, the product replacement cycle has lengthened out to more than 24 months on average.  (This is due at least in part to carriers offering "no contract" service plans and reducing or eliminating subsidies on phones, *i.e.*, requiring customers to cover the full price.)

58.     Our BlackBerry flagships also have specifications comparable or superior to the iPhone 7 Plus and Galaxy S7 Edge, for hundreds of dollars less.  The DTEK60 has a 5.5-inch display, uses the same Qualcomm Snapdragon 820 as the Samsung Galaxy S7 Edge, and has a 21-megapixel camera and 32 GB of memory.  A consumer can buy it for $499.99.  And just a few days ago, we unveiled our BlackBerry DTEK70 at CES (Consumer Electronics Show), one of the largest annual electronics trade shows in the world.  In the coming year, we will stabilize the BlackBerry business within our portfolio, fully integrate BlackBerry into our carrier relationships, and continue to leverage BlackBerry's strength in the enterprise and government sectors.  We aim to put a BlackBerry device in the hands of every high-ranking official in the U.S. government.  We believe that will also enhance our brand awareness and expand our BlackBerry business in the consumer sector.

59.     Our "step up" to high end smartphones has been and will continue to be successful, because consumers are demanding what we offer—premium flagship phones at more affordable prices.  As I explained above, and will reiterate below,

there is no difference in design, quality, or performance between our flagship and the flagships of Apple, Samsung, LG or any other competitor.  But we do not ask consumers to pay excess dollars for marketing or advertising.  We perceive that consumers are hungry for this option, and we are working hard to make sure they continue to have it.

## VII.   <u>OUR COMPETITORS</u>

60.    In this section, I will describe the nature of our competition with six primary competitors:  Apple, Samsung, LG, ZTE, HTC, and Huawei.  These are all competitors we regularly analyze and monitor.  We have come to know that Apple, for instance, has a fairly predictable cadence of product launches, and we monitor for those.  We read industry trade papers and keep informed on what is happening with Apple's business.  For Samsung, we observe that it has a fairly regular cadence with its Galaxy S series, and we monitor for those also.  Samsung typically launches new products first in South Korea, after which those products will spread out to other parts of the world.  TCL Communication has a dedicated team in South Korea, who updates us on Samsung's product launches there, so we can prepare to respond when its new products reach the U.S.  The same is true for LG, which also typically launches products in South Korea first.  ZTE, HTC, and Huawei, all of which are headquartered in China or Taiwan, also typically launch overseas before pushing those products into the U.S.  Part of the reason is stringent U.S. carrier requirements.  We often see a global launch of a competitor product followed by that same product entering the U.S. market 6 to 8 months later.

61.    We also indirectly analyze and monitor what our competitors are doing during the RFP process.  If a carrier is putting extreme pressure on us to push down the transfer price for a particular slot, for example, often that means someone is heavily competing with us for that slot.  We then do some market analysis to determine what our competitors are doing and which one is coming after TCL Communication for that RFP.

### A.   **Apple**

62.     Apple, Inc. ("Apple") was incorporated in 1977, and is headquartered in Cupertino, California.  Apple entered the smartphone business in about 2007.  In terms of 2G, 3G, and 4G mobile devices, Apple sells smartphones and tablets, but no feature phones.  Apple has a very recognized brand, as well as a very large market share in the high end smartphone market, in the U.S. and globally.  But the high end market has matured for Apple.  Combined with reduction or elimination of carrier subsidies to consumers, the lack of major technology breakthroughs, and the latest iPhone 7 Plus costing as much as $969 (for its 256 GB version), Apple's sales growth has slowed.  Meanwhile, Alcatel is making smartphones just as good as Apple's flagship, but more affordable for consumers (*e.g.*, our IDOL 4S and BlackBerry DTEK series).

63.     Apple has reacted to the changes in the market by offering its own "affordable" phone, the midrange iPhone SE, and positioning its prior generation iPhones in the midrange and even entry level segments.  But for every smartphone in Apple's smartphone portfolio, we offer a phone with comparable or superior features, at a more affordable price.  In other words, our efforts to "democratize technology" mean we are competing directly against Apple's full spectrum of smartphones, and gaining on its market share.

64.    Below is a comparison between our high end IDOL 4S and Apple's high end iPhone 7 Plus.  In terms of specifications, consumers typically care about display size, the camera quality, and the amount of memory.  In these specifications and more, our IDOL 4S is comparable with or superior to the Apple iPhone 7 Plus (32 GB), and ours costs $300 less:

| Specification | Alcatel Idol 4S with Windows | Apple iPhone 7 Plus |
|---|---|---|
| | (*See* Ex. 1647.) | (*See* Ex. 1653.) |
| Display | 5.5 inches | 5.5 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 32 GB |
| Chipset | Qualcomm Snapdragon 820 | Apple A10 |
| Price | $469.99 on T-Mobile | $769.99 on T-Mobile |

65.     Our flagship IDOL 4S also competes with Apple's previous generation high end phone, its iPhone 6s Plus, which Apple now positions as a midrange phone.  Again, though our phone has superior specifications, it is still nearly $200 less expensive:

| Specification | Alcatel Idol 4S with Windows | Apple iPhone 6s Plus |
|---|---|---|
| | <br>(*See* Ex. 1647.) | <br>(*See* Ex. 1654.) |
| Display | 5.5 inches | 5.5 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 16 GB |
| Chipset | Qualcomm Snapdragon 820 | Apple A9 |
| Price | $469.99 on T-Mobile | $649.99 on T-Mobile |

66.    Our IDOL 4S is even comparable in price to Apple's midrange iPhone SE, even though our phone has superior specifications:

| Specification | Alcatel Idol 4S with Windows | Apple iPhone SE |
|---|---|---|
| | <br>(*See* Ex. 1647.) | <br>(*See* Ex. 1655.) |
| Display | 5.5 inches | 4 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 16 GB |
| Chipset | Qualcomm Snapdragon 820 | Apple A9 |
| Price | $469.99 on T-Mobile | $399.99 on T-Mobile |

67.    We actually believe, however, that the most meaningful sign that Apple is reacting to competitors like ourselves is not the phones themselves.  Instead, it is the way Apple is changing its business model.  Apple is trying different ways to give consumers more affordable options, to shield customers from the "sticker shock" of its phones.  For example, Apple in 2015 rolled out its own financing program, called the Apple iPhone Upgrade Program.  Though called an "Upgrade" program, it is equally open to brand new iPhone users and existing users alike.

WITNESS DECLARATION OF STEVE CISTULLI

1  Under the program, instead of paying Apple $769 for the iPhone 7 Plus up front, a

2  consumer can spread out the cost of it over 24 months.  Thus, the consumer can

3  walk out of the store with the iPhone 7 Plus after paying just the first month's

4  payment (around $37), plus taxes, and then the same amount over the next 23

5  months.  The consumer can then choose whichever carrier she prefers, paying

6  separately for monthly wireless service.  This program provides a way to get an

7  iPhone directly from Apple for a low upfront cost, for consumers who cannot afford

8  (or do not want to pay) the hefty retail price all at once.

9        68.     Another example of Apple's evolving business model is its quiet but

10  significant expansion in 2016 into "prepaid" carriers, like Straight Talk Wireless,

11  Total Wireless, and Consumer Cellular.  Prepaid carriers (as distinguished from

12  "postpaid" carriers like T-Mobile and Sprint) typically offer consumers the option to

13  pay for minutes (voice), texts (SMS), or data (for streaming and downloading for the

14  Internet, etc.) in advance of use.  When the consumer has used up her credits, she

15  can buy more.  Such plans seldom require the consumer to commit to a contract, and

16  the credit checks are typically less stringent (or not required at all).  Prepaid carriers

17  are generally a lower cost option for consumers, with lower cost phones on offer.

18  Due to Apple's efforts to cultivate a premium brand image, its prepaid carrier

19  business has traditionally been very limited.  But responding to challengers like

20  ourselves, and the maturation of the market for its high end phones, it has

21  aggressively expanded into the prepaid market in 2016.

69.     For example, Apple currently sells it previous generation iPhone 5S for $199.99 through many prepaid carriers.  The iPhone 5S is offered on Cricket right alongside our IDOL 4, which has superior or comparable specifications:

| Specification | Alcatel IDOL 4 | Apple iPhone 5S |
|---|---|---|
| | (*See* Ex. 1656.) | (*See* Ex. 1657.) |
| Display | 5.2 inches | 4 inches |
| Camera resolution | 13 megapixels | 8 megapixels |
| Memory | 16 GB | 16 GB |
| Chipset | Qualcomm Snapdragon 617 | Apple A7 |
| Price | $199.99 (on Cricket) | $199.99 (on Cricket) |

70.     In sum, to truly appreciate how we compete against Apple, you have to look beyond Apple's advertising, marketing, and image.  We offer high end smartphones that are just as good (or better), without charging for a name. Consumers want, need, and deserve the value and quality we provide.  Apple's TV commercials, online and print advertisements, and other marketing campaigns, as well Apple's own physical stores and staff, are ultimately paid for by the consumer. We give consumers the option to keep those dollars in their own pockets, and spend

their money mostly on the product they hold in their hands.

**B.** <u>**Samsung**</u>

71.     Samsung Electronics Co., Ltd. ("Samsung") is a Korean company, founded in 1938, and headquartered in Suwon, South Korea.  Samsung and TCL Corp. are extremely alike, and we even sometimes refer to ourselves as the "Chinese Samsung."  Samsung and TCL Corp. both have mobile product divisions that sell feature phones, the full range of smartphones, and tablets.  Samsung and TCL Corp. both sell "white goods," like washers and dryers.  Samsung has its own manufacturing facilities (in South Korea and elsewhere), as do we (one in Huizhou, China just for mobile devices).  I also know firsthand that Samsung bids on carrier RFPs similar to the way we do, because my teams do much of the same thing here that I did when I was at Samsung.

72.     We have models that compete against Samsung across the entire range of mobile phones.  Our high end smartphone series is our IDOL; our midrange series is our POP; and our entry level series is our PIXI.  For Samsung, the S series is its high end; the A series is its midrange; and the J series is its entry level.  For example, our IDOL 4S is a high end phone with specifications on par or superior to those in Samsung's Galaxy S7 Edge.  Note that they even have the exact same chipset.  But our phone costs $260 less (table on next page):

| Specification | Alcatel Idol 4S with Windows | Samsung Galaxy S7 Edge |
|---|---|---|
| | (*See* Ex. 1647.) | (*See* Ex. 1658.) |
| Display | 5.5 inches | 5.5 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 32 GB |
| Chipset | Qualcomm Snapdragon 820 | Qualcomm Snapdragon 820 |
| Price | $469.99 on T-Mobile | $729.99 on T-Mobile |

73.   Below is a similar comparison of our midrange POP 4S against Samsung's midrange Galaxy A5, reflecting our model's comparable or superior specifications:

| Specification | Alcatel POP 4S | Samsung Galaxy A5 |
|---|---|---|
| | <br>(*See* Ex. 1646.) | <br>(*See* Ex. 1659.) |
| Display | 5.5 inches | 5.2 inches |
| Camera resolution | 13 megapixels | 13 megapixels |
| Memory | 16 GB | 16 GB |
| Chipset | MediaTek Helio P MT6755 | Qualcomm Snapdragon 615 |
| Price | $159.99 on Best Buy (compatible with T-Mobile, AT&T, and other GSM carriers) | $369.99 on Best Buy (compatible with T-Mobile, AT&T, and other GSM carriers) |

74.   Below is a similar comparison between our entry level PIXI 4 and Samsung's entry level Galaxy J3:

| Specification | Alcatel PIXI 4 | Samsung Galaxy J3 |
|---|---|---|
| | (*See* Ex. 1645.) | (*See* Ex. 1660.) |
| Display | 6 inches | 5 inches |
| Camera resolution | 8 megapixels | 5 megapixels |
| Memory | 16 GB | 16 GB |
| Chipset | Qualcomm Snapdragon 210 | Spreadtrum SC9830 |
| Price | $129.99 on Best Buy (compatible with T-Mobile, AT&T, and other GSM carriers) | $179.99 on Best Buy (compatible with T-Mobile, AT&T, and other GSM carriers) |

75.     Samsung also competes with us in feature phones.  For example, our Retro competes against Samsung's Gusto 3:

| Specification | Alcatel ONETOUCH Retro | Samsung Gusto 3 |
|---|---|---|
| | (*See* Ex. 1644.) | (*See* Ex. 1661.) |
| Display | 2.4 inches | 2 inches |
| Camera resolution | 2 megapixels | 1.3 megapixels |
| Memory | 256MB | 128MB |
| Processor (clock speed) | 480 MHz | 192 MHz |
| Price | $99.99 on Sprint | $49.99 on Verizon (prepaid) |

76.     In the U.S., we have competed and performed well against Samsung. Since establishing TCT U.S. in 2011, we have grown at a faster pace.  In 2012, we sold about 307,000 smartphones in the U.S., but by 2015, we had multiplied our

sales by a factor of 19, to 5.8 million units.  Over the same period, Samsung's smartphone growth rate was modest in the U.S., from 32.1 million in 2012 to 37.9 million in 2015.  In fact, Samsung contracted between 2014 and 2015 (from 42.6 million to 37.9 million).  Our smartphones continue to gain on Samsung.  And Samsung has reacted by actively competing with us in the RFP process, bidding aggressively on the same SKU slots as we do.

77.     As for feature phones, we have closed the gap with Samsung.  In 2012, we sold about 1.8 million units in the U.S., increasing year over year to about 7.6 million in 2015.  Samsung in 2012 was out ahead of us at 22.2 million units sold in the U.S., but by 2015, had dropped to about 4.3 million.  (*See* Ex. 1273 (IDC).)  We believe we will continue to have robust competition with Samsung in the feature phone category in the U.S.

**C.     LG**

78.     LG Electronics, Inc. ("LG") is a Korean company, founded in 1947, and headquartered in Seoul.  LG is a global manufacturer of a range of consumer electronics, from mobile devices to home appliances.  Like us, LG offers to consumers the full spectrum of mobile devices, from feature phones to the entire range of smartphones.  LG also works with carriers to customize its phones' user experience.  LG is currently ranked 3rd in the U.S., and is the only company standing between us, and Apple and Samsung.

79.    We have models that compete against LG across the entire range of mobile phones.  For example, our IDOL 4S has specifications comparable to LG's latest high end smartphone, its V20:

| Specification | Alcatel IDOL 4S with Windows | LG V20 |
|---|---|---|
| | (*See* Ex. 1647.) | (*See* Ex. 1662.) |
| Display | 5.5 inches | 5.7 inches |
| Camera resolution | 21 megapixels | 16 megapixels |
| Memory | 64 GB | 64 GB |
| Chipset | Qualcomm Snapdragon 820 | Qualcomm Snapdragon 820 |
| Price | $469.99 on T-Mobile | $769.99 on T-Mobile |

80.    Below is a comparison of our midrange POP 4S and LG's X Power:

| Specification | Alcatel POP 4S | LG X Power |
|---|---|---|
| | (*See* Ex. 1646.) | (*See* Ex. 1663.) |
| Display | 5.5 inches | 5.3 inches |
| Camera resolution | 13 megapixels | 8 megapixels |
| Memory | 16 GB | 16 GB |
| Chipset | MediaTek Helio P MT6755 | MediaTek MT6735 |
| Price | $169.99 on Best Buy (compatible with T-Mobile, AT&T, and other GSM carriers) | $179.99 on Best Buy (compatible with GSM carriers and CDMA carriers (like Verizon and Sprint)) |

81.   Below is a comparison of our entry level PIXI 4 and LG's K7:

| Specification | Alcatel PIXI 4 | LG K7 |
|---|---|---|
| | (*See* Ex. 1645.) | (*See* Ex. 1664.) |
| Display | 6 inches | 5 inches |
| Camera resolution | 8 megapixels | 5 megapixels |
| Memory | 16 GB | 8 GB |
| Chipset | Qualcomm Snapdragon 210 | Qualcomm Snapdragon 210 |
| Price | $129.99 on Best Buy (compatible with T-Mobile, AT&T, and other GSM carriers) | $109.99 on Best Buy (compatible with T-Mobile, AT&T, and other GSM carriers) |

82.   While LG is currently ranked ahead of us in sales volume in the U.S., we believe we will surpass it in the next few years.  We have already surpassed LG in feature phones, selling 7.6 million feature phones in 2015, while LG sold 6.2 million that year.  As for smartphones, LG is currently ahead of us (in 2015, LG sold 23.4 million smartphones, versus our 5.8 million).  But in recent years LG's high end phones (*e.g.*, its G5, which was released in 2016) have performed lower than expected.  We anticipate our acquisition of the BlackBerry brand license (and

our plans to leverage its reputation in security) will push us ahead of LG in the high end segment in coming years.

83.     Meanwhile, to shore up its high end business, LG is actively seeking to grow its midrange and entry level smartphones.  For example, it announced plans to release a slate of new midrange phones in 2017.  LG directly competes with us for midrange and entry level SKU slots in the RFP process, trying to outbid us.  But we counter with aggressive transfer prices and promotions.

## D.     ZTE

84.     ZTE Corp. ("ZTE") is a Chinese company, founded in 1985, and headquartered in Shenzhen, China.  ZTE sells both feature phones and smartphones. But ZTE at its core is a network infrastructure company, which includes a mobile phone division.  When ZTE describes its principal businesses, it leads off with its network business, *i.e.*, its provision of wireless networks, wireline networks, core networks, and telecommunication software systems and services.  To a certain extent, ZTE's handset division is a means to end:  coupled with its network business, ZTE can provide an end-to-end product line and integrated solution to its carrier customers.

85.     By contrast, our mobile device business is solely focused on that— mobile devices.  How we operate, survive, and thrive is in our mobile phone business.  In that sense, we are much more like Apple and Samsung, both of whose primary business is also mobile phones (Samsung may sell washers, for instance, but it is the Galaxy that brings in major profits).  Our singular focus on mobile devices may explain in part why we have pulled ahead of ZTE in the U.S.  In 2012, the year after TCT U.S. was established, ZTE was ahead of us, selling about 6.1 million mobile phones.  That year, we sold 2.1 million.  But we steadily grew and overtook ZTE in 2015, selling 13.4 million mobile phones, compared to ZTE's 13.3 million.  (Figure follows on the next page.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Figure 3: U.S. Mobile Phone Sales** (Ex. 1273 (IDC))

86.    In feature phones, we have outperformed ZTE year over year.  In 2012, we sold about 1.8 million smartphones, while ZTE sold 170,000.  In 2015, ZTE had increased its feature phone sales to 2.1 million.  But we had also increased our sales by that year, to 7.6 million.  (Figure follows on the next page.)

WITNESS DECLARATION OF STEVE CISTULLI



**Figure 4: U.S. Feature Phone Sales** (Ex. 1273 (IDC))

87.   As for smartphones, ZTE is still ahead of us, but we are gaining on it at a rapid rate.  We sold about 307,000 smartphones in 2012, but by 2015, we had multiplied our sales by a factor of 19, to 5.8 million units.  Meanwhile, ZTE sold about 5.9 million phones in 2012, but had not yet doubled that figure by 2015.

**Figure 5: U.S. Smartphone Sales** (Ex. 1273 (IDC))

**E.    HTC**

88.    HTC Corp. ("HTC") is a Taiwanese company founded in 1997, and headquartered in Taoyuan City, Taiwan.  Like us, HTC manufactures the full spectrum of smartphones (it is not in the feature phone business).  We started out behind HTC in overall sales volume in the U.S. when we entered the market, but gained on HTC year over year, and recently surpassed it.  In 2012, we sold about 307,000 smartphones in the U.S., but by 2015, we sold 5.8 million smartphones. HTC sold about 6.1 million smartphones in 2012, but by 2015, it sold 4 million smartphones.



**Figure 6: U.S. Smartphone Sales Volume** (Ex. 1273 (IDC))

89.    We have phone models that compete against HTC here in the U.S.  For example, our Alcatel IDOL 4 is offered alongside HTC's Desire 626s.  Our phone has superior features overall, with a slightly higher price:

| Specification | Alcatel IDOL 4 | HTC Desire 626s |
|---|---|---|
| | <br>(*See* Ex. 1647.) | <br>(*See* Ex. 1665.) |
| Display | 5.2 inches | 5 inches |
| Camera resolution | 13 megapixels | 8 MP |
| Memory | 16 GB | 8 GB |
| Chipset | Qualcomm Snapdragon 617 | Qualcomm Snapdragon 210 |
| Price | $99.99 (on AT&T's Cricket) | $89.99 (on AT&T's Cricket) |

90.    Although HTC's sales have steadily declined in the last few years in the U.S., we still consider it a competitor here.  HTC still has superior brand awareness over Alcatel.  For example, when U.S. consumers are asked to list mobile phone brands (*i.e.*, "unaided" brand awareness), more consumers list HTC than Alcatel.  Similarly, when U.S. consumers are explicitly asked if they recognize "HTC" or "Alcatel" (*i.e.*, "aided" brand awareness), more consumers recognize HTC than Alcatel.  We are working on expanding our own brand awareness, and

eventually surpassing HTC on that front.

**F.      Huawei**

91.      Huawei Technologies Co., Ltd. ("Huawei") is a Chinese company, founded in 1987, and headquartered in Shenzhen, China.  Like ZTE, Huawei is first and foremost an infrastructure business.  But it also offers the full spectrum of mobile devices utilizing 2G, 3G, and 4G technologies, from feature phones to high end smartphones.  Huawei is a major global player, currently ranked 3rd behind Apple and Samsung worldwide.  Globally, we consider it a force to be reckoned with.

92.      In the U.S., however, Huawei has yet to shift into growth mode. Between 2012 and 2015, its smartphone sales volume declined from about 3.6 million to 2.6 million.  So while we started behind Huawei in 2012, we surpassed it in 2014, and again in 2015.  (As for feature phones, Huawei has steadily shrunk that business in the U.S., from about 1.2 million units sold in 2012 to about 235,000 in 2015.)



**Figure 7: U.S. Smartphone Sales Volume** (Ex. 1273 (IDC))

93.      Huawei currently sells mostly in the open market in the U.S., which helps it grow brand awareness here.  For Huawei to significantly expand its

business, however, it will have to establish solid relationships with the carriers, and preferably at least one of the "big four."  We believe Huawei can do this.  But beyond securing the MSA with the carrier, the RFP cycle is typically 12 to 18 months.  So Huawei's ascendance in the U.S. will likely take at least roughly this length of time.

## VIII.  **OTHER MANUFACTURERS**

94.     Due to high barriers to entry, the U.S. is not a market with many mobile phone players.  To succeed in the U.S., and to compete with Apple, Samsung, LG and others, you have to build and establish good, solid relationships with the carriers.  As I explained above, doing this requires enormous amounts of upfront investment of time and money, before even landing the MSA with a carrier.  Then to win a bid for an actual RFP, the manufacturer has to satisfy the demanding requirements of the SKU location in the carrier's portfolio, at a competitive transfer price.  This requires a broad, robust infrastructure.  Not many manufacturers can do everything I just described.  Accordingly, when a consumer visits a carrier's cell phone webpage, it typically lists only about 7 to 10 brands at any given time.

95.     Beyond the competitors I described above, there are only a small number of others we would consider competitors, on a much more limited basis.  These are companies endeavoring to compete with *us*, although we are not aggressively targeting them.  BLU, for example, is one of them.  It is a U.S. company headquartered in Miami, Florida.  It sold a little over 1.1 million phones in the U.S. in 2015, but it is unusual in that it sells mostly in the open market, *e.g.*, through Walmart, Staples, and Amazon.  Another example of a more limited competitor is Chinese company Coolpad (a.k.a. Yulong).  Coolpad has been trying to break into the U.S. market for some time.  Now, they have a single phone offered with one of the major carriers, an entry level smartphone offered at $109.99 on T-Mobile.  In 2015, Coolpad sold a little less than one million mobile phones in the U.S.  Outside of the U.S., its sales are primarily limited to China.

96.     As for manufacturers who are not major global players, or who do not sell in the U.S., we here in the U.S. business may keep tabs on them, but do not consider them to be a direct threat.  The Indian company Micromax is one such example.  It has significant sales in India, but none in the U.S.  Sharp, the Japanese corporation, is another example.  Once a major global player in consumer electronics, Sharp in recent years contracted its mobile phone business to primarily the Japanese market, before Foxconn acquired it in 2016.  We do not consider Micromax, Sharp, or similar manufacturers to be our direct competitors, or actively target them, but we do not wholly ignore them either.  We pay attention to them from time to time, to assess whether they *can* directly encroach on our business and/or threaten our market share.

97.     Put another way, we set up a target with concentric circles.  In the center are Apple, Samsung, and other direct competitors.  In the second circle would be our more limited competitors, like BLU and Coolpad.  And in the outer circle is everyone else.  We do not turn a blind eye on anyone, but that does not mean we actively compete with every phone manufacturer in the world.

## IX.     <u>LOOKING AHEAD</u>

98.     This is a very exciting time for our business.  TCL Communication is thriving and growing in the U.S., and every day we are taking on Apple and Samsung, the biggest names in the market, and poised to overtake LG in the coming years.  We have done what many others have failed to do:  expand by many multiples in an otherwise contracting, mature U.S. mobile phone market.  We did this by working long and hard to earn the trust of major U.S. carriers, and leveraging our global infrastructure to deliver the product and service they expect.  We also recognized and responded to a consumer need that few others did, by offering the highest quality phones, at affordable prices.  Now, with the BlackBerry brand, we have the highest quality *and* most secure phones in the world, to round out our portfolio.  Without us, consumers who want a premium flagship phone but cannot

Case No. SACV14−00341 JVS (DFMx)/CV15-02370
WITNESS DECLARATION OF STEVE CISTULLI

pay $700 or $800 for one, would have few choices.  We are proud to be democratizing technology.

99.   But we are indeed up against stiff competitive forces.  We operate on extremely thin profit margins, which have little room to be pushed down further. The bidding process is competitive, and to win bids, we go above and beyond to customize our phones for the carriers, further incurring costs.  Major competitors Apple, Samsung, and LG already have large market shares and recognized brands that they leverage.  And other major competitors are right behind us.  On top of all that, we face the same industry forces as everyone else—a mature U.S. market, an uncertain economic and political climate, and a consumer population holding back as it waits for the next technology breakthrough.

100.   In this competitive landscape, it is critical that we not be forced to pay IPR royalty rates higher than any of our competitors.  Otherwise, we cannot compete effectively.  We cannot democratize technology, when costs are imposed on us that are not imposed on our competitors.  For us to continue to give consumers choice, we need to focus our resources on what we do best—making the highest quality phones accessible to everyone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 11, 2017, at Irvine, California.

_Steve E. Cistulli_

Steve Cistulli

1

**TABLE OF EXHIBITS CITED IN WITNESS DECLARATION**

2

| Exhibit No. | Description |
|---|---|
| 142 | Spreadsheet providing TCL Communication sales and revenue by standard for handsets and tablets, from Q1 of 2007 to Q4 of 2015 |
| 1273 | Spreadsheet titled "IDC WW Quarterly Mobile Phone Tracker, 2015 Q4 Historical Release," dated Feb. 12, 2016 |
| 1643 | Image of Alcatel ONETOUCH Retro (closed) from: https://www.sprint.com/shop/#!/device/alcatel-onetouch-retro-256mb-reddish-black?skuId=89000746&duration=0&contractType=retail&lineId=2944590311 |
| 1643 | Image of Alcatel ONETOUCH Retro (open) from: https://www.sprint.com/shop/#!/device/alcatel-onetouch-retro-256mb-reddish-black?skuId=89000746&duration=0&contractType=retail&lineId=2944590311 |
| 1645 | Image of Alcatel PIXI 4 from: http://www.bestbuy.com/site/alcatel-one-touch-pixi-4-6-4g-lte-with-16gb-memory-cell-phone-unlocked-metallic-silver/5406700.p?skuId=5406700 |
| 1646 | Image of Alcatel POP 4S from: http://www.bestbuy.com/site/alcatel-pop-4s-4g-lte-with-16gb-memory-cell-phone-unlocked-dark-gray/5604800.p?skuId=5604800 |
| 1647 | Image of Alcatel IDOL 4S from: https://www.t-mobile.com/cell-phone/alcatel-idol-4s-with-windows-10-vr |
| 1648 | Image of BlackBerry DTEK60 from: http://store.shopblackberry.com/store/bbrryus/en_US/pd/productID.5063293600/categoryID.4793333600 |
| 1649 | Image of Alcatel ONETOUCH POP 7 from: https://www.t-mobile.com/internet-device/alcatel-onetouch-pop-7-lte-with-jbl-earphones |

| 1650 | Image of Alcatel ONETOUCH PIXI 7 from: |
| | https://www.sprint.com/shop/?INTNAV=TopNav:Shop:Tablets#!/device/alcatel-onetouch-pixitrade-7-volcano-black?skuId=98100143&duration=0&contractType=retail&lineId=5573861731 |
| 1651 | Image of Alcatel ONETOUCH Ride-Fi from: |
| | https://shop.sprint.com/mysprint/shop/phone_details.jsp?ensembleId=ALY856KIT&flow=AAL&isDeeplinked=true |
| 1652 | Image of Alcatel LINKZONE from: |
| | https://prepaid-phones.t-mobile.com/tablets-and-devices/alcatel-linkzone-prepaid |
| 1653 | Image of Apple iPhone 7 Plus from: |
| | https://www.t-mobile.com/cell-phone/apple-iphone-7-plus |
| 1654 | Image of Apple iPhone 6s Plus from: |
| | https://www.t-mobile.com/cell-phone/apple-iphone-6s-plus |
| 1655 | Image of Apple iPhone SE from: |
| | https://www.t-mobile.com/cell-phone/apple-iphone-se |
| 1656 | Image of Alcatel IDOL 4 from: |
| | https://www.cricketwireless.com/cell-phones/smartphones/alcatel-idol4.html |
| 1657 | Image of Apple iPhone 5s from: |
| | https://www.cricketwireless.com/cell-phones/smartphones/apple-iphone5s-16gb-space-gray.html |
| 1658 | Image of Samsung Galaxy S7 Edge from: |
| | https://www.t-mobile.com/cell-phone/samsung-galaxy-s7-edge |
| 1659 | Image of Samsung Galaxy A5 from: |
| | http://www.bestbuy.com/site/samsung-galaxy-a5-4g-lte-with-16gb-memory-cell-phone-unlocked-gold/5386400.p?skuId=5386400 |
| 1660 | Image of Samsung Galaxy J3 from: |
| | http://www.bestbuy.com/site/samsung-galaxy-j3-2016-4g-lte-with-16gb-memory-cell-phone-unlocked-white/5320800.p?skuId=5320800 |

Case No. SACV14−00341 JVS (DFMx)/CV15-02370
WITNESS DECLARATION OF STEVE CISTULLI

| 1661 | Image of Samsung Gusto 3 from:<br><br>https://www.verizonwireless.com/prepaid/basic-phones/gusto-3-prepaid/ |
| --- | --- |
| 1662 | Image of LG V20 from:<br><br>https://www.t-mobile.com/cell-phone/lg-v20 |
| 1663 | Image of LG X Power from:<br><br>http://www.bestbuy.com/site/lg-x-power-4g-lte-with-16gb-memory-cell-phone-unlocked-black/5593701.p?skuId=5593701 |
| 1664 | Image of LG K7 from:<br><br>http://www.bestbuy.com/site/lg-k7-4g-lte-with-8gb-memory-cell-phone-unlocked/5049400.p?skuId=5049400 |
| 1665 | Image of HTC Desire 626s from:<br><br>https://www.cricketwireless.com/cell-phones/smartphones/htc-desire-626s.html |

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 200, San Diego, CA 92130.

On January 11, 2017, I caused to be served the PLAINTIFFS' DIRECT EXAMINATION BY DECLARATION FOR STEVE CISTULLI to all counsel of record by serving true copies of the foregoing document on the interested parties in this action as follows:

BY EMAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| John Gibson | Theodore Stevenson, III |
| jgibson@crowell.com | tstevenson@mckoolsmith.com |
| Samrah R Mahmoud | Laurie L. Fitzgerald |
| smahmoud@crowell.com | lfitzgerald@mckoolsmith.com |
| Robert B McNary | Ashley Moore |
| rmcnary@crowell.com | Amoore@mckoolsmith.com |
| Mark A Klapow | Blake H. Bailey |
| mklapow@crowell.com | bbailey@mckoolsmith.com |
| Christie L. Stahlke | Christine Michelle Woodin |
| cstahlke@crowell.com | cwoodin@mckoolsmith.com |
| Jennifer Van Dusen | David Sochia |
| jvandusen@mckoolsmith.com | dsochia@mckoolsmith.com |
| Nick Mathews | Douglas Cawley |
| nmathews@mckoolsmith.com | dcawley@mckoolsmith.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 11, 2017, at San Diego, California.

By:  */s/ Kristina Grauer*
KRISTINA GRAUER

Case No. SACV14−00341 JVS (DFMx)/CV15-02370
WITNESS DECLARATION OF STEVE CISTULLI