SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Communication
Technology Holdings, Ltd., TCT Mobile
Limited, and TCT Mobile (US) Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*,<br><br>             Defendants.<br>_____<br><br>TELEFONAKTIEBOLAGET LM ERICSSON *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. *et al.*,<br><br>             Defendants. | Case No. SACV14−00341 JVS (DFMx) Consolidated with CV15-02370<br><br>**PLAINTIFFS' REBUTTAL DECLARATION OF STEVE CISTULLI**<br><br>Place: Courtroom 10C<br>Before Hon. James V. Selna<br><br>Discovery Cut-Off: May 23, 2016<br>Pre-Trial Conf.: Feb. 1, 2017<br>Trial: Feb. 14, 2017 |

# TABLE OF CONTENTS

**Page**

I.      PRELIMINARY STATEMENT ................................................................ 1

II.     OUR AVERAGE SELLING PRICES ("ASP") ................................... 1

III.    OUR BROAD PRODUCT PORTFOLIO........................................... 3

IV.     PRIMARY U.S. COMPETITORS ..................................................... 4

V.      BLACKBERRY ................................................................................. 5

VI.     SMALL FOREIGN MOBILE PHONE MANUFACTURERS ....................... 7

VII.    OTHER FOREIGN MOBILE PHONE MANUFACTURERS ....................... 7

        A.      Karbonn........................................................................... 7

        B.      Coolpad ............................................................................ 7

        C.      Sharp ................................................................................ 8

TABLE OF EXHIBITS CITED IN WITNESS REBUTTAL................................. 10

## DECLARATION OF STEVE CISTULLI

I, STEVE CISTULLI, declare under penalty of perjury that the material contained herein is true and correct and that I am competent to testify thereto.

## I.   PRELIMINARY STATEMENT

1.    I understand that Ericsson submitted a number of opening witness declarations the same day I submitted mine.  I could not review most of Ericsson's witness declarations directly because they were designated highly confidential and attorneys' eyes only.  However, I have been provided a high level description of some of the testimony in those declarations that was not confidential.  In this declaration, I provide rebuttal to certain points made by Ericsson's witnesses.  For shorthand, I refer to Ericsson's witnesses collectively as "Ericsson."

## II.   OUR AVERAGE SELLING PRICES ("ASP")

2.    I have been informed that Ericsson says our mobile phones have a low average selling price ("ASP").  I understand Ericsson has put our overall ASP alongside that of our competitors in a chart covering 2007 to 2015.  This chart, I am told, shows our ASP consistently below $150, while the ASP of Apple, for instance, is consistently above $550.  I believe that such a chart paints a very misleading picture of our business (and the telecommunications business in general).  Saying our ASP is "low," by itself, seems like an effort by Ericsson to imply that we sell low-quality "cheap" phones (something it does explicitly say elsewhere), when that is not the case.  That our ASP is lower than Apple's, for example, instead reflects the relative *breadth* of our product portfolio.  Apple has historically focused on premium smartphones (but that has changed, and I provide more on this below).  We have a portfolio that broadly targets all consumers at all price points—from feature phones (most affordable), to entry-level smartphones, to midrange smartphones, to high-end smartphones (most expensive).  So our overall ASP, which is an *average* of all our products' selling prices, is of course lower than if we considered the ASP of only our midrange and/or high-end smartphones.

3.     Returning to Apple as an example, while it historically had a narrower mobile phone portfolio targeting only high-end consumers, Apple has been changing its strategy.  Particularly in the last few years (which are not fully reflected in the period covered by Ericsson), Apple has been aggressively broadening its portfolio into midrange and even entry-level products.  For example, in 2016, Apple unveiled a brand new iPhone, the SE model, positioned squarely in the midrange market, at $399.  I expect Apple's overall ASP to decrease in coming years, to reflect the broadening of its portfolio into affordable smartphones.  Apple has its flagship high-end iPhone 7 Plus, but also its midrange iPhone SE, and entry-level iPhone 5s.  Meanwhile, consistent with our "step up" strategy over the years, our portfolio has broadened to include more expensive high-end smartphones.  So we have our feature phones, but also our entry-level PIXI, our midrange POP, and our flagship high-end IDOL 4S and BlackBerry DTEK60.  In other words, our models compete directly with Apple's.

4.     Apple also now partners with prepaid operators in the U.S., which generally offer more affordable phones and service plans.  (For example, MetroPCS sells the iPhone 5s for $149.)  Furthermore, Apple is actively seeking to expand in emerging markets, in which consumers generally desire more affordable phones.  In fact, I am informed that Ericsson relies on a January 8, 2014 article published by Forbes, confirming this very fact.  (Ex. 4849.)  The Forbes article says that "most [smartphone] growth is going to come from the *lower end* in emerging markets, where profit margins are lower and being rapidly eaten into by rising competition." (*Id.* at p. 4 (emphasis added).)  This is why, as the Forbes article commented, "iPhone maker [Apple] is facing its own growth concerns and looking to aggressively pursue growth opportunities in emerging markets." (*Id.*)

5.     To the extent our ASP is lower than any of our competitors in any specific categories, I attribute much of this to our exceptional efficiency.  As I said in my opening declaration, we staff our company leanly, cultivate the most

1    contribution we can from each of our employees, and leverage efficiencies up and

2    down the supply chain.

3    **III.   OUR BROAD PRODUCT PORTFOLIO**

4          6.     I understand Ericsson attempts to distinguish us from our competitors

5    by suggesting we sell only feature phones and entry-level smartphones.  But as I

6    said in my opening declaration, and reiterate above, those only represent one portion

7    of our very broad product portfolio.  In addition to feature phones and entry-level

8    smartphones, we sell midrange smartphones and high-end smartphones that compete

9    directly with the likes of Apple, Samsung, LG and so forth.  (We also sell tablets

10   and mobile broadband devices.)  We sell products covering 2G, 3G, and 4G, hitting

11   all the price points.  We have diversified not only our products, but our brands—

12   now selling under the TCL, Alcatel, and BlackBerry brands, among others.  We

13   target a wide consumer base, from those seeking the most basic and affordable

14   phones (feature phones, like our Alcatel ONETOUCH Retro) to the most expensive

15   smartphones (high-end smartphones, like our Alcatel IDOL 4S).  We also set our

16   sights beyond individual consumers, to enterprise, business, and government

17   sectors, with our high-security BlackBerry products.

18         7.     Offering a broad product portfolio actually *helps* us compete, against

19   *all* our competitors.  Whatever Apple offers, we have a competing model.  Whatever

20   Samsung offers, we have a competing model.  Whatever LG offers, we have a

21   competing model.  And so on.  We do not put all our "eggs into one basket."  We

22   believe it is sound business strategy, and it has worked well for us.  We believe

23   consumers appreciate the breadth of products we offer.  (I also understand that

24   Ericsson has categorized BlackBerry separately from us, when talking about product

25   mix.  To the contrary, BlackBerry is now *part* of our product mix, and will

26   strengthen our position in the high-end smartphone market.  I talk more about

27   BlackBerry below.)

28         8.     I understand Ericsson has also characterized the phones sold through

PLAINTIFFS' REBUTTAL DECLARATION OF STEVE CISTULLI

prepaid carriers, including ours, as "burner" phones.  While phones offered by prepaid carriers do tend to be more affordable, they are not necessarily "burners." That implies you use it once, then throw it away.  But prepaid carriers actually sell a broad range of devices, including many phones that no rational consumer would use once and throw away.  Cricket, for example, sells the Apple iPhone 7 Plus (128 GB) for $869.99, the Samsung Galaxy S7 for $649.99, the Samsung Galaxy S6 for $499.99, our Alcatel IDOL 4 for $199.99, the Apple iPhone 5s for $199.99, and other quality phones.  None of these are throwaways.  Yes, Cricket does sell phones for as low as $19.99, but that is only one of the many types of handsets that it offers.

9.     The prepaid channel is, at its core, just a different business model than the "postpaid" channel (like AT&T, Sprint, etc.).  Literally, prepaid simply means that a consumer pays for cellular service before use of that service.  Many consumers prefer this, regardless of any cost savings.  They prefer knowing exactly what they will pay upfront, and avoiding any surprise charges at the end of a billing cycle.  Prepaid carriers typically require no contracts, so consumers can switch plans or carriers anytime.  Many consumers like this and it helps create competition among carriers.  And finally, the cellular coverage is often as good as that offered by major carriers, because many prepaid carriers actually "piggyback" off the major carriers' networks.  In other words, the prepaid channel has its place in the market, and fills a need.  It is no wonder that all of the major carriers *own* prepaid carriers: AT&T owns Cricket; T-Mobile owns MetroPCS; Sprint owns Boost Mobile and Virgin Mobile; and Verizon offers prepaid plans directly.  For TCL, selling phones in prepaid channels (and in postpaid channels) is yet another way we diversify.

## IV.   PRIMARY U.S. COMPETITORS

10.     I understand that Ericsson talks a lot about how we are different from Apple, Samsung, LG, Huawei, and HTC, but that Ericsson has one major blind spot—carriers.  I am told that Ericsson does not ever refer to carriers as a way of identifying who our competitors are.  But as I said in my opening declaration, to me,

1   the strength of a mobile phone company's relationship with carriers is the most

2   meaningful metric of current and future success in the U.S.  Carriers are the conduit

3   to consumers here.  Most consumers still buy phones from carriers (as opposed to

4   the open market), and barriers to entry with carriers are high.  By this metric, Apple,

5   Samsung, LG and HTC are all primary competitors to us in the U.S., because they

6   all have strong relationships with major carriers, as do we.  (*See, e.g.,* Ex. 1666-67.)

7          11.     As for Huawei, even though it is not yet offered by any major carriers

8   in the U.S., I included it as a primary competitor in my opening declaration because

9   it has the global infrastructure and resources to become a primary competitor in the

10  U.S. market.  As I said, Huawei is a force to be reckoned with.  In 2015, it sold

11  almost 108 million mobile phones around the world, behind only Samsung and

12  Apple.  It has a global reach, selling significantly in Latin America, Europe, the

13  Middle East & Africa, Asia Pacific, and China.  Even in the U.S., without the

14  benefit yet of major carrier relationships, it sold almost 2.9 million phones in 2015.

15  We believe Huawei has the capability to cultivate and establish trust with the

16  carriers, and grow quickly.  Huawei is a competitor we closely monitor.

17         12.     As for the metrics Ericsson does focus on to distinguish us from our

18  primary competitors (like sales volume, ASP, patent portfolio, and so on), I

19  understand my colleague Dr. Guo will discuss those in his rebuttal declaration, so I

20  will not cover those here.

21  **V.     BLACKBERRY**

22         13.     From what I am told, Ericsson has taken somewhat contradictory

23  positions on BlackBerry.  I understand that on the one hand, Ericsson distinguishes

24  us from BlackBerry by saying it sells "high priced" 4G smartphones.  But on the

25  other hand, Ericsson also suggests we are similar to BlackBerry, without really

26  explaining what those similarities are.  Ericsson's inconsistencies notwithstanding,

27  in my view, prior to our acquisition of the brand license, BlackBerry was not very

28  similar to us, other than it also sold high-end and midrange smartphones.  Before the

acquisition, we already had a diverse portfolio serving *consumers*, from entry level to high end.  What we saw in BlackBerry was an opportunity to expand quickly and effectively into the *enterprise and government sectors*.  As I said in my opening declaration, these sectors comprise a strong base for BlackBerry, because of its unparalleled reputation in security.  We wanted to tap into that.  We also acquired the license to *expand* our high-end portfolio.  For example, the BlackBerry DTEK60 sells for $499.  BlackBerry products will help to further enhance our competitive position against the high-end products of Apple, Samsung, and other competitors.

14.     It is true that BlackBerry's market share is not what it once was.  But we see in that an enormous potential for growth. Just as we grew Alcatel from its early stages into the fourth largest (by volume) handset brand in the U.S.A., we have confidence that we can rejuvenate the BlackBerry portfolio and customer base. BlackBerry is an iconic brand with a loyal following.  When we unveiled the "Mercury" (which combines a large touchscreen with BlackBerry's classic keyboard) at the Consumer Electronics Show this month, the reception was enthusiastic and positive.  Several industry publications awarded it "Best of CES."[1] And, it was an Engadget finalist for "Best Mobile Device" at CES.[2]  We believe our acquisition of the BlackBerry brand license is the spark that lights the fire for BlackBerry's resurgence.  We are excited about what we will do with the brand, and for the future of our partnership with BlackBerry.  We believe its products will help us to compete even more effectively with our most important competitors, like Apple and Samsung.

[1] *See, e.g.,* "Best of CES 2017: The best things we saw at CES this year," http://www.androidpolice.com/2017/01/06/best-of-ces-2017-the-best-things-we-saw-at-ces-this-year/ (last visited Jan. 21, 2017); "Android Central Best of CES 2017 Awards," http://www.androidcentral.com/android-central-best-ces-2017 (last visited Jan. 21, 2017).

[2] *See* CES 2017, https://www.engadget.com/2017/01/06/introducing-the-best-of-ces-2017-finalists/ (last visited Jan. 21, 2017).

PLAINTIFFS' REBUTTAL DECLARATION OF STEVE CISTULLI

## VI.   SMALL FOREIGN MOBILE PHONE MANUFACTURERS

15.   I have been informed that Ericsson says we are similar to some small foreign mobile phone manufacturers:  Doro, Audioline, Beafon, Binatone, Emporia, Mobistel, and Bullitt.  Before preparing my witness declarations, I do not recall having ever heard of these companies before.  If I had, they did not leave any lasting impression on me.  None of these companies' phones are offered by any of the major carriers as far as I am aware.  And except for Doro and Emporia, none of these companies sold any phones in the U.S. between 2007 and 2015.  (Ex. 1273.) As for Doro, it sold only about 250,000 feature phones in the U.S. in 2015, whereas we sold about 13.4 million total phones—about 53 times more.  (*Id.*)  In the U.S., Emporia sold no phones in 2015, about 28,000 feature phones in 2014, and about 71,000 feature phones in 2013.  It had no sales in the U.S. before 2013.  Both Doro and Emporia manufacture a very niche product—phones with large buttons and SOS calling functionality targeting the senior citizens market.

## VII.   OTHER FOREIGN MOBILE PHONE MANUFACTURERS

### A.   Karbonn

16.   I am told that Ericsson says we are similar to Karbonn, an Indian mobile device manufacturer.  Karbonn is not a player in the U.S.  It has sold no phones here, ever, as far as I am aware.  Nor has Karbonn demonstrated any ambition to break into the U.S. market, at least not soon.  As I said in my opening declaration, in the U.S. mobile phone market, the most important and reliable indicator of a company's direction and likelihood of success is its relationships with the carriers, especially the "big four."  To get to the point of selling your phone through a major carrier is a process years in the making.  You must build a foundation of trust from the ground up, and it is painstaking, persistent work.  I have personally seen no signs of Karbonn ever doing this.

### B.   Coolpad

17.   I understand that Ericsson has also said we are similar to Coolpad.

While we would consider Coolpad a limited competitor in the U.S., I would not say it is very similar to us. Coolpad does have a relationship with a single major carrier, T-Mobile (as well as its prepaid channel MetroPCS), but it does not have the global infrastructure or proven worldwide sales that make a manufacturer most competitive for carrier business in the U.S. I am also told that Ericsson acknowledges that Coolpad sells mostly in China, while selling just "some handsets" in the U.S. In fact, in 2015, Coolpad sold only about 942,000 mobile phones total in the U.S., despite being offered through carriers. (Contrast this, for example, with Huawei, which sold about 2.9 million phones in the U.S. in 2015, despite not selling through a carrier.) Coolpad also offers only entry-level smartphones in the U.S.

18.     Meanwhile, we sold about 13.4 million mobile phones in the U.S. in 2015. We are now ranked 4th in sales volume here. Our phones are sold not only by T-Mobile, but by Sprint and AT&T (through its prepaid channel Cricket). We also meet regularly with Verizon and are cultivating that relationship. We have a global infrastructure, and have been selling our phones worldwide for over a decade. We offer the entire range of mobile phones in the U.S., from feature phones to smartphones in the entry level (*e.g.*, PIXI), midrange (*e.g.*, POP), and high end (*e.g.*, IDOL).

## C.     <u>Sharp</u>

I understand Ericsson says we are similar to Sharp. This is not true, at least in the U.S. market. Sharp phones are not offered by any of the major carriers. I am not aware of Sharp actively cultivating a relationship with any of them either. With Foxconn's acquisition of Sharp, its future in the mobile phone business seems very uncertain to me. I do not believe that in acquiring Sharp, Foxconn was interested in its mobile phone business. (Instead, as I understand it, Foxconn was mostly interested in Sharp's OLED technology.) Accordingly, I do not expect Foxconn to nurture Sharp's mobile phone business into a major presence in the market.

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3    Executed on January 26, 2017, at Irvine, California.

4

5    _____

Steve Cistulli

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## TABLE OF EXHIBITS CITED IN WITNESS REBUTTAL

| Exhibit No. | Description |
|---|---|
| 1273 | Spreadsheet titled "IDC WW Quarterly Mobile Phone Tracker, 2015 Q4 Historical Release," dated Feb. 12, 2016 |
| 1666 | Webpage from T-Mobile (https://www.t-mobile.com/cell-phones), printed on or about Jan. 7, 2017 |
| 1667 | Webpage from T-Mobile (https://www.t-mobile.com/internet-devices), printed on or about Jan. 7, 2017 |
| 4849 | Forbes article titled, "Samsung's Weak Earning Forecast Heightens Smartphone Worries Even As Chipset Prices Soar," dated Jan. 8, 2014 |

Case No. SACV14−00341 JVS (DFMx)/CV15-02370

PLAINTIFFS' REBUTTAL DECLARATION OF STEVE CISTULLI

1

## CERTIFICATE OF SERVICE

2

At the time of service, I was over 18 years of age and not a party to this action. I am

3

employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 200, San Diego, CA 92130.

4

On January 27, 2017, I caused to be served the PLAINTIFFS' REBUTTAL

5

DECLARATION OF STEVE CISTULLI to all counsel of record by serving true copies of the foregoing document on the interested parties in this action as follows:

6

7

BY EMAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message

8

or other indication that the transmission was unsuccessful.

9

John Gibson

10

jgibson@crowell.com

Samrah R Mahmoud

11

smahmoud@crowell.com

Robert B McNary

12

rmcnary@crowell.com

Mark A Klapow

13

mklapow@crowell.com

Christie L. Stahlke

14

cstahlke@crowell.com

Jennifer Van Dusen

15

jvandusen@mckoolsmith.com

Nicholas Mathews

16

nmathews@mckoolsmith.com

Theodore Stevenson, III

tstevenson@mckoolsmith.com

Laurie L. Fitzgerald

lfitzgerald@mckoolsmith.com

Ashley Moore

Amoore@mckoolsmith.com

Blake H. Bailey

bbailey@mckoolsmith.com

Christine Michelle Woodin

cwoodin@mckoolsmith.com

David Sochia

dsochia@mckoolsmith.com

Douglas Cawley

dcawley@mckoolsmith.com

17

18

I declare under penalty of perjury under the laws of the State of California that the

19

foregoing is true and correct.

20

Executed on January 27, 2017, at San Diego, California.

21

22

By:    */s/ Kristina Grauer*
          KRISTINA GRAUER

23

24

25

26

27

28