1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   STEPHEN S. KORNICZKY, Cal. Bar No. 135532
3  skorniczky@sheppardmullin.com
   MARTIN R. BADER, Cal. Bar No. 222865
4  mbader@sheppardmullin.com
   MATTHEW W. HOLDER, Cal. Bar No. 217619
5  mholder@sheppardmullin.com
   12275 El Camino Real, Suite 200
6  San Diego, California 92130-2006
   Telephone: 858.720.8900
7  Facsimile: 858.509.3691

8  Attorneys for TCL Communication
   Technology Holdings, Ltd., TCT Mobile
9  Limited, and TCT Mobile (US) Inc.

10              UNITED STATES DISTRICT COURT

11     FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

12
   TCL COMMUNICATION                  Case No. SACV14−00341 JVS (DFMx)
13 TECHNOLOGY HOLDINGS, LTD., *et*    Consolidated with CV15-02370
   *al.*,
14                                    **PLAINTIFFS' DIRECT**
                  Plaintiffs,         **EXAMINATION BY**
15                                    **DECLARATION FOR GEORGE**
           v.                         **GUO**
16
   TELEFONAKTIEBOLAGET LM             Place: Courtroom 10C
17 ERICSSON, *et al.*,                Before Hon. James V. Selna
18                Defendants.
                                      Discovery Cut-Off: May 23, 2016
19 _____  Pre-Trial Conf.: Jan. 30, 2017
                                      Trial: Feb. 14, 2017
20 TELEFONAKTIEBOLAGET LM
   ERICSSON *et al.*,
21
                  Plaintiffs,
22
           v.
23
24 TCL COMMUNICATION
   TECHNOLOGY HOLDINGS, LTD. *et*
25 *al.*,
26                Defendants.
27
28

1

## TABLE OF CONTENTS

2

**Page**

3

4
I.    EXECUTIVE SUMMARY ............................................................... 1

5
II.   OVERVIEW ................................................................................... 4

6
III.  WITNESS BACKGROUND ........................................................... 5

7
IV.   CORPORATE STRUCTURE AND HISTORY ............................... 6

8
      A.    TCL Corporation ................................................................ 6

9
      B.    Plaintiff TCL Communication Technology Holdings Ltd. ...... 6

10
      C.    Plaintiff TCT Mobile Ltd. ................................................... 7

11
      D.    Plaintiff TCT Mobile (US) Inc. ........................................... 7

12
V.    GLOBAL REACH .......................................................................... 8

13
VI.   SALES GROWTH, TRENDS, AND OUTLOOK ......................... 10

14
VII.  COMPETITION ........................................................................... 16

15
      A.    By Geographic Market ....................................................... 17

16
            1.    Latin America ......................................................... 17

17
            2.    North America ........................................................ 20

18
            3.    Europe .................................................................... 23

19
            4.    Middle East & Africa .............................................. 28

20
            5.    China ...................................................................... 31

21
            6.    Asia Pacific ............................................................ 35

22
      B.    By Competitor ................................................................... 35

23
            1.    Samsung ................................................................. 35

24
            2.    Apple ...................................................................... 40

25
            3.    Huawei ................................................................... 45

26
            4.    LG .......................................................................... 48

27
            5.    ZTE ........................................................................ 52

28
            6.    HTC ........................................................................ 54

C.     Other Manufacturers ...................................................................55

D.     Declining Average Selling Prices and Low Profit Margins .................57

VIII.   LOOKING AHEAD......................................................................... 61

TABLE OF EXHIBITS CITED IN WITNESS DECLARATION ........................... 63

# DECLARATION OF GEORGE GUO

I, GEORGE GUO, declare under penalty of perjury that the material contained herein is true and correct and that I am competent to testify thereto.

## I.   EXECUTIVE SUMMARY

1.   My name is George Guo.  I am a Director of TCL Communication Technology Holdings Ltd. ("TCL Communication"), a plaintiff in this case and the parent company of the other two plaintiffs.  I am also a member of TCL Communication's Board and Executive Committee.

2.   TCL Communication is a major international player selling world-class mobile devices.  In the last five years alone, we sold over 250 million handsets and other products around the world.  In 2015, we had revenue of about 28.6 billion Hong Kong dollars, which translates to about 3.7 billion U.S. dollars.  We service consumers broadly, targeting every demographic segment.  We have a broad portfolio of mobile devices, from basic "feature" phones, to high end smartphones, to accessories with mobile communication functions (like data dongles and watches linked to mobile phones).  We also sell fixed line phones.  Our sales network covers the globe—North America, Latin America, Europe, China, Asia Pacific, the Middle East & Africa—in over 170 countries.  And our sales volume ranks in the top five or ten in the industry year over year, globally and/or regionally.  In the U.S., one of the world's most important markets, we recently surpassed ZTE in sales volume and now rank 4th behind only Apple, Samsung, and LG.

3.   We also have our own manufacturing plant in Huizhou, China, capable of producing 120 million mobile phones per year.  We have nine R&D centers around the world, from Paris to Shanghai, developing and implementing the newest mobile technology.  Our parent company, TCL Corporation, is a global consumer electronics and appliance conglomerate.  We sell our mobile products under brands recognized around the world, such as "TCL," "Alcatel," and now "BlackBerry."  In the U.S., we are primarily known by our Alcatel and BlackBerry brands.

4.     Over the last several years, we have been diligently executing our "Step Up" strategy.  We first established our reputation, quality, and customer relationships using feature phones and entry level smartphones.  With that as our foundation, we "stepped up" to midrange smartphones, doing the same thing all over again—delivering high quality products and earning trust with our customers.  And now, we are "stepping up" to the high end market.  Our flagship TCL 950 smartphone is one of the most premium high end smartphones available anywhere. It runs on the Snapdragon 820, a chipset from Qualcomm's most advanced series, has a 5.5-inch AMOLED display, a 21-megapixel camera, and 64 GB of memory. In December 2016, we strategically licensed the BlackBerry brand, further broadening our high end portfolio.  The BlackBerry DTEK60 (which we manufactured before acquiring the brand) also runs on a Snapdragon 820 and has a 5.5-inch screen, 21-megapixel camera, and 32 GB of memory.  It is also one of the most secure phones in the world.  We intend to leverage BlackBerry's reputation in security, and its deep and broad customer base in the business, enterprise, and government sectors, to help grow our high end business.

5.     We achieved our broad global reach and portfolio in an intensely competitive industry.  We compete against other major players with large global infrastructures, substantial resources, and recognized brands.  Globally, our major and important competitors are Samsung, Apple, Huawei, LG, ZTE, and HTC.  We actively target and compete aggressively with these companies in many geographic regions, across the entire mobile phone spectrum.  We compete with them by offering phones of comparable or superior quality, features, specifications, and technology, at competitive prices.  We also compete with them by focusing significant energies on wireless operators (also called "carriers"), like T-Mobile, Sprint, Vodafone, O2, etc.  Unlike some of our competitors, such as Apple and Samsung, we work very hard to customize our phones exactly as the operator requests.  While this incurs additional engineering and other costs for us, it

Case No. SACV14−00341 JVS (DFMx)/CV15-02370

WITNESS DECLARATION OF GEORGE GUO

1    strengthens our operator relationships.

2        6.      Our aggressive competitive efforts are met with aggressive competitive

3    responses in return.  When we bid against our major competitors for business from

4    our operator customers, we often win or lose by cents or a single dollar.  Apple and

5    Samsung invest heavily in branding and marketing, which make competition against

6    them on all other dimensions—like quality, specifications, and price—extremely

7    fierce.  Huawei, though not a household name in the U.S., is a major global player,

8    whose market share worldwide is only behind Apple and Samsung.  LG is still

9    somewhat ahead of us in market share (though we believe not for long), and has

10   very strong brand awareness around the world.  ZTE has fallen behind us, and

11   focuses more on its infrastructure business than its phone business, but is still

12   competing with us aggressively for business.  And HTC, though recently on the

13   decline, still has superior brand awareness over ours in many parts of the world.

14       7.      Beyond our direct and major competitors, competition is intensified by

15   the saturation of local markets with literally hundreds of smaller or local brands—

16   what we call "local kings."  A "local king" is a manufacturer that is geographically

17   limited, with narrow product segments, and limited or no relationships with

18   operators.  One local king is typically not a direct global threat by itself.  For

19   example, the German company Audioline sold only about 52,000 phones worldwide

20   in 2015, and appears to target the German market.  And Doro, as a further example,

21   is a Swedish company focusing on a very niche market:  senior citizens, who may

22   desire phones with larger keys, hearing aid compatibility, and easier-to-read

23   displays.  But hundreds of these local kings taken together do cut into market share

24   and drive down average selling prices or "ASP" (*i.e.*, revenue divided by units sold

25   over a given period).  There are also larger local kings, like Coolpad (a.k.a. Yulong),

26   which sells primarily in China, and Karbonn, which sells primarily in India.  While

27   such companies are still relatively limited as competitors, they do add to the

28   aggregate competition of "local kings."

8.      At the same time, we are impacted by industrywide forces driving down ASP.  The mobile phone marketplace is contracting, as consumers wait for the next wave of major technology breakthroughs (such as advancement to 5G, or flexible displays).  Weakened consumer demand has slowed growth and contracted the market, so more vendors are competing for fewer consumers.  Compounding all of this is an uncertain global economy and fluctuating currency rates.  All this means that despite our high sales volumes, global reach, and place in the highest class of mobile phone manufacturers, our net profits are very thin, and sometimes even negative.  We are focusing our energy into lowering expenses and price, and increasing efficiency, while continuing to make the highest quality phones with specifications equal or superior to our competitors.

9.      In such a fiercely competitive environment, where even cents per unit matter and profit margins are so thin, keeping our costs down is more critical than ever.  This means that, among other things, we cannot pay rates to license IPR any higher than what our competitors pay.  This is the only way we can continue making high quality and reliable phones with competitive features at competitive prices to attract customers.

## II.   OVERVIEW

10.      In this declaration, I will first give some background about myself.  Then I will provide the corporate background of each of the plaintiffs, as well as TCL Corporation, the ultimate parent company.  I will then explain how TCL Communication evolved into a global company, starting in China and then expanding overseas and around the world.  I will then talk about the growth, trends, and outlook of our sales.  I will then focus on the competitive landscape we operate in, breaking it down first by geographic region, and then by competitor (Samsung, Apple, Huawei, LG, ZTE, and HTC).  I will then turn to discussing companies TCL Communication considers to be "local kings" or limited competitors.  I will then explain how ultra-competitive the mobile phone industry is, and how that

competition forces down the average selling price and profit margins.  Finally, I will look ahead to what the competitive landscape and marketplace look like for us and the industry in the future.

11.     In this declaration, I focus on TCL Communication's business as it was in the recent past, as it is now, and as it will be looking forward.  I take a global perspective.  I understand that my colleague Steven Cistulli, who leads TCL Communication's North America region and works in our Irvine office, will provide perspective on the U.S. business.  I interact with Mr. Cistulli often, meeting with him in person and talking to him by phone regularly.

### III.   <u>WITNESS BACKGROUND</u>

12.     I am a U.S. citizen who has been living here since the age of 24.  I currently reside in Los Altos Hills, California, although I travel extensively around the world for work.  I grew up in China and went to the University of Electronic Science and Technology in Chengdu for my undergraduate degree.  I have a Master of Science from both Columbia and Stanford.  At Stanford, I also earned a Ph.D. in management science.

13.     Before joining TCL Communication, I worked at various companies, including IBM and Arthur Andersen.  I have been with TCL Communication for over 15 years, in various capacities, including COO, Senior Vice President for HR, and Vice President for Investment.  I was CEO for seven years, until October 2016, when I transitioned to my current role.

14.     As CEO, I was responsible for managing the entire company's business.  This included, for each year, ensuring that we have a budget with certain key performance indicators (or "KPI"), and reach a certain revenue, gross profit margin, and net profit margin.  In my current role as a Director and member of the Board and Executive Committee, I participate in major decisions and work of particular importance to the company.  I report directly to the Chairman of TCL Communication's parent, TCL Corporation, for which I am also Senior Vice

1  President.

2  **IV.    CORPORATE STRUCTURE AND HISTORY**

3          **A.    TCL Corporation**

4          15.    TCL Corporation ("TCL Corp.") is a multinational corporation

5  headquartered in Huizhou, China.  With its subsidiaries, TCL Corp. manufactures a

6  broad array of consumer electronics and appliances, from mobile devices to TVs to

7  air conditioners.  TCL Corp. is the parent company of plaintiff TCL

8  Communication, and the ultimate parent of the other two plaintiffs in this case.

9          16.    The Chairman of TCL Corp. is Li Dongsheng.  Mr. Li is also the

10  founder.  In 1981, while Mr. Li was obtaining an engineering degree, a company

11  named Huiyang Electronic Industrial Company was founded with a $600 loan from

12  the Huizhou city government.  Mr. Li joined after graduating in 1982, assembling

13  cassette tapes at the company factory.  (He worked in an agricultural cooperative

14  before attending university, was one of 5 million who took the entrance exams in

15  1977, and one of only 5 percent accepted.)  As China's economy accelerated, Mr. Li

16  and his colleagues anticipated telephones would be the next big thing, and in 1985,

17  the company was renamed Telephone Communications Ltd. (*i.e.*, "TCL").  Mr. Li

18  was named CEO.

19          17.    By 1989, TCL Corp. was one of China's biggest phone manufacturers.

20  It now has five direct subsidiaries, including plaintiff TCL Communication, as well

21  as about 75,000 employees and 21 manufacturing bases, with businesses covering

22  more than 170 countries around the world.  TCL Corp. is listed on the Shenzhen

23  Stock Exchange.

24          **B.    Plaintiff TCL Communication Technology Holdings Ltd.**

25          18.    Plaintiff TCL Communication Technology Holdings Ltd. ("TCL

26  Communication") was established in 1999 and is headquartered in Hong Kong,

27  China.  It was listed on the Hong Kong Stock Exchange from September 2004 to

28  October 2016, but is now privatized.  TCL Communication currently has about

11,000 employees.  Its manufacturing facility in China has a capacity of 120 million units of mobile phones per year.  TCL Communication has a global sales network in over 170 countries, in six geographic regions:  North America, Latin America, Europe, Middle East & Africa ("MEA"), Asia Pacific ("APAC"), and China.  TCL Communication has R&D centers in Irvine, Paris, Hong Kong, and six in mainland China, and employs about 3,000 engineers.

### C.   Plaintiff TCT Mobile Ltd.

19.   Plaintiff TCT Mobile Ltd. is a wholly owned subsidary of TCL Communication, focusing on sales of mobile devices in overseas markets, and is incorporated in Hong Kong.  TCT Mobile Ltd. resulted from a joint venture between TCL Communication and French telecommunications company Alcatel:  In 2004, TCL Communication and Alcatel formed the joint venture TCL & Alcatel Mobile Phones Ltd., later renamed T&A Mobile Phones Ltd. ("T&A").  TCL Communication held a 55% interest in T&A, while Alcatel held the remaining 45%.  T&A was given an exclusive license to use the Alcatel brand name for handset sales and distribution.

20.   In 2005, TCL Communication bought Alcatel's 45% interest, making T&A a wholly owned subsidiary, and renamed it  TCT Mobile Ltd. (*i.e.*, plaintiff). As part of the transaction, TCL Communication would continue to license the Alcatel brand name.  In 2007, TCT Mobile Ltd. signed a 2G license agreement with Ericsson, which expired in March 2014.  In 2011, TCL Communication entered into an extended license fee agreement with what is now Alcatel-Lucent, which included the use of the Alcatel brand name for the ensuing 13.5 years.

### D.   Plaintiff TCT Mobile (US) Inc.

21.   Plaintiff TCT Mobile (US) Inc. is an indirect wholly owned subsidiary of TCL Communication in the U.S.  It was established in late 2011, is incorporated in Delaware, and has its principal place of business in Irvine, California.  It is involved with the sale of 2G, 3G, and 4G mobile phones, including sales of mobile

1   handset products under the TCL and Alcatel brands in the U.S.  I understand my

2   colleague Mr. Cistulli will give more background on TCT Mobile (US) Inc.

3   **V.      GLOBAL REACH**

4          22.     In TCL Communication's early days, we sold only in China.  Since

5   then we have branched out to cover the globe, and now have sales networks in over

6   170 countries in nearly every continent in the world.  We have worked hard and

7   with strategic focus to achieve this.  Rather than starting our globalization from

8   scratch, we decided to merge with Alcatel in 2004 and acquire its full mobile sales

9   network.  That network had a footprint in many countries, particularly in Europe, the

10  Middle East, and Africa.  We then built on that foundation to break into Latin

11  America, and then the U.S. in about 2011.  Now we are a fully global company.

12         23.     Our yearly sales data reflect how we  transformed into a global

13  company.  As the figure below shows, between 2003 and 2009, the source of our

14  sales volume gradually shifted from China to overseas markets (*i.e.*, outside of

15  China).  In 2003, we sold about 9.5 million handsets in China, and 276,000

16  overseas.  By 2009, we sold 2.8 million handsets and accessories in China, versus

17  13.3 million overseas.  (Figure follows on the next page.)[1]

18

19

20

21

22

23  _____

24  [1] This data is taken from Exhibit 1010, a spreadsheet containing sales volume data
    from IDC, relating to specific geographic regions for the period from Q1 of 2014 to

25  Q2 of 2015.  This document was created by Jordan Chong, TCL Communication's
    Advanced Sourcing Manager, in the ordinary course of business on August 18,

26  2015, and obtained from his work computer.  The document was stored in a folder

27  called "Market Reports\Monthly Flash Global Sourcing."  And the document's

28  original filename was "201508 - Monthly Flash - 2Q15 Device Shipments (IDC)."



**Figure 1: TCL Communication Sales Volume** (Exs. 1020-25 (TCL Annual Rpts. 2004 to 2009))

24.     Our global sales volume surged from 2009 to 2010, growing from 16.1 million handsets and accessories sold in 2009, to 36.2 million in 2010.  In 2010, we began organizing our sales figures into four regions:  (1) Americas; (2) Europe, Middle East & Africa ("EMEA"); (3) Asia Pacific ("APAC"); and (4) China.  Over the ensuing years, we made great sales gains in these regions, especially in the Americas and EMEA.



**Figure 2: TCL Communication Sales Volume** (Exs. 1017-19, 1140, 1147 (Annual Rpts. 2010 to 2014))

25.     In 2015, we restructured our business regions to better align markets in different locations, further breaking out the above four regions into six:  Latin America, North America, Europe, Middle East & Africa ("MEA"), China, and APAC.  We continue to have strong sales in all regions, especially in Latin and North America, Europe, and MEA.  In Latin America in 2015, we sold 26.4 million handsets and other devices.  In North America, we sold 14.5 million.  In Europe, we sold 21.1 million.  And in MEA, we sold 10.1 million.



**Figure 3: TCL Communication Sales Volume of Handsets and Other Devices, in Millions, 2015** (Ex. 456 (2015 Annual Rpt.))

26.     TCL Communication has become an indisputably international brand.  In 2015, for example, over 90% of TCL's sales were made outside of China.  (*See* Ex. 456 (2015 Annual Report).)  Below in Section VII.A, I will talk more about the way we perform and compete in these six geographic markets.

## VI.     SALES GROWTH, TRENDS, AND OUTLOOK

27.     TCL Communication not only has grown geographically around the world, it has also significantly expanded its sales and revenue.  Between 2012 and 2015, we almost doubled our overall mobile phone sales volume (from 38 million to

71 million).[2]  This achievement is attributed to our steady focus on growing our smartphone business, while maintaining high feature phone sales.  ("Feature phones" typically have more limited features than smartphones, and run on non-smartphone operating systems.  "Smartphones," meanwhile, contain certain high-level operating systems, such as Android, iOS, or Windows, and can natively install third-party applications.)  In 2012, we sold about 6 million smartphones and 32 million feature phones.  In 2015, we sold 39.1 million smartphones, while feature phones remained stable at about 32.2 million.



**Figure 4: TCL Communication Global Sales Volume** (Ex. 1273 (IDC))

28.    Our revenue rose steadily between 2012 and 2014, from about 12 billion to 30.7 billion H.K. dollars.  In the year 2015, however, our revenue dipped

---

[2] This data is from IDC.  For the rest of this declaration, I use IDC data for our sales volumes, unless otherwise indicated, so that my comparisons between our sales volumes and our competitors' are "apples to apples."  While IDC data is reasonable, they do vary occasionally from our own internal figures.  For example, according to our own data, we sold 40.1 million smartphones globally in 2015.  IDC reported our smartphone sales volume that year to be 39.1 million.  IDC may categorize products differently than we do (*e.g.*, smartphones versus feature phones versus other mobile devices), which may explain in part the differences in any sales volume numbers.

to 28.6 billion H.K. dollars.



**Figure 5: TCL Communication Global Revenue, in H.K. $** (Ex. 456 (2015 Annual Rpt.) at p. 207)

29.     Our dip in 2015 was brought on by global economic and industry challenges, which pushed down revenues across the industry.  The global economic challenges included fluctuating exchange rates.  Industry challenges included weak consumer sentiment due to a lack of mobile technology "breakthroughs," *i.e.*, technological advances on par with moving up a generation (*e.g.*, from 2G to 3G, or 3G to 4G) or from keyboards to touchscreen displays.  Consumers are waiting for the next wave of technology and features in mobile devices, like 5G (likely to arrive near the end of 2018) or flexible displays (likely to arrive 2 years from now).  This is typical of the consumer demand cycle—high consumer demand after a technology breakthrough, followed by low consumer demand as they wait for the next wave.  We are in the low-demand phase of the cycle, and this has pushed down prices and profit margins, resulting in decreased revenue despite increased sales volumes.

30.     In 2016, the global economy continued to face challenges, due in part to political uncertainty (including relating to the U.S. elections and "Brexit") and currency fluctuations.  Consumer spending power weakened.  Demand had also weakened as consumers waited for the next technology breakthrough.  These forces

have pushed prices downward for us and the industry.  We have not completed our financial review of year 2016, but we expect the year's revenue and sales volume to fall below 2015.  The industry is in a low-growth period.

31.     We have strategic plans, however, to maintain our competitiveness in this period of industrywide low growth.  We will be selective and efficient in the marketplace, focusing on countries and regions with potential high profitability, like Europe, the Americas, and especially the U.S.  We have been doing very well in the U.S., and we will continue to build on that success.  In the third quarter of 2016, we had 8.5-9% market share in the U.S., and ranked 4th, behind only Apple, Samsung, and LG.

32.     We will also continue our push into higher end and higher technology mobile devices.  As the figure below shows, sales of our 2G mobile devices showed continual increase until about 2011.  At that time, our sales of 3G devices began to increase dramatically, supplanting 2G sales.  Then in 2015, our sales of 3G devices dipped with the rise of 4G sales.



**Figure 6: TCL Communication Global Mobile Phone Sales Volume** (Ex. 142 (TCL data))

33.     TCL Communication's revenue broken down by technologies reflects similar trends:  a rise in revenue for 2G devices, gradually being supplanted by the rise of revenue for 3G devices, which is now being gradually supplanted by 4G.



**Figure 7: TCL Communication Worldwide Revenue, in U.S. $** (Ex. 142 (TCL data))

34.     Our sales of tablets, being a newer product type than smartphones, reflect an upward trend across both 3G and 4G.  (Tablets also contain certain high-level operating systems, and typically have a screen size of at least 7 inches.)  We showed particularly dramatic growth in tablets after 2013.  (Figures follow on next page.)



**Figure 8: TCL Communication Global Tablet Sales Volume** (Ex. 142 (TCL data))



**Figure 9: TCL Communication Global Tablet Revenue, in U.S. $** (Ex. 142 (TCL data))

35.    We have strategic plans to continue our push into higher end and higher technology mobile devices.  Our acquisition of the BlackBerry brand license is part of this strategic plan.  BlackBerry is very strong in the business, enterprise, and government sectors, including the governments of Germany and the U.K., due to BlackBerry's focus on security.  German Chancellor Angela Merkel, for example, uses a BlackBerry mobile device containing its SecuSuite security solution.

1  (SecuSuite was selected by Germany's Federal Office for Information Security for

2  use by the country's highest public officials.)  Meanwhile, in late 2016, the U.K.

3  government made BlackBerry the first major mobile vendor to receive its new

4  Cyber Essentials Plus certification.  We will capitalize on BlackBerry's strength in

5  high end security phones to grow our high end business.  We will also grow our

6  high end business by developing the new technology that will drive consumer

7  demand for high end products.  In 2015, for example, we partnered with leading

8  French chipmaker Sequans Communications to establish a 5G research lab in

9  France.

10      36.     As we expand our high end business, however, and continue to make

11  the high quality and reliable phones with competitive technology, we will operate

12  efficiently.  And we will keep stringent controls on costs and expenses.  For

13  example, we are staffing our company more and more leanly, going from a head

14  count of about 13,000 in 2015 to about 11,000 today.

15  **VII.  <u>COMPETITION</u>**

16      37.     TCL Communication has established itself as a major global

17  manufacturer, with high sales volumes and revenues, and continues to grow.  But its

18  net profit margins are very thin, for one primary reason:  competition.  We occupy

19  an ecosystem with fierce competitors like Apple and Samsung.  On top of that, the

20  global marketplace is saturated with many, many smaller or local brands.  While we

21  generally do not consider a single "local king" to be a direct global threat, in the

22  aggregate they intensify the competitive environment. Feeding into the competition

23  is a global slowdown in growth of the mobile device industry, and instability of the

24  global economy and commercial environment, which increases operation and credit

25  risks.  The persistently strong U.S. dollar also weakens the purchasing power of

26  emerging markets.  The saturated marketplace in China has pushed many Chinese

27  "local kings" to seek opportunities overseas, intensifying global competition.

28      38.     In the next section, I will break down the competitive landscape by

geographic region, and after that, by our major global competitors:  Samsung, Apple, Huawei, LG, ZTE, and HTC.

**A.    By Geographic Market**

39.    We are a competitive player in all six geographic regions by which we organize our global business—Latin America, North America, Europe, the MEA, China, and APAC.  Indeed, our sales volume consistently ranks in the top five or ten vendors in various regions, along with Samsung, Apple, Huawei, LG, ZTE, and/or HTC.  This is true despite a crowded field of several hundred vendors tracked worldwide by industry analysts over any given time period.

**1.    Latin America**

40.    We were one of the first major manufacturers to concentrate our product range in Latin America, and have achieved great success in the region over the past ten years.  From 2014 through the first half of 2015, based on industry data, we ranked 2nd in total sales volume in mobile phones, taking in about 14% market share with 37.8 million units sold.  Samsung ranked 1st (69 million), LG was 3rd (30.1 million), ZTE was 6th (14.4 million), Huawei was 7th (12.1 million), and Apple was 8th (10.5 million).  (Figure follows on the next page.)



**Figure 10: Mobile Phone Sales, Latin Am., 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

41.    For smartphones, we ranked 4th over the same period, with about 10% market share and 19.8 million units sold.  Samsung ranked 1st (62.5 million), LG was 3rd (24.6 million), Huawei was 5th (11.4 million), Apple was 6th (10.5 million), and ZTE was 7th (9.9 million).



**Figure 11: Smartphone Sales, Latin America, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

42.    For feature phones, we ranked 1st over the same period, with about 24% market share and 17.9 million units sold.  Samsung ranked 3rd (6.5 million), LG was 4th (5.5 million), and ZTE was 5th (4.4 million).  Apple and HTC do not manufacture feature phones, and while Huawei once did, it has shifted away from feature phones in recent years.  (Figure follows on the next page.)



**Figure 12: Feature Phone Sales, Latin America, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

43.     Latin America is a very competitive and evolving business environment.  An economic slowdown plus the strong U.S. dollar has resulted in significant devaluation of the local currencies, especially in Brazil, Argentina, and Mexico.  This, in turn, has weakened consumer purchasing power.  Consequently, the region's growth rate in the mobile phone business has dramatically decreased in the last couple of years.  Sales volume and revenue have gone down across the industry.  At the same time, local mobile phone brands are continuously entering the market.  All of this has put downward pressure on price and intensified competition for us and our competitors.  Latin America once represented one of the largest profit margins in the industry, but that is no longer the case.

44.     Despite these challenges, we will continue to be competitive in Latin America.  With the exception of Brazil, Latin America is mostly an operator business, meaning individual consumers buy phones primarily from operators.  (Brazil was an operator business until about three years ago, when the business environment shifted.)  We excel at forging relationships with operators.  This strength is due in part to our ability to heavily customize our phones according to the operators' needs.  We will continue to leverage this strength in Latin America.

We will also further grow our Latin American business by enhancing our product mix, increasing operational efficiency, and closely monitoring the credit and currency risks in the region.  We will focus on the countries that we see as having strong performance potential, like Mexico, Colombia, and Chile.

2.   North America

45.   TCL Communication has a strong and robust business in the U.S. and North America.  We have momentum in the U.S., solidly securing a spot in the top four manufacturers (behind Apple, Samsung, and LG) during 2016.  The U.S. does not have the currency devaluation issue that is impacting some of the regions where we have a very large presence, like Latin America.  U.S. consumer demands are also in line with our overall strategic business model—expanding in the high end.  The U.S. is the No. 1 country in terms of value (*i.e.*, growth potential), and the No. 2 country by volume, so we will focus much of our energies in the next few years on aggressively growing our business in the U.S.

46.   One reason for our momentum and success in the U.S. is our strong relationships with operators, such as T-Mobile and Sprint.[3]  The U.S. mobile device industry is driven by operators, and we strive to provide great service to them.  We work hard to customize our phones to provide the desired features at particular price points in response to operator needs and demands.  In essence, whatever product and features the operators want, we try our best to make it happen.  LG is another example of a manufacturer who competes for U.S. operator business by focusing on customizations.  Apple and Samsung compete for operator business by focusing on their brands, rather than customizations.

47.   As I previously stated, the mobile phone business is highly competitive and constantly evolving.  We have to battle strong competitive forces to achieve our

---

[3] My colleague Mr. Cistulli, who oversees our North America business, typically refers to operators as "carriers."  Those terms are interchangeable in this context and I am referring to carriers when I say operators.

success.  The customizations we do for operators are costly for us, requiring engineering resources among other things.  Moreover, the operator bidding process drives down prices.  Manufacturers bid against each other to fill "SKU locations" or "slots" in the operator's product portfolio.  The bid will be for a particular level of phone (like entry level, midrange, or high end), features, and technology, for a particular "transfer price," *i.e.*, the price we invoice the operator per phone.  The operator may request bids for, say, an entry-level feature phone enabled for GSM, GPRS, and EDGE (among other features) with a transfer price of less than $100.  We may return a bid for this slot with, say, our Sesame flip phone for $46.  Other manufacturers will return their own bids, trying to outbid us on price and other dimensions in an attempt to secure the operator's particular location or slot.  The bidding process is extremely competitive and price sensitive.

48.     Even in the face of such a competitive environment, however, we capture a sizable market share in North America.  From 2014 through the first half of 2015, for example, we ranked 5th, with about 5% market share and 14.9 million units sold.  Apple ranked 1st (98.4 million), Samsung was 2nd (76.3 million), LG was 3rd (40.5 million), ZTE was 4th (16.7 million), HTC was 8th (6.8 million), and Huawei was 10th (2.2 million).  Note, however, that we have since overtaken ZTE in the U.S.  (Figure follows on the next page.)



**Figure 13: Mobile Phone Sales, North America, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

49.     Turning to smartphones, we ranked 6th over the same period, with about 3.4% market share and 8.6 million units sold.  Apple ranked 1st (98.4 million), Samsung was 2nd (65.2 million), LG was 3rd (30 million), HTC was 7th (6.8 million), ZTE was 4th (14.8 million), and Huawei was 10th (1.9 million).



**Figure 14: Smartphone Sales, North America, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

Case No. SACV14−00341 JVS (DFMx)/CV15-02370

WITNESS DECLARATION OF GEORGE GUO

50.     For feature phones over the same period, we ranked 3rd, with about 17% market share and 6.3 million units sold.  Samsung ranked 1st (11.2 million), LG was 2nd (10.4 million), ZTE was 5th (1.9 million), and Huawei was 6th (about 293,000).  (Again, Apple and HTC do not manufacture feature phones.)



**Figure 15: Feature Phone Sales, North Am., 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

51.     We will continue to grow our North America business by working closely with major operators and expanding our sales of high end products.  We have "stepped up" to high end smartphones in the U.S., and believe it is where we will have the greatest growth in the U.S. in the next few years.  We are selling our premium Alcatel IDOL 4S through T-Mobile, targeted to the high end market.  And we are partnering with BlackBerry to license its brand, to serve the high end demands of the business, enterprise and government sectors, as well as individual consumers.

        3.     Europe

52.     Europe has been a traditionally strong market for TCL Communication

since its acquisition of the Alcatel mobile handset business. Alcatel was already a major brand in Europe at the time of our acquisition. We gained a global sales network through that acquisition, especially in Europe. But Europe is a complicated, competitive market. The region consists of some 30 to 40 countries. Certain countries are more dominated by operators, while others are more "open market" (*i.e.*, where customers buy phones from retailers rather than from operators). To maintain a strong performance in Europe, we address both operator markets and open markets. We serve operators and work hard to maintain good business relationships with them, but also work with all the big retailer chain stores to serve the open market.

53. Our customization approach to operators, however, is especially costly for us in Europe, because the region has so many individual countries, each with its respective operators and customization requirements. The expense we incur to customize for an operator in one country only addresses a small customer base. Multiply this over many countries and it becomes very expensive. (Compare this to the major national operators in the U.S., where our customizations for a single operator reach a much larger customer base.)

54. Compounding the competitive challenges of a very fragmented region, Europe is in the midst of a debt crisis that is affecting economic recovery. This has intensified mobile phone competition in the region. We along with our competitors are all vying heavily for market share across Europe.

55. We have managed, however, to handle the competitive challenges, and typically rank in the top five or ten in the region, along with our competitors. In Western Europe between 2014 and the first half of 2015, for example, we ranked 7th, with about 3% of the mobile phone market and 7.4 million units sold. Samsung ranked 1st (86.5 million), Apple was 2nd (47.2 million), LG was 5th (12.6 million), Huawei was 6th (9.5 million), HTC was 9th (5.4 million), and ZTE was 10th (2.1 million). (Figure follows on the next page.)



**Figure 16: Mobile Phone Sales, Western Europe, 2014/Q1 to 2015/Q2**
(Ex. 1010 (IDC))

56.     Turning to smartphones over the same period, we ranked 9th, with
about 1.7% market share and 3.7 million units sold.  Samsung ranked 1st (75.6
million), Apple was 2nd (47.2 million), LG 5th (12.5 million), Huawei was 6th
(9.5 million), HTC was 8th (5.4 million), and ZTE was 10th (1.9 million).



**Figure 17: Smartphone Sales, W. Europe, 2014/Q1 to 2015/Q2** (Ex. 1010
(IDC))

57.     For feature phones over the same period, we ranked 3rd, with about 10% market share and 3.7 million units sold.  Samsung ranked 1st (13 million), and ZTE ranked 8th (about 260,000).



**Figure 18: Feature Phone Sales, Western Europe, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

58.     In Central & Eastern Europe over the same period, we ranked 3rd overall, with 7% of the mobile phone market and 9.5 million units sold.  Samsung ranked 1st (43.4 million), Apple was 5th (6.8 million), LG was 8th (4.6 million), Huawei was 9th (3 million), and ZTE was 10th (1.8 million).  (Figure follows on the next page.)

Case No. SACV14−00341 JVS (DFMx)/CV15-02370
WITNESS DECLARATION OF GEORGE GUO



**Figure 19: Mobile Phone Sales, Central & Eastern Europe, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

59.     For smartphones over the same period, TCL Communication ranked 5th, with about 6% of the market share and 5.3 million units sold.  Samsung ranked 1st (32.6 million), Apple was 2nd (6.8 million), LG was 8th (3.8 million), Huawei was 9th (2.9 million), and ZTE was 10th (1.4 million).



**Figure 20: Smartphone Sales, Central & Eastern Europe, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

60.    For feature phones over the same period, we ranked 3rd, with about 10% market share and 4.2 million units sold.  Samsung ranked 2nd (10.8 million), and LG was 7th (about 768,000).



**Figure 21: Feature Phone Sales, Central & Eastern Europe, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

61.    We will continue to compete aggressively in Europe by investing heavily into growing our high end business.  Our acquisition of the BlackBerry license should be especially effective in Europe.  One of the reasons we acquired the BlackBerry brand license was because of its strength in the business and government community in Western Europe in particular.

    4.    Middle East & Africa

62.    The MEA is a very competitive business market for us, for several reasons.  Like Europe, the MEA consists of many countries, and covering all of them is difficult.  We and our competitors must be strategic about which countries to focus on at any one time.  Furthermore, many countries have very few operators, and we and our competitors have to compete aggressively over them.  In the Middle East, which is driven by retail distributors, the manufacturer's sales volume depends

on the success of the distributor with whom it has the business relationship.  If the distributor does well, then the manufacturer does well.  Many countries in the region are also very price sensitive.  A difference in price of 20 or 30 cents can significantly impact the sales rate of a phone in Africa.  And the rise of local brands in the region has driven down prices.  Finally, political instability in the region adversely impacts the business environment.

63.     Despite the challenges, however, we have still been able to attain substantial market share in the MEA.  For mobile phones overall, from 2014 through the first half of 2015, we ranked 7th, with about 3.1% of the market and 12.7 million units sold.  Samsung ranked 1st (102.6 million), Huawei was 5th (17.1 million), Apple was 6th (14.1 million), LG was 8th (10.3 million), and ZTE was 9th (7.2 million).



**Figure 22: Mobile Phone Sales, MEA, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

64.     For smartphones over the same period, we ranked 6th, with 3.1% market share and 5.8 million units sold.  Samsung ranked 1st (76.4 million), Huawei

was 2nd (16.8 million), Apple was 3rd (14.1 million), LG was 7th (5.6 million), and ZTE was 8th (4.8 million).



**Figure 23: Smartphone Sales, MEA, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

65.    For feature phones over the same period, we ranked 5th, with 3.2% market share and 6.8 million units sold.  Samsung ranked 3rd (26.2 million), LG was 6th (4.7 million), and ZTE was 8th (2.4 million).  (Figure follows on the next page.)



**Figure 24: Feature Phone Sales, MEA, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

66.    We will maintain our competitiveness in the MEA by safeguarding our market share in feature phones and entry level smartphones, while expanding our midrange and higher end product line to attain greater market share in the region.

### 5.   China

67.    China is a unique and fiercely competitive market in the mobile device industry. *First*, it is saturated with local kings, maybe more so than any other country in the world. As I understand, over one hundred smartphone brands are selling in China, driving up competition and driving down price. Chinese brands emerge all the time, due to low barriers to entry. In China, bringing a smartphone to market can cost as little as a few hundred thousand dollars. All of this results in a very crowded market plagued by price wars. Many local kings also cut corners (for example, on quality) to further drive down price.

68.    *Second*, Chinese mobile device consumers like to "follow the fashion," and the fashion can be unpredictable. For example, just two years ago, the fashion was to buy phones online, and it seemed that every Chinese consumer was going to

the Internet to buy their phones.  But for some reason, now the fashion is to shop for mobile devices in physical retail shops.  This has adversely impacted TCL Communication and competitors Apple and Samsung, none of whom control very many physical retail shops in China.  As another example of following the fashion, last year certain brands were seen by Chinese consumers as very trendy.  Chinese brand Oppo is an example.  Oppo did not do anything particularly different from many other brands, but became trendy among Chinese consumers.  This year, maybe the fashion will continue, or maybe it will not.  Again, Chinese consumer preferences can be hard to predict.

69.     *Third*, obtaining operator business in China often results in taking losses, making such relationships unprofitable.  This means that TCL Communication and its competitors with an otherwise strong operator focus must turn to distribution through the open market to be profitable.  In other parts of the world, we excel at forging relationships with operators, but leveraging this ability in China is difficult because of the way the local operators do business.

70.     The particular challenges in China are reflected in the ranking distribution for us and our competitors.  From 2014 through the first half of 2015, we ranked 14th in China (excluding Hong Kong), with about 1.8% of the mobile phone market and 14.9 million units sold.  Huawei ranked 2nd (85.9 million), Samsung was 3rd (83.4 million), Apple was 4th (78.9 million), ZTE was 9th (36.3 million), HTC was 16th (6.3 million), and LG was 27th (about 980,000).  These figures reflect how saturated the mobile phone market is in China, as LG sold almost one million phones, but still ranked 27th.  (Figure follows on the next page.)



**Figure 25: Mobile Phone Sales, China (excluding Hong Kong), 2014/Q1 to 2015/Q2** (Ex. 1011 (IDC))

71.    For smartphones over the same period, we ranked 14th, with about 1.4% of the market and 10.1 million units sold.  Huawei ranked 2nd (85.6 million), Apple was 3rd (78.9 million), Samsung was 4th (76.8 million), ZTE was 9th (36.2 million), and HTC was 15th (6.3 million).



**Figure 26: Smartphone Sales, China (excluding Hong Kong), 2014/Q1 to 2015/Q2** (Ex. 1011 (IDC))

Case No. SACV14−00341 JVS (DFMx)/CV15-02370
WITNESS DECLARATION OF GEORGE GUO

72.    For feature phones over the same period, we ranked 3rd, with about 5.8% market share and 4.8 million units sold.  Samsung ranked 2nd (6.6 million), Huawei was 11th (about 309,000), and ZTE was 12th (about 44,000 units).  (LG was 13th, selling 6,375 units, but is not included in the figure below.).



**Figure 27: Feature Phone Sales, China (excluding Hong Kong), 2014/Q1 to 2015/Q2** (Ex. 1011 (IDC))

73.    Looking forward, TCL Communication will compete in China by maintaining its market share in entry mobile phones, and expedite its development in open market channels in order to expand its midrange to high end product market. We have also formed strategic partnerships in the region, including with China Telecom (the third largest telecommunication provider in China) to launch a competitively priced 4G handset (the TCL P606L).  From a branding and marketing perspective, we will implement a strategy focusing on four different consumer groups, what we call "pragmatic," "young," "fashion," and "business."  This will provide differentiated quality products with unique aesthetics and functions to serve a broad spectrum of Chinese consumers.

6.     Asia Pacific

74.     Asia Pacific is a very competitive region because it is flooded with local kings.  In India, for example, the barriers to entry in the mobile device market are extremely low.  This has resulted in a flood of local kings, like Micromax, Karbonn, and Intex.  Meanwhile, it is fragmented into many states, each different, so that selling nationwide is challenging.

75.     In APAC, consumers also tend to fall into two categories:  those who are brand-conscious, and those who are not.  The brand-conscious gravitate towards Apple and Samsung (and Samsung continues to invest heavily in its brand in this region, especially in India).  Those who are not brand-conscious have many brands to choose from, driving down price.  And markets in "emerging" APAC are very price sensitive to begin with.  In some markets in Southeast Asia, for example, a difference in cents can significantly impact the sales rate of a phone.  To advance our competitive position in APAC, we are investing in open markets and e-commerce channels, among other things.

**B.     By Competitor**

76.     In this section, I break down our competitive landscape by focusing on six of our primary competitors:  Samsung, Apple, Huawei, LG, ZTE, and HTC.

1.     Samsung

77.     We compete against Samsung on the full range of products, all around the world, in both operator markets and open markets.  We both offer a wide portfolio of mobile products on the market each year (some 100 models on the market from Samsung each year, and some 200 models on the market from us each year).  We compete aggressively for the same talent.  (My colleague Mr. Cistulli, for example, joined us from Samsung.)  Although Samsung currently has more brand recognition overall, our own brand is making gains.  Samsung's brand has also taken a hit with the recent worldwide recall and discontinuation of its Galaxy Note 7.

78.     Our phone models compete directly with Samsung's across the spectrum.  For example, our flagship TCL 950 has specifications comparable or superior to Samsung's flagship Galaxy S7 Edge.  The chart below compares a few of those specifications side by side.  Both phones are offered on major Chinese e-commerce website JD.com (or its affiliate JD.hk), which is similar to Alibaba.com or Amazon.com.  But while our flagship is 3,299.00 RMB (about $477 U.S.), the price for Samsung's flagship is over 70% higher, at 5,688.00 RMB (about $818 U.S.).

| Specification | TCL 950 | Samsung Galaxy S7 Edge |
|---|---|---|
| | (*See* Ex. 1668.)[4] | (*See* Ex. 1669.) |
| Display | 5.5 inches | 5.5 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 32 GB |
| Chipset | Qualcomm Snapdragon 820 | Qualcomm Snapdragon 820 |

[4] Exhibits 1668 to 1683 are all product images taken from JD.com or JD.hk on or about January 7, 2017.

| | | |
|---|---|---|
| Price (Chinese RMB) | 3,299.00 on JD.com | 5,688.00 on JD.com |

79.    We have midrange models that compete directly against Samsung's midrange models also.  For example, our TCL 750 has specifications comparable or superior to Samsung's midrange Galaxy A5100.

| Specification | TCL 750 | Samsung Galaxy A5100 |
|---|---|---|
| | <br>(*See* Ex. 1670.) | <br>(*See* Ex. 1671.) |
| Display | 5.2 inches | 5.2 inches |
| Camera resolution | 16 megapixels | 13 megapixels |
| Memory | 32 GB | 16 GB |
| Chipset | MediaTek Helio P10 | Qualcomm Snapdragon 615 |
| Price (Chinese RMB) | 1,299.00 on JD.com | 1,699.00 on JD.hk |

80.     We also have entry level smartphones that compete directly against Samsung's.  For example, our TCL 580 has specifications comparable or superior to Samsung's entry level J5.

| Specification | TCL 580 | Samsung Galaxy J5 |
|---|---|---|
| | (*See* Ex. 1672.) | (*See* Ex. 1673.) |
| Display | 5 inches | 5 inches |
| Camera resolution | 13 megapixels | 13 megapixels |
| Memory | 32 GB | 16 GB |
| Chipset | MediaTek MT6750 | Qualcomm Snapdragon 410 |
| Price (Chinese RMB) | 1,399.00 on JD.com | 1,099.00 on JD.com |

81.    We also have feature phones that compete against Samsung's.  For example, our TCL 121 competes against Samsung's E1200R.

| Specification | TCL 121 | Samsung E1200R |
|---|---|---|
| | <br>(*See* Ex. 1674.) | <br>(*See* Ex. 1675.) |
| Display (diagonal) | 2.4 inches | 1.52 inches |
| Camera resolution | 2 megapixels | None |
| Memory | 16 MB | 8 MB |
| Processor (clock speed) | 364 MHz (MT6260) | 208 MHz |
| Price (Chinese RMB) | 198.00 on JD.com | 205.00 on JD.com |

82.    In terms of overall sales, between 2014 and the first half of 2015, we both ranked in the top five or ten in various geographic regions.  In Latin America, the MEA, and Western Europe over this period, Samsung ranked 1st in all regions, while we ranked 2nd, 7th, and 7th, respectively.  (*See* Ex. 1011 (IDC).)  In North America, we ranked 5th while Samsung ranked 2nd (*see id.*), though we have moved up to 4th in the U.S.  For feature phones in particular, we have very strong sales relative to Samsung, and lead it by a hefty margin in Latin America.  (Figure follows on the next page.)



**Figure 28: Feature Phones Sales Volume, 2014/Q1 to 2015/Q2** (Exs. 1010, 1011 (IDC))

83.    Looking ahead, to continue to compete aggressively with Samsung, we need to continue to be efficient, and to keep costs down and maintain competitive prices.  Like Apple, Samsung generally does not customize its products for specific operators, while we do.  While our customization focus allows us to compete head to head with Samsung for operator business, those customizations are costly.  And those are costs Samsung does not regularly incur because it does not generally customize for operators.  Samsung (along with Apple) also benefits from cost efficiencies in being able to manufacture and ship in higher global volumes than we do.

2.    Apple

84.    Apple is one of our biggest competitors.  It has very strong brand recognition for its iPhones, especially in the U.S. and Europe.  This means we have to continue to compete aggressively on quality, value, price, efficiency, and cost. We also have to continue to invest in our own brand.  We have a few key competitive advantages over Apple.  First, we have a very strong operator business,

because we focus on building customized products, and we are nimble enough to do so.  Meanwhile, Apple generally does not customize, but delivers products to operators "as is."  Second, we offer phones with quality and specifications just as good or even superior to Apple's, across the entire smartphone spectrum, at very competitive prices.  On the other hand, consumers typically pay a hefty premium for the Apple iPhone brand.

85.    For example, our flagship TCL 950 has specifications comparable or superior to Apple's flagship iPhone 7 Plus.  The chart below compares a few of those specifications side by side.  While our flagship is 3,299.00  RMB, the price for Apple's flagship is over two times higher, at 7,188.00 RMB.

| Specification | TCL 950 | Apple iPhone 7 Plus |
|---|---|---|
| | <br>(*See* Ex. 1668.) | <br>(*See* Ex. 1676.) |
| Display | 5.5 inches | 5.5 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 32 GB |
| Chipset | Qualcomm Snapdragon 820 | Apple A10 |
| Price (Chinese RMB) | 3,299.00 on JD.com | 7,188.00 on JD.com |

1      86.    Our flagship also competes against Apple's previous generation

2  iPhone, its 6S Plus.  Our phone has comparable or superior specifications, but still

3  costs less than the iPhone 6S Plus.

4

| Specification | TCL 950 | Apple iPhone 6s Plus |
|---|---|---|
| | <br>(*See* Ex. 1668.) | <br> (*See* Ex. 1677.) |
| Display | 5.5 inches | 5.5 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 16 GB |
| Chipset | Qualcomm Snapdragon 820 | Apple A9 |
| Price (Chinese RMB) | 3,299.00 on JD.com | 4,588.00 on JD.com |

87.     Our midrange TCL 750 competes against Apple's midrange iPhone SE.

| Specification | TCL 750 | Apple iPhone SE |
|---|---|---|
| | (*See* Ex. 1670.) | (*See* Ex. 1678.) |
| Display | 5.2 inches | 4 inches |
| Camera resolution | 16 megapixels | 12 megapixels |
| Memory | 32 GB | 16 GB |
| Chipset | MediaTek Helio P10 | Apple A9 |
| Price (Chinese RMB) | 1,299.00 on JD.com | 2,799.00 on JD.hk |

88.     Apple also positions its much earlier iPhones as entry level or midrange phones.  We compete with these Apple iPhones also.  For example, our midrange TCL 750 competes with Apple's iPhone 5s.

| Specification | TCL 750 | Apple iPhone 5s |
|---|---|---|
| | (*See* Ex. 1670.) | (*See* Ex. 1679.) |
| Display | 5.2 inches | 4 inches |
| Camera resolution | 16 megapixels | 8 megapixels |
| Memory | 32 GB | 16 GB |
| Chipset | MediaTek Helio P10 | Apple A7 |
| Price (Chinese RMB) | 1,599.00 on JD.com | 2,188.00 on JD.hk |

89.    Our competition with Apple is very robust in the U.S.  I understand my colleague Mr. Cistulli will discuss that in detail.  But we compete aggressively with Apple in the rest of the world also.  For example, we lead Apple in Latin America, while trailing it in Central & Eastern Europe and the MEA.



**Figure 29: Smartphone Sales Volume, 2014/Q1 through 2015/Q2** (Ex. 1010 (IDC))

90.    Looking ahead, we are working hard to make gains on Apple in the high end market, especially in the U.S. and Europe.  Again, our acquisition of the BlackBerry brand license is one of our initiatives to facilitate that growth.  Apple has the largest profit share of any manufacturer globally, and that is why we target Apple so aggressively.

91.    But to compete against Apple requires us to continue to be efficient, and to keep costs down and maintain competitive prices.  The customizations we provide for operators, for example, are costly, and those are costs Apple does not regularly incur because it does not generally customize for operators.  Apple also benefits from cost efficiencies in being able to manufacture and ship in higher global volumes than we do.

### 3.    Huawei

92.    Although a major mobile phone manufacturer, Huawei is, at its core, an infrastructure business.  It has also shifted away from feature phones in recent years,

while we still focus on feature phones and consider it an important part of our business.  But we compete against Huawei across the full range of smartphones.  For example, our TCL 950 competes directly against Huawei's P9.

| Specification | TCL 950 | Huawei P9 |
|---|---|---|
| |  (*See* Ex. 1668.) |  (*See* Ex. 1680.) |
| Display | 5.5 inches | 5.2 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 64 GB |
| Chipset | Qualcomm Snapdragon 820 | Huawei Kirin 955 |
| Price (Chinese RMB) | 3,299.00 on JD.com | 3,388.00 on JD.com |

93.   Our  overall sales volume is close to  Huawei's sales volume, year over year:



**Figure 30: Global Sales Volume Mobile Phones** (Ex. 1273 (IDC))

94.   We and Huawei also compete in various geographic markets for smartphones.  The figure below shows geographic markets where we and Huawei have ranked in the top ten in smartphone sales volume from 2014 to the second quarter of 2015:



**Figure 31: Smartphone Sales Volume, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

4.   LG

95.    TCL Communication and LG have very similar business models.  Both companies forge strong relationships with operators by, among other things, customizing our products to meet their needs and demands.  Like us, LG also manufactures and sells both feature phones and smartphones.  And like us, LG performs well in the U.S.  LG competes very aggressively against us on transfer price to the operators.

96.    We have phone models that compete directly with LG's.  For example, our TCL 950 competes directly against LG's G5.

| Specification | TCL 950 | LG G5 |
|---|---|---|
| | (*See* Ex. 1668.) | (*See* Ex. 1681.) |
| Display | 5.5 inches | 5.3 inches |
| Camera resolution | 21 megapixels | 16 megapixels |
| Memory | 64 GB | 32 GB |
| Chipset | Qualcomm Snapdragon 820 | Qualcomm Snapdragon 820 |
| Price (Chinese RMB) | 2,699.00 on JD.com | 4,888.00 on JD.hk |

97.     Our global sales volumes across all mobile phones essentially converged with LG's in 2015:



**Figure 32: Global Mobile Sales Volume** (Ex. 1010 (IDC))

98.     And we have been catching up to LG in the smartphone business in particular, year over year.  In 2015, TCL Communication sold almost 40 million smartphones, while LG sold almost 60 million.



**Figure 33: Global Smartphone Sales Volume** (Ex. 1010 (IDC))

99.     While we have led LG in the feature phone business, LG's sales volumes (at almost 12 million units in 2015) are still significant and competitive with us:



**Figure 34: Global Feature Phone Sales Volume** (Ex. 1010 (IDC))

100.   We and LG also compete in various geographic regions, in both feature phones and smartphones.  In the regions shown in the figures below, we both ranked in the top ten in sales volume in the given time period.  (Figures follow on the next page.)

WITNESS DECLARATION OF GEORGE GUO



**Figure 35: Feature Phone Sales Volume, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))



**Figure 36: Smartphone Sales Volume, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

5.   ZTE

101.   ZTE is a company we have traditionally competed against, but like Huawei, it is primarily focused on its infrastructure business.  Recently, ZTE has fallen behind us, and continues to do so.  In the first quarter of 2016, for example, our mobile phone sales volume was about 14.5 million, higher than ZTE's 13 million.  The next quarter (the second quarter of 2016), our volume stayed fairly steady at about 14 million, while ZTE's had fallen to 11.5 million.  Our sales volume has exceeded ZTE's in various geographic regions as well.  The figures below show some of these regions where we lead over ZTE.



**Figure 37: Mobile Phone Sales Volume, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))



**Figure 38: Smartphone Sales Volume, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))



**Figure 39: Feature Phone Sales Volume, 2014/Q1 to 2015/Q2** (Ex. 1010 (IDC))

102.   Note that in the U.S., we edged ahead of ZTE in 2015, selling 13.4 million mobile phones, while ZTE sold 13.3 million.  We solidified our lead over ZTE during 2016.

103.   We have a number of competing phones.  Our TCL 950, for example, competes against ZTE's Axon 7.

| Specification | TCL 950 | ZTE Axon 7 |
|---|---|---|
| | (*See* Ex. 1668.) | (*See* Ex. 1682.) |
| Display | 5.5 inches | 5.5 inches |
| Camera resolution | 21 megapixels | 20 megapixels |
| Memory | 64 GB | 64 GB |
| Chipset | Qualcomm Snapdragon 820 | Qualcomm Snapdragon 820 |
| Price (Chinese RMB) | 2,699.00 on JD.com | 3,099.00 on JD.com |

6.   HTC

104.   TCL Communication and HTC compete across the spectrum of the smartphone market.  (HTC does not manufacture feature phones.)  While HTC's sales volumes have declined in recent years, it still has significant brand awareness. It is also a dominant player in its home base of Taiwan, a market where we are striving to grow our business.

105.   We have phone models that compete directly with HTC's.  For example, our TCL 950 competes directly with the HTC 10.

| Specification | TCL 950 | HTC 10 |
|---|---|---|
| | <br>(*See* Ex. 1668.) | <br>(*See* Ex. 1683.) |
| Display | 5.5 inches | 5.2 inches |
| Camera resolution | 21 megapixels | 12 megapixels |
| Memory | 64 GB | 32 GB |
| Chipset | Qualcomm Snapdragon 820 | Qualcomm Snapdragon 820 |
| Price (Chinese RMB) | 2,699.00 on JD.com | 3799.00 on JD.com |

**C.    Other Manufacturers**

106.   Because we compete with the biggest global manufacturers in the world, like Apple and Samsung, those are the companies we focus on.  In the first half of 2016, over 300 mobile phone vendors were tracked by industry analysts, and we do not focus on all of them individually.  Many of these manufacturers are what we call "local kings," geographically limited companies with narrow product segments, and limited or no relationships with operators.

107.   Before I started working on this declaration, for example, I do not recall having heard of Audioline, Bea-fon, Binatone, Mobistel, or iBall.  If I ever came across these companies in my work, they did not leave an impression on me. For this declaration, I did take some time to review information about them, and learned that they are in fact all small "local kings."  For example, Audioline is a very small local king.  It is a German company targeting the German market, judging from its website, which sold only about 52,000 phones total in 2015, with no sales in the U.S.  Bea-fon looks to me like another small local king.  It is an Austrian company that sold about 196,000 phones total in 2015, and none in the U.S.  Based on the flag icons on its website, it appears to target only certain markets in Western Europe.  Binatone is a U.K. company that sold about 42,000 phones total in 2015, and none in the U.S.  Mobistel, with about 106,000 units in sales over the same time period, seems to target Germany primarily, and secondarily Korea, based on its website.  iBall, an Indian company, is a somewhat larger local king, selling about 1.7 million units, but its website also seems to indicate that it targets primarily India.

108.   Among companies I am familiar with, many are also restricted geographically, to one or a few countries.  Sharp, for example, was once a major player in consumer electronics, but the market has moved on from it.  From 2014 through the first half of 2015, Sharp sold about 7.7 million mobile phones total, but about 7.3 million were in one country:  Japan.  During the same period, we sold over 99 million phones globally, on nearly every continent.  (*See* Exs. 1010, 1273.)  We do not expect any resurgence by Sharp in the near future, because it was acquired by Foxconn Technology in August 2016.

109.   Certain local kings have large sales volumes, but not a worldwide reach, like the Chinese companies Coolpad (a.k.a. Yulong) and Gionee (a.k.a. Jinli), and Indian companies Karbonn, Micromax, and Intex.  Coolpad's sales are primarily in China, and Gionee's sales are primarily in China and India.  The sales of

1   Karbonn, Micromax, and Intex are primarily restricted to India.  Other than

2   Coolpad, these companies do not appear to have any serious intention of expanding

3   beyond India or China.  TCL Communication, like its major competitors, has a

4   global market and global ambitions.  As for Coolpad, I understand it currently offers

5   a single entry level smartphone on T-Mobile, but we would still consider it a limited

6   competitor in the U.S.

7       110.   Some local kings focus on very niche demographic markets.  Emporia,

8   an Austrian company, targets the seniors market, primarily in Western Europe (with

9   about 388,000 units of total sales in 2015).  Its phones typically have large buttons,

10  an emergency call function, and a simple interface.  Doro, a Swedish company, also

11  targets seniors, with similar phones targeted to senior demands.  Doro sold about 2.6

12  million phones worldwide in 2015, primarily in North America and Western

13  Europe.  Binatone, as far as I can tell, sells essentially just a single phone under its

14  own brand, "The Brick," which is a big, chunky '90s-style phone lasting up to three

15  months on standby on a single charge.  Binatone also sells phones under the AEG

16  brand, but they are solely 2G handsets.  TCL Communication, meanwhile, sells

17  everything from feature phones to 2G, 3G, and 4G smartphones to tablets, to every

18  demographic.

19      **D.    Declining Average Selling Prices and Low Profit Margins**

20      111.   Over time, a mobile technology (like 2G, 3G, or 4G) matures, meaning

21  operators have built good, reliable networks for that technology, and the suppliers

22  manufacture the components efficiently and reliably.  Once the technology matures,

23  the average selling price for a phone with that technology decreases quickly.  On top

24  of that, the existence of competition, high consumer demand for lower-cost mobile

25  devices, and lower costs of raw materials also push down the ASP.  Industry data

26  reflect the decrease in the ASP.  (Figures follow on the following page.)

27

28



**Figure 40: Global ASP** (Ex. 1273 (IDC))

112.   Consistent with the industry, TCL Communication's global average selling prices by generation have also decreased over the years.



**Figure 41: TCL ASP** (Ex. 142)

113.   Declining ASPs and intense competition have depressed our net profit margins, despite our strong revenue, sales, and global reach.  The figures below

show our revenue and net profits between 2007 and 2015, as publicized in our annual reports.



**Figure 42: TCL Communication Revenue and Net Profit, in H.K. Thousands** (Exs. 456, 1017-19, 1023-25, 1140, 1147 (Annual Rpts., 2007-2015))

114.   The chart above reflects the following data:

| Year | Revenue in H.K. $ thousands | Net profit in H.K. $ thousands | Net profit margin |
|------|------|------|------|
| 2007 | 4,971,081 | 33,063 | 0.7% |
| 2008 | 4,538,281 | 28,491 | 0.6% |
| 2009 | 4,360,886 | 23,005 | 0.5% |
| 2010 | 8,700,694 | 701,770 | 8.1% |
| 2011 | 10,653,020 | 800,645 | 7.5% |
| 2012 | 12,031,212 | -220,028 | -1.8% |
| 2013 | 19,362,061 | 316,178 | 1.6% |
| 2014 | 30,691,054 | 1,107,540 | 3.6% |
| 2015 | 28,557,585 | 1,057,484 | 3.7% |

115.   To assist in understanding the figures above, I define a few terms as they are used at TCL Communication.  Gross profit is revenue minus the cost of sales, such as material cost, manufacturing cost, and transportation cost.  Net profit (referred to above and in the figure and chart) is the gross profit, plus any "extra" income like that from government subsidies or selling property, minus R&D costs, selling and distribution costs, and general costs like administrative expenses and income tax.  For example, the way the net profit for 2015 above is calculated is shown by the excerpt below from TCL Communication's 2015 Annual Report:

## Consolidated Statement of Profit or Loss

Year ended 31 December 2015

| | Notes | 2015 HK$'000 | 2014 HK$'000 |
|---|---|---|---|
| REVENUE | 8 | 28,557,585 | 30,691,054 |
| Cost of sales | | (22,525,437) | (24,773,502) |
| Gross profit | | 6,032,148 | 5,917,552 |
| Other income and gains | 8 | 804,334 | 582,122 |
| Research and development costs | | (1,746,017) | (1,479,149) |
| Selling and distribution expenses | | (2,076,656) | (2,420,176) |
| Administrative expenses | | (1,547,989) | (1,246,383) |
| Other expenses | | (189,478) | (105,073) |
| Finance costs | 10 | (140,834) | (99,513) |
| Share of profits and losses of associates | | (13,499) | (364) |
| Share of losses of joint ventures | | (9,191) | – |
| PROFIT BEFORE TAX | 9 | 1,112,818 | 1,149,016 |
| Income tax expense | 12 | (55,334) | (41,476) |
| PROFIT FOR THE YEAR | | 1,057,484 | 1,107,540 |

(*See* Ex. 456 (2015 Annual Rpt.).)

116.   In the excerpt above, we take the revenue of H.K. $28,557,585,000 and subtract out the cost of sales to arrive at gross profit of H.K. $6,032,148,000.  To arrive at net profit (*i.e.*, "Profit for the Year") of H.K. $1,057,484,000, we add in the "extras" (referred to as "Other income and gains") and then subtract everything in parentheses below that.  The net profit margins in the rightmost column of the chart

1  above are calculated by dividing the net profit by the revenue.

2      117.   We also have other common measures of profit:  "Operational profit

3  margin" is the same as net profit except it excludes the "extra" income.  The

4  operational profit margin helps us to measure how our product sales are doing.  We

5  also talk about "contribution margin," which is the gross profit margin excluding the

6  sales and marketing expense (corresponding to "Selling and distribution expenses"

7  above).  Sales and marketing expenses are incurred at the regional level (whereas

8  the other expenses are generally incurred at the "headquarters" level), so

9  contribution margin helps us assess what a region is contributing to the company.  A

10 region that has high gross profit and low sales and marketing expenses is generally

11 contributing more to the company than a region with high gross profit but also high

12 sales and marketing expenses.

13     118.   Because TCL Communication is no longer a public company, we may

14 or may not issue a public annual report for 2016.  Our internal financial review is

15 not complete, but our current assessment is that for 2016, our operational profit will

16 be negative, and our net profit may be negative also.

17 **VIII.  LOOKING AHEAD**

18     119.   In the past ten years, the mobile phone industry grew extremely fast.

19 But in recent years, that growth has slowed.  The economic situation around the

20 world has gotten worse during this time, dragging down consumer purchasing

21 power.  And over this period, the industry has not had a major technology

22 breakthrough, resulting in a lack of demand drivers for consumers to buy.

23     120.   This means industry profit margins in the next couple of years will

24 come under intense pressure.  I foresee 2017 being an even more challenging year

25 than 2016 was.  While our performance is strong in various markets, on a global

26 level we are trying to ride out very low profits and survive until that next wave

27 arrives or the global economy looks upward.  At the same time, we are competing

28 directly with Apple and Samsung, who in the global aggregate already have the

1  advantage of the largest shares of industry profits.

2     121.   Given the market landscape, it is very important that TCL

3  Communication not be forced to compete on an unlevel playing field when it comes

4  to the payment of royalties for IPR.  If we do not get FRAND rates to license 2G,

5  3G, and 4G patents, *i.e.*, the lowest rates being paid by our competitors, then we will

6  operate at a great competitive disadvantage in the market.

7

8     I declare under penalty of perjury under the laws of the United States of

9  America that the foregoing is true and correct.

10     Executed on January 11, 2017, at Los Altos Hills, California.

11

12     _____

13     George Guo

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TABLE OF EXHIBITS CITED IN WITNESS DECLARATION**

| Exhibit No. | Description |
|---|---|
| 142 | Spreadsheet providing TCL Communication sales and revenue by standard for handsets and tablets, from Q1 of 2007 to Q4 of 2015 |
| 456 | TCL Communication 2015 annual report |
| 1010 | Spreadsheet containing sales volume data taken from IDC, relating to specific geographic regions for the period from Q1 of 2014 to Q2 of 2015 |
| 1011 | IDC Mobile Phone Tracker for Hong Kong, the People's Republic of China, Central & Eastern Europe, and Middle East & Africa, from 2010 to Q2 of 2015 |
| 1017 | TCL Communication 2011 annual report |
| 1018 | TCL Communication 2012 annual report |
| 1019 | TCL Communication 2013 annual report |
| 1020 | TCL Communication 2004 annual report |
| 1021 | TCL Communication 2005 annual report |
| 1022 | TCL Communication 2006 annual report |
| 1023 | TCL Communication 2007 annual report |
| 1024 | TCL Communication 2008 annual report |
| 1025 | TCL Communication 2009 annual report |
| 1140 | TCL Communication 2014 annual report |
| 1147 | TCL Communication 2010 annual report |
| 1273 | Spreadsheet titled "IDC WW Quarterly Mobile Phone Tracker, 2015 Q4 Historical Release," dated Feb. 12, 2016 |
| 1668 | Image of TCL 950 from: http://item.jd.com/3312641.html |
| 1669 | Image of Samsung Galaxy S7 Edge from: http://item.jd.com/2385677.html?jd_pop=8e6c814e-a292-45dc-87f2-08341cab427c&abt=0 |

| 1670 | Image of TCL 750 taken from: |
| | http://item.jd.com/3159988.html |
| 1671 | Image of Samsung Galaxy A5100 from: |
| | https://item.jd.hk/1955685438.html |
| 1672 | Image of TCL 580 taken from: |
| | http://item.jd.com/1647538411.html |
| 1673 | Image of Samsung Galaxy J5 from: |
| | http://item.jd.com/11191018811.html |
| 1674 | Image of TCL 121 from: |
| | http://item.jd.com/3300210.html |
| 1675 | Image of Samsung E1200R from: |
| | http://item.jd.com/10123449278.html |
| 1676 | Image of Apple iPhone 7 Plus from: |
| | http://item.jd.com/3133857.html |
| 1677 | Image of Apple iPhone 6s Plus from: |
| | http://item.jd.com/10567966926.html |
| 1678 | Image of Apple iPhone SE from: |
| | https://item.jd.hk/1975063436.html |
| 1679 | Image of Apple iPhone 5s from: |
| | https://item.jd.hk/1972209844.html |
| 1680 | Image of Huawei P9 from: |
| | http://item.jd.com/10596816722.html |
| 1681 | Image of LG G5 from: |
| | https://item.jd.hk/1966961028.html |
| 1682 | Image of ZTE Axon 7 from: |
| | http://item.jd.com/3014422.html |

| 1683 | Image of HTC 10 from: |
| | http://item.jd.com/10778134210.html |

## **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is 12275 El Camino Real, Suite 200, San Diego, CA  92130.

On January 11, 2017, I caused to be served the PLAINTIFFS' DIRECT EXAMINATION BY DECLARATION FOR GEORGE GUO to all counsel of record by serving true copies of the foregoing document on the interested parties in this action as follows:

BY EMAIL OR ELECTRONIC TRANSMISSION:  I caused a copy of the document(s) to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| John Gibson | Theodore Stevenson, III |
| jgibson@crowell.com | tstevenson@mckoolsmith.com |
| Samrah R Mahmoud | Laurie L. Fitzgerald |
| smahmoud@crowell.com | lfitzgerald@mckoolsmith.com |
| Robert B McNary | Ashley Moore |
| rmcnary@crowell.com | Amoore@mckoolsmith.com |
| Mark A Klapow | Blake H. Bailey |
| mklapow@crowell.com | bbailey@mckoolsmith.com |
| Christie L. Stahlke | Christine Michelle Woodin |
| cstahlke@crowell.com | cwoodin@mckoolsmith.com |
| Jennifer Van Dusen | David Sochia |
| jvandusen@mckoolsmith.com | dsochia@mckoolsmith.com |
| Nick Mathews | Douglas Cawley |
| nmathews@mckoolsmith.com | dcawley@mckoolsmith.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 11, 2017, at San Diego, California.

By:  */s/ Kristina Grauer*
KRISTINA GRAUER