CROWELL & MORING LLP
John S. Gibson (CSB No. 140647, jgibson@crowell.com)
Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor, Irvine, CA 92614
Telephone: 949.263.8400 Facsimile: 949.263.8414

Robert B. McNary (CSB No. 253745, rmcnary@crowell.com)
515 S. Flower Street, 40th Floor, Los Angeles, CA 90071
Telephone: 213.443.5590 Facsimile: 213.622.2690

Mark A. Klapow (Admitted *pro hac vice*, mklapow@crowell.com)
1001 Pennsylvania Avenue, N.W., Washington, DC 20004
Telephone: 202.624.2500 Facsimile: 202.628.5116

MCKOOL SMITH P.C.
Theodore Stevenson, III (Admitted *pro hac vice*, tstevenson@mckoolsmith.com)
300 Crescent Court, Suite 1500, Dallas, TX 75201
Telephone: 214.978.4000 Facsimile: 214.978.4044

Laurie L. Fitzgerald (Admitted *pro hac vice*, lfitzgerald@mckoolsmith.com)
300 W. 6th Street, Suite 1700, Austin, TX 78701
Telephone: 512.692.8700 Facsimile: 512.692.8744

Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, <br><br> Defendants/Counterclaim-Plaintiffs. <br><br> ERICSSON INC., *et al.*, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 8:14-CV-00341 JVS-DFMx <br> Case No. 2:15-CV-02370 JVS-DFMx <br><br> **REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN** <br><br> Hon. James V. Selna <br><br> **Place:** Courtroom 10C <br><br> **Discovery Cut-off:** May 23, 2016 <br><br> **Pretrial Conference:** February 1, 2017 at 10:00 a.m. <br><br> **Trial:** February 14, 2017 at 8:30 a.m. |

# TABLE OF CONTENTS

**Page(s)**

I. INTRODUCTION ................................................................................................ 1

II. BACKGROUND ................................................................................................ 1

    A. Technical qualifications .......................................................................... 1

    B. Legal qualifications ................................................................................ 2

    C. Industry experience ............................................................................... 2

III. RESPONSE TO DR. JAYANT'S TESTIMONY ........................................... 3

    A. Responses to Dr. Jayant's characterization of the technology at issue and the standardization of the AMR codec ................................. 3

        1. AMR was a significant speech coding breakthrough ................. 3

        2. The AMR 2G Standardization Process .......................................... 5

            a) The AMR Feasibility Study Phase .................................... 5

            b) The AMR Qualification Stage ........................................... 7

            c) The AMR selection stage ................................................ 10

            d) Characterization Phase .................................................... 15

        3. Selection as Mandatory Codec in 3G ......................................... 17

        4. Other rebuttals to Dr. Jayant's criticisms of the AMR standardization process ............................................................... 19

    B. Responses to Dr. Jayant's and Dr. Kakaes's essentiality opinions .... 22

        1. Patent families where Dr. Jayant and Dr. Kakaes does not dispute essentiality .................................................................... 22

        2. Patent families where Dr. Jayant and I disagree on essentiality ................................................................................. 24

            a) P07669 ............................................................................. 24

            b) P07782 ............................................................................. 29

IV. CONCLUSION ............................................................................................... 34

V. TABLE OF EXHIBITS .................................................................................. 35

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

My name is Stefan Bruhn. I have personal knowledge of the facts set forth in this Declaration, and declare under penalty of perjury and the laws of the United States of America that they are true and correct.

## I. INTRODUCTION

1.     I have served as an Expert in Media Codec Technologies for Ericsson since 2008. I originally joined Ericsson in 1995, and have worked in various research roles, including as a Senior Specialist in Speech/Audio Coding. I have been asked to review the technical analysis performed by TCL's experts, Dr. Jayant and Dr. Kakaes, and to provide testimony regarding my standardization experience, my inventor activities at Ericsson, and to provide testimony to the technical analysis performed by Dr. Jayant and Dr. Kakaes.

2.     In summary, I found Dr. Jayant's analysis lacking in several respects. First, I disagree with Dr. Jayant's characterization of the AMR speech codec selection process, which led to Ericsson's speech codec being selected as the winner of an intensive competition and being adopted into the standard. Ericsson's victory in this competition objectively demonstrates the technical importance of Ericsson's AMR speech coding patents, along with the contributions that Ericsson made to the 2G and 3G standards. Second, although Dr. Jayant and I generally agree that the vast majority of the families we reviewed are essential to the 2G and 3G standards, I disagree with Dr. Jayant's analysis for two patent families that Dr. Jayant found to be not essential.

## II. BACKGROUND

### A. Technical qualifications

3.     I received my degree in Electrical Engineering in 1988, and a PhD in Electrical Engineering in 1995, both from the Technical University of Berlin. My thesis dissertation was titled "Speech coding at very low bit rates using lossless and lossy inter-block codes." During my studies I took classes in telecommunications, information theory, control engineering, and high-frequency technologies. The

focus of my studies was in the areas of telecommunications and information theory where I engaged especially through my diploma thesis and PhD thesis works in digital signal processing and particularly in very-low-rate speech coding. I supervised several diploma thesis works in the speech coding area and I was a main contributor to a digital signal processing program suite that was used for student education in lab classes on digital signal processing.

**B.     Legal qualifications**

4.     Although I am not an attorney, I have experience analyzing and preparing patent claim charts related to Ericsson's speech coding patents and the speech coding patents of third-parties.  I have worked as a technical expert within Ericsson to assist in codec licensing strategies for the ITU-T G.719 and 3GPP EVS speech coding standards, have undertaken claim chart analysis, and have also performed patent portfolio strength assessments.  I have also supported Ericsson's licensing units preparing and reviewing Ericsson's claims charts (*e.g.,* for MPEG AAC+ and 3GPP EVS), as well as the claim charts of third-parties seeking a license from Ericsson.  I have also supported Ericsson during patent prosecution activities related to my own patents and the patents of other inventors.  Through this work, I have developed an understanding of and a familiarity with general patent claim construction principles.

**C.     Industry experience**

5.     I joined Ericsson in 1995, and worked as a Research Engineer for Ericsson in Germany and Sweden from 1995 until 2000.  In 2001, I became a Senior Specialist in Speech/Audio Coding for Ericsson Research, and in 2008, received the title Expert Media Codec Technologies. In this work for Ericsson Research, I performed research and development of algorithms for media (focus speech and audio) processing, compression, transport, adaptation and session negotiation. I have also acted as a technical expert in support of other functions within Ericsson, including patent development.

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

6.     I have substantial experience with standardization.  For example, I have acted as an Ericsson representative to many standards-setting organizations, including 3GPP, ETSI, GSMA, OIPF, IETF, DVB-H, and worked on the development of strategies in the context of media codec research & development and standardization. I was involved as a rapporteur of numerous 3GPP standards (AMR, AMR-WB, AMR-WB+) and have guided the most recent 3GPP speech codec standardization (EVS) as the chairman of the related technical subworking group.  I have particular experience with standards on speech/audio coding, quality assessment, transport.

7.     I am also active as an inventor.  I have co-authored more than 50 patent applications, and in 2004 was honored with Ericsson's "Inventor of the Year" award as a result of my work to develop better communication technology solutions. I have written more than 35 publications and papers.

## III.   RESPONSE TO DR. JAYANT'S TESTIMONY

### A.     Responses to Dr. Jayant's characterization of the technology at issue and the standardization of the AMR codec

#### 1.     AMR was a significant speech coding breakthrough

8.     I first respond to Dr. Jayant's testimony regarding the development of speech codecs, including the standardized AMR codec that is based on Ericsson's submission to the GSM standard, which embodies Ericsson's speech-coding related patents that have been analyzed in this case.  Dr. Jayant's testimony suggests that the development of the AMR codec represented only a moderate improvement to the field of speech coding, rather than what he contends are "foundational" improvements preceding AMR.  *See* Jayant Witness Statement at ¶¶36-47.  I disagree.  The AMR codec standardization process was the culmination of years of technical research, development, and competition among many of the leading speech coding engineers and researchers around the world.

9.     The AMR codec standardization process began in 1995, which was a

1    very active time in the development of speech coding.  Intense research efforts were

2    devoted to research and developing techniques that would enable high speech

3    quality at lower bit rates, with the goal to far exceed the performance of codecs that

4    were already in existence at the time, including the GSM EFR (12.2 kbps) and ITU-

5    T G.729 (8 kbps) codecs.  The overall purpose of speech coding research is to

6    develop techniques that allow speech to be encoded/decoded to/from a compact

7    representation suitable for transmission with the fewest possible bits, while

8    maintaining high quality.  The research efforts to improve the field of speech

9    coding over the technology available prior to 1995 included the following

10   categories: improved voice activity detection ("VAD") / discontinuous transmission

11   ("DTX") systems for background noise representation during speech pauses,

12   adaptation of multi-mode/multi-rate codecs, joint source-channel coding, embedded

13   coding, wideband to full-band speech coding, speech bandwidth extension, joint

14   speech and audio coding, variable bit rate coding, improved channel error

15   resilience, and many more topics.

16        10.    The result of this research fueled the technologies that were proposed

17   by the various AMR codec candidates at the outset of the AMR speech codec

18   competition.  Indeed, many later codec standards rely on this research and make use

19   of the technology original developed during the phase shortly prior to and during

20   the AMR speech codec standardization. A non-exhaustive list of examples is 3GPP:

21   AMR-WB, AMR-WB+, EVS; 3GPP2: EVRC-B, SMV, VMR-WB, 4GV; ITU-T:

22   G.729d, G.729e, G.729.1, G.711.1, G.718, G.719, G.722.1, G.722.2; IETF: ILBC,

23   Opus, ISO MPEG-4 Audio.  Many important standards from this list make use of

24   technology originally developed by Ericsson for the AMR speech codec standard,

25   including 3GPP AMR-WB/ITU-T G.722.2, 3GPP EVS, ITU-T G.729d, G.718.

26   This demonstrates that the development and standardization of the AMR codec

27   represents a substantial leap beyond the prior EFR and G.729 codecs, and certainly

28   represents much more than a "fine-tuning" of the methods used in these codecs as

1  claimed by Dr. Jayant.  *See* Jayant Witness Statement at ¶49. The AMR approach

2  was to use a multi-rate unified framework with optimized modes operating at a

3  large span of bit rates and allowing mode adaptation on a frame basis without any

4  switching artifacts. This made AMR superior over any existing single rate codec

5  like e.g. GSM HR, GSM EFR, ITU-T G.729. Consequently, in contrast to AMR,

6  these codecs or any other single-rate codec had to compromise either the

7  performance on good transmission channels or the performance on poor channels.

8  The AMR codec was the first standard that overcame this problem and offered best

9  possible performance under any channel condition. Ericsson's inventions provided

10  the necessary technology to make the adaptive multi-rate approach successful.

11  **2.    The AMR 2G Standardization Process**

12      11.    The AMR standardization process reflects the technical value and

13  contribution of Ericsson's speech coding patents.  This is because the

14  standardization of Ericsson's codec resulted from an intense, industry-wide

15  competition, where Ericsson's codec beat out ten other submissions according to

16  pre-defined criteria and testing protocols performed under "double-blind"

17  conditions.  As I will explain in the sections below, the AMR standardization

18  process involved a multi-year effort by many of the finest speech coding minds in

19  the world to develop a new adaptable multi-rate speech codec.

20  **a)    The AMR Feasibility Study Phase**

21      12.    I was personally involved in the AMR codec standardization within

22  ETSI and 3GPP, which began when the ETSI Special Mobile Group ("SMG")

23  requested that the SMG2 Speech Expert Group ("SEG") and the SQSG ("Speech

24  Quality Strategy Group") study possible strategies for the continuous improvement

25  of the end to end performances of the speech service in GSM networks. In

26  response, SQSG presented a report to SMG in 1996, recommending that a new

27  standardization effort be undertaken that would begin with a feasibility study of a

28  Multi-Rate speech codec capable to offer at the same time a Robust Full Rate mode

and an Enhanced Half Rate mode providing wireline quality under low propagation error conditions.  This is shown in the exhibit referenced below, which is the SQSG Report on GSM Speech Quality

Recommendations

In the light of the above, the principal recommendations to SMG are that

- a work programme should be initiated to develop a Multi-Rate codec, conditional on the successful outcome of a 15-month Study Phase to establish the feasibility of this relatively sophisticated type of codec and related control system.  The multi-disciplinary Study Phase activities should be coordinated by a temporary ad hoc group.
- improved codec test procedures should be developed which better reflect the real operating environment and are better suited to the adaptive nature of a multi-rate codec.
- a new sub-group on End-to-end Speech Performance should be created, responsible for ensuring and enhancing end-to-end speech quality both within GSM networks and in multi-network scenarios.
- a new STC on Speech Aspects should be created incorporating initially three sub-groups; SEG, End-to-End Speech Performance and the ad hoc group for the Study Phase on the Multi-rate Codec.
- SMG1 should investigate the feasibility of a future wideband speech service, and separately whether and how multimedia services requiring voice and data/video should be supported by GSM.

*See* Ex. 4132 (ERIC_TCL00778491).

13.    The subsequent feasibility study was carried out until completion in Q3 1997 and the results were presented to SMG#23. As shown below, the AMR codec feasibility study noted that the "AMR concept represents a new approach to achieving consistently high quality speech combined with spectrum usage" and that implementing it "would require novel techniques whose feasibility should first be assessed before proceeding with a full development of the AMR system."

**Report of the AMR Study Phase, v.1.0.**

**Scope**

This report presents the outcome of the Study Phase initiated at SMG#20 on the concept of the Adaptive Multi-Rate (AMR) codec.  The AMR concept represents a new approach to achieving consistent high quality speech combined with efficient spectrum usage.  It was recognised at SMG#20 that this would require novel techniques whose feasibility should first be assessed before proceeding with a full development of the AMR system and its control.  Sections 1 to 4 provide an overview and background to the AMR concept.  Section 5 provides a basic description of the AMR system functionality including working assumptions that have been agreed during the Study Phase.  Feasibility aspects are considered in Section 6.  The requirements specification which will form the basis for the development phase is contained in Section 7.  Section 8 gives an indication of the MS and network upgrades needed to support AMR.  Section 9 outlines how the AMR codec will be developed, tested and selected including the proposed timeplan.  Sections 10 and 11 conclude with a summary of the risks and recommendations.

*See* Ex. 375 (ERIC_TCL00778527) at page 6.  The very fact that the standards-body recognized that the AMR concept was a new approach requiring "novel

techniques", justifying a multi-year process involving an initial feasibility stage demonstrates that those having skill in the art recognized that the AMR codec would represent a major step forward in the field of speech coding.  In fact, by requiring a feasibility study first, the standard-setters recognized that it may not even be *possible* to implement an adaptable multi-rate codec satisfying the requirements of the 2G standard.  Further, the feasibility study defined the various application scenarios of the AMR codec and discussed the expected benefits over existing GSM speech codec standards (FR, HR and EFR).  *See* Ex. 375 (ERIC_TCL00778527).

14.     Based on the findings of the feasibility study, SMG approved a new GSM Release 98 (R98) Work Item for the development of the Adaptive Multi-Rate (AMR) Speech Codec.  *Id*. at 21.  The study also defined the schedule for the AMR development targeting R98 of the 2G standard.  *Id*.  As shown below, this process would include several phases, including: pre-qualification, qualification, optimization, selection.

> **9.4.     Schedule**
> In response to the terms of reference of the AMR project, SMG11 and SMG2 have assessed the feasibility of a schedule that would deliver the AMR specifications in time for Release '98. The schedule has to include the following main activities:
> - pre-qualification phase:  Performance requirements, test plans, static and dynamic error patterns, system simulator specification, design constraints
> - qualification phase testing
> - optimisation
> - selection testing
> - production of specifications followed by period of stablisation

*Id*. at 21.  Based on the feasibility study, and taking into account the expected benefits of AMR, SMG decided to proceed to the work item phase of the AMR codec standardization process.

### b)     The AMR Qualification Stage

15.     After the working group approved moving forward with the AMR codec standardization, work began in the qualification stage.  As shown in the exhibit below, the purpose of the qualification phase was to generate a large

1   number of proposed codec candidates for consideration, which could each then be

2   tested as complete solutions in order to objectively measure which of the submitted

3   technologies looked to be the most promising.



**Codec development and selection**

It is recommended that the optimum AMR solution is selected from a number of candidate proposals.  To promote integrated solutions with the greatest flexibility for innovative techniques, designers should submit complete solutions including not only the speech and channel codecs, but also the control and signalling system, subject to agreed constraints and working assumptions.

To test the codecs, in addition to traditional static testing for each mode of the codec, dynamic tests will be essential to evaluate performance under dynamically varying radio conditions.  New test methodologies for dynamic testing will be needed, as well as new error patterns.  These are in the process of being developed.

In response to the requirements declared by the MOU to SMG#20, the possibility of running with a schedule which would deliver the codec and signalling specifications in time for Release '98 has been examined.  However, so far a schedule has not been agreed by SMG11 and SMG2 which would meet Release '98 deadlines.  The feasibility of achieving Release '98 is therefore unclear although it is evident that such a schedule would have to be very agressive and high risk.  Further urgent discussions are needed by the two committees to reach a conclusion. For the formal codec testing, independent host and test laboratories will be needed.  They will require funding estimated at 400 k ecu.

*See* Ex. 375 (ERIC_TCL00778527) at 5.

16.    The qualification process was conducted according to upfront, agreed-

upon rules, which outlined (among other things): (1) the performance targets that

must be met; (2) the test protocols and conditions to be adopted; and (3) complexity

and design constraints.  Every member of the AMR working group agreed with the

rules of the competition, and further agreed that all of the most promising codecs

would be tested according to a double-blind testing procedure to assure that the

codecs performance would be measured objectively.  The standards-body also

added a rule that high-level documentation be provided for each codec at the time

of submission, but that the precise details of the implementation could remain

confidential.  The purpose of this rule was to allow those companies that did not

win the competition to preserve their intellectual property and to avoid public

disclosure, and was based on rules previously set by ITU-T and is consistent with

typical industry practice in the field of speech coding competition.  Notably, all

parties agreed with these rules, because a full disclosure of all proposed

technologies when submitted to the competition would have reduced the number of

codec candidates to be considered.  Of course, it was understood that the winner of

the competition would be required to fully disclose all of the details of their

-8-

1   submission.

2        17.    The AMR codec qualification received high attention, both within the

3   field of speech coding and among cellular operators.  This is because there were

4   high hopes that an AMR codec would be able to provide high-quality speech at low

5   bit rates, thus reducing the load issues anticipated in 2G networks.  Illustrating the

6   importance of the AMR competition, the qualification meeting alone was attended

7   by 46 delegates representing 33 companies from around the world, including North

8   America, Europe and Japan.

9        18.    As shown in the exhibit referenced below, eleven codec candidates

10   (submitted by 16 different companies) were entered into the competition.  This

11   includes the codec developed by Ericsson, and codecs developed by other major

12   players in the speech coding field such as Alcatel, Lucent, Motorola, Nokia, Nortel

13   and Texas Instruments.

> **Title:**     **Results of AMR Qualification Phase**
>
> **Source:**    **Chairmen of SMG11 and SMG11 AMR**
>
> **1. Introduction**
>
> SMG11 has carried out technical analysis of 11 codec candidates proposed for the AMR standard. The candidate codecs were analysed at the end of the Qualification Phase during SMG11#6 (June 8-12, 1998) and SMG11 AMR#10 (June 3-5, 1998).
>
> The codec proponents are: Alcatel/BT/Celinet/Rockwell (abcr), Ericsson, Lucent, Mobile VCE, Motorola, NEC, Nokia, Nortel/FT, Philips, Siemens and Texas Instruments.

23   *See* Ex. 1292 (TCL_ERIC_CDCA1323410).

24        19.    All 11 codecs were tested during the qualification phase, and the 5

25   most promising codecs were selected to advance to the next round of the

26   competition.  The testing was based on formal subjective quality evaluations

27   conducted according to a formalized and ETSI SMG approved process.  The entire

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1  testing process for the qualification phase was estimated to be 550 kECU.[1]   As

2  shown in the exhibit below, the testing during the qualification phase found that the

3  following codec candidates should move on to the selection phase of the

4  competition: ABCR, ERICSSON, LUCENT, NEC and NOKIA to the selection

5  phase.

6

7  Based on the available technical information, the Figure of Merit rankings and on the expert opinion list,
   the SMG11 agreed, bar two exceptions, to recommend five codecs to enter the Selection Phase (in
   alphabetical order):

8  • Alcatel/BT/Cellnet/Rockwell

9  • Ericsson
   • Lucent
   • NEC

10 • Nokia

11 *Id.*

12       20.    Although the working group had originally anticipated that six

13 candidates would move on to the selection phase, only five were selected because

14 the other submissions had significantly lower performance.  The fact that over 50%

15 of the codec submissions in the competition did not advance out of the qualification

16 phase demonstrates the difficulty and intensity of the AMR competition.

17                    **c)      The AMR selection stage**

18       21.    The final report regarding the AMR selection stage was presented at

19 the SMG11 working group meeting held in Prague from October 12-16, 1998.  *See*

20 Ex. 378 (ERIC_TCL00778584).  As shown below, the formal selection process was

21 performed for 5 codec candidates, including Ericsson's submissions.  Ericsson's

22 codec submission is listed as ENS1, because in-between the time of the

23 qualification stage and the selection stage, Ericsson, Nokia and Siemens agreed to

24 collaborate with one another on their proposed submissions.  The ENS1 codec was

25 the codec built mostly on Ericsson's codec, while the ENS2 codec was the codec

26 build mostly on Nokia's codec.  Other participates in the competition also

27 ─────────────
   [1] kECU refers to thousands of ECU.  ECU refers to "European Currency Unit,"
   which was converted to the Euro in 1999, with a conversion factor of 1.

28

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1    collaborated on their submission, including the competing ABCFNR codec

2    proposed by Alcatel, British Telecom, Cellnet, France Telecom, Nortel and

3    Rockwell.

4

5    **1. Introduction**

     SMG11 has carried out a formal selection process of a short list of 5 codec candidates proposed for the AMR
     standard. The candidates were short-listed from the AMR Qualification Phase concluded in June 1998. The selection
     results were analysed from SMG11#7 (September 28 – October 2, 1998).
     The short-listed codec proponents were: Alcatel/BT/Cellnet/France-Telecom/Nortel/Rockwell  (ABCFNR),
     Ericsson/Nokia/Siemens 1 (ENS1), Ericsson/Nokia/Siemens  2 (ENS2), Lucent and NEC.
     During SMG11#7, analysis was carried out of the deliverables (technical descriptions of the codecs, compliance to
     design constraints) and the listening test results (comparison  to performance requirements,  comparison  against
     selection rules). The codec proposals  and results were debated and recommendations concluded on the overall
     preferred codec.

10   *Id.*

11        22.    As shown in the exhibit below, all 5 codecs in the selection phase were

12   "tested in a variety of test conditions and languages by 7 independent qualified test

13   laboratories."   These tests involved formal licensing tests conducted under pre-

14   defined rules, and represented the most rigorous testing of speech codecs that had

15   ever been undertaken to that point.

16

17   **2. Selection Phase Testing**

     The five short-listed codec candidates were tested in a variety of test conditions and languages by 7 independent
     qualified test laboratories. The tests took place between July and September 1998 and were completed on schedule.

     The five qualified candidates were tested according to the selection test plan previously agreed by SMG11.
     Performances were evaluated in multiple test conditions specified in 5 experiments and 11 sub-experiments:

20   *Id.*

21        23.    In total, 34 listening tests in 5 different languages by 7 different

22   listening labs were performed.  As shown below, a "double blind procedure was

23   followed to ensure that the test laboratories and the test subjects had no knowledge

24   of the test conditions."  The testing was so extreme, that the working group noted

25   that the "scope of the testing represents probably the most extensive and

26   comprehensive level of testing ever conducted by ETSI for a speech codec."

27

28

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
                                                   CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1
2
3
4

> The reference conditions were processed by ARCON, an independent host laboratory in the US while all test samples were processed by the candidate organisations themselves and cross-checked by other candidates. A double blind procedure was followed to ensure that the test laboratories and the test subjects had no knowledge of the test conditions. The scope of the testing represents probably the most extensive and comprehensive level of testing ever conducted by ETSI for a speech codec. This was necessary because of the many modes that the AMR codec is able to operate in and to evaluate the codecs in both static and dynamic radio channel conditions.

5  *Id.*

6       24.     According to the pre-defined elimination rules, three out of the five

7  selection phase candidates were eliminated from the competition due to severe

8  failures of the performance requirements, leaving only two codec candidates

9  (Ericsson's and ABCNFR) as being available for standardization.  Thus, out of 11

10  initial codecs, only *two* performed well enough to pass the standards-body initial

11  performance requirements. All five codecs were ranked according to a figure of

12  merit (FoM) that compiled the results of the formal listening tests and compared

13  them to the target scores.  A score above zero means that the codec performed

14  better than the target levels, while a negative score represented performance below

15  the target.  As shown below, Ericsson's codec (labeled as "C") far outperformed the

16  other codecs in the FoM, achieving a score of 40.05.  The ABCFNR codec scored a

17  much lower 0.90.  The ENS2 codec actually performed second best at 5.02, but as

18  discussed above was excluded due to failing to meet some of the required

19  conditions.  The other two codecs, performed much worse, receiving -200.3 and -

20  119.75 points.

21
22
23
24
25
26
27

| Preferred Figure of Merit: Weighted Δ dBq | | | | | | | |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | BF1 | BF2 |
| Experiment 1a | 4 | -88.88 | -87.54 | 10.67 | 8.84 | -17.54 | 1.2 | 0.50 |
| Experiment 1b | 4 | -29.04 | -20.17 | 12.15 | 5.88 | 2.39 | 1.0 | 0.50 |
| Experiment 2a | 3 | -42.38 | -15.77 | -2.87 | -5.90 | -5.55 | 1.2 | 0.67 |
| Experiment 2b | 3 | -32.70 | -6.40 | 0.48 | 1.66 | 6.40 | 1.2 | 0.67 |
| Experiment 2c | 4 | -84.67 | -46.36 | -44.40 | -60.33 | -33.30 | 1.0 | 0.50 |
| Experiment 2d | 4 | -93.91 | -40.88 | -45.89 | -61.93 | -28.92 | 1.0 | 0.50 |
| Experiment 3 | 2 | -30.82 | -36.89 | -6.80 | 3.23 | 3.98 | 1.0 | 1.00 |
| Experiment 4a | 2 | 35.26 | 37.23 | 67.80 | 55.18 | 33.23 | 1.0 | 1.00 |
| Experiment 4b | 2 | 9.59 | 1.92 | 13.75 | 2.94 | 3.17 | 1.0 | 1.00 |
| Experiment 5a | 3 | | | | | | | 0.67 |
| Experiment 5b | 3 | | | | | | | 0.67 |
| | 34 | -200.03 | -119.75 | 40.05 | 5.02 | 0.90 | | |

28

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1
2

> The Rule 2a and 2b test results are summarised in Tables 2 and 3 for each codec candidate. The candidates were referred to by letters during the analysis to prevent bias. These were later revealed to be
> A = Lucent; B = NEC; C = ENS1; D = ENS2; E = ABCFNR

3

4    *Id.*

5        25.    The strength of the Ericsson candidate was especially the *consistent*

6    overall superiority to the other codecs and the substantial performance advantage

7    under *realistic* conditions when adaptation of the used speech coding mode was

8    enabled. For instance, as can be seen from the results of selection experiments

9    4a/4b and 5a/5b, there was a clear performance advantage of the Ericsson codec

10   candidate over the ABCFNR candidate both on Full Rate and Half Rate channel if

11   adaptation was enabled.  This is significant because the main point of the AMR

12   competition was to develop a codec enabling high-quality under *adaptive* coding

13   conditions, and Ericsson's particularly high scores in these areas demonstrate that

14   its inventions helped facilitate the successful adaptation of speech coding modes.

15   Again, the ΔdBq scores shown in the tables are a differential quality index relative

16   to the quality of the reference. Larger means better and a positive score means that

17   the codec performs better than the reference.

18

| 8 Experiment 4a | All Results ΔdBq Values | | | | | 9 Experiment 4b | All Results ΔdBq Values | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | | A | B | C | D | E |
| DEC1 | 3.32 | 3.76 | 6.98 | 6.25 | 3.31 | DEC1 | 1.41 | -0.32 | 1.20 | 0.55 | 0.80 |
| DEC2 | 3.24 | 3.95 | 6.82 | 6.05 | 3.39 | DEC2 | 0.95 | -0.87 | 1.84 | 0.27 | -0.05 |
| DEC3 | 4.58 | 4.82 | 7.53 | 5.70 | 4.09 | DEC3 | 1.33 | 0.76 | 1.48 | 0.28 | 0.95 |
| DEC4 | 3.14 | 2.37 | 4.33 | 3.99 | 2.18 | DEC4 | -0.35 | 0.82 | 0.71 | -0.06 | 0.03 |
| DEC5 | 3.35 | 3.72 | 8.24 | 5.60 | 3.64 | DEC5 | 1.46 | 0.57 | 1.66 | 0.44 | -0.16 |
| DEC1+DTX | 3.42 | 3.49 | 6.11 | 5.52 | 3.46 | DEC1+DTX | 1.15 | -0.01 | 1.53 | 0.63 | 0.82 |

| 10 Experiment 5a | All Results ΔdBq Values | | | | | 11 Experiment 5b | All Results ΔdBq Values | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | | A | B | C | D | E |
| No Errors | -2.50 | -1.47 | 0.34 | 1.08 | -0.68 | No Errors | -2.70 | -3.19 | -0.06 | -0.35 | -0.36 |
| 16 dB C/I | -3.40 | -1.83 | 1.82 | 1.95 | -0.77 | 19 dB C/I | -3.86 | -5.51 | -0.65 | -1.65 | -1.17 |
| 13 dB C/I | -4.11 | -4.92 | 0.71 | 2.09 | -1.32 | 16 dB C/I | -5.48 | -6.00 | -2.66 | -2.56 | -4.31 |
| 10 dB C/I | -2.91 | -4.63 | 0.30 | 0.32 | -2.10 | 13 dB C/I | -0.88 | -0.10 | 2.70 | 0.32 | 0.03 |
| 7 dB C/I | -5.02 | -6.30 | -0.46 | -1.98 | -2.96 | 10 dB C/I | -1.60 | 0.41 | 0.52 | -2.21 | -1.39 |
| 4 dB C/I | -3.50 | -2.97 | -0.81 | -2.50 | -5.10 | 7 dB C/I | 0.17 | 0.27 | 0.79 | -1.93 | -0.17 |
| | | | | | | 4 dB C/I | 2.13 | -5.62 | 1.01 | 2.23 | 0.28 |

26   *Id.*

27       26.    Unlike the ABCFNR candidate, the quality was in most cases clearly

28   above the performance of the reference codec for the respective performance

1  requirement.  In contrast, as seen in selection experiments 5a/5b the ABCFNR

2  candidate was for most static C/I conditions inferior to the reference codec.  The

3  figures provide objective evidence showing that the Ericsson codec was the

4  superior submission during the "double-blind" testing set forth in the AMR

5  competition.

6       27.    The AMR codec selection meeting also considered other important

7  factors, such as codec complexity.  Again, Ericsson's codec came out on top.  The

8  University of Aachen conducted a complexity analysis and found that the Ericsson

9  codec (ENS1) had significantly lower complexity than the ABCFNR codec.  This is

10  shown in the excerpt below.

11

12

13

14

|  | ENS1 | ENS2 | NEC | ABCFNR | Reference constraints |
|---|---|---|---|---|---|
| Full-Rate | 67.8% | 70.9% | 97.3% | 87.8% | 100% |
| Half-Rate | 69% | 74.6% | 99.8% | 94.4% | 100% |

Table c3: Overall complexity of the combined speech and channel coding

15

16

17  *See* Ex. 378 (ERIC_TCL00778584).  This is significant.  By providing the highest

18  performance with the lowest complexity, Ericsson provided the standard with a

19  codec that optimized performance while also conserving power.  There is a one to

20  one relationship between the complexity of a codec and the battery drain associated

21  with running the code on a DSP, thus meaning that Ericsson's ENS1 codec was far

22  more energy efficient than the ABCFNR codec.  Ericsson achieved these

23  efficiencies due to its patented technologies, including for example related to active

24  speech encoding and decoding, as claimed in Ericsson's P04817, P09085, P09286,

25  P10310, P10334, P10335 and P10774.  One of the keys to Ericsson's success in the

26  competition was to develop solutions that provided the best possible trade-off

27  between speech quality and computational complexity.

28       28.    As a result of this extensive testing, SMG11 agreed to recommend that

the ENS1 codec be named the winner of the competition and to be adopted into the standard:

> **5. Recommendations**
> Taking all the factors into account including the analysis of the subjective tests, the descriptions of the source and channel codec algorithms, the link adaptation mechanisms and the codec complexity, SMG11 agreed to recommend the ENS1 codec proposed by Ericsson, Nokia and Siemens but subject to the following two conditions being satisfied.

*Id.*

29.    The result of this analysis was consistent with the common view within SMG11 that the overall performance of the ENS1 codec offered genuine speech quality and capacity benefits. There was still a discussion on AMR performance in HR mode in background noise and low C/I conditions. In this area codec ABCFNR had fewer failures than the Ericsson candidate. However, SMG11 observed that all codecs failed to a greater or lesser extent under such an operating condition.  In the end SMG11 agreed unanimously without any objection to recommend the adoption of the Ericsson candidate as AMR codec standard. This recommendation was later endorsed by SMG.

### d)    Characterization Phase

30.    Following the selection phase, the SMG working group put the Ericsson codec submission through another series of formal listening tests, performing a complete evaluation of all AMR codec modes for full- and half-rate channels and also on aspects of the AMR codec that were not covered by the selection tests.  *See* Ex. 380 (ERIC_TCL00778683).  For example, Ericsson's technologies related to DTX operation -- such as P07669, P10991 and P10992 were not tested during the selection phase, but were tested during the characterization phase.  As shown below, the characterization testing was done in 34 individual experiments by 8 labs in 6 languages.

1
2
3
4
5
6
7

> **Characterisation Phase:** AMR characterisation phase tests have been completed. The tests contain a complete evaluation of the different AMR codec modes in full- and half-rate channels, for clean speech and under different background noise conditions, and in clean channel and under channel error conditions. The tests evaluated also the performances of the codec modes in self-tandem and cross-tandem situations, and with variation in speech input levels. Also, a number of tests were carried out to evaluate the performance of VAD/DTX using the two VAD options adopted for the AMR standard.
>
> Two processing laboratories and eight listening laboratories were involved in the testing. The tests consisted of seven experiments and 17 sub-experiments. Tests were conducted in six languages (English, French, German, Spanish, Chinese, Italian). Each experiment was performed twice in two different languages.
>
> The characterisation test results show consistent performance with the selection test results (presented at SMG#27 in October 1998). This confirms that the channel coding modification decided at SMG#28 has had no significant impact on the performance. The extensive characterisation test results actually show that the AMR codec failed in a fewer number of individual test conditions during the characterisation phase than in the selection phase.

8

9  *Id.* at 22.

10      31.    The characterization results confirm the consistently high performance

11  level achieved with the AMR codec and that the standardization goals were

12  achieved, despite the initial assessment that the AMR standardization target may be

13  too challenging to meet. As explained at the SMG#29 meeting the AMR codec

14  showed in the extensive characterization tests even stronger performance than in

15  AMR codec selection. *Id.* at 23-24.  Even for GSM HR channels, AMR performs

16  substantially better than the GSM HR codec in particular under background noise

17  conditions. The performance in the range from Error Free to 13 dB C/I was found

18  to be mostly equivalent to the performance of the EFR speech codec down to 10 dB

19  C/I. The same result applies in clean speech and under background noise

20  conditions. In these conditions, AMR was found significantly better than the GSM

21  HR with a difference in Minimum Opinion Score often found higher than 0.5 point.

22
23
24
25
26
27
28

Discussion at SMG#29:

It was explained that – even if the AMR half rate modes did not fully meet the requirements – they are substantially better than the GSM half rate codec in particular under background noise conditions, which was critical for the GSM half rate codec.

Regarding the AMR performances in Half Rate channels, it was clarified that AMR-HR performances in the range from Error Free to 13 dB C/I, were found to be mostly equivalent to the performances of the EFR speech codec down to 10 dB C/I. The same result applies in clean speech and under background noise conditions. In these conditions, AMR-HR was found significantly better than the GSM HR with a difference in Minimum Opinion Score often found higher than 0.5 point.

Below 13 dB C/I, AMR–HR is mostly equivalent to the GSM FR speech codec, except around 10 dB C/I under some types of background noise.

Decision of SMG#29: SMG#29 approved the work and results of the listening and processing test laboratories in the (NB) AMR characterisation phase. Tdoc SMG P-99-426 and Tdoc SMG P-99-427 were noted by SMG#29.

*Id.*

32.     The fact that Ericsson's codec prevailed over 10 other submissions under these extreme test conditions while providing the least complex codec, is directly in contrast to Dr. Jayant's analysis regarding Ericsson's AMR codec and the patent families he reviewed.  Ericsson's patented solutions were critical in allowing Ericsson to win this competition and, without them, I am confident that (1) Ericsson would not have won the competition; and (2) the AMR codec standardization would have led to a far-inferior codec, as demonstrated by the testing performed during the selection phase.  These months of extensive testing, provide objective evidence contradicting Dr. Jayant's testimony that only 3 of the 12 patent families he reviewed are "important" and that only 1 of the 12 families received the highest "contribution" score.

### 3.     Selection as Mandatory Codec in 3G

33.     In 1999, TSG-S4, the Codec Working Group for 3G, undertook a study to select a speech codec to be the mandatory codec for 3G.  As shown below, the following speech codecs were considered: GSM, AMR, IS127, EVRC, G.729 Annex E and MPEG 4.

1

2

3

4

> ARIB Codec Working Group has been working in the past year on the evaluation of candidate speech codecs for the 3G narrowband telephony speech service. ARIB has only considered existing and already standardised speech codecs in this evaluation process. The following speech codecs were pre-selected by ARIB: GSM AMR, IS127 EVRC, G729 Annex E and MPEG-4. A comprehensive set of subjective tests was developed to compare the performances of the proposed candidates in representative conditions [8]. The corresponding specification included

5  *See* Ex. 382 (ERIC_TCL00778784).

6        34.    Again, a series of formal subjective listening tests was carried out to

7  determine which of these codecs to recommend for mandatory inclusion in 3G

8  systems.  As shown below, Ericsson's AMR codec was again determined to be the

9  best codec -- with the best performance of all codecs in its highest mode, and

10  equivalent performance (but lower bit rates) at the lower modes.

11

12

13

> **Candidate Codecs Evaluation**
>
> A summary of the test results of the evaluation of the candidate speech codecs is provided in Annex 1.
>
> The main conclusions drawn from these test results are:
>
> - The GSM EFR (highest mode of GSM AMR) provides the best performances of all tested candidates.  The GSM EFR passes all requirements set by ARIB for the mandatory speech codec to the exception of one test in background noise in Japanese Language and the tests with Music on Hold. No other candidate codec provides better performance than the GSM EFR in any test where the codec performances have been directly compared;
>
> - The performances of the IS127 EVRC, ITU G.729 and AMR Codec modes at 7.95 bit/s and 7.4 kbit/s were found essentially equivalent, justifying that the lower bit rates of the GSM AMR still provide the best in class performance level;
>
> - These results were found consistent with the extensive tests already performed by other standardisation committees (ETSI, TIA) on the GSM AMR and its internal modes and the other candidate speech codecs (IS127 EVRC and G.729).

14

15

16

17

18

19

20

21  *See* Ex. 382 (ERIC_TCL00778793).

22        35.    Consequently, TSG SA selected AMR as mandatory speech codec for

23  3G systems. This selection decision underlines the superiority of the AMR codec in

24  the time frame of the late 1990s when AMR was standardized. Contrary to Dr.

25  Jayant's assertion, it is clear that such a success is not possible with mere fine-

26  tuning of technologies earlier used in codecs standardized in 1995 or a number of

27  "tricks-of-the-trade" as Dr. Jayant implies. Ericsson's AMR codec has been

28  repeatedly tested against other codecs from the time-period (including the codecs

that he alleges were more "foundational"), and it has repeatedly been proven to be the winner in objective testing.  The strong performance of Ericsson's submission is driven by Ericsson's patented inventions, including inventions related to improving performance when adaptation of modes was enabled.  This includes Ericsson's P07288, P07782, P10762 and P10993 families.  Further, Ericsson's superior codec performance over poor radio channels was facilitated due to the invention described in P07228, P09085, P09286, P10334, P10335 P10762 and P10774.  Strong performance in background noise conditions were facilitated due to the inventions in P07669, P10310, P10335, P10991 and P10993.  Strong general contributions to improved AMR performance were facilitated by P04817 and P10992.

36.    Ericsson's speech coding engineers, including myself, are very proud of our work on the AMR codec and its associated inventions, and believe that our work represents one of the foundational evolutions of the speech coding era.

### 4.    Other rebuttals to Dr. Jayant's criticisms of the AMR standardization process

37.    Dr. Jayant also criticizes Ericsson's AMR contribution as being a "black box" collecting a number of "tricks of the trade" into a single solution.  *See* Jayant Witness Statement at ¶193.  I disagree with this characterization, to the extent it is intended or perceived to diminish Ericsson's contribution to the AMR codec.  As I explained previously, the SMG working group agreed that all submissions would be entered as complete solutions in order to protect the intellectual property of those submissions that were not ultimately selected for inclusion in the standard.  In fact, only one out of the eleven initial codec candidates—ultimately Ericsson's—could be selected as winner of the codec competition.

38.    Every member of the working group and every company that submitted an entry into the competition agreed that the codec proposals would be submitted as complete submissions, the benefit of which was to protect the

intellectual property of those companies that *did not* win the competition.  Thus, Dr. Jayant's criticism of the codec competition being related to a "black box" approach is not well founded, and it certainly did not prevent ETSI from carrying out the most diligent and most well-funded speech codec standardization process that had ever been performed at that time.  The total budget for testing activities of approximately 550 kECU+430 kECU+425 kECU=1405 kECU (spent during qualification, selection and characterization) allowed for performing a total one hundred and forty five separate formal listening tests.  Obviously, the budget spent on the testing campaigns can only be a small fraction of the investments of the codec proponents into speech codec research and development. This substantial expenditure shows also from another perspective that the research efforts related to the AMR codec development must have been far more than the mere tuning of known technologies.

39.     As another example, Dr. Jayant appears to criticize the AMR selection process for failing to include standard deviation figures in their objective results.  *See* Jayant Witness Statement at ¶190.  Again, I disagree.  Based on my personal experience attending ETSI meetings, I know that ETSI as a matter of practice makes statistical significance tests in its analysis of formal subjective listening tests.  That confidence intervals are not reported in the AMR selection documents is simply a matter of presenting only the most relevant information to the reader, and because the results were actually a combination of multiple individual listening tests carried out in different languages by different labs.  For the AMR selection phase, Annex D of the test plan specifies in a very detailed way how verification of the requirements based on statistical methods like Student's t-test had to be performed.  *See* Ex. 5459 (Test Plans for Selection Phase).

40.     Further, Dr. Jayant opines that the differences between the various codecs is explained by context dependency.  *See* Jayant Witness Statement at ¶191. I disagree.  The testing for the AMR codec was performed by multiple independent

laboratories across a variety of languages in order to minimize context dependences.

41.     With regards to Dr. Jayant's elaboration on the methodology applied in AMR codec development, it is incorrect to imply that these appear speech-tuned or empirical and that this would lead to over-modeling, poor robustness across various scenarios or inconsistent algorithms and that this would make the developed technologies interchangeable.  Rather, the opposite is true.  A speech codec is much more than a collection of interchangeable technology pieces.  All components must be harmonized within a complex framework and it is generally not feasible to simply swap out one component of the codec for another.  In that sense, the components of a codec generally depend on each other and they contribute to the performance of the codec as a whole, working along with the other components of the codec.

42.     ETSI engaged in diligent formal subjective quality testing efforts and carried out an extensive testing campaign of the AMR codec speech quality under many different scenarios involving testing in many languages by a large number of independent listening labs. One of the findings of that campaign was the strong and consistent performance of the selected AMR codec. The fact that Ericsson technology originally developed for the AMR codec is also included in more recent independently developed and standardized codecs is another strong indication of its value.

43.     Dr. Jayant also asserts with regards to VAD development that such work may be empirically-based but must be backed by extensive testing.  I agree with this general premise, but also note that it is well known to those familiar with the AMR standardization process that ETSI carried out extensive characterization tests of AMR with VAD/DTX enabled.  As shown below, the results of the characterization tests, which were performed in multiple laboratories and multiple languages, demonstrate that the development target with VAD/DTX operation to

not degrade speech quality was clearly fulfilled.

> The tests with VAD/DTX activated showed that the in-band signalling is not impacted by the discontinuous transmission. The VAD/DTX schemes do not introduce any significant quality degradation when activated. The same result applies to both VAD options (ENS and Motorola).

*See* Ex. 380 (ERIC_TCL00778683) at p. 23.

### B.   Responses to Dr. Jayant's and Dr. Kakaes's essentiality opinions

44.   I reviewed Dr. Jayant's and Dr. Kakaes's opinions regarding his essentiality findings for certain of Ericsson's claim charts produced during the course of this litigation.  Ericsson's claim charts are the result of a rigorous analysis by experienced engineers, including engineers with law degrees, and are vetted by both engineers and attorneys before they are shared with other companies.  Further, many of these claim charts are scrutinized by other companies in licensing discussions.  This iterative process ensures that the claim charts we present to licensees such as TCL present thoroughly analyzed evidence of the strength of Ericsson's portfolio of standard essential patents.

45.   For purposes of my testimony in this case, I have reviewed and provide responses for the following patent families: P04817, P07288, P07669, P07782, P09085, P09286, P10310, P10334, P10335, P10774, P10991, P10992, P10993, and P10762.[2]  Based on my review, I have determined that Dr. Jayant made errors in his analysis of two of these patent families.

### 1.   Patent families where Dr. Jayant and Dr. Kakaes does not dispute essentiality

46.   I understand that Dr. Jayant and Dr. Kakaes offer no dispute to the essentiality of many of Ericsson's claim charted patents.  In fact, Dr. Jayant and Dr. Kakaes together do not dispute that twelve of the fourteen patent families I was

---

[2] Dr. Kakaes reviewed P10993 and P10762.  Dr. Kakaes opines that he has "not seen any evidence that would preclude" at least one claim from each family from being essential.  I agree with Dr. Kakaes on this point.

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN; CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1  responsible for reviewing have at least one claim essential to the standard.  Thus,

2  there is no dispute that the following twelve patent families contain at least one

3  essential patent claim: P04817, P07288, P09085, P09286, P10310, P10334,

4  P10335, P10774, P10991, P10992, P10993, and P10762.

5          47.     These twelve patent families cover a number of different technological

6  advancements pertinent to the speech coding portions of the 2G and 3G technical

7  standards, including but not limited to: low bit rate active speech coding technology

8  especially for noiselike signals (P10310), faithful reproduction of background noise

9  during speech inactivity (P10991) and signalling of AMR rate adaptation data

10  (P10993). The technology of P10310, for example, relates to a speech encoding

11  operation in which a criterion is applied when determining coded speech parameters

12  to match both waveform and energy of e.g. the original speech signal. The benefit

13  includes improved quality especially for noise-like signals when applied to low bit

14  rate CELP speech coding, which otherwise could not have been faithfully

15  represented.  This technology contributes significantly to strong AMR performance

16  in good half rate channels and intermediate full rate channels.

17          48.     As another example, the technology of P10991 relates to comfort noise

18  generation in a speech decoder during speech pauses. The comfort noise generation

19  is based on parameters that are perturbed in response to information about how

20  much the speech background noise varies. The benefit includes more natural

21  comfort noise leading to higher quality, which otherwise would not be attainable.

22  Importantly, this invention maintains speech quality while DTX is enabled.  Yet

23  another example is the technology of P10993, which relates to discontinuous

24  transmission (DTX) in adaptive multi-rate (AMR) communication systems. Silence

25  Insertion Descriptor (SID) frames that are sent during voice inactivity comprise

26  codec rate control information needed for adaptation and are block interleaved

27  while other frames, such as speech frames, are block diagonally interleaved. The

28  benefit includes improved transmission efficiency allowing more frequent

1  transmission of SID frames also conveying time critical rate control information.

2  This contributes to the high performance of AMR over realistic radio channels and

3  to the high fidelity background noise representation when DTX is used.

4               **2.      Patent families where Dr. Jayant and I disagree on**

5                        **essentiality**

6        49.    Given Dr. Jayant's and Dr. Kakaes's opinion that 12 out of the 14

7  patent families contain at least one essential claim, there are two patent families

8  remaining where Dr. Jayant provides a substantive criticism of the essentiality of

9  Ericsson's AMR patents: P07669 and P07782.  I disagree with Dr. Jayant on his

10  essentiality findings for these patent families and, in the sections below, provide a

11  discussion of each family and Dr. Jayant's incorrect analysis in detail.

12               **a)      P07669**

13        50.    Ericsson's patent family P07669 includes at least one standard

14  essential patent family member.  The inventions claimed in P07669 relate to Voice

15  Activity Detection, discontinuous transmission (DTX) and receiver-side comfort-

16  noise generation. The inventions solve the problem that discontinuous transmission

17  (DTX) and receiver-side comfort-noise generation of high-level background noise

18  signals is often not as faithful as when using the active speech coding mode of a

19  speech codec. The problem is solved by enabling discontinuous transmission

20  (DTX) and receiver-side comfort-noise generation only if a measured input signal

21  energy is below a certain threshold.

22        51.    Dr. Jayant contends that this patent family does not contain at least one

23  standard essential patent claim.  Specifically, Dr. Jayant contends that the standard

24  does not practice the following claim elements:

25

26

27

28

REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

> 87.    Ericsson alleges that the P07669 patent family is essential to 3G.  In its claim charts, Ericsson attempts to map the limitations of claim 1 of the '695 Patent to 3GPP TS 26.094 v.6.0.0 §§ 3.3.5 and 3.3.5.1.  (See, e.g., Ex. 387.)
>
> 88.    I have assigned the P07669 patent family an Essentiality Rank of "3" because practicing the standard with user equipment does not require at least the following limitations of claim 1 under any reasonable interpretation:
>
> • "comparing the measured energy against a threshold value, the threshold value representing a maximum energy level of background noise allowable for use of discontinuous transmission"; and
>
> • "enabling discontinuous transmission when the comparison indicates that the measured energy level is at or below the threshold value; otherwise
>
> • disabling discontinuous transmission when the comparison indicates that the measured energy level is greater than the threshold value."
>
> (Ex. 388 at p. 8, 6:18–33.)

See Jayant Witness Statement at 31.

52.    As shown below, the basis for Dr. Jayant's disagreement is that Ericsson fails to distinguish between the use of energy and SNR (signal-to-noise ratio) in terms of the VAD decision.  This is reflected in the following excerpt:

> 89.    Specifically, the Essentiality Rank is "3" because Ericsson's claim chart fails to distinguish between the use of energy and SNR (signal-to-noise ratio) in terms of the VAD decision.  Claim 1 requires "measuring an energy level," "comparing the energy level against a threshold value . . . representing a maximum energy level of background noise allowable for use of discontinuous transmission," and enabling/disabling discontinuous transmission based on the comparison.  By contrast, the standard requires comparing input frame power against a threshold for controlling a VAD hangover decision, and adding hangover or not based on the comparison.

See Jayant Witness statement at ¶ 89.

53.    This distinction is irrelevant to the claim mapping.  As shown below, claim 1 requires the step of "detecting the presence or absence of speech" and "measuring an energy level of sound input to the microphone of the cellular

telephone *when speech is absent*":

> **1. A method for controlling the use of discontinuous transmission in a cellular telephone comprising the steps of:**
>
> ==detecting the presence or absence of speech input to a microphone of the cellular telephone;==
>
> ==measuring an energy level of sound input to the microphone of the cellular telephone when speech is absent;==
>
> comparing the measured energy level against a threshold value, the threshold value representing a maximum energy level of background noise allowable for use of discontinuous transmission;
>
> enabling discontinuous transmission when the comparison indicates that the measured energy level is at or below the threshold value; otherwise
>
> disabling discontinuous transmission when the comparison indicates that the measured energy level is greater than the threshold value.

*See* Ex. 388 (U.S. Patent No. 5,737,695).

54.    Ericsson's claim chart—and the standard—make very clear that this occurs.  The first step -- the measurement of whether speech is *absent* is determined by measuring the signal-to-noise ratio (SNR).  This is shown in the excerpt below:

> **3       Technical Description of VAD Option 1**
> **3.3       Functional description**
> **3.3.5       VAD decision**
> [...]
> The variable vadreg indicates intermediate VAD decision and it is calculated as follows:
> if (snr_sum > vad_thr)
> vadreg = 1
> else
>         vadreg = 0
>
> *[**Comment**: "detecting the presence or absence of speech input to a microphone of the cellular telephone" corresponds to the function of the VAD algorithm. The variable "vadreg" indicates an intermediate VAD decision while the final VAD flag (where VAD=0 and VAD=1 equals absence and presence of speech, respectively) is calculated based on the intermediate VAD decision.]*

*See* Ex. 4077 (ERIC_TCL00191340).

55.    Then, after the determination that speech is *absent*, the standard requires evaluating the *energy level* through the variable  "noise_level" as shown

below:

> **3      Technical Description of VAD Option 1**
> **3.3    Functional description**
> **3.3.5  VAD decision**
> [...]
> Average level of background noise is calculated by adding noise estimates at each band:
>
> $$noise\_level = \sum_{n=1}^{9} bckr\_est[n] \qquad (3.9)$$

*Id*.

56.     Thus, contrary to Dr. Jayant's conclusion, Ericsson's claim chart does not "conflate SNR and energy," but rather it specifically maps an SNR measurement to one element of the claim and an energy measurement to another -- which is entirely consistent with the specification and the claim language.  The claimed "measured energy level" corresponds to "noise level" of the standard. The second claim element, "measuring an energy level of sound input to the microphone of the cellular telephone when *speech is absent*" makes clear that "measured energy level" relates to a background noise level.

57.     Further, Dr. Jayant contends that Ericsson's claim chart "fails to demonstrate the relationship between hangover, the initial VAD decision (vrad_reg), and the final decision regarding VAD, on the one hand, and DTX on the other hand.  *See* Jayant Witness Statement at ¶ 90.  Again I disagree.  Ericsson's claim chart walks step-by-step through the operation of the method, and explains how the VAD decisions are used to modify the hangover period, which relates to the DTX.  As explained above, the standard describes the calculation of a corresponding "*noise_level*" parameter according to eq. 3.9 in clause 3.3.5. The comparison of this parameter against a threshold value, as claimed, is described in clause 3.3.5.1 of the standard:

> **3.3.5   VAD decision**
> **3.3.5.1  Hangover addition**
> [...]
> The power of the input frame is compared to a threshold (VAD_POW_LOW). If the power is lower, the VAD flag is set to "0" and no hangover is added. The VAD_flag is calculated as follows:
>
> if (noise_level > HANG_NOISE_THR)
> burst_len = BURST_LEN_HIGH_NOISE
> hang_len = HANG_LEN_HIGH_NOISE
> else
> burst_len = BURST_LEN_LOW_NOISE
> hang_len = HANG_LEN_LOW_NOISE
>
> *[Comment: HANG_NOISE_THR is used to control the length of hangover period, thus allowing or disallowing DTX (for future time instants). E.g. prolonging the hangover time disables DTX, shortening of the hangover time may enable DTX (dependent on the primary VAD indication input); see further the figure below.*
>
> *If noise_level > HANG_NOISE_THR, then the variable hang_len is set to the maximum value HANG_LEN_HIGH_NOISE. The variable 'hang_len' controls a short period of disabling the DTX functionality so the threshold value HANG_NOISE_THR corresponds to (represents) a maximum noise_level (energy level) of background noise allowable for DTX.*
>
> *For the GSM AMR speech codec, the following constants are used:*
> *HANG_LEN_LOW_NOISE = 4*
> *HANG_LEN_HIGH_NOISE = 7*

*Id.*

58.     Depending on whether "*noise_level*" exceeds the threshold value "HANG_NOISE_THR" or not, either a long (7 frames) or a short (4 frames) hangover period is added. During the hangover period, i.e. while "*hang_count*" exceeds 0, the *VAD_flag* is set to 1 and DTX is not used. The threshold value "*HANG_NOISE_THR*" thus represents a maximum energy level of background noise allowable for use of DTX for frames 5-7 of the added hangover period. For these frames DTX is not used if the measured energy level exceeds the threshold value "*HANG_NOISE_THR*".  If "*noise_level*" is below the threshold value "*HANG_NOISE_THR*", DTX is used for these frames. Thus, Ericsson's claim chart does represent this mapping, and it does demonstrate that the claim maps to the 2G standard.

59.     Dr. Jayant's arguments are the same with regard to the 3G standard.

Thus, claim 1 of US '695 is essential to the 2G and 3G cellular standards.

**b)**    P07782

60.    Ericsson's patent family P07782 includes at least one standard essential patent family member.  The inventions claimed in P07782 relate to adaptively selecting a rate of a multi-rate speech codec that is most suitable for a current transmission channel quality.  The inventions described in PO7782 are very important, as they provide a decision mechanism for choosing between different bit rates in an adaptive codec in order to provide high quality speech while conserving data rates wherever possible.

61.    Dr. Jayant argues that, with regard to P07782, practicing the standard does not require the following elements of the '577 patent:

> 101.   I have assigned the P07782 patent family an Essentiality Rank of "3" because practicing the standard with user equipment does not require at least the following limitations of claim 1 of the '577 Patent under any reasonable interpretation:
>
> - "determining a current type of source signal to be encoded and transmitted on the radio link"; and
> - "restricting encoding to a class of source/channel encoding modes compatible with the determined type of source signal."
>
> (Ex. 1296 at p. 9, 6:2–17.)

*See* Jayant Witness Statement at ¶ 101.  In full, claim 1 of the '577 patent recites:

> **1**. A source/channel encoding mode control method in a digital radio communication system having a radio link from a transmitter to a receiver, comprising the steps of:
>
> determining a current type of source signal to be encoded and transmitted on the radio link;
>
> restricting encoding to a class of source/channel encoding modes compatible with the determined type of source signal, each mode in the class being defined by a different mix of source signal encoding and channel protection but the same total available gross bit rate;
>
> determining a quality measure for previously transmitted signals that have been received and decoded at the receiver; and
>
> selecting, based on the quality measure, a source/channel encoding mode from the class that is likely to give the best received and decoded signal at the receiver.

*See* Ex. 1296 (US '577).

62.    The basis for Dr. Jayant's non-essentiality opinion is reproduced below:

> 102.    Specifically, the Essentiality Rank is "3" because the claim requires determining a current type of source signal (*e.g.*, voiced vs. unvoiced), and the claim also requires restricting encoding to a class of source/channel encoding modes compatible with the determined type of source signal. Further, claim 1 requires a codec mode adaptation that is based both on the previous quality measure *and* the current type of source signal (or speech state) within the same gross bit rate. The previous quality measure is measurable without knowing the previous state (*e.g.*, voiced/unvoiced), but either by a previous SNR or by an error event that the previous speech suffered. In the standard, this is measured by the channel error detector characteristic (code parity). (*See, e.g.*, Ex. 1306 at pp. 48–49, § 3.9.4.3.)

*See* Jayant Witness Statement at ¶ 102.  I disagree.

63.    First, Dr. Jayant's opinion that "the claim requires determining a current type of source signal (e.g., voice vs. unvoiced)" is misplaced and amounts a misinterpretation of the claim language.  Dr. Jayant has cited to portions of the patent specification or prosecution history mentioning distinguishing between

voiced and unvoiced speech as an *example*, and then draws the unsupported conclusion that this is what the claims *require*. *See, e.g.,* Jayant Witness Statement at ¶ 102. This amounts to error, because the claims clearly require only "determining the current type of source signal," which as shown in the exhibit below is clearly met by the standards evaluation of whether a speech signal contains speech or not. In other words, a signal containing speech is one type of source signal, while a signal not containing speech is another source signal:

---

### A.5.1.1   Functions of the TX DTX handler

[…]

The Voice Activity Detector (VAD) shall operate all the time in order to assess whether the input signal contains speech or not. The output is a binary flag (VAD flag ="1" or VAD flag ="0", respectively) on a frame by frame basis (see 3GPP TS 26.094).

The VAD flag controls indirectly, via the TX DTX handler operations described below, the overall DTX operation on the transmit side.

Whenever VAD flag ="1", the speech encoder output frame along with mode information shall be passed directly to the radio subsystem (RSS), marked with TX_TYPE =" SPEECH_GOOD "

---

*See* Ex. 5385 (3GPP TS 26.093, section A.5.1.1). There is no basis in limiting the "determination" step to only distinguishing between voiced and unvoiced speech.

64. Second, the standard makes clear that it requires an adaptation based on a quality measurement for previously transmitted signals and the current type of source signal. Ericsson's claim chart provides a clear mapping showing how the standard practices the quality measurement for previously transmitted signals that have been received and decoded at the receiver. As shown in the excerpt below, the quality measure corresponds to the UL Mode Command that reflects the measured uplink quality, which in turn has been measured by the BTS based on speech previously transmitted by the terminal (MS).

**[4]**

**3      Adaptive Multi-Rate inband control and link adaptation**
**3.3    Codec mode adaptation**
**3.3.3  Performance requirements**
**3.3.3.1 MS response to the Codec Mode Command**

The MS shall after the reception of a Codec Mode Command apply the corresponding codec mode in uplink direction for the next possible speech frame and, and no more than three speech frames later. If the Codec Mode Command would require a change of the uplink codec mode by more than one step within the defined Active Codec Set, then the MS shall perform the transition from the currently used codec mode into the commanded codec mode in several steps, one step every second speech frame.

*See* Ex. 4079 (ERIC_TCL00191366).

65.     Further, the codec adaptation is also based on the current type of source signal. The proper claim language is "restricting encoding to a class of source/channel encoding modes optimized for the determined type of source signal", which maps to the TX DTX handler according to 3GPP TS 26.093, Annex A, clause A.5.1.1 in conjunction with 3GPP TS 45.003, clause 3.9. The DTX handler restricts frames classified with VAD_flag = 1 to SPEECH frames (marked as "SPEECH_GOOD"), for which optimized speech and channel coding modes exist. As shown in Ericsson's claim chart, 3GPP TS 45.003, clause 3.9.4 specifies compatible channel coding schemes suitable for the number of speech encoded bits of the current speech codec mode.

**3.9.4.3  Parity for speech frames**

The basic parameters for each codec mode for the first encoding step are shown below:

| Codec mode | Speech encoded bits ($K_d$) | CRC protected bits ($K_{d1a}$) | Number of bits after first encoding step ($K_u = K_d + 6$) |
|---|---|---|---|
| TCH/AFS12.2 | 244 | 81 | 250 |
| TCH/AFS10.2 | 204 | 65 | 210 |
| TCH/AFS7.95 | 159 | 75 | 165 |
| TCH/AFS7.4 | 148 | 61 | 154 |
| TCH/AFS6.7 | 134 | 55 | 140 |
| TCH/AFS5.9 | 118 | 55 | 124 |
| TCH/AFS5.15 | 103 | 49 | 109 |
| TCH/AFS4.75 | 95 | 39 | 101 |

*See* Ex. 4079 (ERIC_TCL00191366).  The speech coding modes are specified in 3GPP TS 26.090. Thus, "restricting encoding to a class of source/channel encoding modes optimized for the determined type of source signal" is clearly mapped to the standard since only frames classified with VAD_flag = 1 are source and channel encoded as SPEECH frames.

66.    Third, the claim does not have any limitation on how the previous quality measure is obtained.  Dr. Jayant offers an opinion as to how "previous quality measure" should be obtained (*e.g.,* based on a measurement without knowledge of whether the previous state is voiced or unvoiced), but does not explain how this is required by the claims or the prosecution history. *See* Jayant Witness Statement at ¶ 102. In any case, Dr. Jayant is incorrect to assert that in the standard the quality measure "is measured by the channel error detector characteristic (code parity)." *Id.*  In fact, as shown in the excerpt from the exhibit below, the standard specification 3GPP TS 45.009, clause 3.3.1 requires that codec mode adaptation be based on a Quality Indicator that is defined as a Carrier to Interference Ratio, which is by no means a channel error detector characteristic.

### 3.3.1    Channel quality measure

Codec mode adaptation is based on a normalized, one-dimensional measure of the channel quality, called the Quality Indicator. For reference purposes, the Quality Indicator is defined as an equivalent carrier to interferer ratio, $C/I_{norm}$. The reference channel conditions for the normalized Quality Indicator $C/Inorm$ shall be Typical Urban 3 km/h with ideal frequency hopping at 900 MHz. The corresponding reference receiver performance is specified as the minimum performance requirement in 3GPP TS 45.005. The MS and BSSs shall continuously update the Quality Indicator estimates.

*See* Ex. 5400 (3GPP TS 45.009).

67.    Finally, Dr. Jayant asserts that in the standard codec mode adaptation depends on the quality of the previous speech signal and not the current type of source signal.  I disagree.  The relevant excerpt from Dr. Jayant's witness statement is provided below:

1
2
3
4
5

> 105. Furthermore, in the standard, the codec mode adaptation does not depend on the current type of source signal, but rather depends on the quality of the previous speech signal. Therefore, the first determining step and the restricting step are both missing from the standard, which selects the codec mode based only on the channel quality (and this does not depend on the current type of source signal).

6

7   *See* Jayant Witness Statement at ¶ 105.

8   68.   The dependency of the codec mode adaptation on the current type of
9   source signal, namely on the VAD determination, has already been shown above.
10   Dr. Jayant is further incorrect in that the mode adaptation depends on the quality of
11   the previous speech signal. *See* Jayant Witness Statement at ¶ 105. He has not
12   provided any proof for this false statement. As shown above, codec mode
13   adaptation rather additionally depends on a channel quality indicator that is defined
14   as a Carrier to Interference Ratio.

15   69.   Thus, claim 1 of US '577 is essential to the 2G and 3G standards.

16   **IV.   CONCLUSION**

17   70.   In summary, I agree with Dr. Jayant that 10 of the 12 patent families I
18   reviewed are standard essential. And of the remaining 2 families that are relevant
19   to a handset analysis, I disagree with Dr. Jayant. In my opinion, both of these
20   families includes at least one standard essential patent claim for the reasons set
21   forth above. Moreover, I disagree with Dr. Jayant's characterization of Ericsson's
22   victory in the AMR codec competition, which in my opinion demonstrates the
23   technical importance of Ericsson's speech coding inventions.

24

25   Executed on January 27, 2017 at Kista, Sweden.

26

27   _Stefan Bruhn_

28   Stefan Bruhn

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-34-   REBUTTAL WITNESS STATEMENT BY STEFAN BRUHN;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1  ## V.    TABLE OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 375 | Adaptive Multi-Rate Study Phase Report, ETSI TC SMG, Meeting no. 23, Oct. 13-17, 1997, Tdoc 97-740 |
| 378 | "Results of AMR Selection Phase," ETSI/TC/SMG#27, Oct. 12-16, 1993, Tdoc. SMG 562/98 |
| 380 | ETSI SMG Meeting no. 29, June 23-25, 1999, ETSI/SMG(99)2 |
| 382 | "Mandatory Speech Codec," TSGS#2(99)xxx, Meeting no. 2, Mar. 2-4, 1999 |
| 388 | U.S. Patent No. 5,737,695 |
| 1292 | "Results of AMR Qualification Phase," ETSI TC SMG Meeting #26, June 22-26, 1998, Tdoc SMG 368/98 |
| 1296 | U.S. Patent No. 6,163,577 |
| 4077 | Ericsson Claim Chart on US 5,737,695 (Internal ref: P07669) |
| 4079 | Ericsson Claim Chart on US 6,163,577 (Internal ref: P07782) |
| 4132 | 6/24/1996 - 3GPP Family SMG Speech Quality Strategy Group Report on GSM Speech Quality |
| 5400 | ETSI TS 145 009 V10.0.0 (2011-04) Technical Specification |
| 5459 | ETSI SMG11 AMR#11-SMG11#6Bis Tampere, Finland July 28-30, 1998, Tdoc SMG11 132/98, AMR Speech Codec Development Project AMR-7b - Test plans for the Selection Phase, W. Koch et al., available at https://docbox.etsi.org/zarchive/smg/SMG11/smg11_amr_nb/SELECTION_PHASE/SELECTION_PERM_DOC/AMR7bv15.zip |

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on January 27, 2017, a true copy of the above document was filed through the Court's Electronic Case Filing system and served by that system upon all counsel of record registered for the system and deemed to have consented to electronic service in the above-captioned case.

Dated:  January 27, 2017

**CROWELL & MORING LLP**

*/s/ John S. Gibson*

John S. Gibson

Attorneys for ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON