CROWELL & MORING LLP
John S. Gibson (CSB No. 140647, jgibson@crowell.com)
Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor, Irvine, CA  92614
Telephone:  949.263.8400  Facsimile:  949.263.8414

Robert B. McNary (CSB No. 253745, rmcnary@crowell.com)
515 S. Flower Street, 40th Floor, Los Angeles, CA  90071
Telephone:  213.443.5590  Facsimile:  213.622.2690

Mark A. Klapow (Admitted *pro hac vice*, mklapow@crowell.com)
1001 Pennsylvania Avenue, N.W., Washington, DC  20004
Telephone:  202.624.2500  Facsimile:  202.628.5116

MCKOOL SMITH P.C.
Theodore Stevenson, III (Admitted *pro hac vice*, tstevenson@mckoolsmith.com)
300 Crescent Court, Suite 1500, Dallas, TX  75201
Telephone:  214.978.4000  Facsimile:  214.978.4044

Laurie L. Fitzgerald (Admitted *pro hac vice*, lfitzgerald@mckoolsmith.com)
300 W. 6th Street, Suite 1700, Austin, TX  78701
Telephone:  512.692.8700  Facsimile:  512.692.8744

Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>  Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*,<br><br>  Defendants/Counterclaim-Plaintiffs.<br><br>ERICSSON INC., *et al.*,<br><br>  Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>  Defendants/Counterclaim-Plaintiffs. | Case No. 8:14-CV-00341 JVS-DFMx<br>Case No. 2:15-CV-02370 JVS-DFMx<br><br>**CORRECTED WITNESS DECLARATION OF STEFAN PARKVALL**<br><br>Hon. James V. Selna<br><br>**Discovery Cut-off:**  May 23, 2016<br><br>**Pretrial Conference:**  January 30, 2017 at 11:00 a.m.<br><br>**Trial:**  February 14, 2017 at 8:30 a.m. |

# **TABLE OF CONTENTS**

I. EXECUTIVE SUMMARY ..................................................................... 1

II. BACKGROUND ............................................................................... 2

    A. Technical Qualifications. .......................................................... 2

    B. Industry Experience. ............................................................... 2

    C. Person of Ordinary Skill in the Art. ........................................ 5

III. CELLULAR NETWORKS AND STANDARDIZATION ................ 5

    A. Technology Introduction. ........................................................ 5

    B. The Cellular Standardization Process. .................................... 8

        1. The Structure of 3GPP. .................................................... 9

        2. Standardization Process. ................................................ 11

        3. Coordination Among Working Groups In 3GPP. ......... 15

    C. The Cellular Standards Are Interdependent. .......................... 16

IV. CRITIQUES OF DR. KAKAES AND DR. JAYANT'S IMPORTANCE AND CONTRIBUTION METHODOLODIES ................................. 19

V. PARKVALL VALUATION ANALYSIS ..................................... 21

    A. Technology-by-Technology Analysis. ................................... 29

        1. Data Transmission. ........................................................ 29

            a. Importance of Ericsson's Technical Innovations. ............... 32

            b. Non-Infringing Alternative Technologies to Ericsson's Data Transmission Patents. ............................... 33

            c. Technical Valuation Over the Non-Infringing Alternative Technologies. .................................... 34

        2. Carrier Aggregation. ...................................................... 39

            a. Importance of Ericsson's Carrier Aggregation Technical Innovations. ...................................... 40

            b. Non-Infringing Alternative Technologies to Ericsson's Carrier Aggregation Patents. .......................... 41

            c. Technical Valuation Over the Non-Infringing Alternative Technologies. .................................... 42

        3. Resource Allocation. ...................................................... 48

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

a.  Importance of Ericsson's Resource Allocation Technical Innovations. ........................................ 50

b.  Non-Infringing Alternative Technologies to Ericsson's Resource Allocation Patents. ........................... 52

c.  Technical Valuation Over the Non-Infringing Alternative Technologies. .................................. 54

4.  Connection Establishment. .................................. 59

a.  Importance of Ericsson's Connections Establishment Technical Innovations. ........................................ 61

b.  Non-Infringing Alternative Technologies to Ericsson's Connection Establishment Patents. .................. 62

c.  Technical Value Over the Non-Infringing Alternative Technologies. .................................. 63

5.  Sleep Mode Solutions. .................................. 70

a.  Importance of Ericsson's Sleep Mode Technical Innovations. ........................................ 72

b.  Non-Infringing Alternative Technologies to Ericsson's Sleep Mode Solutions Patents. ........................ 73

c.  Technical Valuation Over the Non-Infringing Alternative Technologies. .................................. 74

B.  Remaining Technology Sub-Areas. .................................. 77

1.  Link Adaptation. .................................. 77

2.  Advanced Antenna Solutions. .................................. 78

3.  Voice Coding. .................................. 80

4.  Security. .................................. 81

5.  Mobility and Connection Control. .................................. 82

VI.  CONCLUSION .................................. 84

TABLE OF EXHIBITS .................................. 87

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

# I.   EXECUTIVE SUMMARY

1.      My name is Stefan Parkvall. I am a Principal Researcher at Ericsson in Stockholm, Sweden. I have been deeply involved in 3GPP standardization for many years, and am one of the key developers of 4G and evolved 3G. I am currently working to create 5G cellular technologies. I have been asked to provide testimony regarding (1) various issues with Dr. Kakaes' and Dr. Jayant's analysis of Ericsson's standard essential patents and (2) the technical value associated with Ericsson's standard essential patents.

2.      In short, I find the importance and contribution analyses by Dr. Kakaes and Dr. Jayant to be inadequate. Dr. Kakaes and Dr. Jayant claim to determine the "importance" and "contribution" of Ericsson's patents compared to alleged alternatives. They also allegedly considered some additional factors in making these determinations. However, in addition to being based on completely subjective criteria, they did not consider how their suggested changes would impact remaining portions of the standard, how their suggested changes would affect the performance of the standard as a whole, or whether their suggested changes would be infringed by other patents. They did not undertake these analyses, which would have significantly impacted the importance and contribution rankings assigned to Ericsson's patents by Drs. Kakaes and Jayant. As a result, I believe their analyses are inaccurate and unreliable.

3.      I also undertook my own technical assessment of Ericsson's standard essential patents, based on third-party industry literature, testing, simulations, Ericsson industry literature, and my own standardization and engineering experience. I concluded that Ericsson's standard essential patents have significantly more value than that assigned by Drs. Kakaes and Jayant. Ericsson's patented solutions save battery power, conserve network resources, decrease dropped calls, improve user experience, and increase network capacity, among other things. I provided opinions regarding the "technical currency" or the technical benefits of different technologies,

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

1   and one of Ericsson's economic experts—Mr. Kennedy—took these technical

2   currencies and associated them with a dollar amount that was appropriate to

3   Ericsson's contribution to that technology. In my opinion, my technical currency

4   analysis, which is supported by evidence, more closely reflects the value of Ericsson's

5   technology than Dr. Kakaes's importance and contribution rankings.

## II.   BACKGROUND

6

### A.   Technical Qualifications.

7

8       4.      After studying at the Royal institute of Technology, Stockholm, Sweden,

9   I received a Masters degree in Electrical Engineering in 1991. In 1996, I was awarded

10  a Ph.D. in signal processing and communications, also from the Royal Institute of

11  Technology.

12      5.      During my studies I took classes in digital signal processing, digital

13  communications, radio communication systems, error-correcting coding, and

14  ciphering, just to mention a few.

### B.   Industry Experience.

15

16      6.      Upon graduation in 1996, I worked as an assistant professor in

17  communication theory at the Royal Institute of Technology and a visiting researcher at

18  the University of California in San Diego. I taught classes in communication theory,

19  digital communication, and advanced digital communications.

20      7.      I joined Ericsson in 1999 as a Research Engineer, with my title later

21  changing to Senior Specialist. My main job responsibilities were research and

22  standardization of future radio access for cellular networks.

23      8.      Since 2010, I have held the title of Principal Researcher at Ericsson. My

24  main job responsibilities are research related to future radio-access, standardization,

25  and activities related to these areas, such as holding seminars to teach the current and

26  next generation of engineers about future radio access technologies, spreading this

27  knowledge within Ericsson and the industry generally, and being involved in external

28  research-related contacts, such as collaborations with Universities and other

1  companies.

2      9.    I also have over fifteen years of standardization experience, specifically

3  with 3GPP and the 3G, 4G, and 5G standards. In the past 15 years, I have attended

4  over 75 3GPP RAN1 working group meetings on behalf of Ericsson. I continue to

5  attend the RAN1 working group meetings on a regular basis. I have been one of

6  Ericsson's main delegates in 3GPP for the development of HSPA ("High Speed

7  Packet Access") (3G), LTE ("Long Term Evolution") (4G), and am currently one of

8  Ericsson's main delegates in 3GPP for the development of NR ("New Radio") (5G). I

9  have also been, and continue to be, heavily involved in Ericsson internal work to

10  develop new technologies and contributions to the standards. I have written many of

11  Ericsson's RAN1 contributions, as well as presented many of Ericsson's contributions

12  at RAN1 meetings. As part of my responsibilities, I have been the editor of the 36.211

13  4G/LTE technical specification since its inception in 2006. The 36.211 specification is

14  titled "Physical Channels and Modulation." The current release, Release 13, was

15  finalized in 2016 and contains 162 pages. At a high level, the 36.211 specification

16  provides the technical details of significant and fundamental parts of the physical layer

17  of the 4G standard. I have also been the editor of the 25.211 3G specification, which

18  covers similar technology for the 3G standard. In my roles as editor, I am responsible

19  for capturing decisions made in 3GPP RAN1 meetings in a manner consistent with the

20  overall specification structure. Then, the specification text is submitted to RAN1 for

21  edits and approval, before it is finalized and sent to the RAN plenary group that

22  coordinates all of the other RAN working groups.

23      10.    I have also patented a number of cellular innovations, both standard

24  essential and implementation ideas. I have been a sole or co-inventor on more than

25  800 patent applications, and was honored with Ericsson's Inventor of the Year award

26  in 2005. The award was largely based on my contributions to 3G/HSPA. In 2009, I

27  also received the "Stora Teknikpriset" award—a major technical award from the

28  Swedish government—for my role in the development of HSPA, which is an

advanced version of the 3G standard. In 2014, I was part of a team at Ericsson that was one of three finalists (the other two being in non-communication related areas) for the European Inventor Award based on our work on 4G/LTE. I am a senior member of IEEE and I was an IEEE distinguished lecturer in 2011-2012. I also co-authored the leading references on 3G/HSPA and 4G, which have been published in several editions as the standard has evolved.



[1]

11.    I am regularly invited to participate in panels or give keynotes at conferences, and also frequently represent Ericsson in customer meetings when there is a need for an overview of what is happening in 3GPP RAN. For example, I was invited to give a keynote at the VTC Spring 2015 conference ("Beyond Mobile Broadband") and a keynote at Globecom 2015 ("5G Radio Access – Vision, Technology and Timeline"). I was also a panelist in several panels at Globecom 2014, including "Energy Efficiency in 4G and 5G," and "5G Wireless Access," at Globecom 2015, including "5G Radio Access Network Technologies," and "Cellular IoT – Challenges and Opportunities," and at VTC Fall 2016, including "Mission-Critical 5G for Vehicle IoT" and "LTE Advanced Pro and 5G." At both Globecom 2014 and

---

[1] EX-5028.

1  Globecom 2015, I co-organized a workshop on "Mobile Communication in higher

2  Frequency bands." I regularly publish work in well-known IEEE publications such as

3  IEEE Communication Magazine, as well as review other researchers' manuscripts

4  prior to publication. I also have been a guest editor for four issues of the IEEE

5  Communication Magazine in 2016, covering LTE evolution and physical-layer

6  aspects of 5G.

7        **C.**    **Person of Ordinary Skill in the Art**.

8       12.    I understand that TCL's experts have indicated a person of ordinary skill

9  in the art would have (1) a bachelor's degree in electrical engineering or computer

10  science or a related field, with one or two years of relevant industry experience; or

11  (2) a master's degree in electrical engineering or computer science or a related field. I

12  reviewed Dr. Ding's deposition transcript, and understand that Dr. Ding explained that

13  the relevant industry experience would be "working in the wireless industry or

14  working on patent analysis or subjects that are related to cellular wireless

15  communications." In his opening report, Dr. Kakaes also believes that a person of

16  ordinary skill in the art would have a working understanding of cellular transmission

17  protocols. Both Dr. Kakaes and Dr. Ding suggest that legal training is not a necessary

18  component of the qualifications for a person or ordinary skill in the art. As detailed

19  above, I more than exceed the qualifications of a person of ordinary skill in the art

20  according to TCL's experts.

21  **III.**    **CELLULAR NETWORKS AND STANDARDIZATION**

22        **A.**    **Technology Introduction**.

23       13.    When we talk about the evolution of cellular technology today, we

24  usually talk in terms of "generations." The ones we focus on today are the second

25  generation ("2G"), third generation ("3G"), and fourth generation ("4G"). Each of

26  these generations was developed with very different services, user behaviors, and

27  performance requirements in mind. So the solutions that work for one generation (e.g.,

28  2G) may or may not work for later generations (e.g., 4G). Sometimes we are able to

1  bridge the gap for major technology jumps by creating enhancements, but there comes

2  a point when existing technology cannot be enhanced to meet the needs of users. At

3  this point we move to the next generation, and often employ many new or different

4  technologies to meet those needs.

5       14.    For example, the original 3G standard support for packet data (i.e., data

6  traveling over the internet) was relatively limited, because it was developed with a

7  different network paradigm—called ISDN (Integrated Services Digital Network) from

8  the 1990s in mind, when internet as we know it today was not present. The evolution

9  of 3G (called HSPA) provided support for "true" packet data and was the first step in

10  making the internet mobile, such that handsets could surf the web, retrieve email, or

11  otherwise communicate with mobile applications. However, it was an add-on to the

12  existing 3G standard and therefore supported only modest data rates (compared to a

13  modern 4G system), was rather inflexible in the bandwidths and spectrum allocations

14  supported, and also had limits on what level of latency it could support. The 4G

15  standard provided solutions to this issue during its development (rather than after the

16  fact) with new and different technologies designed to truly support packet data. 4G

17  includes technologies designed to provide flexible (and wide) bandwidth support, low

18  latency, advanced multi-antenna support (MIMO), efficient scheduling, and general

19  support for bursty data (i.e., data traffic that occurs in sudden, random bursts).

20       15.    There are a number of components to a cellular system that have evolved

21  over time to move from one generation to the next. At a high level, a cellular system is

22  composed of (1) mobile phones, (2) the radio network, including the base station, and

23  (3) the core network, which connects to the landline telephone network and/or Internet

24  as shown in the diagram below.

25

26

27

28

16.     The biggest changes in mobile technology typically occur in the air interface or radio access portion of the cellular network. These terms denote the part of the network including the mobile phone and base station, and involve processes and techniques that enable over-the-air communication between the two.

17.     Today a customer may use his mobile phone to make a phone call, surf the web, or interact with a mobile application, among other things. To make a call to a landline phone, the mobile phone sends data over radio waves to the particular base station in the area or "cell" that is typically closest to the mobile phone or that offers the best service for that mobile phone. Then, the base station will receive it, perform some processing, and forward the data to the core network. The core network will then in most cases connect the mobile phone to the fixed telephone network to complete the call.

18.     In another example, the mobile phone user may want to surf the web or check his email. As with voice calls, the mobile phone sends data to the base station, which is then forwarded to the core network. From here, the core network sends the data to the Internet. The data is sent to the appropriate email server, mobile application

1  server, or web server to complete the transaction.

2  19.     The above descriptions of how signals and data traverse the cellular

3  system might appear simple and straightforward, but they hide enormous complexity

4  that has been developed, standardized, and engineered in the mobile phones and other

5  components of the cellular systems available today.

6  **B.     The Cellular Standardization Process.**

7  20.     Standardization is the process of developing and implementing technical

8  standards that create the next generation or next upgrade in cellular technology. These

9  standards are developed by an organization called the "Third-Generation Partnership

10  Project" ("3GPP"). 3GPP is the standards-developing body that specifies the 4G LTE

11  and LTE-Advanced standards, as well as the 3G UMTS and 2G GSM systems. 3GPP

12  is a partnership project formed by the standards bodies ETSI, ARIB, TTC, TTA,

13  CCSA, and ATIS. 3GPP develops and publishes the technical specifications that build

14  up the standard, which are in turn endorsed by standard-setting organizations around

15  the world, including ETSI.

16  21.     As might be expected, the technology laid out in the standards is

17  extremely complex, taking years and many iterations to finalize. Across the industry,

18  hundreds of engineers gather for week-long meetings eight or nine times per year,

19  working together to build the next generation of the cellular system. Before these

20  meetings, engineers work to develop new technology to incorporate into the standard

21  in order to create a state-of-the-art system, as well as technical solutions to make the

22  new cellular system work properly.

23  22.     Open standards are developed and deployed over years, not months or

24  weeks. As a result, network equipment is often a combination of all generations of

25  standardized technology, and mobile devices are virtually always "multi-mode,"

26  meaning that they are backwards compatible with prior standard generations. For

27  example, a 4G multi-mode handset is capable of communicating with a base station

28  that is only 2G compliant, as well as a base station that is 2G/3G/4G compliant. This

is critical during the time period when the latest technology is not yet fully deployed across the world, because it allows for mobile devices that use the newest technology to function in areas where only older technology is available and also allows older mobile devices to function in areas where only the newer technology is available.

23.     In the remainder of this section, I will provide an overview of the structure of 3GPP, followed by a high level description of the standardization process 3GPP performs from inception to deployment. Finally, I will describe in more detail how the working groups of 3GPP interact and develop the technical specifications that make up the standard.

### 1.     The Structure of 3GPP.

24.     The 2G, 3G, and 4G standards at issue in this case are developed through groups within 3GPP that are responsible for drafting and finalizing the documents that form the standards. Because developing technical specifications is a significant undertaking and involves a vast array of different technologies, 3GPP is sub-divided into three Technical Specification Groups ("TSGs") that deal with specific subsets of technology. Above the three TSGs, there is a project coordination group, which coordinates the three TSGs. The TSGs have changed somewhat over the development of 3G and 4G, and currently are Radio Access Network (RAN), Service and Systems Aspects (SA), and Core Network and Terminals (CT). Each of these groups has a chairman, one or more vice-chairmen, and a secretary.

25.     Under the different TSGs, there are working groups where the technical work is done, each with a chairman, two vice chairmen, and a secretary. The chairman and vice chairmen are elected for two years at a time, and can be re-elected at most once. The "working groups" are responsible for drafting the technical specifications for a particular subset of technology. The RAN working groups specify the radio access portion of 3G, 4G, and 5G systems. The SA working groups handle the overall architecture and service capabilities of 3G, 4G, and 5G systems. The CT working groups are responsible for specifying handset interfaces, handset capabilities, and the

core network parts of 3G, 4G, and 5G systems. As is described below, all of these groups have to work together. A diagram showing the different technical specification groups, as well as their related working groups, is provided below:



26.     The TSGs approve study items and work items, giving guidance to the working groups under them. The working groups are referred to by their TSG, so "WG1" under RAN, above, is referred to as RAN1. TSG RAN gives guidance to the RAN1 working group and the other working groups on what they should work on, and what they are expected to deliver, for example. The TSGs are also formally in charge of the specifications. In RAN, change requests prepared by the working groups (such

as RAN1) are formally approved by RAN before being implemented in the specification.

## 2. Standardization Process.

27.    The standardization process typically includes four phases: (1) *Requirements*, where it is decided what is to be achieved by the standard; (2) *Architecture*, where the main building blocks and interfaces are decided; (3) *Detailed specifications*, where every interface is specified in detail; and (4) *Testing and verification*, where the interface specifications are proved to work with real-life equipment. As is depicted in the figure below, these phases are overlapping and iterative.



28.    As an example, requirements can be added, changed, or dropped during the later phases if the technical solutions call for it. Likewise, the technical solution in the detailed specifications can change due to problems found in the testing and verification phase.

29.    Standardization starts with the **requirements** phase, where the standards body decides what should be achieved with the standard. This phase is usually relatively short; on the order of months (not years). In 3GPP, the work is carried out with relevant International Telecommunication Union ("ITU") recommendations in mind. The organization partners of 3GPP, such as ETSI, are also obliged to identify regional requirements that may lead to options in the standard. For example, regional frequency bands and special protection requirements may be local to a region. The specifications are developed, though, with global roaming and circulation of terminals

in mind. Taking 4G/LTE as an example, the requirements and design targets for LTE were developed and documented in an initial study phase that lasted six months. Work on LTE begun after a workshop in Canada in November 2004, and the requirements phase continued until mid-2005. The most notable requirements included high data rates at the cell edge and the importance of low delay, in addition to the normal capacity and peak data rate requirements.

30.     In the **architecture** phase, or the study item phase, the standards body decides about the principles of how to meet the requirements. The architecture phase includes decisions about reference points and interfaces to be standardized. This phase is usually longer than the requirements phase and can ultimately result in changing the previous requirement targets.

31.     Returning to the 4G/LTE example, the study item phase began in the Spring of 2005 and lasted until Fall of 2006. It included radio-access studies, where different possibilities were evaluated and discussed. After extensive studies of different basic physical layer technologies, it was decided in December 2005 that the LTE radio access should be based on OFDM in the downlink and DFT-pre-coded OFDM in the uplink.

32.     After the architecture phase, the **detailed specifications** phase starts. It is in this phase that the details for each of the identified interfaces are specified. During the detailed specification of the interfaces, 3GPP may find that previous decisions in the architecture or even the requirements phases need to be revisited.

33.     Returning to 4G/LTE, following the initial study items, the TSG RAN and it working groups, discussed above, began work on the LTE specifications in 2006. In the working groups, companies, including Ericsson, contribute ideas for the current or next release of the standard that are considered for incorporation into the standard. The standardization process is both competitive and collaborative. Companies present ideas in the form of contributions, and the working group members review and discuss the contributions. Once a consensus is reached as to the

1  best way to solve the technical challenge at hand, the solution will be accepted into the

2  standard. In the 3GPP working groups, "consensus" generally means without

3  sustained objection. This typically means the working group continues to work

4  together until everyone agrees the solution at hand is viable and superior to other

5  options.

6      34.    When considering these technical challenges, working groups generally

7  operate according to an agenda, which can be broken down on a detailed level, or

8  sometimes will simply provide an overview. The agenda is a way to continue the

9  discussions from the previous meetings, and the discussion and decisions at a working

10  group meeting are based on the decisions made at those earlier meetings.

11      35.    As an illustrative example, I will give a brief overview of the agendas

12  listed from some meetings in the past. In the April 2005 RAN1 meeting, the agenda

13  has two points on LTE: (1) Information from Joint WG meeting—which was intended

14  to discuss a joint working group meeting held on LTE, and (2) multiple access scheme

15  proposals.[2] In a November 2005 RAN1 meeting, there were a couple more agenda

16  points on LTE: (1) further discussion on SC-FDMA/OFDMA for uplink, (2) further

17  aspects of OFDMA for downlink, (3) further aspects of MC-WCDMA, MC-

18  TDSCDMA, (4) system evaluation results for the concepts, (5) MIMO, and (6) other

19  topics for discussion (depending on available meeting time).[3] At this time, RAN1 was

20  considering several different multiple access schemes, which can be seen in items (1)-

21  (3) above. Later discussions on other aspects of the standard, including the MIMO

22  topic from this meeting, would differ significantly depending on which multiple-

23  access scheme eventually was selected.

24      36.    As another example, the November 2006 RAN1 meeting had a fairly

25  large number of agenda points, including reference signals, MIMO schemes, and

26  control signaling, which are all listed separately.[4] But there is a clear dependency

27

28

---

[2] EX-5010 (R1-050235).
[3] EX-5011 (R1-051295).
[4] EX-5014 (R1-063020).

1  between all of the agenda items: the possible MIMO schemes depend on the reference

2  signals and control signaling design, for example. This is because the number of

3  supported bits in uplink feedback, which is defined by those designs, will affect the

4  MIMO scheme.

5      37.     The end result of the detailed specification process is a set of documents,

6  called technical specifications, that describe the advanced and complex features that

7  form the standard, along with how and what to implement to comply with the standard

8  so that different manufacturers' products can all communicate with one another

9  seamlessly. This process is very important. Having a complete standard approved and

10  in writing, that the entire industry agrees to adhere to, maximizes compatibility and

11  interoperability of products. This creates a system where a TCL phone connected to an

12  Ericsson base station can talk to a Samsung phone connected to a Nokia base station

13  despite the fact that these components are all created by different manufacturers using

14  many different components.

15      38.     The last phase of standardization is **testing and verification**. Testing and

16  verification in 3GPP is done in parallel by different vendors using test cases defined

17  by RAN WG5. For example, chipset (or handset) vendors typically visit our labs at

18  Ericsson to verify that the chipset can work with the Ericsson base stations. During the

19  testing and verification phase, errors in the standard may still be found and those

20  errors may result in 3GPP changing decisions in the detailed standard. It is not

21  common, but possible, for changes to be made to the architecture or requirements as

22  well. The testing and verification phase ends when there are stable test specifications

23  that can be used to verify that the equipment is fulfilling the standard.

24      39.     Normally, it takes one to two years from the time when the standard is

25  completed until commercial products are out on the market. The technical

26  specifications produced by each working group are published at various intervals as

27  "releases," which are then endorsed by standard setting organizations across the

28  world, including ETSI (in the European Union), ATIS in the United States, CCSA in

China, TTA in Korea and TTC and ARIB in Japan, among others. These releases form a cohesive set of technical specifications that specify the entire standard, and mean it is ready to be deployed.

40.    In the case of 4G/LTE, the standard was finalized in December 2008 with Release 8, and the LTE-Advanced enhancements (including improved advanced antenna solutions and carrier aggregation) was finalized in March 2011 with Release 10. The first commercial deployment of LTE occurred in Stockholm in December 2009, and today LTE and LTE-Advanced are used by hundreds of millions of users across the globe.

41.    Today, in 3GPP we are working on Release 14. In Release 14, we are, in addition to enhancing LTE with new features, studying technologies relevant for possible inclusion in 5G. Release 15 will be the first 5G release, and will likely be finalized in the middle of 2018.

### 3.    Coordination Among Working Groups In 3GPP.

42.    After the requirements and architecture phases discussed above, work begins in earnest within the 3GPP working groups to develop the technology that will make the requirements a reality.

43.    I have described the technical contribution process, and the work an individual working group might perform in a single meeting while working on a technical specification. Throughout the standardization process in 3GPP, the working groups must also work together to form one coherent set of technical specifications that work together seamlessly. Otherwise, the end result would be a fragmented set of technical specifications that do not integrate together, which would result in a far less effective cellular telecommunications system (and in failing to meet the originally-set requirements).

44.    Some of the technical specifications across different working groups are very interrelated as well. For example, the RAN2 specification 36.300 contains a section "Physical Layer for E-UTRA," and the RAN2 specification 36.302 captures

the services provided by the physical layer, including a section "Model of Physical Layer of the UE." This is a clear example of the dependency between RAN1 and RAN2: the RAN1 physical layer must provide the physical channels and signals to support the RAN2 procedures for scheduling and random access, among other functionalities. As another example, Hybrid-ARQ is an important functionality that enables efficient retransmission after an unsuccessful data transmission (discussed in more detail in Section V, below). Hybrid-ARQ spans both RAN1 and RAN2, and one working group cannot make decisions about the design without consulting the other working group—for example, on the number of supported Hybrid-ARQ processes, the number of redundancy versions, or the amount of buffer memory for Hybrid-ARQ in the handset. The same paper can also be submitted to both RAN1 and RAN2. One recent example is related to the design of synchronization signals and broadcasting of information in NR (5G).[5]

## C.    The Cellular Standards Are Interdependent.

45.    The results of the standard-setting procedures described above are sets of interconnected and interdependent technical specifications that describe the 2G, 3G, and 4G standards. The technologies are developed to work together, and one cannot modify part of the cellular standard without re-engineering or re-designing other parts of the standard. As described above, companies around the world devote substantial resources, in the form of thousands of engineer man-hours, to develop the technology that will eventually make up the standard. First, the architecture of the cellular standard is developed to meet the end requirements the industry hopes to achieve and that are defined in the requirements phase. Then, technology is developed to make the standard work, but the working groups always consider the overall architecture set at the beginning, the end goal of meeting the requirements, and, importantly, the work of

---

[5] *See* EX-5019 (R1-1611900 (Long network DTX in NR)), EX-5022 (R2-168303 (Long network DTX in NR)); *see also* EX-5020 (R1-1611902 (System information for low complexity and extended coverage)), EX-5021 (R2-168288 (System information for low complexity and extended coverage)).

WITNESS DECLARATION OF STEFAN PARKVALL; CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

1  other working groups.

2      46.     It should not be surprising that the cellular standards are not made up of

3  small modular building blocks, given that the process begins with end goals

4  (requirements) and a specification of how the standard will look at a high level

5  (architecture). This structure and procedure necessitates the interaction between the

6  working groups, along with the oversight of the technical specification group (such as

7  the RAN plenary). It would not have been possible to achieve the requirements of

8  4G/LTE with each working group working in isolation.

9      47.     The interrelated nature of the 4G/LTE standard, for example, can be

10  illustrated by the fact that one cannot simply remove or swap out part of the standard

11  and retain functionality. I chose two patent families to provide concrete examples.

12  First, consider the patent family P23633.[6] P23633 is a 4G patent family, and the

13  technology it covers deals with CSI (channel state information) reporting, including

14  the use of a detailed report on the PUSCH (physical uplink scheduling channel) and a

15  less detailed report on the PUCCH (physical uplink control channel). CSI is important

16  for adapting the connection between the handset and the base station to the current

17  situation. This patent family might seem very technical and narrow, but removing it

18  from the standard, or modifying it, would have ramifications that ripple throughout

19  the standard. Without this technology, the system cannot achieve detailed CSI

20  reporting in a low-latency manner, and would have to either operate without detailed

21  CSI reporting on the PUSCH or use multiple PUCCH instances to convey detailed

22  information albeit with a high latency. This would result in poor scheduling

23  performance, or the system being forced to abandon transmission schemes designed

24  with CSI knowledge in mind (such as LTE, which requires detailed CSI being

25  available). One might consider a work-around of performing all reporting on the

26  PUCCH, but then a larger PUCCH would be required. A PUCCH capable of carrying

27  that much information (i.e., many bits of data) would affect the 36.211 technical

28

---

[6] EX-4170, EX-4171.

specification, and such a modified PUCCH would not be able to coexist with another (smaller) PUCCH on the same resource block, resulting in much less efficient multiplexing. The larger PUCCH would also result in large overhead as all handsets would need to be configured with a large PUCCH and periodically report, regardless of whether the base station needs the detailed CSI report or not. All of this would influence RRC signaling (detailed in TS 36.331), would impact handset procedures in determining PUCCH resources (detailed in TS 36.213), would impact how to multiplex ACK/NAK and CSI on the larger PUCCH (impacting both TS 36.211 and 36.213), and would require additional test cases in RAN4. Simply put, removing P23633 would have significant repercussions throughout the standard.

48.     Second, consider patent family P21430, which covers technology that relates to random access procedures, including time alignment when the uplink is in sync or out of sync.[7] The technology includes methods for setting a timer, which is used to let the handset know whether it remains synchronized and time-aligned. Time alignment is important, because it enables the handset and base station to communicate with minimal interference, by sending orthogonal messages. Furthermore, the timer is important, because it assists in ensuring the system remains time-aligned as the user moves throughout the cell and as the connection varies. It does so without sending constant random access requests, which would be inefficient. Again, this technology may sound very narrow, but modifying it within the standard would have far-reaching consequences. If there is no time alignment in a random access response, at least the third message in the sequence will be non-orthogonal (causing more interference), meaning that the system needs a mechanism for non-orthogonal uplink data transmission. This would require modification to define guard times in the frame structure, impacting TS 36.211, might require frequency-domain filtering to control interference, changing specifications in RAN4, and might require modified power-control mechanisms to handle non-orthogonality between

---

[7] EX-4152.

1   transmissions, impacting TPC procedures in TS 36.213, signaling in TS 36.212, and

2   frame structure and power scaling in 36.211. It might also require more frequent

3   control signaling than the current structure allows for, as it is not obvious that the

4   existing TPC per subframe is fast enough to accommodate these types of changes.

5   Any additional control signaling to support random access would decrease the control

6   signaling available for other functions and services supported by the standard. Further,

7   such a change could impact the number of OFDM receivers needed in the base station,

8   and would need new mechanisms in both the handsets and base stations to link the

9   non-orthogonal message 3 to the corresponding preamble (message 1)—which would

10  impact multiple areas and technical specifications (including TS 36.213, TS 36.321,

11  and TS 36.211). Preceding each transmitted data burst by a random-access attempt in

12  order to obtain time synchronization could lead to an excessive random-access load

13  and substantially reducing the resources available for data transmission. Removing the

14  technology in this patent family would further result in interference in the uplink

15  transmission of message 3, which causes a less efficient transmission. I do not see

16  how the technology claimed in P21430 could be removed from the 4G/LTE standard

17  while still providing a system of equivalent technical capabilities or performance.

18  **IV.   CRITIQUES OF DR. KAKAES AND DR. JAYANT'S IMPORTANCE**

19      **AND CONTRIBUTION METHODOLODIES**

20      49.     I have reviewed Dr. Kakaes' and Dr. Jayant's expert reports on the

21  importance and contribution of Ericsson's standard essential patents from February

22  2016. I disagree with the methodologies Dr. Kakaes and Dr. Jayant used, and I

23  disagree with their results as well.

24      50.     Dr. Kakaes and Dr. Jayant perform a patent-by-patent analysis of each of

25  Ericsson's charted 2G, 3G, and 4G essential patents. They allegedly determine the

26  "importance" or "technical value" of each Ericsson essential patent by taking one key

27  feature of Ericsson's patent claims and comparing it to a proposed alternative

28  technical solution. Similarly, Dr. Kakaes and Dr. Jayant allegedly determined the

"contribution" of Ericsson's essential patents by taking one key feature of Ericsson's patent claims and comparing it to an alternative. The alternative may be a written contribution to 3GPP, prior art, solutions known to a person of skill in the art, or removing the patented feature altogether.

51.     I disagree with using this patent-by-patent approach. As discussed above, the cellular standards are interconnected, and the patent-by-patent approach suggests that each contribution or idea is completely independent and modular in nature. As a result, Dr. Kakaes and Dr. Jayant suggest it is appropriate to simply swap out one contribution or idea for another, or to simply cut Ericsson's technology out of the standard altogether without any replacement, and that such an interchange or removal of technologies would be seamless and not disrupt the system in any way. This is incorrect. As I have discussed above, 3GPP has established specific procedures for working groups to coordinate their standardization work. Such procedures would be unnecessary and, in fact, a waste of time if each technical solution adopted into the standard were entirely independent of every other solution. The fallacy of their logic is also demonstrated by my analysis of P23633 and P21430 above.

52.     Dr. Kakaes' and Dr. Jayant's failure to consider the effect of substituting the alternative into the standard or removing the patented feature on the rest of the system exhibits a fundamental lack of understanding of how a standard operates. In my opinion, this is improper and renders their methodology flawed and unreliable. For example, as one may suspect, simply removing a feature will often cause problems with the remaining portions of the cellular system. Using a bicycle as an example, Dr. Kakaes and Dr. Jayant's methodology allows them to remove the handlebars on the bicycle and not replace them with another steering mechanism. The resulting bicycle would not be very useful to anyone, and certainly would not work as intended.

53.     Further, replacing the current version of technology (e.g., 4G) with the prior version (e.g., 3G) will often have a significant impact on system performance. Although Dr. Kakaes and Dr. Jayant suggest that they take performance into account,

1   the scope of the impact goes far beyond what they consider.

2      54.    Finally, Dr. Kakaes and Dr. Jayant do not consider whether their

3   proposed alternative solutions are patented by others. If they are patented by others,

4   they cannot be implemented at no cost to TCL. This is because TCL will need to seek

5   out a patent license from that other patent owner instead of Ericsson. For all of these

6   reasons, Dr. Kakaes' and Dr. Jayant's importance and contribution analyses are

7   flawed and inaccurate.

8   **V.    PARKVALL VALUATION ANALYSIS**

9      55.    To remedy the flaws in Dr. Kakaes' and Dr. Jayant's patent-by-patent

10  methodology, I chose to use a technology-by-technology analysis to determine the

11  technical value of Ericsson's essential patents. In this way I could account for several

12  things that Dr. Kakaes and Dr. Jayant did not consider. I could determine whether a

13  chosen alternative infringed other Ericsson patents (such that it is not truly a

14  non-infringing alternative) and I could determine the overall effect on system

15  performance. And instead of employing guesswork like Dr. Kakaes and Dr. Jayant to

16  measure the impact of a change on the system, I found existing literature and testing to

17  support my conclusions.

18     56.    Step One: I divided Ericsson's essential patents into 10 technology sub

19  areas to perform my analysis. Those 10 sub areas are: (1) Connection Establishment,

20  (2) Data Transmission, (3) Voice Coding, (4) Resource Allocation, (5) Link

21  Adaptation, (6) Mobility and Connection Control, (7) Sleep Mode Solutions,

22  (8) Security, (9) Advanced Antenna Solutions, and (10) Carrier Aggregation.

23     57.    I split the cellular telecommunication technology in the 2G, 3G, and 4G

24  standards into technical sub-areas. I performed this analysis with a team of Ericsson

25  engineers. We considered the 2G, 3G, and 4G cellular telecommunications systems

26  independent from an evaluation of Ericsson's standard essential patents (or any

27  patents at all), and attempted to logically split the handset-related technology by

28  function and application. While there may be other ways to divide the functionality of

the cellular network in order to analyze the technology, I believe that our division fairly captures the breadth of functionality encompassed by the 2G, 3G, and 4G standards. The split can be illustrated by considering a user with a handset, and what functions the handset needs to accomplish to effectively communicate with the network.

58.     When a user turns on a handset, the handset searches for and establishes a connection to a base station. In doing so, the handset registers itself with the cellular network, and can read information directed to the handset by the base station. **Connection Establishment** includes the technologies used to perform this initial connection, as well as technologies and functions used to move from "idle" to "connected" mode during regular use. Whenever the handset has been inactive (or, "idle") it must first establish a connection before it can send or receive data. Otherwise, the handset remains in an idle, disconnected state in order to conserve battery. In modern systems, the handset might disconnect and reconnect very quickly. This collection of technologies, as it is named, is about connecting to the network.

59.     Of course, once a user is connected to the network, the user will want to actually utilize their handset. The **Data Transmission** sub-area includes the technologies for sending and receiving data over the network connection. There are many different parameters and methods needed to ensure reliable and fast data transmission. For example, sometimes parts of data transmissions are not received correctly, so the standards include means to re-transmit erroneous data. There are many trade-offs that must be considered in these methods, because both receiving many re-transmissions and receiving many errors can slow things down and detract from the user experience. There is a large amount of time spent on ensuring these methods are the most efficient, to make sure the handset user receives the optimum user experience. Data transmission includes all of the different types of data that a user might send and receive using their phone, through a wide variety of applications.

60.     Voice transmission is an application that is a bit unique, and it requires

specialized technology. In order to transmit voice, a person's speech must be converted to data bits. The methods for translating and compressing voice signals, in order to efficiently transmit a voice signal without losing speech quality, are included in the **Voice Coding** sub-area.

61.     As discussed above, the handset user is connected to a base station, which enables him/her to utilize the network and send and receive data. Many handsets are connected to each base station, and the base station has to ensure that each handset has resources in the network. "Resources" refers to space—both in time and in frequency—to send and receive data. The Resource Allocation sub-area is the collection of technologies used in the 2G, 3G, and 4G standards for handsets to request resources and base stations to assign resources. Cellular telecommunication systems perform scheduling to manage resources within the network; the scheduler is responsible for assigning time, frequency, and code space to handsets seeking to communicate through the base station. Scheduling ensures, as much as possible, that all users receive the resources necessary to utilize the network (as requested), and that the resources are not dominated by a single user or set of users.

62.     When a person utilizes their handset, naturally, the quality of their connection varies. Some of this variation is due to variation in resources allocated to the user, and are handled generally by the technologies falling under the Resource Allocation sub-area. But other variations occur within the parameters of the connection at a moment or moments in time. For example, because handsets move around frequently, and sometimes at great distances, their connection strength might change. Often, when a handset is inside an elevator, or moving through a downtown space with many tall buildings, the connection will suffer from interference and lack of connectivity. The standards attempt to solve these problems by constantly adapting the connection to the current circumstances of the handset, and these methods are collected in the **Link Adaptation** sub-area. This ensures that, when a user's connection worsens, the link is adapted to increase error correction or otherwise

1   compensate, allowing the user to still utilize the connection effectively, even if at a

2   slower data rate.

3        63.    Users expect to be able to travel with their handset while remaining

4   connected, whether he or she is walking down the street, moving around a city, or

5   driving between cities. This movement will often cause the user to move between base

6   station cells, which can be as small as a couple hundred meters in densely populated

7   areas.

8        64.    **Mobility and Connection Control** includes the technologies that allow

9   handsets to move from one base station's cell area to another, including handover of

10  an active connection from one base station to another. These technologies also enable

11  the network to instruct a handset to switch base stations when the handset's

12  connection would be better at an adjacent base station. These methods are important

13  for ensuring seamless service as a user moves through the network, without dropped

14  calls or interruptions or degradation of connections while the handset is in transit.

15       65.    There are other sets of technology that build on these different features,

16  and are related but provide additional functionality. For example, maintaining a

17  connection, and constantly checking to see if the base station has transmitted anything,

18  is very costly to the handset from a battery perspective. One way to mitigate this is to

19  disconnect and reconnect (using the Connection Establishment type technologies).

20  However, reconnecting can also be costly—both in battery power and in network

21  resources. Advanced telecommunications systems have systems for a "sleep mode"

22  that exists in the connected state, and methods to implement this connected sleep

23  mode are gathered in the **Sleep Mode Solutions** sub-area. This area is related to

24  Connection Establishment, but different because these methods enable an "idle" or

25  sleep state *during* connected mode (and are not about re-establishing a connection).

26       66.    It is also important to any end user that their use of the network is secure,

27  and that only authorized users and base stations are able to interact with the network.

28  The Security sub-area includes the technologies used to ensure a certain level of

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

1   security across all connections, and enable users to send and receive data over the

2   telecommunications networks without worrying that any of this information is open to

3   the public. It also includes the technologies that enable the authentication and integrity

4   protection, to ensure that a user is unable to connect to (or otherwise affect) a network

5   if it is not authorized to use it.

6       67.     These functional sub-areas cover all of the historical functions of a

7   cellular telecommunications system. Unsurprisingly, as technology has advanced and

8   the capacity of cellular networks has steadily increased, the standardization groups

9   have come up with additional technologies to improve the performance of the

10  standards. Advanced 3G and 4G systems include methods for using multiple antennas,

11  which allows for beamforming and multiple connections between a single handset and

12  a base station. While later releases of 3G were adapted to include these technologies,

13  the 4G LTE system was built with multiple antennas in mind in the first release

14  (Release 8), and it is extremely important to achieving the performance objectives of

15  4G. These technologies are gathered in the **Advanced Antenna Solutions** sub-area.

16      68.     In advanced 3G and 4G systems, there are also technologies for

17  aggregating channels of varying sized bandwidths, giving the user a wider effective

18  channel, and thus speeding up data rates. These advanced technologies are gathered in

19  the **Carrier Aggregation** sub-area. In addition to providing faster data rates, the use

20  of varying sized channels both enables backwards compatibility with older systems

21  (which have channels with a fixed bandwidth) and enables network operators to utilize

22  noncontiguous (fragmented) bandwidth channels. In areas like the United States, it is

23  difficult to license large chunks of bandwidth, making it important for the standard to

24  allow carriers to use carrier aggregation to achieve the data rates contemplated by 4G.

25      69.     I worked with a team of highly qualified Ericsson engineers to split the

26  functionality of the telecommunications standards into these ten sub-areas. I believe

27  that it fairly captures the different functional groups within the standard. Of course,

28  there is some overlap between the sub-areas, as some technologies are important to

multiple sub-areas. This is not surprising, as the telecommunications standards are all interrelated and interdependent—the standards are built to enable all of these functions seamlessly.

70.    <u>Step Two</u>: I determined available non-infringing alternative technologies. I chose to approach non-infringing alternatives on a technology-by-technology basis, rather than a patent-by-patent basis. In my opinion, it is better to do this analysis on a technology-by-technology basis for a number of reasons. For example, it is better to consider alternatives as a whole because it is very difficult to change or eliminate one detail of one portion of the standard and assume that everything else in the system will work as planned. The standard is an entire set of functions that interrelate and work together, such that if one detail is changed, it may cause a chain reaction across the whole system. The result may be that the system does not function at all, or functions in a severely degraded way.

71.    As discussed above, one cannot swap out a part of the cellular standard and have the rest of it work seamlessly. Let us return to the bike analogy, this time considering the case of a modern mountain bike. It has a special carbon fiber frame, shocks on the front fork, special tires, specific rims, a braking mechanism, pedals, gears, a chain, and a hand shifter, among other things. While on a conceptual level one may argue the gears can easily be swapped out for another "non-infringing" set, this may not be possible. The new gears may require changes to the chain, the pedal configuration, and the hand shifter. For example, by substituting the gears on a 10-speed for those of a 20-speed bike, you will need at least a new chain and a new hand shifter to allow the bicyclist to be able to access gears 11 to 20.

72.    Now, let us consider how this scenario is impacted by a patent holder with multiple patents. The patent holder may have patents that cover the gear shifter, the braking mechanism, drivetrain, and the shocks on the front fork. The previous task of swapping out components gets much more complicated because not only do you have to make sure the substitute works properly with the existing bike, but now you

have to make sure it works with all the other substitutes as well. This makes it extremely difficult to create a complete and working system.

73.     I, therefore, chose to implement non-infringing alternatives on a per-technology basis. This means that I considered the alternatives to the technical sub-areas I described above. Using the mountain bike analogy, I considered the alternatives to the gears, the alternatives to the braking mechanism, the alternatives to the drivetrain, and the alternatives to the gear shifter. In this way, I strived to consider true alternatives—ones that would ensure that the consumer has a proper, working bike to get from place to place. This also made it easier to measure the benefits of the modern bike versus the alternative bike, as the alternatives I used were ones where I was more likely to find existing literature on the differences and improvements.

74.     Naturally, there is going to be some overlap in the patents in the technology sub-areas. This is because certain technologies may be used to support multiple features in a standard. For example, random access procedures are important for establishing a connection when the handset is powered on, and necessary for enabling mobility (when handing over and synchronizing to a new cell). Another example is technologies related to system information. System information must be read before establishing a connection to the network, and before moving to a new cell, and so relates to both the Connection Establishment and Mobility sub-areas. The design of system information also dictates how long the handset needs to spend reading it, and thus it is also related to the Sleep Mode Solutions sub-area. Using the bike analogy once again, there are components from the gear shifting system that need to interact with the drivetrain in order to shift gears (e.g., the rear derailleur). Thus, a patent covering technology used by the rear derailleur may be used by both the drive train and the gear shifting system. This is not "double counting" a particular patent because the technology has independent value to each component.

75.     Step Three: I assessed the technical value of Ericsson's essential patents as compared to the non-infringing alternative technologies. To do this, I reviewed

third-party literature and internal Ericsson testing documents to determine the performance differences between the systems enabled by Ericsson's technologies as compared to systems that do not include Ericsson's patented technologies. The literature I reviewed was either from third parties, from Ericsson, or was based on internal Ericsson testing and simulations that were done for purposes other than this litigation (and in most cases completed many years before TCL filed this case). My reference included conference papers and articles in journals, which are reviewed and vetted by third parties prior to publications.

76.     This is different than Dr. Kakaes who simply labeled the difference between the alternative and Ericsson's solutions as "important," "moderately important," or "marginally important" without any source materials, testing, or other documentation to confirm his opinion. As one example, this is the entirety of Dr. Kakaes' analysis for the P05544 family:

> As discussed above in the context of Importance, declaring a failure under a narrower set of circumstances (e.g., only when one, specific, signal flow has a problem as opposed to when either one of two or more flows have a problem) is simply a more aggressive approach to holding on to a connection, in the hope/expectation that the problem is temporary in nature. Some of the time this approach will prove to be better than the alternative; other times, worse.  Thus on average, the non-infringing approach is no better and no worse than the one practicing the claimed invention.

77.     As shown above, Dr. Kakaes has no basis for his opinion that sometimes Ericsson's approach "will [sometimes] prove to be better than the alternative; other times, worse." He does not quantify how much better or worse or what specifically is better or worse (e.g., is it latency, battery power, connectivity, some other measure of a cellular system's performance). He has done no testing, cited no sources, and provided no explanation at all. I do not believe this is a reliable or trustworthy way to evaluate performance from an engineering perspective. As a result, I located existing source materials from others in the industry or Ericsson to try and determine the technical tradeoffs between Ericsson's patents and the non-infringing alternative technologies I explain in detail below.

78.     In the remainder of my testimony, I will provide a detailed analysis of five of the technology sub-areas that provided the technical currencies Mr. Kennedy used to create his monetary valuation of Ericsson's standard essential patents. This will include a description of each technology sub area, my assessment of the non-infringing alternative technologies, and my opinion of the technical value of each technology sub-area as compared to those non-infringing alternative technologies. Following this, I will provide a high level overview of the remaining buckets and their benefits to cellular communications. However, because either I was unable to place a reliable technical currency on the technology sub-area, or Mr. Kennedy was unable to place a monetary value on the technical currency, I will not go into the same amount of detail for each of these remaining technology sub-areas.

**A.     Technology-by-Technology Analysis.**

79.     As noted above, step one of my analysis was to divide Ericsson's patents into 10 technology sub-areas. Below, I will discuss five of the technology sub-areas in detail: Data Transmission, Carrier Aggregation, Resource Allocation, Connection Establishment, and Sleep Mode Solutions.

**1.     Data Transmission.**

80.     The first subarea is Data Transmission. It relates to the procedures in the handset and in the network that are responsible for transferring data between the handset and network. Specifically, the Data Transmission technology bucket includes "link layer" or "Layer 2" technologies, which are those responsible for ensuring that data is transferred between the handset and the network. So, where Connection Establishment is related to technologies for setting up a connection between the handset and base station, Data Transmission technologies are responsible for getting data out of the handset, onto the air waves, and to the base station (and vice versa).

81.     Data Transmission includes many of the processes that are used for error correction. For example, Automatic Repeat Request (ARQ) and Hybrid ARQ (HARQ) are both technologies related to Data Transmission. ARQ and HARQ are both

1  technologies related to re-transmitting information if the receiver signals an error. A

2  simplified example is provided below:



15  If a base station transmits data to a handset (i.e., packets 1, 2, and 3), the handset will

16  send either an "ACK" signal (an ACKnowledgement to signal that the data was

17  received correctly) or a "NACK" signal (a Negative ACKnowledgement to signal that

18  the data was not received correctly). If the base station receives an "ACK" signal, it

19  transmits the next set of data in the transmission (i.e., packets 4 and 5). If the base

20  station receives a "NACK" signal (i.e., for packet 2), it re-transmits the incorrectly

21  received data (i.e., packet 2).

22      82.     This example illustrates the idea behind ARQ. The current ARQ

23  protocols include a lot of sophisticated and advanced schemes built on the illustrated

24  fundamental principle.

25      83.     This ARQ process occurs on both ends, so the process is similar if the

26  handset is sending information to the base station. HARQ is a more advanced version

27  of ARQ, where the transmitter re-transmits a differently coded version of the original

28  data block if it received a "NACK" signal. HARQ is typically using soft combining

1   which means that the receiver stores incorrectly received data blocks and combines
2   them with the retransmissions rather than discarding the incorrectly received data
3   blocks. HARQ is designed to make transmissions more efficient.

4       84.     The underlying need for ARQ and HARQ stems from the fact that the
5   varying quality of the transmission link between the handset and the network, which
6   causes occasional errors to the data in transit. The link quality can suddenly drop
7   drastically when, for example, the user is turning around a street corner, or when
8   another handset nearby suddenly interferes with the radio signal. The transmission
9   errors are then corrected through the ARQ and HARQ techniques above.

10      85.     In addition to ARQ/HARQ related functionality, Data Transmission also
11  includes functionality related to processing, routing and multiplexing of data units in a
12  handset, for example to ensure adequate Quality of Service. Prioritization of different
13  data flows can be extremely important for the user experience and ensuring consistent
14  or acceptable quality of service. For example, voice calls require regular data packet
15  transmissions, and are likely to be prioritized over transmissions such as e-mail or a
16  file download, in order to maintain the speech quality for the duration of the voice
17  call. This can be illustrated with an analogy to an airport. At the airport, people with
18  tight connections can sometimes be prioritized at security or other checkpoints in
19  order to not miss the flight. This is similar to how voice transmissions are prioritized,
20  to ensure they are of good quality. Back at the airport, people with a business class
21  ticket or a special airline status can use a priority lane, while the rest of the travelers
22  have to use the longer line. The people in business class paid to get higher quality, and
23  some cellular data transmissions (for example, emergency calls) are treated this way
24  too. The rest of the travelers did not and, like a background email download, they do
25  not receive any priority.

26      86.     Ericsson has 38 charted essential patent families covering technology that
27  contributes to the Data Transmission technology sub-area. They are the following
28  patent families: P06199, P06425, P07925, P08575, P08804, P10867, P11899, P11904,

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

1   P12947, P13459, P15300, P17631, P19911, P21738, P23018, P23682, P23893,

2   P23894; P23985, P24000, P24228, P24673, P24916, P24985, P25658, P26724,

3   P26967, P27011, P27172, P28186, P28281, P31006, P31755, P31931, P31948,

4   P32498, P32787, and P35575.[8] Together, these patent families claim inventions

5   related to a wide variety of procedures covering the full breadth of Data Transmission

6   technologies, including, for example, ARQ and HARQ functionality; service quality

7   control; efficient status and feedback reporting; header compression; re-sequencing of

8   data packets at the receiver; and control signaling.

9                    a.      **Importance of Ericsson's Technical Innovations.**

10          87.    Each of the functions noted above must be implemented by a standard-

11   compliant handset in order to be functional. In addition, they provide a number of

12   benefits, including increased data rates, throughput, and bit rates. That is, they enable

13   faster data rates for the end user, making applications quicker and making the user

14   experience much better. For example, for an end user to experience the very high

15   bitrates offered by modern cellular networks, the system should have residual packet

16   loss rates below $10^{-5}$ or $10^{-6}$ and a very low latency.[9] EX-4979 is an authentic copy of

17   an article titled "ARQ Concept for the UMTS Long Term Evolution," by Michael

18   Meyer, Henning Wiemann, Mats Sågfors, Johan Torsner, and Jung-Fu (Thomas)

19   Cheng. This can only be achieved with a very sophisticated ARQ/HARQ scheme.

20          88.    As another example, Data Transmission technologies also enable

21   efficient transmission of data units between the handset and the network. This ensures

22   that handset functions with different quality of service requirements can be served

23   well and efficiently, particularly at times when the resources in the cellular network

24   are stressed.

---

25   [8] *See* EX-5349 at 5349.1-5349.6 (Appendix 1).

26   [9] EX-4979 ("ARQ Concept for the UMTS Long Term Evolution", Michael Meyer, Henning Wiemann, Mats Sågfors, Johan Torsner, Jung-Fu (Thomas) Cheng) (stating

27   that for "a well-performing system it is important that delays are minimized" and that the "packet loss rate should clearly not exceed $10^{-5}$ for the optimistic case of 10 ms

28   fixed network delay, while loss rates below $10^{-6}$ are required for 25 ms fixed network delay.").

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

89.     Over the years, Ericsson has contributed a large number of solutions that enhance Data Transmission in ways that critically affect the handset performance, as described above.[10] For example, many of Ericsson's patented solutions relate to ensuring that ARQ/HARQ feedback mechanisms are fast, efficient, and accurate, and that ARQ and HARQ are integrated well with other functions in the handset. Further, several of Ericsson's patented solutions that were included in the 3G standard were also included in the 4G standard, which shows that Ericsson's patented solutions have sustained through the technical development from 3G to 4G and are among the best known solutions for Data Transmission.

## b.     Non-Infringing Alternative Technologies to Ericsson's Data Transmission Patents.

90.     As described above, the second step in my analysis is to determine a non-infringing alternative to Ericsson's Data Transmission Patents. I considered the fact that Ericsson has a large number (38) of essential Data Transmission patents across a variety of features. Going back to the mountain bike example, this means that there are patents covering a large number of components of the mountain bike, and so the most reasonable way to ensure a functioning and complete system is to go back to a previous generation of bike that did not include the patented technologies. More specifically, Ericsson's 38 Data Transmission patents cover ARQ and HARQ functionality; service quality control; efficient status and feedback reporting; header compression; re-sequencing of data packets at the receiver; and control signaling. To find substitutes for all of these technologies that would work together to form a complete and functioning system, I looked to previous generation cellular systems or alternative Data Transmission systems as explained below.

91.     Because so many of Ericsson's Data Transmission patents were incorporated into both the evolved 3G and 4G standards, it would not be possible to

---

[10] *See, e.g.,* EX-410 (Signals 2010); EX-1077 (Signals 2014); EX-1045 (Signals 2015).

1  create a non-infringing alternative that uses evolved 3G or 4G technologies. Thus, one

2  alternative would be to implement a system based on early 3G Data Transmission

3  technologies. More specifically, this alternative would be based on an early 3G

4  sliding-window selective repeat protocol. The sliding-window alternative would not

5  be able to fully utilize the higher data rates that 3G or 4G provides, and would

6  therefore be significantly de-featured compared to existing 3G or 4G systems.

7       92.    For Ericsson's 2G Data Transmission technologies, a non-infringing

8  alternative would be a significantly de-featured 2G system. It would not be able to use

9  the adaptive re-transmission solutions adopted by 2G for GPRS and EDGE, or

10  implement incremental redundancy effectively. 2G Data Transmission technologies

11  evolved significantly between early 2G systems and GPRS, and a system without the

12  newer 2G Data Transmission technologies would experience significantly slower data

13  rates. I considered a 2G alternative because, as I understand it, the parties agreed to a

14  release payment for past infringement, which would include 2G patents that have

15  recently expired.

16             **c.**    **Technical Valuation Over the Non-Infringing**

17                   **Alternative Technologies.**

18       93.    In summary, I have found that the technical value of 3G and 4G Data

19  Transmission technologies can be calculated as: (1) a smaller buffer memory for layer

20  2 packets by a factor of 10, (2) at least a 10% higher data rate over the alternative,

21  and/or (3) at least a 50% higher system throughput, depending on the alternative

22  considered. Although 2G Data Transmission technologies enable the system to

23  experience significantly fewer packet losses (resulting in a much smaller required

24  memory), I was not able to calculate a technical value for this alternative that I felt

25  was sufficiently reliable based on the information at my disposal.

26       94.    The sliding-window alternative for 3G and 4G would have significantly

27  higher latency than current 3G and 4G technologies. In such an alternative system, the

28  time needed to make a retransmission would be about 140 ms as compared to 16 ms in

1    evolved 3G with 2ms TTI and 8 ms in 4G. [11] EX-5027 is an authentic copy of pages

2    from the book "WCDMA FOR UMTS – HSPA EVOLUTION AND LTE," 4th

3    edition. Such an increase in retransmission time from 16 ms to 140 ms would not be

4    commercially acceptable for evolved 3G (HSPA) or 4G users. This is because slower

5    retransmission times result in higher latencies. A higher latency means increased

6    delays in the connection, which results in slower effective data rates and a worse user

7    experience.

8        95.    Another drawback of the sliding-window alternative is that it would

9    require the handset to have a much bigger buffer. The buffer size that the handset

10   needs for storing data packets in transit is proportional to the bitrate of the system and

11   how quickly ARQ/HARQ retransmissions can be made. For example, if a handset in

12   the system has a very high bitrate (i.e., it can transmit a high number of data packets at

13   a time) but it can only send retransmissions infrequently (because it takes a long time

14   to receive status reports from the receiver), then the handset needs to be able to store

15   (in a buffer) all the transmitted data packets in transit for a long period of time so that

16   they can all eventually be re-transmitted to the base station. On the other hand, if the

17   same high-bitrate handset receives quick and accurate status feedback from the

18   receiver (as with evolved 3G and 4G Data Transmission technologies), then the

19   handset buffer can be much smaller because it does not have to store packets that need

20   to be retransmitted for very long. The same reasoning applies when the handset acts as

21   a receiver, because higher layer protocols and applications typically benefit from

22   receiving data packets in the same order as they were originally transmitted. Thus, if

23   packets are missing due to re-transmissions and remain so for significant time-periods,

24   then the handset must be equipped with significantly larger buffers.

25       96.    Evolved 3G has a roundtrip time of 16 ms, compared to 140 ms in the

26   alternate system, a factor of approximately eight larger. Therefore, for 3G, the

27

28   _____
[11]EX-5027 (Toskala Holma, WCDMA FOR UMTS – HSPA EVOLUTION AND
LTE 4th edition) p. 268 – 269.

handset's buffer would need to be around eight times larger if it uses the sliding-window alternative as compared to a 3G handset using evolved 3G or 4G Data Transmission technologies.

97.     Similarly, for 4G the handset's buffer would need to be at least fifteen times larger if it uses the sliding-window alternative as compared to evolved 3G or 4G Data Transmission technologies. A measure of the roundtrip time in 4G is 8 ms, and the alternative system would have a roundtrip time of approximately 140 ms. Thus, the roundtrip time is approximately sixteen to seventeen times faster in 4G, meaning that the buffer in the alternative system would likely need to be at least fifteen times larger. The buffer is the space required to keep track of incoming and outgoing data. There is one buffer in each direct (incoming and outgoing data), each of which gets larger when the latency increases. As a transmission comes in, the receiver will request retransmission if there are errors. The receiver buffer in the handset must be large enough to hold onto the set of incoming data units until it has successfully decoded all data units in correct sequence, which it then releases to the handset applications. In other words, when a data unit is being re-transmitted, the handset buffer must accommodate all subsequent data units until the missing one is successfully re-transmitted and decoded without errors. A longer roundtrip time means that the data units build up in the buffer until the new transmission comes in correcting the error. Thus, the buffer size required for an effective system is roughly proportional to the changes in roundtrip time.

98.     The sliding-window alternative to Ericsson's 3G and 4G technologies would also lack solutions to avoid stale HARQ/ARQ retransmissions. There are several sources for "stale" retransmissions, and two examples are illustrated by the figure below.



99.     As can be seen in the example, the data unit 2 has been lost over the radio interface, which is first detected when data unit 3 is received, triggering a NACK (negative acknowledgment) for unit 2. This is detected again when data units 4 and 5 are received, because the system still does not have data unit 2—triggering two more NACKs. The base station will act on all of the NACKs, retransmitting data unit 2 three times, even though there was only one failed transmission initially. In the example the transmission of the third NACK is delayed because of scheduling delays and the third retransmission is requested even if data unit 2 was actually received when the third NACK is transmitted. These sorts of "stale" retransmissions are avoided in the modern LTE system that uses Ericson's patented technologies.

100.   As a result, a conservative estimate is that this alternative would require one additional retransmission of each corrupted data packet compared to a system using Ericsson's patented technology. If a packet loss of 10% is assumed over the radio link, this would result in an effective data rate of over 10% less than a system using Ericsson's technology.[12] Therefore, we can conservatively estimate the gain in

---

[12] 10% is a number typically used in 3GPP for the HARQ loss rate. We use this number in conjunction with implementation discussion. For example, when

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

data rate due to Ericsson's technologies as at least 10%. But the data rate gains are actually even larger, considering that Ericsson's technology enables the additional advantage of short TTIs used in modern 3G and 4G. Performance evaluations of this technology have shown an increase in the system throughput of about 50-60% at high loads, as can be seen below: [13]

In Figure 4, the 95th percentile noise rise is plotted as a function of the no malized system throughput. Due to the hybrid ARQ, the E-DCH can achieve a higher system throughput than Rel5 for the same noise rise limit. As the 2 ms TTI can allow for a larger number of transmission attempts, the hybrid ARQ gain is larger. For example, at 6 dB noise rise the gain in system throughput is about 18 % for 10 ms TTI and 54 % for 2 ms TTI.

The benefits with a shorter TTI and hybrid ARQ can also be seen in terms of packet bit rate. In Figure 5, the 95th percentile packet bit rate is plotted as a function of the system throughput. In order to simplify the comparison, the axes have been normalized with respect to Rel5 perfo mance. The maximum system throughput is increased by 20-60%, depending on the TTI length. Although the simulation set-up is tuned to give comparable delay characteristics at low load, a gain in packet bit rate is seen also at low load (13-17%). The reason is that the data rate achieved after HARQ transmissions is slightly larger than what was targeted, as the 2 ms TTI alternative provides slightly higher data rate than the 10 ms TTI.

EX-5001 is an authentic copy of an article titled "WCDMA Evolved – High-Speed Data Access." I am an author. The above shows two different ways of measuring the improved system throughput. A conservative estimate is, therefore, that a system using evolved 3G and/or 4G technology provides at least 50% higher system throughput than an alternative ARQ solution.

    101.   For 2G, I considered the disadvantages to an alternative de-featured 2G system, but did not calculate a concrete numerical benefit. However, in my opinion this alternative would be unable to use the adaptive re-transmission solutions adopted by evolved 2G (called GPRS and EDGE). A performance drawback in such an

---

considering what we should target when setting all the different parameters in a system.

[13] EX-5001 (WCDMA Evolved - High Speed Data Access, 3G Mobile Communication Technologies, 2004).

1   alternative system is that re-transmissions could be unsuccessful due to the lack of

2   flexibility to adapt the transmission scheme to the link conditions. This would result in

3   packet losses, because if a re-transmission is unsuccessful, the packet is never

4   transmitted to the other device. Lost packets mean lower data rates, a general

5   degradation in service, and potentially an unusable connection. In the alternative, the

6   handset would also have to include a significantly larger buffer to enable efficient

7   HARQ as noted above, which would drive up the cost of the handset substantially.

8       102.   In summary, I believe that the benefits of 3G and 4G Data Transmission

9   technologies are (1) a smaller buffer memory for layer 2 packets by a factor of 10,

10   (2) at least a 10% higher data rate over the alternative, and/or (3) at least 50% higher

11   system throughput. I have not provided a technical currency for 2G Data Transmission

12   because I was not able to perform sufficiently detailed calculations to arrive at a

13   reliable technical currency. However, I believe that 2G Data Transmission

14   technologies provided technical value over the next alternative, or the industry would

15   not have adopted them. But for the purposes of this analysis, I have not quantified this

16   value. I understand that Mr. Kennedy takes the technical currency noted above,

17   calculates its monetary value, and assigns a portion of that value to Ericsson.

18       **2.    Carrier Aggregation.**

19       103.   The next technical sub-area is Carrier Aggregation. It refers to

20   technologies for combining frequency bands together to increase the available

21   capacity, peak performance, and data rates. At a high level, Carrier Aggregation

22   allows network operators to combine radio channels within the same or different

23   frequency bands to get much higher bandwidth and data rates. Network operators have

24   to license or buy particular frequency bands for their networks. Over time, they may

25   have become fragmented so that they don't have a single large band of frequencies to

26   allow large amounts of data traffic to travel over the air at once. Carrier Aggregation

27   is the technology that flexibly combines these fragmented bands together. Basically,

28   instead of two one lane roads for cellular traffic, Carrier Aggregation combines them

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

1  into a larger highway to provide freer and faster flow of traffic. For example, one
2  could expect to double the data rate aggregating two equal sized carriers, triple the
3  data rate with three carriers, etc., resulting in much better download and upload
4  experiences for end users.

5      104.  Carrier Aggregation also enables backward and forward compatibility for
6  handsets. In other words, a handset not capable of Carrier Aggregation can still
7  connect to and use a Carrier Aggregation-based network. Similarly, a Carrier
8  Aggregation-capable handset can still connect to networks that do not use Carrier
9  Aggregation.

10     105.  Ericsson has 18 charted patent families covering technology that
11 contributes to the Carrier Aggregation technology sub-area. They include the
12 following patent families: P19103, P21172, P24557, P25949, P27363, P28627,
13 P29465, P30749, P31006, P31755, P32173, P32205, P32498, P33108, P34406,
14 P35159, P35575, and P38458. [14] Together, these patent families claim inventions
15 related to a wide variety of procedures covering the full breadth of Carrier
16 Aggregation Solutions, including, for example, activation of carrier aggregation;
17 HARQ feedback; uplink sounding; power control; variable bandwidth aggregation;
18 and CQI signaling.

19              a.    **Importance of Ericsson's Carrier Aggregation Technical**
20                    **Innovations.**

21     106.  Carrier Aggregation is important to the 3G and 4G standards and
22 provides a number of benefits, including a better uplink peak to average ratio, better
23 spectral efficiency, better coverage, high user rates, and higher capacity. Ericsson has
24 contributed significantly to these Carrier Aggregation technologies in 3G and 4G in
25 ways that have an important effect on handset performance. [15] As the expected data
26 rate requirements for future cellular systems will increase significantly, the need for a

27 _____

[14] *See* EX-5349 at 5349.7-5349.9 (Appendix 2).
28 [15] *See, e.g.,* EX-410 (Signals 2010); EX-1077 (Signals 2014); EX-1045 (Signals 2015).

WITNESS DECLARATION OF STEFAN PARKVALL;
                                          CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

1    flexible carrier aggregation scheme will only increase.

2        107.   Further, Carrier Aggregation enables standard-compliant handsets to

3    work in a backwards compatible way in legacy single carrier networks, as well as for

4    legacy non-carrier-aggregation capable handsets to operate using one of the carriers in

5    a multi-carrier-capable network, allowing for smooth roll-out of services. One carrier

6    after another can be added or subtracted as the need for the individual user varies.

7        108.   Carrier Aggregation is also useful in deployments with fragmented

8    spectrum facilitating true broadband experience in such environments. That is, the

9    network may "piece together" multiple pieces of spectrum (e.g., 5 MHz and/or 10

10   MHz 4G carriers), and let the user experience essentially the same data rates as a

11   contiguous 20 MHz 4G carrier. Fragmented spectrum is a common scenario,

12   particularly in the U.S., and a wide range of different band combinations are in use

13   worldwide. Therefore, inter-band aggregation of unequal bandwidth is important,

14   especially for U.S. operators, where spectrum is extremely expensive.

15                    **b.    Non-Infringing Alternative Technologies to Ericsson's**

16                            **Carrier Aggregation Patents.**

17       109.   I again considered the fact that Ericsson contains a number of patents

18   across many different aspects of carrier aggregation, including activation of carrier

19   aggregation; HARQ feedback; uplink sounding; power control; variable bandwidth

20   aggregation, and CQI signaling. These solutions are also interrelated. Thus, to ensure

21   a fully functioning and complete alternative system, I looked to previous generations

22   of Carrier Aggregation or other Carrier Aggregation systems as a whole.

23       110.   A first alternative to Ericsson's 4G Carrier Aggregation patents would be

24   a severely de-featured Carrier Aggregation system using fixed width smaller channels

25   based on a 1.4 MHz basic system (since 1.4 MHz is the smallest 4G bandwidth

26   configuration) that are constantly activated.

27       111.   A second 4G alternative would be to not implement Carrier Aggregation

28   technology at all. This system would be based on an early 4G system, but without

bandwidth flexibility. This system would either be defined at 20 MHz, which would give the end user fast data rates, but is not be feasible for many operators (as many operators do not have 20 MHz of contiguous bandwidth available) or would be defined at a smaller bandwidth (such as 1.4 MHz), which would result in substantially lower effective data rates.

112.   An alternative to Ericsson's 3G Carrier Aggregation patents would also be to not implement Carrier Aggregation at all. This system would be the HSPA system in Release 6, which had fixed 5 MHz bandwidth and hence lower data rates than a carrier-aggregation capable HSPA system.

### c.   Technical Valuation Over the Non-Infringing Alternative Technologies.

113.   In summary, I have found that the technical value of 4G Carrier Aggregation technologies can be calculated as (1) enabling an uplink peak-to-average ratio that is around 3.5 db better (than an alternative based on an aggregation of a set of 1.4 MHz carriers), (2) having 16% better spectral efficiency, (3) a 10 dB coverage improvement, and/or (4) up to 80% higher user rates or 40% higher capacity. While I have examined the benefits of Carrier Aggregation technologies to a 3G system, and believe any alternative systems would not be commercially viable, I was not able to calculate a specific technical value as it would be extremely difficult to estimate. And, in any event, it is more likely that conventional 3G would be used without any carrier aggregation.

114.   The first 4G alternative I considered was a severely de-featured Carrier Aggregation system using fixed width smaller channels that are constantly activated. Such a hypothesized solution would, for example, exhibit an uplink peak-to-average ratio approaching conventional OFDM which is around 3.5 dB worse[16] than single-carrier transmission, as can be seen in the graph below: [17]

---

[16] EX-5028 at § 4.3.
[17] *Id.*



FIGURE 4.9
PAPR distribution for DFTS-OFDM and OFDM, respectively. Solid curve: QPSK. Dashed curve: 16QAM

115.   The terminal would then also require a correspondingly larger power amplifier, because the power amplifier needs to be designed for the peak power. Higher peak-to-average power ratio requires a larger power amplifier to handle the peak power. Two systems with the same average power could require different sized power amplifiers because of different peak powers.

116.   Furthermore, such a hypothetical system using 14 carriers of 1.4 MHz each (resulting in a total bandwidth of 19.6 MHz) would have around 16% worse spectral efficiency than a system with a single 20 MHz carrier. This is because the single 20 MHz carrier uses all the available 1200 subcarriers, and the fourteen 1.4 MHz carriers use 72 subcarriers each, giving 1008 used subcarriers and 1200-1008=192 subcarriers being unavailable and serving as guard bands as illustrated below. This results in a 16% loss ((1200-1008)/1200). The reduced spectral efficiency means, among other things, a 16% reduction in the achievable peak data rates as well as a less efficient usage of the operators spectrum assets.



117.   As a result, the alternative system would have lower data rates and/or system capacity, increased system information overhead, and require separate timing control loops for each of the component carriers with a corresponding overhead impact.

118.   Such a hypothetical system would also require that all handsets be capable of symmetric carrier aggregation, *i.e.* that each downlink carrier has an individual uplink carrier (which is not the case in many handsets today). This is because it would be missing innovations that were developed in LTE to enable several downlink carriers but only one uplink carrier. Conventional methods would require symmetrical carriers in order to send the ACK/NACK from HARQ. This would further negatively impact handset cost and performance, because of inefficient feedback of signaling. This is because each carrier would need to have a separate transmission mechanism for feedback signaling instead of sharing one mechanism. These drawbacks would decrease data rates, decrease battery life, increase handset cost, and severely affect handset performance.

119.   The second 4G alternative (no Carrier Aggregation) would have significant reductions in bandwidth availability, causing an artificially low limit to data rates. This is because a non-carrier aggregation system would only be able to use single carriers, which limits the available bandwidth and data rates to what can be

1  accomplished over that single carrier. For example, Nokia notes that the data rate with

2  a single 10 MHz carrier is about 30 Mbps (Megabits per second).[18] EX-4984 is an

3  authentic copy of a Nokia Whitepaper, titled "LTE-Advanced Carrier Aggregation

4  Optimization."

5      120.   In contrast, Carrier Aggregation collects pieces of spectrum together to

6  accumulate more spectrum and thus, more speed. The same Nokia paper shows that

7  using Carrier Aggregation to combine two 10 MHz carriers brings the average data

8  rate to 60 Mbps.[19] By adding twice the spectrum, the handset is able to experience

9  twice the speed. The speeds continue to increase as the network adds even more

10  spectrum: aggregating a 20 MHz carrier and a 10 MHz carrier brings the data rate to

11  225 Mbps and adding two 20 MHz carriers provides a data rate up to 300 Mbps.[20]

12      121.   As shown above, a non-Carrier Aggregation alternative is insufficient for

13  today's needs because it artificially limits the available bandwidth and data rates

14  available to users. Further, Carrier Aggregation will be even more crucial in the

15  future, as it delivers a potential aggregated bandwidth of up to 100 MHz (using five 20

16  MHz aggregated LTE carriers ), and the latest release of the 4G standard (Release 13)

17  expands bandwidth to 640 MHz using 32 aggregated carriers.

18      122.   Further, the non-Carrier Aggregation alternative would severely hamper

19  competition because the number of operators with 20 MHz continuous spectrum is

20  limited. It is hard to find 20 MHz contiguous spectrum for a new operator to compete

21  with incumbent operators; however, it is easier to find smaller portions of spectrum

22  (e.g., 5 or 10 MHZ) that an operator can aggregate together.[21]

23

24

25

26

27  [18]EX-4984 (Nokia, "LTE-Advanced Carrier Aggregation Optimization") at p. 4.
   [19] *Id.*

28  [20] *Id.*
   [21] EX-5028 at Ch. 19.

123.   The non-Carrier Aggregation alternative also has reduced network coverage compared to a Carrier Aggregation-capable system. By aggregating spectrum in lower frequencies with that of higher frequencies, coverage can be increased by about 10 dB as shown below:[22]



124.   In a network, bad coverage must be addressed by adding more base stations, which increases the cost of equipment in a network, which is subsequently passed on to end users who utilize the network. Even more directly, bad coverage areas result in worse user experience closer to the border of a cell, where the user will experience a higher rate of failed calls, or lower throughput and higher latency.

125.   A 4G system without Carrier Aggregation would also lack the spectrum flexibility of 4G as currently implemented, causing network congestion, inefficient spectrum usage, and higher costs for the end users. As the Nokia paper shows, when carrier aggregation (here 20 + 20 MHz) is activated and all handsets support carrier aggregation, these handsets are able to experience an 80% higher data rate even at high load:[23]

---

[22] EX-4984 at p. 9 (ERIC_TCL00776339).
[23] EX-4984

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx



126.   This same example also shows that this system can support 40% more data being pushed through the network while maintaining the same data rate experience as without Carrier Aggregation.[24] Another third-party source shows that throughput, which is a measure of the actual data rate, can in many cases almost double by aggregating carriers as shown below: [25]



127.   EX-4976 is an authentic copy of an article by 4G Americas titled "LTE Carrier Aggregation – Technology Development and Deployment Worldwide."

---

[24] *Id.*
[25] EX-4976 (4G Americas, "LTE Carrier Aggregation – Technology Development and Deployment Worldwide,") at p. 21 (ERIC_TCL00775207).

128.   As shown, aggregating two 5 MHz carriers almost doubles the throughput from about 38 Mbps to about 70 Mbps, and aggregating two 10 MHz carriers almost doubles the throughput from about 77 Mbps to 145 Mbps.[26] Such increases in throughput illustrates the importance of flexible inter-band aggregation for operators with a fragmented spectrum situation, which is particularly common in the U.S.

129.   For the 3G alternative, I was unable to calculate a numeric value on the difference between a system with Carrier Aggregation and one without for 3G. However, similar to 4G, a 3G system without Carrier Aggregation would result in degraded system capacity and decreased data rates at a minimum.

130.   In summary, I believe the technical value of 4G Carrier Aggregation technologies can be calculated as (1) enabling an uplink peak-to-average ratio that is around 3.5 dB better, (2) having 16% better spectral efficiency, (3) a 10 dB coverage improvement, and/or (4) up to 80% higher user rates or 40% higher capacity. I have not been able to reliably calculate the precise technical value of 3G Carrier Aggregation technologies, but they do provide a number of benefits. Otherwise, the industry would not have implemented these techniques in 3G. I understand that Mr. Kennedy takes the technical currency noted above, calculates its monetary value, and assigns a portion of that value to Ericsson.

### 3.   Resource Allocation.

131.   The next subarea is Resource Allocation, which refers to solutions for allocating time and frequency resources between the handset and the network. This technology subarea ensures that everyone is able to get the service they need at the quality they need. Resource Allocation also includes efficient sharing of resources between handsets so that most, if not all, end users receive adequate service quality, even if the capacity of the cell is strained.

---

[26] *Id.*

132.   In cellular telecommunications systems, the geographic coverage area is split into different "cells." Each cell (shown with a hexagon) is serviced by a base station, as can be graphically seen below:



133.   The base station is responsible for allocating its resources to the handsets within its area. This ensures that all of the handsets get a similar quality of service, and are able to use to the network. The base station considers the connections requested by the handsets, and allocates the handsets space for the data transmissions in the time and frequency domain. That is, the handset is given space in a radio channel to use for data transmission. When congested, base stations may reallocate limited resources to ensure that time sensitive traffic (e.g., voice calls, video calls, live video games) are given a higher priority over other data (e.g., text messages, email).

134.   Ericsson has 42 charted essential patent families covering technology that contribute to the Resource Allocation technology sub-area. They include the following patent families: P04940, P07567, P08575, P08804, P09037, P12207, P19103, P19911, P21239, P21738, P22430, P23018, P23426, P23633, P23682, P24466, P24860, P25336, P25409, P25975, P25990, P25999, P26071, P26744, P27172, P28747, P29482, P30030, P30565, P30749, P31172, P31931, P31948, P32173, P32205,

P32498, P33108, P33465, P34420, P34422, P35575, and P37869.[27] Together, these patent families claim inventions related to a wide variety of procedures covering the full breadth of Resource Allocation technologies, including, for example, channel mode adaptation; variable bandwidth carriers; timeslot allocation in various connection configurations; channel quality reporting; and semi-persistent resource allocation.

### a.   Importance of Ericsson's Resource Allocation Technical Innovations.

135.   Each of the functions noted above must be implemented by a standard-compliant handset in order to be functional. In addition, they provide a number of benefits, including higher user throughput, better spectral efficiency, better control channel efficiency, increased peak data rates, higher quality of service, and lower transmission delays.

136.   Resource Allocation is vital to the operation of the 2G, 3G, and 4G standards. In 2G and 3G networks, Resource Allocation is important to ensure that resources are distributed efficiently across the handsets connected to given base station. As modern 4G systems have evolved, Resource Allocation technologies have only increased in importance. These systems have to deal with data traffic patterns very different from those of early 2G and 3G. In these early systems, phones were typically only capable of voice calls. Therefore, resources were allocated for the duration of a call and then released. In contrast, today's 4G smartphones use data very intermittently to send and receive email, text messages, and data for applications like Twitter, Facebook, and others, all throughout the day.[28] EX-4994 is an authentic copy of an Seven White Paper titled "Push Technology: A Key Ingredient of Application

---

[27] *See* EX-5349 at 5349.10-5349.15 (Appendix 3).

[28] EX-4994 (PUSH TECHNOLOGY: A KEY INGREDIENT OF APPLICATION INTERACTIVITY, Seven White Paper); EX-4985 ("Packet Inter Arrival Time Distribution for Smartphones" by Håkan Svensson, Ericsson, 2016-01-12); EX-4999 (LTE Radio Resource and UE Power Consumption with DRX Settings for Delay Tolerant Traffic, by Jonas Wiorek, Ericsson, 2015-04-21).

WITNESS DECLARATION OF STEFAN PARKVALL; CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

Interactivity," EX-4985 is an authentic copy of an article titled "Packet Inter Arrival Time Distribution for Smartphones" by Håkan Svensson, and EX-4999 ███████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

137.   This is called "bursty" traffic because it happens in short bursts. As a result, 4G systems require very different Resource Allocation technologies compared to those in early 2G and 3G networks.

138.   In addition, a very large number of handsets may compete simultaneously for transmission resources, requiring the system to allocate resources properly to meet everyone's needs. Advanced coding, modulation and multi-antenna solutions have also been introduced in cellular systems. However, those solutions cannot be used efficiently in resource allocation decisions unless the scheduler, *e.g.* in a base-station, has adequate information about both the link quality, the power headroom available in the handsets, and the buffer occupancy of the handsets. That is, to effectively allocate resources to handsets, the base station needs to have information about the handsets, in terms of their ability to maintain types of connections, and also have information about the channel conditions of those handsets. This allows the base station to allocate sufficient resources for the transmission the handset is seeking.

b.   **Non-Infringing Alternative Technologies to Ericsson's Resource Allocation Patents.**

139.   As with the alternatives for Data Transmission, I considered that Ericsson has a large number (42) of Resource Allocation patents across a variety of features, including channel mode adaptation; variable bandwidth carriers; timeslot allocation in various connection configurations; channel quality reporting; and semi-persistent resource allocation. Thus, the most reasonable way to ensure a fully functioning and complete system in this case is to go back to a previous generation of cellular technology or a previous Resource Allocation system as explained below.

140.   One alternative to using Ericsson's 4G Resource Allocation patents is to use a 3G resource allocation mechanism (which, of course, would in turn infringe Ericsson's 3G Resource Allocation essential patents). This alternative would require that handsets substantially share the same time and frequency resources. It would also require allocation of resources in the code and power domain. Allocating resources over time and frequency includes assigning handsets different times to transmit, and different frequencies to transmit on (similar to FM radio channels). Allocating resources along the code and power domain allows different users to transmit on the *same* frequency at the *same* time. Consider the analogy of a classroom, where different students are talking. Using different times and frequencies is like taking turns or talking at different pitches. Using different "space" in the code and power domain is like speaking in different languages – the wrong language is ignored as noise, allowing multiple conversations to occur at the same time.

141.   A second alternative to using Ericsson's 4G Resource Allocation technologies would be a Resource Allocation system similar to that of WiMAX.[29] While both 4G and Mobile WiMAX are OFDM based, Mobile WiMAX has a significantly less advanced Resource Allocation scheme. For example, while 4G

---

[29] Although WiMAX likely includes Ericsson's patented technologies, I have included it here for the purposes of discussion of relevant alternative technologies.

allocates resources across both the time and frequency domains, WiMAX only allocates resources across the time domain, making it less flexible and making it harder to accommodate users with different requirements.

142.   A third alternative to Ericsson's 4G resource allocation essential technologies would be contention-based resource allocation, such as CSMA. CSMA stands for "carrier sense multiple access" and is a probabilistic media access control protocol, used by Wi-Fi systems. In CSMA, a transmitter attempts to determine whether a transmission is in progress by another transmitter before attempting to transmit. In simple terms, the principle of CSMA is "sense before transmit," or "listen before talk." It is well known that CSMA is inefficient at high loads, and cannot handle a high load without introducing substantial delays.

143.   One alternative to using Ericsson's 3G Resource Allocation patents is to use 2G resource allocation (which, of course, would in turn infringe Ericsson's 2G Resource Allocation essential patents). Any such alternative would be unable to transmit and receive multiple services simultaneously over the 3G link because Ericsson's 3G Resource Allocation patents cover these technologies. This means that the alternative 2G handset could not hold a voice call at the same time it sends/receives an email or text message, for example.

144.   Finally, an alternative that would not infringe Ericsson's 2G patents would be a system that assigns static resources in a way conventionally performed in 2G versions that predate Ericsson's patents. Such an alternative would not offer the flexibility needed for both end-user needs and to support link adaptation.[30] As an analogy, this would be like always using a mid-sized sedan, even if you were sometimes attempting to move your furniture (and need a big truck) and sometimes attempting to deliver a pizza (and could use a small motorcycle).

---

[30] *See, e.g.,* EX-4980 ("GSM Evolution GSM Evolution; How close can we get to the 'LTE like' experience with GSM EDGE?" by Werner Kreuzer, TSG GERAN WG1 Chairman) (showing that the introduction of EFTA provides a significant performance increase to alterative solutions without EFTA).

### c.   Technical Valuation Over the Non-Infringing Alternative Technologies.

145.   In summary, I have found that the technical value of 4G Resource Allocation technologies can be calculated as: (1) at least 50% improvement (and up to a 127% improvement) in system throughput, or (2) over double the user bitrate. I did not calculate a technical value of 3G Resource Allocation technologies, but note the many benefits they provide. Finally, I have found that the technical value of 2G Resource Allocation technologies can be calculated as an approximately four to seven times increase in the peak data rates.

146.   The first alternative I mentioned above was based on 3G resource allocation. However, this 3G alternative will fail to realize the throughput and efficiency of 4G systems, particularly when these systems are placed under stress and when multiple handsets simultaneously compete for limited resources and interfere with each other.[31] 3G resource allocation is CDMA based, and less suited for data. 4G uses an OFDM system, which is more suited for data traffic because *both* the time and frequency domain is open for resource allocation, allowing the network to opportunistically assign users to parts of the spectrum that are suitable for data transmissions. OFDM systems also allow for variable bandwidths, which is not practical in CDMA systems, as one would need to make a host of other changes to accommodate each additional bandwidth size contemplated. This would result in a decrease in data rates. Data rates are lower if the system is not allocating resources between users optimally, and that would be the case using 3G resource allocation methods for a 4G system. Collectively, 4G Resource Allocation technologies provide at least 50% higher system throughput or more than double the user bitrate compared to the 3G alternative, as can be seen by comparing similar scenarios as shown below:

---

[31] *See, e.g.,* EX-4993 (TS 25.912 V8.0.0), sections 13.4 and 13.5 (reporting that both the 4G spectrum efficiency and 4G user-throughput are typically 2-4 times as large a comparable 3G baseline, and in many of the evaluations the difference is even larger); see also references EX-5015 (R1-071956) and EX-5016 (R1-071957).





32 See EX-5294 (NGMN paper "Typical User Data Rate Evaluation" by Ericsson in May 2010, (providing a comparison of 4G and 3G).

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx





EX-5294 is an authentic copy of an article titled "Typical User Data Rate Evaluation" from NGMN, published May 5, 2010.

147.   The second 4G alternative I mentioned is a WiMAX resource allocation scheme. While both 4G and WiMAX are OFDM based, Mobile WiMAX has a significantly less advanced resource allocation scheme. As can be seen below, an alternative resource allocation system is 35% to 56% less efficient compared to 4G resource allocation (or 4G resource allocation provides a 54%-127% improvement in system throughput) because of the changes in control channel efficiency, CQI delays,

---

[33] *Id.*

1  and power control and scheduling solutions in accordance with Mobile WiMAX. This

2  is because WiMAX cannot handle the rapidly changing radio channel as efficiently,

3  and also because of higher overhead, which can be seen in the figure below. [34]



24  EX-4978 is an authentic copy of an article titled "The LTE Radio Interface – Key

25  Characteristics and Performance," by Anders Furuskär, Tomas Jönsson, and Magnus

26  Lundevall.

---

[34] EX-4978 ("The LTE Radio Interface – Key Characteristics and Performance" by Anders Furuskär, Tomas Jönsson, and Magnus Lundevall) (performing a comparison of 4G and Mobile WiMAX).

148.   The last 4G alternative, as noted above, is a CSMA contention-based resource allocation technology. It would suffer very significant performance losses. Much of 4G would not function properly, making it difficult to quantify the performance losses with reasonable certainty. This is because contention-based schemes cannot handle high-load scenarios efficiently and collisions are very likely, which results in packet loss and unpredictable performance. Because of this, CSMA would result in lower quality of service, and would exhibit substantial increases in the transmission delays as the load on the system increases. Moreover, the CSMA alternative would lack methods to enable more efficient allocation of resources for speech calls, as there would be no intelligent scheduling in the system.

149.   The 3G alternative I described above is based on 2G resource allocation technology. It would be unable to support simultaneous transmission and reception of multiple services over the 3G link because Ericsson's patents cover this technology. This means, a user could not text, email, or search the Internet while on a voice call. It is difficult to quantify the "loss" associated with such a system, but it would be commercially undesirable (if not infeasible).

150.   The 2G alternative noted above is to assign static resources as in conventional 2G systems. This alternative would not offer the flexibility needed for both end-user needs and to support link adaptation. For example, Ericsson's 2G patents characterize solutions for enhanced dynamic scheduling to utilize variable link conditions and flexible time-slot allocation (EFTA). A conservative estimate is that these 2G technologies give approximately four to seven times increase in data rates, compared to such an alternative, as can be seen in the below reference by comparing the GPRS Release 99 in the leftmost bars, and the GERAN Evolution in the rightmost bars.

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx



35

151.   Such a system would be very undesirable from a performance standpoint because users would have to wait four to seven times longer to send or receive data.

152.   In summary, I believe that the benefits of 4G Resource Allocation technologies are (1) at a least 50% improvement (and up to a 127% improvement) in system throughput, or (2) over double the user bitrate. For the purposes of this case, I did not calculate a technical value for 3G Resource Allocation technologies as they were difficult to quantify reliably. And the technical value of 2G Resource Allocation technologies can be calculated as an approximately four to seven times increase in the peak data rates. I understand that Mr. Kennedy takes some of these technical currencies and, in return, determines the monetary value of them, along with Ericsson's share of that value.

### 4.   Connection Establishment.

153.   The next of these technology sub-areas is Connection Establishment, which describes the process of setting up a connection between a handset and the network. When a handset (or other user equipment) is powered on, it begins the cell-search process. It searches for a synchronization signal, which tells the handset some basic information about the cell. Next, the handset needs to acquire so called

---

[35] EX-4980.

System Information that is broadcast in each cell. This information gives the handset sufficient information to access the cell, (or to select another more suitable cell), and the handset then initiates the process to connect to the base station. Specifically, the handset now has the operator ID, uplink bandwidth, downlink bandwidth, and parameters for random access, among other information. It uses the information it has about random access to perform a random access attempt to the cell. After a successful attempt, including a connection establishment request, the handset is now connected to the base station, and the base station and network now know the identity and capabilities of the handset. Now that the base station and the handset know about each other, incoming and outgoing "calls" (or other data transmissions) can be performed. The handset can initiate a connection setup by random access procedure and a connection establishment request, and the network can also initiate a connection setup by paging the handset (which triggers the handset to perform random access).

154.   Ericsson has 46 charted essential patent families covering technology that contributes to the Connection Establishment technology sub-area. They include the following patent families: P05687, P06697, P06699, P07592, P07707, P07761, P07873, P08153, P08167, P08333, P08425, P08430, P08769, P09715, P10628, P10808, P11151, P11538, P14897, P18216, P18674, P19103, P20021, P20058, P21428, P21430, P22621, P23034, P23384, P23412, P24058, P24241, P24459; P24698, P25238, P25317, P25336, P26132, P26379, )26648, P26744, P26993, P28627, P32205, P35159, and P35168.[36] Together, these patent families claim inventions related to a wide variety of procedures covering the full breadth of Connection Establishment, including random access procedures; mobile phone registration, authentication, and identification; prioritizing emergency number calls; synchronization between a mobile phone and base station; efficient transmission of intermittent or bursty data packets; mobile phone paging; and recovery from failed attempts to access the network, among other things.

---

[36] *See* EX-5349 at 5349.16-5349.21 (Appendix 4).

### a. Importance of Ericsson's Connections Establishment Technical Innovations.

155.    Each of the functions noted above must be implemented by a standard-compliant handset in order to be functional. In addition, these functions provide a number of benefits, including saving battery power, relieving network congestion, reduced network failures, reducing latency, and increasing user experience and satisfaction. In fact, the importance of Ericsson's patented functionality has increased tremendously as traffic patterns have changed from the classic continuous voice call to the current intermittent data transmission that occurs throughout the day based on when a user accesses email, sends text messages, uploads a photo to social media, streams music or movies, surfs the Internet, etc. For example, without Ericsson's fast connection establishment (and release) procedures, as well as dormancy levels, a mobile phone would have to be connected to the network for long periods of time, which would, among other things, drain the battery very quickly as will be explained below. The importance of fast connection establishment has increased tremendously since the early days of cellular telecommunications. When communication was dominated by voice calls, every call was set up only once, and released afterwards. Handset users hardly notice a delay in voice call setup, as the dominating delay in establishing a voice call is the time it takes for the other party to answer. Nowadays, connection set up is used for all sorts of applications, where users expect immediate responses (such as web-servers, social media applications, and chat).

156.    As another example, without Ericsson's patented solutions, the increased chatty traffic of mobile phones would cause signaling overload, which results in slow access times, dropped calls, increased battery consumption, and potentially failed access attempts. In particular, another industry participant, Seven Networks, noted that increased data traffic has "resulted in high congestion that impacts the user experience and drains battery life . . . The result is slow access times, dropped calls, and

1   sometimes no access at all."[37] In summary, Ericsson has contributed a large number of

2   solutions that enhance Connection Establishment in ways that have an important

3   effect on handset performance.[38]

4               **b.    Non-Infringing Alternative Technologies to Ericsson's**

5                       **Connection Establishment Patents.**

6           157.   As described above, I again considered the fact that Ericsson has a large

7   number (46) of essential Connection Establishment patents across a variety of

8   features, including random access procedures; mobile phone registration,

9   authentication, and identification; prioritizing emergency number calls; and

10  synchronization between a mobile phone and base station. To find substitutes for all of

11  these technologies that would work together to form a complete and functioning

12  system, I looked to previous generation cellular systems or alternative Connection

13  Establishment systems as explained below.

14          158.   One potential alternative to Ericsson's 4G Connection Establishment

15  patents would be to implement a cellular network using 2G Connection Establishment

16  technologies.[39] Because Ericsson has a large number of Connection Establishment

17  patents that cover 3G and/or 4G Connection Establishment technologies, it would not

18  be possible to create a next best non-infringing alternative that uses existing 3G or 4G

19  Connection Establishment technologies. In other words, Ericsson has a number of 4G

20  Connection Establishment patents, so I originally considered a 3G alternative

21  Connection Establishment system. However, a 3G system would run afoul of

22  Ericsson's multi-mode 3G/4G patents, so this would not be an actual non-infringing

23  alternative. As a result, one alternative I considered was a 2G Connection

24

---

25  [37] EX-4994 (Seven Networks, "Push Technology: A Key Ingredient of Application
    Interactivity"); see also Ericsson, Smartphone Traffic Impact on Battery and
26  Networks, October 2010.
    [38] *See, e.g.,* EX-410 (Signals 2010); EX-1077 (Signals 2014); EX-1045 (Signals
27  2015).
    [39] Although Ericsson has a number of 2G Connection Establishment patents, I have
28  included this 2G non-infringing alternative here for a full consideration of potential
    non-infringing alternatives from existing cellular technologies.

1   Establishment system.

2   159.   Another potential alternative to Ericsson's 3G and 4G Connection

3   Establishment patents would be to maintain the handset in a continuously active state

4   called "RRC_CONNECTED." This avoids the need for the fast connection setups

5   enabled by modern connection establishment technologies. This means that, instead of

6   entering an idle (or inactive) state when the handset is not sending or receiving data,

7   the handset will continuously be in an active state. If the handset is in a continuously

8   active state, it may maintain and use some network resources that would be not be

9   available to other handsets.

10   160.   Finally, a potential alternative to Ericsson's 2G Connection

11   Establishment patents would be to use circuit-switched connections (instead of packet-

12   switched connections) to send data.

13              c.      **Technical Value Over the Non-Infringing Alternative**

14                      **Technologies.**

15   161.   In summary, I have found that the technical value of 3G and 4G

16   Connection Establishment patents can be calculated as (1) latencies as low as one-

17   tenth to one-hundredth of the latencies in the alternatives, (2) a decrease in battery

18   consumption, and/or (3) a corresponding increase in user experience and satisfaction. I

19   have also concluded that there is no viable alternative to Ericsson's 2G Connection

20   Establishment patents with which to compare from a technical value perspective.

21   162.   The first 3G/4G alternative I mentioned above was a solution based on

22   2G Connection Establishment technologies. However, this solution is vastly inferior

23   to the technologies enabled by Ericsson's 3G and 4G essential patents. One particular

24   problem area is latency, which can be thought of as the time from a user sending a

25   piece of data to request a download or web page, to the time when the user gets the

26   first response to the request (*e.g.,* the first packets of a download or the web page). 2G

27   systems exhibited Connection Establishment latencies around a few to several

28   seconds. In fact, ETSI and 3GPP recommended a mean value of about 2 seconds (*i.e.,*

2000 milliseconds) as the call set-up delay for the 2G system (version 8.0.0) released in 1999 as shown below: [40]

### 3.2.3.8   Call set-up delay

The call set-up delay for mobile originating calls outgoing from the MSC is measured from SETUP received until IAM sent. This phase also contains the assignment of the air interface traffic channel performed in the BSS. It is assumed that all call handling data are available in the VLR at set-up time.

The values in table 10 are recommended.

**Table 10**

|  | Reference load A | Reference load B |
|---|---|---|
| Mean value | ≤1900 ms | ≤2200 ms |
| 0.95 probability of not exceeding | 2100 ms | 2400 ms |

163.    Early 3G systems also exhibited Connection Establishment latencies of a few seconds. Ericsson's own investigation into latency in October 2003 found that average delays of a WAP startup-page download were 4.5 seconds and Instant Talk setup delays were 7.1 seconds, which could be improved to 1.7 seconds and 3.0 seconds, respectively, by selecting delay-optimized configurations.[41] EX-4981 is an authentic copy of an Ericsson internal report titled "Analytical analysis of UMTS PS Domain delay improvements for 3GPP Release 99 based products." EX-4981 is the results from internal Ericsson testing, and the sort of document I would typically rely on for information about handset operations. EX-4981 explains the results of internal Ericsson testing, and is the sort of information an expert, such as myself, in the cellular communications field would typically and reasonably rely on in forming an opinion on handset operations. EX-4981 reports modelling a cellular system, built using the standard specifications and settings for Ericsson products. These models provides reliable information about latency in a 3G system because the models used information from actual Ericsson product implementation and the modelling was done

---

[40] EX-5009 (ETSI TR 101 631 V8.0.0 (2000-06) Digital Cellular Telecommunications System (Phase 2+); Technical Performance Objectives (GSM 03.05 Version 8.0.0 Release 1999)).
[41] EX-4981 (Ericsson, Analytical Analysis of UMTS PS Domain Delay Improvements for 3GPP Release 99 Based Products, October 17, 2003, Edited by Michael Meyer) at p. 1.

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

1   in accordance with common engineering practices.

2       164.   In contrast to 2G and early 3G systems, early 4G Connection

3   Establishment latencies were reduced to less than 100 milliseconds,[42] as can be seen

4   from the recitation of the 4G requirement below.[43]

### 13.2.1   FDD frame structure

Tables 13.3 and 13.3a provide a timing analysis, assuming FDD frame structure, of the flow depicted in Figure 13.1. The analysis illustrates that the requirement for the state transition from LTE_IDLE to LTE_ACTIVE can be achieved within the 100ms requirement.

9       165.   This was also achieved in practice. The below graphs show latencies as

10  low as 20 ms out of DRX mode and less than 200 ms out of idle mode. These numbers

11  include delays for core network attach, and are consistent with the 100 milliseconds

12  requirement discussed above. Latencies in 3G have also been reduced to just over 500

13  ms from idle mode, and less than 20 ms out of CELL-PCH (a sleep mode in 3G) to

14  CELL_FACH, as can be seen below.[44]

**Comparison 1: *Call setup from Idle***

| C-Plane Scenario | Signaling on Dedicated Channels for HSPA (ms) | Signaling on HSPA Channels (ms) | LTE (ms) |
|---|---|---|---|
| MO | 1717 | 546 | 188 |
| MT | 1920 | 749 | 365 |

Table 1: Latencies of Call setup from idle for HSPA (when carrying signaling on Dedicated channels or HSPA channels) and LTE

**Comparison 2: *Call setup from connected***

| C-Plane Scenario | CELL_PCH to CELL_FACH for HSPA (ms) | Enhanced CELL_PCH to CELL_FACH for HSPA (ms) | Long DRX to Connected for LTE (ms) |
|---|---|---|---|
| MO | 82 | 14 | 13 |
| MT | 242 | 174 | 173 |

Table 2: Latencies of Call setup from connected for HSPA (when starting from CELL_PCH or Enhanced CELL_PCH) and LTE

---

[42] EX-4993 (3GPP TR 25.912 V.8.0.0 (2008-12) Feasibility Study for Evolved Universal Terrestrial Radio Access and Universal Terrestrial Radio Access Network ).
[43] *Id.*
[44] EX-4987 (S. Mohan, et al., Latency in HSPA Data Networks) at Table 2 (ERIC_TCL00776428).

EX-4987 is an authentic copy of an article titled "Latency in HSPA Data Networks" by Siddharth Mohan, Rohit Kapoor, and Bibhu Mohanty.

166.    In other words, 3G and 4G Connection Establishment innovations have contributed to a substantial decrease in latency as shown below:



167.    In summary, one measure of the technical value of 3G and 4G Connection Establishment essential patents is lower latencies, down to one tenth for 4G (and from DRX, one hundredth) and down to one fourth for 3G of the latency of a 2G non-infringing alternative.

168.    Moreover, latency also has a big impact on user experience. As explained by Nokia, reduced latency is a "key ingredient" for a good user experience.[45] EX-4991 is an authentic copy of a Nokia Siemens Networks White paper titled "Latency." The amount of time users are willing to wait for downloads or web pages (called the TWT or Tolerable Wait Time) is getting shorter.[46] This is because high latency results in slow downloads, slow loading of web pages, and user frustration.[47] Thus, another measure of the technical value of 3G and 4G Connection Establishment essential

---

[45] EX-4991 (Nokia Siemens Networks, "Latency; The Impact of Latency on Application Performance") at p. 3 (ERIC_TCL00776528).
[46] *Id*. at p. 5.
[47] *Id*. at p. 4.

patents is a substantial increase in user experience and satisfaction. For example, if we assume the 4G connection gives a handset user 80 Mbps, the user can transfer a 10 Mbyte file in one second (which corresponds to a large word document, or maybe a 30-second YouTube video). However, if the transfer is preceded by a 1 s delay to get onto the Mbit-highway, the experienced transfer delay will be two seconds, that is, the "effective rate" seen by the user is one-half the true rate. As is discussed in the Nokia paper, the smaller the object, the worse the perceived delays are to the end user. [48]

169.   The second 3G/4G alternative I mentioned above was maintaining a continuous connection state "RRC_CONNECTED" with the network. However, this solution is also inferior to the technologies enabled by Ericsson's 3G and 4G essential patents.

---

[48] *Id.*
[49] EX-4999 at Figure 3 (ERIC_TCL00778411).

1

2

3

4

5

6

7

8    ████████████████████████████████████ One reason for the increase in power

9    consumption is the need to continuously power the radio portion of the mobile phone

10   instead of switching it off when in an idle state.

11       171.   Another issue with a continuously connected state is network congestion.

12   The number of handsets that can be simultaneously communicating with the network

13   is limited. ETSI/3GPP determined that 4G systems should be able to support "at least

14   200 users per cell . . . in the active state for spectrum allocations up to 5 MHz" and "at

15   least 400 users for higher spectrum allocation.."[52] ETSI/3GPP also decided that a

16   "much higher number of users is expected to be supported in the dormant and camped

17   [*i.e.,* idle] state."[53] In summary, ETSI/3GPP decided that one cell should be able to

18   support between 200 and 400 active users, with the ability to support many more idle

19   users. This can be accomplished because handsets are constantly switching between

20   active and idle states. In other words, when one user finishes downloading a photo,

21   his/her handset can disconnect from the network, allowing a new user to connect and

22   make a phone call. In this way, one cell can support a large number of users. This

23   benefit is lost if each user must be in a continuously connected state. The additional

24   capacity is lost because the idle users will be denied access to the network when each

25   handset must be in a continuously active state even if they are not transmitting or

26   ───────────────
     [50] *Id.*

27   [51] *Id.* at Figure 4, p. 12.
     [52] EX-4973 (3GPP TR 25.913 V7.3.0 (2006-03), Requirements for Evolved UTRA

28   and Evolved UTRAN (Release 7)), at p. 8 (ERIC_TCL00774807).
     [53] *Id.*

1  receiving data.

2      172.   Moreover, even if an alternative system attempted to minimize the

3  impact of a continuous connection by using efficient sleep modes, this alternative

4  system would still infringe Ericsson's Sleep Mode Solutions patents as described in

5  Section 6 below.

6      173.   Finally, the 2G alternative I mentioned above was using circuit-switched

7  connections for data transmissions. Current 2G, 3G, and 4G systems use packet-

8  switched connections instead of the older circuit-switched connections. Circuit-

9  switched connections were traditionally used for voice calls and require a dedicated

10  point-to-point connection that is established for the entire transmission. This means

11  that during the call, no other network traffic can use the allocated network resources

12  needed to connect the two end points of the call. Circuit-switched connections are

13  analogous to reserving a road for a single user, and packet-switched connections are

14  analogous to a common highway which multiple users enter via the on-ramp

15  whenever needed.

16      174.   Packet-switched connections are typically used for data transmission and

17  do not require a dedicated point-to-point connection with reserved resources. Packet-

18  switched communications transmit small blocks of data called "packets" over the

19  network using currently available resources, where the resources are often shared by

20  many packet data sources and receivers. This allows the network to send each packet

21  over the most efficient route through the network, and then the packets are

22  reassembled at the destination. Packet-switched connections allow for the most

23  efficient routing of data to the destination, and allow for network resources to be

24  shared efficiently by multiple transmissions on a packet-by-packet basis. The benefits

25  of a packet-switched connection over a circuit-switched connection are well known in

26  the industry.[54] EX-4997 is an authentic copy of an article titled "Voice-Data

27

28  _____
[54] *See, e.g.,* EX-4997 (N. Katugampala et al., Voice-Data Tunnelling Over GSM Voice Channel).

1    Tunnelling over GSM Voice Channel" by N. Katugampala and K. Al-Naimi. Among

2    other things, circuit-switched connections are constrained to their bit-rate at a level,

3    and have very long setup delays that do not meet the requirements of today's 2G, 3G,

4    and 4G systems. For the end-user of a handset, this would mean sluggish

5    performance—no instant, snappy network traffic. Reverting back to a circuit-switched

6    system would therefore not be acceptable to the industry or to end users of the system.

7        175.   In summary, I believe that the benefits of 3G and 4G Connection

8    Establishment technologies are (1) latencies as low as one-tenth to one-hundredth of

9    the latencies in the alternatives, (2) a substantial decrease in battery consumption,

10   and/or (3) a corresponding increase in user experience and satisfaction. I have not

11   provided a technical value for 2G Connection Establishment technologies as it is

12   difficult to envision an alternative system that would function properly with which to

13   compare. I do believe that 2G Connection Establishment technologies have technical

14   value, otherwise the industry would not have created and used them. But for the

15   purposes of this analysis, I have not quantified or given Ericsson the benefit of that

16   technical value. I understand that Mr. Kennedy uses the above technical currency to

17   allocate a specific monetary amount due to Ericsson's contribution to Connection

18   Establishment.

19              **5.    Sleep Mode Solutions.**

20       176.   The next technology subarea is Sleep Mode Solutions. It includes

21   technologies that enable handsets to quickly turn their radio functionality between a

22   discontinuous reception/transmission (DRX/DTX, often collectively referred to as

23   DRX) mode and a listening mode. This allows the handset to enter a "sleep" mode,

24   but remain connected the network. When the handset is ready to utilize the connection

25   again, it does not have to perform all of the initial connection set-up. It is already

26   known to the base station and the network, it has a secure connection, and it is

27   configured with many cell- and handset specific parameters that have been negotiated

28   during the connection establishment. However, sleep mode allows the handset to turn

off its radio at times to save battery power and improve performance. The battery savings are due, in part, to the fact that it takes more power when the radio is on and listening for or sending data. Of course, the handset could also save battery by entering a true idle mode, in which the radio is not listening for or sending data and the handset disconnects from the network. However, to utilize the network from a "sleep mode" the handset can simply request resources from the base station, and the base station can communicate with the handset at designated "awake" (or "listening") intervals. In contrast, to utilize the network from a true idle mode, the handset must initialize the connection, identify itself to the base station, and perform all of the connection set-up processes gathered in the Connection Establishment technology sub-area. DRX (or sleep mode) allows the handset to perform only some of the connection set-up, since it is already known to the base station and, depending on the length of sleep, may already be synchronized. This shortens the time to transmission dramatically, allowing the handset to turn its radio off more frequently.

177.   Conventional 2G and 3G systems implemented standby states where the handset checked for incoming calls only at agreed times when the handset was not engaged (*e.g.,* in a speech call and continuously receiving/transmitting). However over time, data traffic increased substantially. This was partially due to smartphones entering the market. Smartphone users quickly noticed the fast battery power drain because their phones were almost always connected to constantly receive email, text messages, and other intermittent data. Because of this, significant research efforts were invested in developing improved Sleep Mode Solutions with faster transitions from sleep mode to active mode for evolved 3G and, eventually, 4G. Both 4G and evolved 3G include several advanced Sleep Mode Solutions tailored to achieve a better use of battery power.

178.   Ericsson has 11 charted essential patent families covering technology that contributes to the Sleep Mode Solutions technology sub-area. They include the following patent families: P05687, P06691, P21486, P21787, P22621, P23985,

P24241, P25336, P25949, P34420, and P35168.[55] Together, these patent families claim inventions related to a wide variety of procedures covering the full breadth of Sleep Mode Solutions technologies, including, for example, efficient DRX set-up; optimized battery performance configurations; rule-based DRX; fast state change procedures; interaction of HARQ and DRX; carrier activation mechanisms; and micro sleep modes.

### a.    Importance of Ericsson's Sleep Mode Technical Innovations.

179.   Each of the functions noted above must be implemented by a standard-compliant handset in order to be functional. In addition, they provide a number of benefits, including increased operational time, battery savings, reduced signaling overload, and increased network capacity. Ericsson's patents help achieve these benefits. For example, some Ericsson patents enable battery savings by not forcing the handset to perform a connection release when the handset is not currently receiving data, followed by a new connection set up when new data arrives for the handset. This is a new sleep mode for connected states.

180.   Sleep Mode functionality is vital to the operation of the 2G, 3G, and 4G standards. The limited battery power of a handset is one of the characteristics that differentiate cellular devices from conventional phones and connected computers. In contrast to communication solutions for computers, cellular handsets need to disengage their receivers and transmitters at times when no data is in transit to prolong its operational time. Sleep Mode functions must therefore be implemented by a handset in order to be functional and operable for longer periods of time without re-charging.

---

[55] *See* EX-5349 at 5349.22-5349.24 (Appendix 5).

### b. Non-Infringing Alternative Technologies to Ericsson's Sleep Mode Solutions Patents.

181. As with the other alternatives, I considered previous generations of technology or other Sleep Mode Solutions as a whole. This is again because Ericsson's patents cover a number of different portions of the Sleep Mode Solutions technology sub-area, including efficient DRX set-up; optimized batter performance configurations; rule-based DRX; fast state change procedures; HARQ in DRX modes; carrier activation mechanisms; and micro sleep modes. I therefore considered a prior generation of technology and other Sleep Mode Solution systems to ensure a fully functioning and complete alternative system.

182. The 4G alternative to using Ericsson's patented 4G technology would be a significantly de-featured 4G system. In such an alternative the handset would not be able to use any DRX solutions for saving battery while in RRC_CONNECTED because Ericsson's patents cover these solutions. One way such an alternative could operate is to move frequently between RRC_CONNECTED and RRC_IDLE whenever the handset transmits or receives data. This alternative would be very difficult to design, as it is difficult to predict when the handset should be moved from one state to another, and would rely heavily on Ericsson's Connection Establishment patents. A more likely way such an alternative would operate would be to always remain in RRC_CONNECTED state without having the benefit of LTE's DRX (sleep) mode. This would quickly drain the battery.

183. One 3G alternative to using Ericsson's patented 3G technologies would be to remove the improved 3G sleep modes present in evolved 3G today as they rely on Ericsson's patented technology. Such a system would have to remain in CELL-DCH mode all the time, and would be unable to use the enhanced features of CELL-PCH and CELL-FACH modes, the sleep modes developed for evolved 3G.

### c.   Technical Valuation Over the Non-Infringing Alternative Technologies.

184.   In summary, I have found that the technical value of 4G Sleep Mode Solutions can be calculated as increasing the operational time of a handset by at least 53%. While I have examined the benefits of 2G and 3G Sleep Mode Solutions, and believe any alternative systems would not be commercially viable, I did not provide a specific technical value on the benefit of the technology as it would be extremely difficult to calculate.

185.   As I described above, the 4G alternative would not be able to use DRX while in RRC_CONNECTED. Smartphones consume about 10 times less power in "DRX Long Sleep" compared to the power consumption floor in "AWAKE", depending on sleep cycles and awake period configurations.

Using the results from Wiorek, I calculated a conservative 53% increase in battery life due to the LTE DRX technologies (or that a handset unable to use LTE DRX methods would need to have approximately a 53% larger battery capacity to achieve the same battery life)

---

[56] EX-4999.
[57] EX-4999.



---

[58] *Id.*
[59] *Id.*
[59] *Id.* at Figure 4, p. 12.

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

Of course, for an average user that is less active than the 95% user and whose battery typically lasts longer the battery lifetime differences would be even more dramatic.

190. The 3G alternative (a system without current 3G sleep mode solutions) would exhibit signaling overload in the network and capacity losses. For example, "the high frequency of data activities . . . has lead to both a high battery drain, and increased the signaling traffic in the system."[60] EX-4995 is an authentic copy of an article titled "Smartphone traffic impact on battery and networks" by Per Williams. The high frequency of data activities, such as texting, email, and smartphone application usage, have a large impact on the network because users have become more dependent on their smartphone applications, which tend to contact application servers over the cellular network very frequently—sometimes once a minute or even more frequently.[61] This results in a typical smartphone generating "more signaling per transferred MB than a PC user."[62] Third parties agree with this assessment, noting that "smartphones generat[e] around 8x the network signaling load of a dongle-equipped laptop."[63] Such congested networks cannot meet the demands of smartphone users as the signaling overload would reduce the capacity available for users.

---

[60] EX-4995 (Per Willars, "Smartphone traffic impact on battery and networks").
[61] Id.
[62] Id.; see also EX-4994.
[63] EX-4996.

191.   In summary, I believe that the benefits of 4G Sleep Mode Solutions technologies are at least a 53% increase in operational time of a handset. I also believe that any 2G and 3G alternatives would not be commercially viable, but I have not calculated a precise technical value for these technologies. I understand that Mr. Kennedy uses the above technical currency to allocate a specific monetary amount due to Ericsson's contribution to Sleep Mode Solutions.

**B.   Remaining Technology Sub-Areas.**

192.   As noted above, there are 5 additional technology sub-areas beyond the five I discussed above. They are (1) Link Adaptation, (2) Advanced Antenna Solutions, (3) Voice Coding, (4) Security, and (5) Mobility and Connection Control. For each of these technology areas, I was either unable to determine a reliable technical currency (in terms of latency, battery savings, network impact, etc.) or Mr. Kennedy was unable to place a monetary value on that technical currency. Thus, for brevity, I have only provided an abbreviated summary of each of these 5 technology sub-areas and their benefits as they do not impact Mr. Kennedy's analysis.

**1.   Link Adaptation.**

193.   Link Adaptation relates to certain critical procedures that ensure the connection between a handset and base station is stable, efficient, and fast. These technologies ensure that the "link"—the connection between the handset and base station—is able to adapt as the environment changes. For example, a person using a handset may walk around a corner, or they might wish to send or receive a larger amount of data. The link needs to remain connected and useable throughout these changes.

194.   Ericsson has 50 charted essential patent families covering technology that contributes to the Link Adaptation technology sub-area.[64] Together, these patent families claim inventions related to a wide variety of procedures covering the full breadth of Link Adaptation technologies, including, for example, timing and power

---

[64] *See* EX-5349 at 5349.25-5349.31 (Appendix 6).

1  error correction; flexible and efficient control signaling in both the uplink and

2  downlink; optimized channel coding, modulation and retransmission schemes; and

3  optimized power control.

4      195.   Link Adaptation provides a number of benefits, including reduced

5  interference, saving battery power, and increased network capacity. For example, by

6  controlling the handset's transmission power, interference at neighboring base stations

7  can be kept at an acceptable level, allowing the same set of frequencies to be reused

8  across neighboring base stations to provide the best system capacity.[65] Without

9  accurate power control, users would have to transmit with a high enough power to

10  work in a worst case situation—even if the situation is good—which could create

11  unnecessary interference, require the system to operate with a higher reuse factor,

12  reduce battery life, and severely degrade system capacity.

13      196.   An alternative Link Adaptation system would suffer from decreases in

14  speed and efficiency, for example. It would not be possible to implement frequency

15  dependent scheduling with efficient channel-quality feedback, or efficient uplink

16  sounding. It would also suffer from reduced coverage, as the system would be missing

17  incremental redundancy with highly-efficient Turbo codes. This means meaning the

18  transmission scheme could not be readjusted in the same way to match radio

19  conditions.[66] EX-4998 is an authentic copy of pages from the book "Next Generation

20  Mobile Systems, 3G and beyond" by Minoru Etoh. EX-5000 is an authentic copy of

21  an article titled "Adaptive, Asynchronous Incremental Redundancy ($A^2IR$) with Fixed

22  Transmission Time Intervals (TTI) for HSDPA."

23          **2.      Advanced Antenna Solutions.**

24      197.   Advanced Antenna Solutions is the next technology subarea. It includes

25  technologies for using multiple antennas at the handset and/or the base station in order

26  _____

[65] EX-5028 at p. 371.

27  [66] EX-4998 (Minoru Etoh, "Next Generation Mobile Systems, 3G and beyond") at p. 69 (ERIC_TCL00778284); *see also* EX-5000 (Arnab Das, Farooq Khan, Ashwin

28  Sampath and Hsuan-Jung Su, "Adaptive Asynchronous Incremental Redundancy (A2IR) with fixed Transmission Time Intervals (TTI) for HSDPA", PIMRC, 2002).

to boost performance. One example is MIMO, or "multiple inputs multiple outputs." A two-by-two MIMO channel has two transmitters and two receivers, which should theoretically double the data rate of the communication link and allow for two data streams instead of one. Advanced Antenna Solutions includes the technologies that enable MIMO and make it effective.

198.    MIMO can be used in a couple of different ways to improve networks. First, MIMO can be used for transmit diversity, meaning the same information is transmitted over multiple antennas. Transmit diversity results in better signal quality, but it does not increase the data rate on its own. Second, MIMO can be used for spatial multiplexing, meaning that different information is transmitted over each antenna. Spatial multiplexing results in an increased data rate, and can be used when the signal quality is good enough to separate the two channels in the receiver.

199.    Ericsson has 28 charted essential patent families covering technology that contributes to the Advanced Antenna Solutions technology sub-area.[67] Together, these patent families claim inventions related to a wide variety of procedures covering the full breadth of Advanced Antenna Solutions, including, for example, precoding to distribute data streams over transmitter antennas; ranking of MIMO radio channels; and determining the best channel quality, rank, and pre-coding matrix needed for the particular circumstances.

200.    Advanced Antenna Solutions provides a number of benefits including increased user and system throughput, the ability to use a cheaper power amplifier, and lower uplink interference. For example, Ericsson's patented technologies unlock the high data rate potential in various adaptive MIMO schemes in both the uplink and the downlink. These technologies, for example, allow for higher data rates without excessive signaling that would otherwise compromise the data rate gains, and allow the system to take into account other users in the same or adjacent cells.

201.    An alternative Advanced Antenna Solution system would reduce average

---

[67] *See* EX-5349 at 5349.32-5349.36 (Appendix 7).

1   user throughput and system throughput,[68] result in higher power consumption in the

2   handset,[69] and exhibit high interference.[70] EX-4986 is an authentic copy of a

3   presentation titled "Performance of LTE NLOS MIMO Going from 1x2 to 8x2

4   Antenna Setups." EX-4986 is a presentation containing the results from internal

5   Ericsson testing, and the sort of document I would typically rely on for information

6   about system operations. EX-4986 describes modelling used to evaluate different

7   MIMO schemes and antenna configurations for different deployment scenarios. It

8   provides reliable information because it uses standard industry antenna and channel

9   models, developed by 3GPP.

10              **3.    Voice Coding.**

11       202.   The next technology subarea I will discuss is Voice Coding. It relates to

12   technologies for representing speech in a digital format that is suitable for

13   transmission over cellular networks. Voice Coding includes coding active speech

14   utterances and ambient noise signals during speech pauses, and the proper control of a

15   voice codec (COder/DECoder).

16       203.   Ericsson has 16 charted essential patent families covering technology that

17   contributes to the Voice Coding technology sub-area.[71] Together, these patent families

18   claim inventions related to a wide variety of procedures covering the full breadth of

19   Voice Coding, including, for example, positioning excitation pulses in a linear

20   predictive speech coder; multi-rate speech codecs; voice activity detection; CELP

21   speech coding using a fixed codebook with sparse vectors; comfort noise generation;

22   and discontinuous transmission in adaptive multi-rate communication systems.

23       204.   Voice Coding provides a number of benefits, including reduced codec

24   complexity and increased voice quality. For example, Ericsson has contributed a large

25   number of solutions that relate to Voice Coding in ways that critically affect handset

26   _____

27   [68] EX-4986 (Yu et al., "Performance of LTE NLOS MIMO Going from 1x2 to 8x2 Antenna Setups") at 10 (ERIC_TCL00776368).
     [69] EX-4989 (3GPP R1-090915).

28   [70] EX-4988 (R1-063495).
     [71] *See* EX-5349 at 5349.37-5349.39 (Appendix 8).

1   performance. Ericsson's essential patents enable the 3GPP AMR codec standard, and

2   enable higher quality at lower bit rates, by efficiently transmitting the digitally

3   encoded voice signal.

4   205.   An alternative Voice Coding system, such as ABCFNR, performed worse

5   than Ericsson's ENS1 proposal in the ETSI Voice Codec competition. Considering

6   overall performance and performance especially for realistic varying channel

7   conditions, ABCFNR was clearly inferior to ENS1, as it required far more complexity

8   than Ericsson's solution.[72] Lower complexity generally means lower power

9   consumption, which may allow for longer talk times and/or potentially less expensive

10   handsets that could be equipped with smaller batteries and less powerful processors.[73]

### 4.   Security.

12   206.   Security is another technology sub-area. It relates to a set of cooperating

13   and interdependent functions that serve to protect users' communication as well as the

14   robustness of the operations of the cellular communications system. For example,

15   Ericsson's Security patents protect the privacy and confidentiality of the users and

16   their communications, protect from user impersonation, and protect control signaling

17   between the handset and network from tampering.

18   207.   Ericsson has 9 charted essential patent families covering technology that

19   contributes to the Security technology sub-area.[74] Together, these patent families

20   claim inventions related to a wide variety of procedures covering the Security,

21   including, for example encryption with pseudorandom sequences; security

22   associations during handover; security of algorithms; ensuring unique sequence

23   numbers for encryption algorithms; and cryptographic keys when the handset leaves

24   idle mode.

25   208.   Security provides a number of benefits, including reduced susceptibility

---

[72] *See* EX-378 (Tdoc. SMG 562/98: Results of AMR Selection Phase; ETSI/TC/SMG#27, 12-16 Oct 1998, Prague; Source SMG11) Annex 3, table c1, p. 19 (ERIC_TCL00778583).
[73] *Id*. at p. 16 and Experiment 5a, p. 17 .
[74] *See* EX-5349 at 5349.40-5349.42 (Appendix 9).

1   to security threats, increased battery life, decreased set up time, and reduced overhead.

2      209.   An alternative Security system would likely be vulnerable to certain

3   security attacks. For example, Ericsson contributed technology to thwart attacks

4   against one encryption algorithm (enabling an intruder to derive the key) that would

5   enable the intruder to also break any other encryption algorithm in the 4G system.[75]

6   The alternative would also be missing important methods for maintaining security

7   levels while keeping transmissions efficient and not introducing delays. Handling

8   these parameters is significantly more difficult in cellular networks due to mobility

9   and power saving mechanisms associated with the handset. Straightforward solutions

10  lead to excessive signaling traffic both within the network, as well as between the

11  handset and network, in order to securely (re-)establish the security context and

12  maintain synchronization thereof. This in turn consumes energy and delays data

13  transmission until the security context has been established. Therefore, any alternative

14  system would likewise suffer from these same problems.

### 5.   Mobility and Connection Control.

16     210.   The last technology sub-area I will discuss is Mobility and Connection

17  Control. It encompasses all the technical solutions, measurements, and functions

18  developed to ensure that good service quality and connectivity is available regardless

19  of how the handset moves through the network. Mobility and Connection Control also

20  includes technical solutions developed to configure and reconfigure a handset so that

21  it can adapt to current service needs or radio conditions. For example, these

22  technologies include a handset's ability to move between base stations during an

23  active connection. "Handover," the process of moving a handset's connection from

24  one base station to another, is extremely important for ensuring a user has seamless

25  service throughout the network. Base stations cover areas as small as a hundred meters

---

27  [75] EX-4974 (3GPP TR 33.821, Clause 7.2.1.3,) item R5; *see also* EX-4983 (E. Barkan
28  , E. Biham , N. Keller, "Instant Ciphertext-Only Cryptanalysis of GSM Encrypted
    Communication", proceedings of CRYPTO 2003, Lecture Notes in Computer Science
    vol. 2729).

1  in densely populated areas, so handovers occur frequently as a user moves around

2  with their handset.

3  211.   Ericsson has 41 charted essential patent families covering technology that

4  contributes to the Mobility and Connection Control technology sub-area.[76] Together,

5  these patent families claim inventions related to a wide variety of procedures covering

6  the full breadth of Mobility and Connection Control technologies, including, for

7  example, efficient and reliable handover; optimized cell selection solutions; improved

8  solutions for user-plane handover; and support for location based services in cellular

9  networks.

10  212.   Mobility and Connection Control provides a number of benefits,

11  including decreased interference, increased service quality, decreased system load,

12  decreased battery usage, increased uplink capacity, and increased uplink coverage. For

13  example, Mobility and Connection Control enables connections to be tailored to

14  support very long battery life, or for intense data transmission with low delays.

15  Handover and cell selection are also used for load-balancing, to make sure that the

16  handsets in the network are distributed well over an operator's overlapping 2G, 3G

17  and 4G networks. Such solutions are important for several reasons, including that they

18  add optimization and flexibility to deal with ever-changing user and/or system

19  demands, and the ability to adapt the connection to the capabilities of the handset (as

20  not all handsets have the same capabilities).

21  213.   An alternative Mobility and Connection Control system would, among

22  other things, have a significantly slower handover process.[77] EX-5003 is an authentic

23  copy of an article titled "Performance evaluation of HSDPA mobility for Voice over

24  IP," by Stefan Wager. EX-5004 is an authentic copy of an article titled "On

25  Heterogeneous Networks Mobility Robustness" by Kristina Zetterberg, et al. The 4G

26  _____

[76] *See* EX-5349 at 5349.43-5349.48 (Appendix 10).

27  [77] EX-5003 (Performance evaluation of HSDPA mobility for Voice over IP, Vehicular Technology Conference, 2007. VTC2007-Spring); *see* also Ex-5004 (On

28  Heterogeneous Networks Mobility Robustness, Vehicular Technology Conference (VTC Spring), 2013).

alternative would also lose the ability to simultaneously support voice and other data applications because those technologies are covered by Ericsson's 4G patents. Further, a 4G handset would need to implement a separate receiver chain to be able to receive paging messages for voice calls while connected to the 4G network. This would significantly increase the cost and complexity of the handset as well as increase its power consumption. This 4G alternative would also have a different measurement reporting scheme, which would cause significant performance losses.[78] EX-4982 is an authentic copy of an article titled "Comparison Between the Periodic and Event-Triggered Intra-Frequency Handover Measurement Reporting in WCDMA" authored by Kimmo Hiltunen et al.

## VI.   CONCLUSION

214.   To summarize my conclusions, I found at least the following benefits for these five technology sub-areas:

| | |
|---|---|
| 3G/4G Connection Establishment: | latencies as low as one-tenth to one-hundredth of the latencies in the alternatives; |
| 3G/4G Data Transmission: | a smaller handset buffer; 10%+ higher data rate; 50%+ higher system throughput. |
| 4G Resource Allocation: | at least 50% improvement (and up to a 127% improvement) in system throughput; over double the user bitrate. |
| 4G Sleep Mode Solutions: | 53% increase in handset operational time. |
| 4G Carrier Aggregation: | 3.5 dB better uplink peak-to-average ratio; 16% increase in spectral efficiency; 10dB coverage improvement; 80% increase in data rates or 40% increase in network capacity. |

---

[78] EX-4982 (Hiltunen, Comparison Between the Periodic and Event-Triggered Intra-Frequency Handover).

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

215.   As noted above, I believe there are additional benefits to these five technology sub-areas, but it was difficult to quantify them. In addition, there are many benefits to the remaining five technology sub-areas of Link Adaptation, Mobility and Connection Control, Advanced Antenna Solutions, Voice Coding, and Security. Since neither Mr. Kennedy nor I were able to calculate those benefits in a reliable way, I have not recited them in detail. But I note these benefits include decreased interference, battery power savings, increased network capacity, increased service quality, increased network coverage, increased throughput, cheaper handset components, increased voice quality, increased security, and decreased overhead signaling. I believe each of these benefits is extremely valuable and beneficial to both the network and handset user.

216.   I have personal knowledge of the facts set forth in this Statement, and declare under penalty of perjury and the laws of the United States of America that they are true and correct.

1    Executed in Stockholm, Sweden 9 January, 2017.

2

3

4

5

6

7

8    Stefan Parkvall

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

# TABLE OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| EX-378 | "Results of AMR Selection Phase," ETSI/TC/SMG#27, Oct. 12-16, 1993, Tdoc. SMG 562/98 |
| EX-410 | Document titled "The Essentials of Intellectual Property," by Signals Research Group, dated Sep. 2010 |
| EX-1045 | Signals Research Group publication titled "The Essentials of Intellectual Property, from 3G through LTE Release 12," dated May 2015 |
| EX-1077 | Signals Research Group report titled "The Essentials of Intellectual Property, Part Two: Quantifying Technology Leadership in the Development of the LTE Standard through June 2014," dated Nov. 2014 |
| EX-4152 | Ericsson Claim Chart for Ep-1952560 (Internal ref: P21430 EP1) |
| EX-4170 | Ericsson Claim Chart for US-8,837,381 (Internal ref: P23633 US1) |
| EX-4171 | Ericsson Claim Chart for US-8,837,381 (Internal ref: P23633 US1) |
| EX-4973 | 3/1/2006 - Report: 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Requirements for E-UTRA and E-UTRAN (Release 7) |
| EX-4974 | 3/1/2009 - Report: 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Rationale and Track of Security Decisions in Long Term Evolved (LTE) RAN / 3GPP System Architecture Evolution (SAE) (Release 8) |
| EX-4976 | 10/00/2014 - LTE Carrier Aggregation Technology Development and Deployment Worldwide 4G Americas |
| EX-4978 | 5/1/2006 - Report: The LTE Radio Interface − Key Characteristics |

| Exhibit No. | Description |
|---|---|
| | and Performance by Anders Furuskar, Tomas Jonsson, and Magnus Lundevall, Ericson Research, Sweden |
| EX-4979 | 00/00/2006 - ARQ Concept for the UMTS LongTerm Evolution, M. Meyer, et al. |
| EX-4980 | 06/21/2010 - Report: GSM Evolution How close can we get to the 'LTE like' experience with GSM EDGE?, Werner Kreuzer, TSG GERAN WG1 Chairman |
| EX-4981 | 10/17/2003 - Report: Analytical analysis of UMTS PS Domain delay improvements for 3GPP Release 99 based products |
| EX-4982 | 06/21/2000 - Report: Comparison Between the Periodic and Event - Triggered Intra-Frequency Handover Measurement Reporting in WCDMA |
| EX-4983 | Paper: Instant Ciphertext-Only Cryptanalysis of GSM Encrypted Communication |
| EX-4984 | White Paper: LTE-Advanced Carrier Aggregation Optimization |
| EX-4985 | 2/12/2016 - Report: Packet Inter Arrival Time Distribution for Smartphones |
| EX-4986 | 12/02/2009 - Presentation: Performance of LTE NLOS MIMO Going from 1X2 to 8X2 Antenna Setups |
| EX-4987 | Article: Latency in HSPA Data Networks |
| EX-4988 | 11/6/2006 - Agenda Item: Format of CQI for HS-DPCCH for 3GPP TSG RAN WG1 Meeting #47, Riga, Latvia, November 6-10, 2006 |
| EX-4989 | 02/9/2009 - Agenda Item: Uplink SU-MIMO in LTE-Advanced, 3GPP TSG-RAN WG1 #56, Athens, Greece, Feb. 9-13, 2009 |
| EX-4991 | 2009 - White Paper: Latency The Impact of latency on application performance, Nokia Siemens Networks |

| | Exhibit No. | Description |
|---|---|---|
| | EX-4993 | 12/2008 - 3GPP Document: Technical Report: 3GPP TR 25.912 V8.0.0 (2008-12), 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Feasibility study for evolved Universal Terrestrial Radio Access Network (UTRAN) (Release 8) |
| | EX-4994 | 2/2011 - Article: Push Technology: A Key Ingredient of Application Interactivity by Seven Networks, Inc. |
| | EX-4995 | 10/29/2010 - Article from Ericsson Research Blog: Smartphone traffic impact on battery and networks |
| | EX-4996 | 10/16/2009 - Article:  Smartphones causing network data overload, claims O2 |
| | EX-4997 | 00/00/2004 - Article:  Portfolio Partnership University of Surrey, Voice-Data Tunneling over GSM Voice Channel |
| | EX-4998 | 00/00/2005 - Book Excerpt - 3.3.4 Turbo Codes from Radio Access Technologies in Cellular Networks from Next Generation Mobile Systems 3G and Beyond |
| | EX-4999 | 4/21/2015 - Report: LTE Radio Resource and UE Power Consumption with DRX Settings for Delay Tolerant Traffic |
| | EX-5001 | Article: WCDMA Evolved - High-speed Data Access |
| | EX-5003 | 00/00/2007 - Article: Performance Evaluation of HSDPA Mobility for Voice Over IP |
| | EX-5004 | 00/00/2013 - Article: On Heterogeneous Networks Mobility Robustness |
| | EX-5009 | 08/2000 - 3GPP Document: ETSI TR 101 631 V8.0.0 (2000-08), Digital Cellular telecommunications system (Phase 2+); Technical performance objectives (GSM 03.05 version 8.0.0 Release 1999) |

WITNESS DECLARATION OF STEFAN PARKVALL;
CASE NOS. 8:14-CV-00341-JVS-DFMx/2:15-CV-02370-JVS-DFMx

| Exhibit No. | Description |
|---|---|
| EX-5010 | 4/4/200 -  3GPP Document: R1-050235 Draft Agenda - 3GPP TSG RAN WG1 Meeting #40 in Beijing, China |
| EX-5011 | 11/7/2005 -  3GPP Document: R1-051295 - Draft Agenda - 3GPP TSG RAN WG1 Meeting #43, Seoul, Korea |
| EX-5014 | 11/6/2006 - 3GPP Document: R1-063020 Draft agenda - 3GPP TSG RAN WG1 Meeting #47 |
| EX-5015 | 4/23/2007 -  3GPP Document: R1-071956 - TSG-RAN WG1 Telephone conference regarding E-UTRA Performance Checkpoint |
| EX-5016 | 4/23/2007 -  3GPP Document: R1-071957 - TSG-RAN WG1 Telephone conference regarding E-UTRA Performance Checkpoint |
| EX-5019 | 11/14/2016 - 3GPP Document: R1-161900, Agenda Item: Long Network DTX in NR, p3GPP TSG-RAN WG1 Meeting #87, Reno, Nevada, USA, November 14-18, 2016 |
| EX-5020 | 11/14/2016 - 3GPP Document: R1-1611902, Agenda Item: System information for low complexity and extended coverage, 3GPP TSG-RAN WG1 Meeting #87, Reno, Nevada, USA, November 14-18, 2016 |
| EX-5021 | 11/14/2016 -  3GPP Document: Tdoc R2-168288, Agenda Item: System information for low complexity and extended coverage, 3GPP TSG-RAN WG2 #96, Reno, Nevada, USA, November 14-18, 2016 |
| EX-5022 | 11/14/2016 -  3GPP Document: Tdoc R2-168303, Agenda Item: Long Network DTX in NR, 3GPP TSG-RAN WG2 #96, Reno, Nevada, USA, November 14-18, 2016 |
| EX-5027 | 00/00/2010 - WCDMA For UMTS HSPA Evolution and LTE 5th Ed., H. Holma, et al. pg. 268-270 |

| Exhibit No. | Description |
| --- | --- |
| EX-5028 | Parkvall Books (Physical  Exhibits) |
| EX-5294 | 05/5/2010 - Typical User Data Rate Evaluation |

# CERTIFICATE OF SERVICE

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on January 11, 2017, a true copy of the above document was filed through the Court's Electronic Case Filing system and served by that system upon all counsel of record registered for the system and deemed to have consented to electronic service in the above-captioned case.

Dated: January 11, 2017                 **CROWELL & MORING LLP**

_/s/ John S. Gibson_

John S. Gibson

Attorneys for ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON