CROWELL & MORING LLP
John S. Gibson (CSB No. 140647, jgibson@crowell.com)
Samrah Mahmoud (CSB No. 285168, smahmoud@crowell.com)
3 Park Plaza, 20th Floor, Irvine, CA 92614
Telephone: 949.263.8400 Facsimile: 949.263.8414

Robert B. McNary (CSB No. 253745, rmcnary@crowell.com)
515 S. Flower Street, 40th Floor, Los Angeles, CA 90071
Telephone: 213.443.5590 Facsimile: 213.622.2690

Mark A. Klapow (Admitted *pro hac vice*, mklapow@crowell.com)
1001 Pennsylvania Avenue, N.W., Washington, DC 20004
Telephone: 202.624.2500 Facsimile: 202.628.5116

MCKOOL SMITH P.C.
Theodore Stevenson, III (Admitted *pro hac vice*, tstevenson@mckoolsmith.com)
300 Crescent Court, Suite 1500, Dallas, TX 75201
Telephone: 214.978.4000 Facsimile: 214.978.4044

Laurie L. Fitzgerald (Admitted *pro hac vice*, lfitzgerald@mckoolsmith.com)
300 W. 6th Street, Suite 1700, Austin, TX 78701
Telephone: 512.692.8700 Facsimile: 512.692.8744

Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, <br><br> Defendants/Counterclaim-Plaintiffs. <br><br> ERICSSON INC., *et al.*, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Defendants/Counterclaim-Plaintiffs. | Case No. 8:14-CV-00341 JVS-DFMx <br> Case No. 2:15-CV-02370 JVS-DFMx <br><br> **REBUTTAL TESTIMONY OF DR. STEFAN PARKVALL** <br><br> Hon. James V. Selna <br><br> **Discovery Cut-off:** May 23, 2016 <br><br> **Pretrial Conference:** February 1, 2017 at 10:00 a.m. <br><br> **Trial:** February 14, 2017 at 8:30 a.m. |

1

## <u>TABLE OF CONTENTS</u>

2

3    I.    EXECUTIVE SUMMARY ................................................................ 1

4    II.    THE CELLULAR STANDARDS ARE NOT MODULAR ......................... 2

5        A.    3GPP Working Groups Work Together Frequently ........................... 3

6        B.    Dr. Kakaes's Own Alternatives Show The Standard Is Not

7             Modular And 3GPP Solutions Are Not Incremental ........................... 8

8    III.    THE WORK OF 3GPP AND THE WORKING GROUPS IS NOT

9       INCREMENTAL ENGINEERING ................................................. 14

10    IV.    DR. KAKAES IS INCORRECT REGARDING LTE'S KEY

11       CHARACTERISTICS ................................................................ 17

12        A.    Dr. Kakaes Misunderstands The Paper And My Analysis ................ 17

13        B.    Ericsson Does Have Essential Patents On Technology Related

14             To The Articles "Eight Key Features." ......................................... 21

15        C.    The Paper Shows that the Standard and the Corresponding

16             Patented Technologies are Interrelated, Not Modular ..................... 22

17    V.    THE "DAHLMAN" CATEGORIES ............................................. 24

18    VI.    CONCLUSION ........................................................................ 25

19    VII.    TABLE OF EXHIBITS .............................................................. 27

20

21

22

23

24

25

26

27

28

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

# I.   EXECUTIVE SUMMARY

1.     I submitted my direct testimony by way of witness statement on January 11, 2017. This declaration sets forth my rebuttal testimony to certain direct testimony offered by TCL's witness Dr. Kakaes.

2.     First, I disagree with Dr. Kakaes that the standard, the working groups, contributions, and the corresponding patents, are modular in nature. The cellular standards are interrelated and interdependent and 3GPP Working Groups coordinate and work together, as shown even by the 3GPP meetings Dr. Kakaes references in his testimony. In fact, the working groups have special documents called "liaison statements" that are specifically for the purpose of working together and coordinating decisions and solutions that have an impact on other working groups and other portions of the standard. Further, Dr. Kakaes's own alternatives to Ericsson's essential technologies show how interrelated the standard is.

3.     Second, I will respond to Dr. Kakaes's opinions regarding the "key characteristics" of LTE, with reference to a paper written by Anders Furuskär. Dr. Kakaes uses the paper to suggest that Ericsson did not invent "key characteristics" of LTE, but he again fails to acknowledge the engineering that goes into the standard. In his view, because the LTE standard was built on technology frameworks that already existed, there was no inventive work done. I disagree with this conclusion. It took years to create LTE, and we worked with thousands of engineers across the 3GPP Working Groups to build the standard. And, contrary to Dr. Kakaes's suggestion, Ericsson does have essential patented technologies related to the Resource Allocation characteristics described in the paper.

4.     Third, the work done by 3GPP and the working groups is not "incremental engineering" as Dr. Kakaes suggests. Having been a part of 3GPP and a member of the RAN1 working group for many years, I can say from personal experience that this work is new, innovative, and far more than "incremental engineering." It takes several years and hundreds of thousands of man hours to

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

create each generation of the standard. It takes massive amounts of research and development costing billions of dollars to design cellular systems, which belies the suggestion that 3GPP and the working groups do no more than solve small problems using simple and known solutions. In fact, the Furuskär paper supports this conclusion. Although several technologies that formed the basis of LTE existed before LTE was standardized, these technologies still required vast amounts of work, innovation, and new advances to adapt them to a cellular system and to meet the requirements of LTE in terms of capacity, throughput, and latency, among other things. As shown in the Furuskär paper, both LTE and WiMAX used a version of OFDM, but there were significant improvements in spectrum efficiency and cell-edge bitrate gains with the new, innovative OFDM technologies used in LTE.

5.     Finally, I will address Dr. Kakaes's "Dahlman" categories. I agree with Dr. Kakaes that the standard can be split into different functional categories, and I also performed such an analysis in my opening testimony. However, Dr. Kakaes seems to suggest that his categories are impartial and come from the book I co-authored with Erik Dahlman and Johan Sköld. The categories are not from our book, and I find Dr. Kakaes's name for his categories misleading.

## II.     THE CELLULAR STANDARDS ARE NOT MODULAR

6.     Dr. Kakaes alleges that the standards and, by extension, Ericsson's patents are "modular" in nature and have no "material[] impact" on other portions of the standard. He also suggests that the nature and practice of 3GPP's working groups show that most standardized features are incremental and modular.[1] In particular, he argues that features in the standard and the corresponding patents, are "typically modular in that they can be replaced with alternative solutions without materially impacting other parts of the standards or related systems."[2] I strongly

---

[1] Kakaes Opening Statement at ¶ 86.

[2] *Id.*

disagree. I will first explain the operation of 3GPP based on my many years of experience attending 3GPP meetings as an Ericsson representative. Then I will show how the interrelatedness of the standard and Ericsson's patents in particular, can be seen through Dr. Kakaes's non-infringing alternative analysis.

### A.    3GPP Working Groups Work Together Frequently.

7.    Dr. Kakaes misrepresents the operation of 3GPP by ignoring the larger framework in which standardization takes place, and by misrepresenting the part of 3GPP he does discuss, the Working Groups.

8.    Dr. Kakaes's first argument is that the working groups within 3GPP are largely independent of one another, and that "the problems, issues, and related solutions are largely self-contained."[3]

9.    As described in my Opening Testimony, the Working Groups do not operate in a vacuum, solving small isolated problems. Rather, the cellular standard requirements and high level specifications are first defined as a whole during the requirements and architecture phases. During the requirements and architecture phases, the standard as a whole is planned out, and representatives from different Working Groups work together to create a feasible plan for implementation. By the time of the Working Groups start drafting the detailed specifications, members of 3GPP have a good understanding of how the standard will look at a high level (subject to changes as the technical work begins). As a member of 3GPP, I know the work I do in the RAN1 Working Group will affect other Working Groups, and my colleagues and I work together with other Working Groups to develop the technical solutions that will eventually make up the next generation of cellular technology. We do this through documents called "liaison statements" or "LSes."

10.    A liaison statement is document that is shared between Working Groups so they can make sure the design is feasible with the other aspects of the

---

[3] Kakaes Opening Statement at ¶ 87.

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

system that other Working Groups are working on. A liaison statement can also be used to keep other Working Groups informed of decisions that may have an influence on the technical requirements, objectives, or decisions of another Working Group. Liaison statements can be considered in two phases—incoming and outgoing. An incoming liaison statement is a document coming in to a particular Working Group for consideration. An outgoing liaison statement is a document created by one Working Group to inform another group (or groups) of a decision, change, or other update that likely affects decisions of the other Working Group(s). Dr. Kakaes does mention liaison statements, but he is completely incorrect that such statements happen infrequently. The liaison statements and coordination among working groups based on these statements is a very important part of each Working Groups' activities.

11.     Within the RAN1 Working Group, for example, there is typically an agenda item for handling incoming liaison statements at each meeting. At least for RAN1, the typical number of incoming liaison statements per meeting ranges **from twenty to fifty**, although it can vary widely. This means that there are as many as fifty issues **per meeting** that RAN1 discusses that are from *other* Working Groups and thus involve *other* technical specifications (or portions of the standard) that RAN1 is not responsible for. This will vary by working group, but I know that RAN2 has a similar number of incoming liaison statements. An outgoing liaison statement to another Working Group can result from almost any discussion under any agenda point. And RAN1 sends outgoing liaison statements to other Working Groups on a regular basis as well, typically around twenty per RAN1 meeting.

12.     As evidenced by the volume of liaison statements being sent among Working Groups, the technical specifications and the resulting standard are necessarily interrelated and interwoven. For example, R1-072622 is a liaison statement from RAN2 where the RAN2 working group informs RAN1 about some decisions regarding system information and asks questions on the feasibility of

1  RAN2's current design choices. RAN1 responds with answers in R1-073219, as

2  can be seen from the below introduction to R1-073219.[4]

3

4

5

> **Introduction**
>
> RAN WG1 thanks RAN WG2 for their LS on System Information indicating to RAN WG1 the status of system information design. RAN WG1 provides below the following response to the questions posed by RAN WG2.

6  In this LS, RAN1 and RAN2 clarify who is responsible for defining a certain part

7  of the standard, as can be seen by Question 5, below:

8

9

10

11

12

13

14

> **System information Issue 5**
>
> *Furthermore, RAN2 has realised that since the BCCH over DL-SCH transmissions have to be receivable for all UE classes, these transmissions should not exceed the minimum UE capabilities in this respect. RAN2 assumes it is the responsibility of RAN1 to define the minimum UE capability in this respect, and thus e.g. determine what can be the maximum rate on BCCH over DL-SCH ?*
>
> **Answer to the 5th question**
>
> RAN1 intends to study the issue of minimum UE capabilities and in general UE classes to be supported for EUTRA shortly and will cover the issue of the maximum data rate in case of BCCH being mapped to the DL-SCH.
>
> [5]

15  These incoming and outgoing liaison statements are discussed at every 3GPP

16  meeting, and there are numerous examples of the 3GPP groups working together to

17  move the standard forward.

18         13.    Even Dr. Kakaes's example shows how the standard is interrelated and

19  not modular. In particular, Dr. Kakaes uses an agenda from RAN1 Meeting #63 to

20  argue that the standard is modular.[6] He points to the fact that § 6.2 of the agenda

21  covers issues related to Carrier Aggregation, and that each issue is taken in turn.[7]

22  Dr. Kakaes completely ignores the fact that the various agenda items are

23  interrelated. This meeting was held in November, 2010, close to the finalization of

24

25

26

27

28

---

[4] EX-5017 (R1-072622), EX-5018 (R1-073219).

[5] EX-5018.

[6] Kakaes Opening Statement at ¶¶ 91-94.

[7] *Id.* at ¶¶ 91-93.

Release 10.[8] Even though the agenda is focused on the specific outstanding issues, sections are interrelated. For example, under § 6.2, titled "Carrier Aggregation," the processing of larger control payloads is discussed, which is related to both Carrier Aggregation and MIMO ("Multiple-Input Multiple-Output," a Multi-Antenna Scheme significantly enhanced in Release 10). Under § 6.3, titled "Enhanced Downlink Multiple Antenna Transmission," CSI ("Channel State Information") is discussed, which clearly relates to the design of the uplink control channels. Under § 6.4, titled "UL [Uplink] Multiple Antenna Transmission", section § 6.4.4 covers transmit diversity for uplink control channels, including the PUCCH ("Physical Uplink Control Channel") format 3. PUCCH format 3 was introduced to support Carrier Aggregation in the *downlink*, so is clearly related to the topics within other agenda items.

14.    Further, there were several incoming and outgoing liaison statements in this meeting, which illustrate the way the Working Groups work together. For example, R-105828 was a liaison statement from RAN2 stating that they have agreed to have "power headroom reports" and asking RAN1 to define a relevant PUCCH reference format which can be used to define this report. A summary from the agenda can be seen below:

| R1-105828 | LS on RAN2 CA decisions related to RAN1 | | RAN2, LGE | = R2-106010 |
|---|---|---|---|---|

The document was presented by ... from LGE and shows the RAN2 agreements on CIF, PHR, and Activation/Deactivation issues on Carrier Aggregation and further tasks RAN1 to define reference PUSCH format that could be used for both Type 1 and Type 2 PHRs.
**Discussion (Question / Comment):** No comments.
**Decision:** The document is noted.[9]

This is an example of RAN2 informing RAN1 of a decision that affects the work RAN1 needs to do.

15.    As another example, R1-106524 is an outgoing liaison statement from

---

[8] EX-1411.

[9] EX-1411.

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

this meeting, which went to both RAN2 and RAN4 in response to an LS from RAN2 in R1-105829, as can be seen from the summary in the agenda below:

| R1-106524 | R2-106016 (R1-105829) | R2, R4 | LS reply on Timing Requirements for Activation and Deactivation of Scells | Alcatel_Lucent | | Rel-10 | LTE_CA-Core | 10 |
|-----------|------------------------|--------|------------------------------------------------------------------------------|----------------|--|--------|-------------|----|

In this liaison statement, RAN1 responds to a question from RAN2, and RAN1 states that RAN1 has captured activation/deactivation in the RAN1 specification as requested. The statement informs RAN2 of this, but also asks RAN4 for guidance on the value to use—that is, how long activation is likely to take in implementation.[11] . As an overview, in this example, RAN2 discussed activation/deactivation, and asked RAN1 for support. RAN1 put the necessary support in RAN1's specifications, informed RAN2, and then sought guidance from RAN4 about the specific value to include in the technical specification. Contrary to Dr. Kakaes's suggestion, the Working Groups work together regularly to define the specifications for the 4G standard, as can be clearly seen from the coordination in this example.

16.    In general, Dr. Kakaes misses the fact that the members of RAN1, myself included, are familiar with all the work that RAN1 is doing. This is equally true for my colleagues in other Working Groups, and in building the standard we count on that when seeking guidance or input from other Working Groups. Without this knowledge, it would be impossible to build the standard. It is not the case that choosing a different solution for each agenda item is possible without considering the standard as a whole, and it is not the case that 3GPP members build the standard the isolated, modular way.

---

[10] *Id.*

[11] EX-5520 (R1-106524)

**B.**   **Dr. Kakaes's Own Alternatives Show The Standard Is Not Modular And 3GPP Solutions Are Not Incremental.**

17.   Dr. Kakaes's alternatives prove he is in incorrect about the modular operation of the cellular standards. Below, I have chosen several of his alternatives to explain how removing one feature of the standard has enormous effects.

18.   For example, his alternative to P23894 would require modifying several parts of the 4G standard. P23894 relates to ACK/NACK multiplexing in TDD (time division duplex) mode. In TDD, the uplink and downlink are duplexed in the time domain, meaning that uplink and downlink transmissions use the same frequency but take turns in time. This is in contrast to FDD (frequency division duplex) where uplink and downlink use separate frequencies. For this patent family, Dr. Kakaes points to a 3GPP Technical Specification and describes an alternative that would use a different number of bits for signaling ACK/NACK information, as can be seen below:

| P23894(4G)— U.S. Patent No. 8,699,375 (Claim 1) | |
|---|---|
| **Contribution Rank: 3** | The contribution rank is 3, meaning that the key accused feature provides marginal improvement to the standard relative to available alternatives. <br><br> **Alternative #1:** <br><br> **3GPP TS 36.213 v. 8.3.0[5]** <br><br> *Rank: 3* <br><br> This TS was made available May 2008.  The prior version of the standard included only explicit ACK/NACK information, using 2 bits.  In the accused standard, at most 4 bits would be needed to convey the feedback information according to known, prior standards techniques. The non-infringing alternative of explicitly signaling the information by using 4 instead of 2 bits (as is currently done) would be easy to implement and the additional requirements on the system would be minimal. Furthermore, that small additional requirement would at least partially be offset by freeing up the usage of the different resources to signal other information that might become necessary in the future, thus providing other benefits. |

19.   Dr. Kakaes's alternative is one that he created. The prior version of the

_____
[12] EX-1639 at P23894_4G.

standard, TS 36.213v.8.3.0 did not provide any solution at all for TDD ACK/NACK multiplexing. However, Dr. Kakaes appears to suggest that this signaling could be accomplished by using 4 bits instead of 2 bits, and states that it would be "easy to implement" and that the "additional requirements on the system would be minimal."[13]

20.     While it is difficult to understand much about Dr. Kakaes's alternative, given that he provides only a few sentences, it is clear from his description that the alternative would have a much larger detrimental effect than he describes. According to his description, the ACK/NACK signaling rate would double. Such an increase in control signaling would come from each handset within the cell, and it would have a negative impact on the uplink capacity. Furthermore, if the single-carrier properties of the uplink are to be kept (which was an important and fundamental requirement when developing LTE), a new format for the PUCCH uplink control channel capable of carrying four bits would have to be developed, impacting at least 36.211 (the channel structure itself), 36.213 (resource selection for the channel structures), and 36.331 (RRC signaling to configure the new channel type). It may also require additional frequency resources in the uplink, further reducing the end-user uplink data rates possible, as it is far from obvious that this new PUCCH format can share frequency resources with the existing PUCCH formats in LTE. Therefore, the one change that Dr. Kakaes proposes would require changes to at least three other portions of the standard. This feature is **not** an isolated feature that can easily be swapped out without affecting other parts of the standard.

21.     Another example is the P23893 patent family. This patent family also relates to ACK/NACK feedback reports in TDD mode. Dr. Kakaes proposes three alternatives to this family, all of which would require significant redesign of the

---

[13] *Id.*

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

standard that he does not take into account. Moreover, they all require a ***different*** re-design of the PUCCH uplink control channel than the one he proposes above for P23894. In other words, his alternative for P23893 conflicts with and is likely incompatible with his alternatives for the P23894 family.

22.     His first alternative is to allow uneven distribution of ACK/NACK reports, which does not even attempt to solve the problem the P23893 family addresses. This alternative would require the capability to transmit multiple acknowledgements, beyond what is possible with PUCCH format 1, in a single uplink slot. Dr. Kakaes wrongly suggests that there would be no negative effects to using this alternative, concluding that P23893 provides "no net improvement" over the alternative.[14] This alternative would have a negative impact on coverage, as there may not be power enough to transmit all of the bits at the same time. It would also require uplink control channel (PUCCH) formats capable of the new required number of bits, which would impact several different standard specifications, including at least 36.211 (new channel structure), 36.213 (how/when to select the new PUCCH format), 36.331 (configuration of the new PUCCH format), and possibly 36.212 (coding for the new PUCCH format). Thus, his alternative requires changes to four other technical specifications, proving it is not an isolated, modular feature that can be changed without affecting other parts of the standard.

23.     Dr. Kakaes's second alternative is to use a fixed TDD configuration with an equal number of downlink slots prior to each uplink slot. This would mean that only TDD configurations 2 and 5 in LTE would be possible—TDD configurations 0, 1, 3, 4, and 6 would not be possible in this alternative. Dr. Kakaes nevertheless concludes that P23893 only provides "marginal improvement" over this alternative.[15] Dr. Kakaes minimizes the results of making this change. It would

_____

[14] EX-1639 at P23893;. Kakaes Opening Statement at ¶254.

[15] EX-1639 at P23893;. Kakaes Opening Statement at ¶256.

-10-

have a severe impact on the ability of other systems to co-exist with LTE. In particular, it would affect the co-existence of the 3G TD-SCDMA system used in China with LTE. Coexistence between different systems is extremely important, as two systems operating with incompatible TDD configurations would cause significant mutual and detrimental interference, rendering one or possibly both systems non-functional. Dr. Kakaes's proposed change would not be accepted by operators. It would also be against the fundamental requirements of LTE.[16]

24.     Finally, Dr. Kakaes's third alternative is not a patent or 3GPP Tdoc, but a solution he has created. He proposes an adaptive distribution of ACK/NACKs based on control signaling. He states that it is non-infringing, but to me it is not obvious that including dynamic signaling is non-infringing, as there is still a predetermined rule (although the dynamic signaling is an input to that rule). Assuming it is non-infringing, which is difficult to evaluate based on the sparse detail Dr. Kakaes provides, he again fails to take into account the effect of making such a change on the standard as a whole. Implementing this alternative would require at least additional downlink control signaling, as Dr. Kakaes admits:

---

[16] EX-5521 (3GPP TR 25.913 § 8.2)

**Alternative #3:**

**Adaptive Distribution of ACK/NACKs Based on Control Signaling**

*Rank: 3*

One skilled in the art would have easily understood that one non-infringing alternative would have be to dynamically adapt the spreading or distribution of ACK/NACKs using certain control signaling from the NB. This would be non-infringing because the claim requires the spreading or distribution to be dictated by a "pre-determined" rule rather than a dynamic scheme. The advantage of an adaptive approach would be more flexibility in the scheduler to determine when to send ACK/NACKs or data, thus allowing the system to tradeoff between uplink and downlink performance, as needed. This advantage would come at the cost of more NB signaling to the UE to indicate which spreading/distribution to apply. This signaling could have been done using as little as 1 bit included in each uplink grant from the NB (e.g., to indicate that even or first available distributions should be used).

Thus, the key feature provides a marginal improvement over this obvious, non-infringing alternative, and the rank is 3.[17]

This would impact at least TS 36.212 (new downlink control information formats would need to be specified), TS 36.213 (a procedure on how to interpret this additional signaling is needed), and TS 36.331 (additional RRC configuration messages would be needed to set up the signaling). Depending on the detailed solution, which Dr. Kakaes has not provided, it may also impact 36.321 (if the number of hybrid-ARQ processes are impacted) and 36.306 (if the amount of soft buffer memory in the UE is affected). Dr. Kakaes's solution therefore requires changes to at least three to five different technical specifications, proving the standard is not modular.

25.     These two patent families also illustrate how Dr. Kakaes's "modularity" approach fails to take into account the aggregate effects of his alternatives. For each of these patent families, he proposes adding signaling, and states without proof that the effect is minimal. Given the strict requirements of LTE, and the work that goes into designing every aspect to meet the requirements as a whole, no additional signaling is "minimal." Even assuming Dr. Kakaes is

---

[17] EX-1639 at P23893.

correct, the effect of adding "minimal" additional signaling for every patent family he considers will have a substantial effect on the operation of the standard as a whole.

26.     As a final example, Dr. Kakaes also does not consider the effects his alternative for P23682 will have throughout the standard. His alternative for this patent family again shows that the standard is not "modular" in the way he suggests. For P23682, Dr. Kakaes proposes a modification of his own creation, as can be seen below:

| Contribution Rank: 3 | The contribution rank is 3, meaning that the key accused feature provides a marginal improvement to the standard relative to available alternatives.

**Alternative #1:**

**Modification of Key Accused Feature**

*Rank: 3* |

…

| | As a non-infringing alternative, one could instead design a feature limiting the system to running one ARQ process at a time.  This feature, like the key accused feature, would mitigate the problems associated with attempting to match a dynamically scheduled retransmission of a HARQ process with the initially transmitted HARQ process that was semi-persistently scheduled.  Moreover, this non-infringing alternative would obviate the need for a HARQ Process ID, thereby reducing control overhead.  Thus, the key accused feature provides a marginal improvement over non-infringing alternatives. [18] |

It is somewhat unclear what Dr. Kakaes means by the above. If he is to be taken literally, and a single ARQ process is used in the system, the impact on the overall performance would be dramatic, essentially reducing the data rates to one eighth of what is possible today. This would mean that Ericsson's patent family provides far more than a "marginal improvement."

27.     In Dr. Kakaes's "importance" analysis for this patent family, he notes the following:

---

[18] EX-1639 at P23682.

| Importance Rank: 3 | The importance rank of the accused technology/key feature is 3, meaning that the accused technology/key feature is, at best, of marginal technical value or importance to the 4G standard. |
| | In the absence of said feature, the retransmissions would have to occur using the semi-persistently allocated resources, i.e., the option to retransmit information on dynamically allocated resources would not be present. The effect would be that occasionally the delivery of data would be slightly delayed. This negative effect would be at least partially offset by allowing other transmissions to take place sooner than would otherwise be possible by using the resources that are not being allocated fo the retransmissions. As a result, the overall effect is marginal at best. [19] |

Using his importance analysis to interpret his alternative, it appears that his alternative may be allocating only one ARQ process to semi-persistent scheduling. That is, the retransmission would have to occur using the semi-persistently allocated resources, because the option to retransmit information on dynamically allocated resources would not be present. The effects throughout the standard for this substitution would be dramatic: under this solution, efficient support of voice calls using semi-persistent scheduling would not be possible, because the 20 ms semi-persistent scheduling interval matches the 20 ms VoIP (Voice over IP) frame. The system would be forced to choose between transmitting the next voice packet, or re-transmitting a lost packet, which would cause significantly degraded voice performance. Under either interpretation of Dr. Kakaes's alternatives, this patent family again shows that these features are not isolated, and that Dr. Kakaes cannot swap them out for an alternative without affecting other parts of the standard.

28.    As a summary, these examples demonstrate how the standard is interrelated and interdependent, and why Dr. Kakaes's approach is flawed.

## III.    THE WORK OF 3GPP AND THE WORKING GROUPS IS NOT INCREMENTAL ENGINEERING

29.    Next Dr. Kakaes argues that the work done by 3GPP is to largely "address incremental solutions in a narrow aspect of a given technology."[20] This is

---

[19] *Id.*

[20] Kakaes Opening Statement at ¶¶ 86, 90.

also incorrect. As a concrete example, consider 5G (in 3GPP, called NR, or "New Radio"). Currently, the basic framework of 5G is already quite stable. For example, EX-5522 (3GPP TR 38.802 V1.0.0) is a technical report from RAN1, which lays out features of 5G.[21] According to Dr. Kakaes, the remaining work on 5G would be "incremental." However, we expect that the first release of 5G will be frozen in the summer of 2018, over 18 months from now. During those 18 months, just in four of the RAN Working Groups, there will be at least 44 3GPP Working Group meetings (across the four RAN groups RAN1 to RAN4), each lasting a week and each attended by a conservative average of 200 engineers. RAN1 meetings are attended by as many as 500 engineers. Conservatively, assuming 50% of the time is spent on 5G (and the rest on 4G evolution) there will be 176,000 man-hours spent by engineers in just these four RAN Working Group meetings before the first 5G release is frozen.

30.    This does not include the work done internally at companies across the industry. At Ericsson, the amount of Research and Development that goes into each Working Group meeting is enormous, and involves research and engineering groups that develop technology related to the standardization process but do not actually attend Working Group meetings. That is, the total number of researchers and engineers working on the standard exceeds the numbers that attend the meetings themselves. I expect other companies operate similarly, and know from their technical contributions that significant research and development is performed prior to the Working Group meetings. This is not incremental engineering. This requires significant technical work, by many, many engineers, and also requires significant technical innovation, to achieve the requirements of 5G.

31.    The Furuskär paper also supports this conclusion. As shown in the Furuskär paper, both LTE and WiMAX used a version of OFDM, but there were

---

[21] EX-5522.

significant improvements in spectrum efficiency and cell-edge bitrate gains with the
new, innovative OFDM technologies used in LTE. This is because there was still a
large amount of innovation and new advancements necessary to adapt OFDM to a
cellular system and to meet the requirements of LTE in terms of capacity,
throughput, and latency, among other things. This was not, as Dr. Kakaes suggests,
"incremental engineering."[22] 5G will also support DFT-spread OFDM in the uplink,
one of the "key characteristics" of LTE identified in the Furuskär paper. DFT-
spread OFDM in the uplink will necessarily be different in 5G than it was in LTE.
This illustrates why it is the standard built around the technology, not the
framework, that makes the difference in performance.

32.     I will illustrate this with an analogy. Take a wheel as an example. A
wheel on a horse drawn wagon and a wheel on a modern car are very different, but
they are both wheels. Modern wheels likely contain many new inventions—for
example, rubber tires, air valves, pneumatic tires, tread for increased traction, and
run-flat systems that did not exist for the wooden wagon wheels. Modern wheels
support much higher speeds and much smoother rides for automobile users.

33.     This is like OFDM. Dr. Kakaes is correct that OFDM is not itself a
new technology, and the concept dates back to the 1960s. However, OFDM in
4G/LTE was enhanced and complemented with new inventions, which were
necessary to create a modern, functional system with the requirements the industry
and standardization bodies sought to achieve. The engineering required to create
4G/LTE with OFDM was not "incremental" and should not be dismissed as trivial.
It took years of work in 3GPP by hundreds of engineers to finalize the 4G standard
after it was decided that 4G would utilize OFDM.

---

[22] Kakaes Opening Statement at ¶450.

# IV.   DR. KAKAES IS INCORRECT REGARDING LTE'S KEY CHARACTERISTICS

34.     As a way to devalue Ericsson's patents, Dr. Kakaes describes some "key characteristics" of LTE, and concludes that Ericsson did not invent these features or LTE. He bases these opinions on an Ericsson paper authored by Anders Furuskär titled "The LTE Radio Interface – Key Characteristics and Performance."[23]  While I do cite this paper to support my conclusion that LTE is more efficient than a WiMAX alternative from a resource allocation standpoint, Dr. Kakaes does not accurately portray my analysis or this paper. I will first explain how Dr. Kakaes misinterprets the paper and my analysis. I will also show that Ericsson has essential patents related to Resource Allocation technologies, and in particular has essential patents related to the "key characteristics" from the article that relate to Resource Allocation. Finally, I will explain how the "key characteristics" identified in the article are a good example of how the LTE standard is interrelated, and how the technical innovations in the standard cannot be considered modular.

## A.     Dr. Kakaes Misunderstands The Paper And My Analysis.

35.     First, Dr. Kakaes misunderstands the scope of the Furuskär paper. The paper compares LTE and WiMAX based solely on how decisions for the air interface affect throughput and spectral efficiency. It does not classify, list, or compare **all** of the differences between LTE and WiMAX. The article makes this clear by noting that the evaluated features are not the only important features in LTE:

[23] EX-1450.

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

> ### III. KEY LTE CHARACTERISTICS
>
> Some of the more fundamental features discussed in the previous section are not unique to LTE. E.g. OFDM, multi-antenna transmission, and adaptive modulation and coding are standard techniques used by many systems. On a more detailed level however, LTE distinguishes itself by using more sophisticated solutions than other systems. A list of such characteristics is presented in Table I. For reference, the corresponding solutions used in more basic systems are also listed. This is represented by Mobile WiMAX Wave 2. It should be noted that there are several other features differing between these systems which are not listed, e.g. control signaling robustness, higher layer overhead, and mobility aspects. [24]

As the paper makes clear, it does not model or consider other architectural aspects of LTE, such as higher protocol layer aspects. The paper also does not consider other distinguishing characteristics of LTE, including those that might affect other aspects of performance (such as battery life, frequency of dropped calls, latency). For example, the paper focuses on the data channels and assume that terminals are in the active state, and remain in the same cell during the period of the evaluation. The paper does not consider or evaluate the benefits of higher layer control signaling, such as NAS (Non-Access Stratum) signaling and RRC (Radio Resource Control) signaling, state transitions, connection setup, mobility and quality of service. Mechanisms for initial discovery, synchronization and access to the system are not included in the paper, nor are the functions for authorization, authentication and security.

36.     As shown in my Opening Statement, each of these additional features (e.g., mobility, sleep mode) can have a significant impact on system performance separate and apart from the effects noted in the paper that are specific to certain air interface designs. Therefore, the paper provides excellent evidence of the aspects of LTE it sought to measure, but it is not an authority on **all** of the "key features" of LTE.

---

[24] EX-1450.

37.    In fact, I was very careful to use this article for the analysis that was intended by the author – specific air interface schemes that were covered in the Resource Allocation technology sub-area described in my Opening Statement. To do this, I considered the impact of the highlighted LTE solutions, which relate to Resource Allocation:

TABLE I
LTE KEY CHARACTERISTICS

| Function (slogan used in Fig. 1-2) | LTE | Mobile WiMAX wave 2 | Performance impact |
|---|---|---|---|
| Multiple access (MA) | OFDM in DL, DFT-spread OFDM in UL | OFDM in DL and UL | DFT-spread OFDM reduces the peak-to-average power ratio and reduces terminal complexity, requires one-tap equalizer in base station receiver |
| Uplink power control (PC) | Fractional pathloss compensation | Full pathloss compensation | Fractional pathloss compensation enables flexible trade off between average and cell-edge data rates |
| Scheduling (Scheduling) | Channel dependent in time and frequency domain | Channel dependent in time domain | Access to the frequency domain yields larger scheduling gains |
| MIMO scheme (MIMO) | Horizontal encoding (multiple codewords), closed loop with precoding | Vertical encoding (single codeword) | Horizontal encoding enables per-stream link adaptation and successive interference cancellation (SIC) receivers |
| Modulation and coding scheme granularity (MCS) | Fine granularity (1-2dB apart) | Coarse granularity (2-3dB apart) | Finer granularity enables better link adaptation precision |
| Hybrid ARQ II (HARQ) | Incremental redundancy | Chase combining | Incremental redundancy is more efficient (lower SNR required for given error rate) |
| Frame duration (CQI delay) | 1ms subframes | 5ms frames | Shorter subframes yield lower user plane delay and reduced channel quality feedback delays |
| Overhead / control channel efficiency (OH / CCH eff) | Relatively low OH (while control channels are robust) | Relatively high OH | Lower overhead improves performance |

[25]

38.    As I explained in my Opening Testimony, the basic idea of Resource Allocation is to allocate radio resources and other radio transmission characteristics to the handsets in a fashion that optimizes performance and ensures that as many end users as possible receive service quality that is adequate, even if the capacity of the cell is strained. This is achieved, for example, through mechanisms such as scheduling, modulation and coding scheme selection, and power control.

39.    The four characteristics I highlighted above from the Furuskär paper all relate to the Resource Allocation sub-area. The characteristic "**Scheduling**," listed as "channel dependent in time and frequency domain," is the scheduling of resources in LTE, an essential part of Resource Allocation. The characteristic

---

[25] *Id.*

"**Overhead/control channel efficiency**" is also directly related to performance in the Resource Allocation sub-area, because all advanced Resource Allocation methods need to be supported by the control channels. The control channels act to make the advanced features operable, by providing mechanisms for channel measurements. In order to allocate resources efficiently, the Resource Allocation mechanisms need to have current information on link quality and user needs, and this information is carried over control channels. In order to perform Resource Allocation, it is important to have accurate and timely channel measurements. The characteristic "**frame delay (CQI)**" deals with the timeliness and accuracy of CQI (channel quality information) reporting and is important for overall Resource Allocation performance. Finally, the characteristic "**uplink power control**" and the mentioned "fractional pathloss compensation" relates to Resource Allocation, because it allows the system to regulate the output power in the handset by adjusting one of many parameters involved.

40.    Using Figs. 1 and 2 from the article, I translated this to an approximate benefit conferred by LTE Resource Allocation technologies that use Ericsson's essential patents over WiMAX. I understand that Mr. Kennedy did not use these numbers to put a dollar amount on the benefit of Ericsson's technology, but it is my opinion that this provided a quantification of the technical benefit of the selected LTE Resource Allocation technologies over a WiMAX solution.

41.    In contrast, Dr. Kakaes uses this article in a way that far exceeded its intended reach. The article highlights differences in the usage of similar technologies in different ways between LTE and WiMAX. It is a big leap to say that these are **all** of the "key characteristics" of LTE as a whole. And it is incorrect; these are key *differences* between the LTE and WiMAX air interface *as measured by system throughput,* in the scenario studied. There are many other important characteristics of LTE that are not covered by the paper because (1) LTE and WiMAX have similar limitations, (2) the benefits manifest themselves differently,

or (3) the characteristic relates to a different aspect of the cellular technology.

### B.   Ericsson Does Have Essential Patents On Technology Related To The Articles "Eight Key Features."

42.   Dr. Kakaes also argues that Ericsson does not have patents related to these "key characteristics," which he contends is further proof that Ericsson did not invent LTE. I disagree. Ericsson has patent families on Resource Allocation technologies that relate to Furuskär's "key characteristics."

43.   For example, patent family P23633 relates to channel quality in the uplink. The terminal transmits less detailed reports on periodically assigned resources, and more detailed reports on granted resources. Advantages related to the technology covered by this patent family include better usage of UL resources and more efficient DL scheduling. These technologies enable more efficient control signaling in the uplink by allowing aperiodic bursts of CSI containing detailed information on demand in addition to basic periodic CSI. The advantages also include that the time/frequency resources in the downlink are better utilized since frequency selective scheduling is enabled. Thus, the family relates to the "scheduling" and the "control channel efficiency" characteristics in Furuskär.

44.   This invention also relates to the 1 ms subframes in LTE, as described in the "frame duration" characteristic. The invention of P23633 is especially effective when the subframe lengths are short. In that situation, the fast request-measurement-reporting cycle is enabled by the short subframe length and makes it theoretically feasible to perform efficient and accurate frequency selective scheduling. However, without the invention, the reporting payload in the uplink would be too high due to high resolution high frequency (periodic or aperiodic) reporting feedback. With the invention, the network can make a proper tradeoff between basic low resolution reports and the occasional requested high resolution reports without eating up too much uplink capacity. Thus, while the invention does not directly claim 1 ms subframes, the invention unlocks the potential benefits with

1  such short subframes in a practical working system.

2      45.    As another example, the P24860 family relates to a handset

3  recommending one or more preferred precoders and a first rank to the base station.

4  For example, if a handset receives a message about rank override, then the base

5  station will not follow the handset recommendation regarding rank. The handset

6  will then also receive a message about which precoder columns in the

7  recommended precoder to use in case of rank override. Advantages include

8  minimization of overhead while keeping the possibility for the base station to

9  override the recommended rank and resource allocation. This is an example of a

10 technology falling into the "overhead and efficient control channel design

11 efficiency" characteristic of the Furuskär paper.

12     46.    As another example, the P08804 family relates to the "scheduling in

13 time/frequency" characteristic of the Furuskär paper. The patented technology

14 allows the handset to re-transmit data according to a re-transmission scheduled with

15 a new modulation-and-coding scheme and a new resource allocation. Advantages of

16 this technology include increased link data rate and system capacity, and the

17 possibility to control the location (in time and frequency) to avoid the overall

18 throughput reduction from unnecessarily restricting the scheduler flexibility.

19     **C.    The Paper Shows that the Standard and the Corresponding**

20          **Patented Technologies are Interrelated, Not Modular.**

21     47.    Dr. Kakaes's key characteristics actually provide an example of how

22 interrelated the technologies in LTE are, and how incorrect he is in suggesting that

23 the LTE standard is "modular" and that solutions are not interdependent.

24     48.    As one example, the Furuskär paper describes two key

25 characteristics—scheduling and efficient control channels. Scheduling is

26 accomplished in the time and frequency domains in LTE, instead of just scheduling

27 in the time domain (like WiMAX), as can be seen below in the Furuskär paper:

28

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

| TABLE I |||||
|---|---|---|---|---|
| Function (slogan used in Fig. 1-2) | LTE | Mobile WiMAX wave 2 | Performance impact ||
| Multiple access (MA) | OFDM in DL, DFT-spread OFDM in UL | OFDM in DL and UL | DFT-spread OFDM reduces the peak-to-average power ratio and reduces terminal complexity, requires one-tap equalizer in base station receiver ||
| Uplink power control (PC) | Fractional pathloss compensation | Full pathloss compensation | Fractional pathloss compensation enables flexible trade off between average and cell-edge data rates ||
| Scheduling (Scheduling) | Channel dependent in time and frequency domain | Channel dependent in time domain | Access to the frequency domain yields larger scheduling gains ||

26

49.     Scheduling in the time and frequency domains requires significantly more measurement reporting. That is, the handset needs to give the base station a lot more information about the current channel conditions, in both the time and frequency domain, in order for the scheduler to make efficient scheduling decisions. Without such information, or with only limited or outdated information from the handset, the scheduler will not know which time and frequency combination that should be used for each scheduling decision, which can happen every millisecond. The second characteristic, efficient control channels, can again be seen from the Furuskär article:

| Frame duration (CQI delay) | 1ms subframes | 5ms frames | Shorter subframes yield lower user plane delay and reduced channel quality feedback delays |
|---|---|---|---|
| Overhead / control channel efficiency (OH / CCH eff) | Relatively low OH (while control channels are robust) | Relatively high OH | Lower overhead improves performance |

27

Without these efficient control channels, LTE would not be able to realize all of the benefits of scheduling in both the time and frequency domains.

50.     Therefore, these two "key characteristics" of LTE work together to improve the performance of LTE. Scheduling in time and frequency, but using the less efficient control channels of WiMAX, would not result in the type of performance gains seen in LTE. Instead, the additional reporting would itself consume significant radio resources thereby reducing the overall gains—and this assumes it would even be feasible to transmit with a less efficient control channel

---

[26] EX-1450.

[27] *Id.*

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

design. Or, using scheduling in time and frequency without the efficient LTE control channels might result in much delayed CQI reporting, which would also result in much worse performance, in terms of end user data rates and overall system capacity. This example shows how important this technology is:  in order to enable the benefits of scheduling in time and frequency, LTE needed the more efficient control channels.

51.     One cannot minimize the importance of inventions related to seemingly small solutions such as parts of the control channel structure, because they are often responsible for enabling other parts of the standard to work correctly and according to their technical potential.

## V.     THE "DAHLMAN" CATEGORIES

52.     Dr. Kakaes criticizes the ten technology sub-areas I used for the technical analysis in my Opening Statement. He implies that the technology categories he used—and supposedly created from an LTE book of which I am a co-author—are the only correct categories, and that it was improper from me to use the ones described in my Opening Statement.

53.     First, this is incorrect. While I agree with Dr. Kakaes that the cellular standards can be split up into functional categories, I believe that there are different ways to define these categories, and that there is no single, correct way to do so. But I also believe that my categories, which are drawn along functional lines, are more useful for analyzing the operation of the standard than Dr. Kakaes's.

54.     Second, it is misleading to suggest that Dr. Kakaes's categories were somehow drawn directly from the book "4G LTE/LTE Advanced for Mobile Broadband," which I co-authored with Erik Dahlman and Johan Sköld. Dr. Kakaes states that he will refer to his nine categories as the "Dahlman" categories, after my co-author Erik Dahlman, implying that these categories are related to (or taken from) our book. I disagree with that implication, and wanted to correct it. The nine categories Dr. Kakaes has come up with are not taken from any categorization in

1   our book.

2        55.   Dr. Kakaes's categories appear to either be a compilation of many

3   different portions of our book, or are sometimes not in our book at all. For example,

4   the second category, "network protocols" would include some, but not all, of the

5   material of Chapter 12 ("Retransmission Protocols"), and would presumably

6   include other network protocols not within the book. Likewise, our book does not

7   include "speech and multimedia technologies," "terminal interfaces," or "core

8   network technologies." To the extent we touch on these technologies, there is no

9   comprehensive discussion that should be relied on by Dr. Kakaes or his team.

10       56.   In sum, these categories do not come from our book. It is possible that

11  Dr. Kakaes relied on our book for technology background when defining his

12  categories, but he did not take the categories from our organization or description of

13  the standard. Nor could he have, as he includes categories that are not even covered

14  in the book. Therefore, I find it misleading that he refers to his categories as the

15  "Dahlman Categories."

16  **VI.   CONCLUSION**

17       57.   In conclusion, I disagree with Dr. Kakaes that the cellular standards

18  are "modular," and that the work of 3GPP is "incremental engineering." I also

19  disagree with his analysis of the "LTE Key Characteristics" and the conclusions he

20  draws from this paper.

21       58.   Finally, I find the fact that he named his LTE categories the

22  "Dahlman" categories misleading, as they did not come from the book I co-

23  authored with Erik Dahlman and Johan Sköld.

24       I have personal knowledge of the facts set forth in this Statement, and declare

25  under penalty of perjury and the laws of the United States of America that they are

26  true and correct.

27

28

Executed in Stockholm 27 January 2017

Stefan Parkvall

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VII.  TABLE OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| 1411 | 3GPP TSG RAN WG1 Meeting #63bis, Jan. 17-21, 2011, R1-110001 |
| 1450 | Publication titled "The LTE Radio Interface - Key Characteristics and Performance," by A. Furuskar |
| 1639 | Errata Exhibit 1: Corrected Appendices to Second Supplemental Expert Report of Dr. Apostolos K. "Paul" Kakaes, dated 5/28/16 |
| 5017 | 5/7/2007 -  3GPP Document: R1-072622 (R2-072186) 3GPP TSG RAN WG1 Meeting #49 |
| 5018 | 06/25/2007 -  3GPP Document: R1-073219, Work Item for Meeting: Simultaneous reception of system information and unicast data, 3GPP TSG RAN WG1#49bis, Orlando, Florida, USA June 25-29, 2007 |
| 5520 | 3GPP TSG RAN WG1 Meeting #63, R1-106524, Jacksonville, USA, 15th - 19th November, 2010, LS reply on Timing Requirements for Activation and Deactivation of SCells |
| 5521 | 3GPP TR 25.913 V8.0.0 (2008-12) Technical Report |
| 5522 | 3GPP TR 38.802 V1.0.0 (2016-11) Technical Specification |

REBUTTAL WITNESS DEC. OF DR. STEFAN PARKVALL
CASE NOS. 8:14-cv-00341-JVS-DFMx/2:15-cv-02370-JVS-DFMx

1

### **CERTIFICATE OF SERVICE**

2          Pursuant to Rule 5-3 of the Local Civil Rules of the United States District

3    Court for the Central District of California, I hereby certify under penalty of perjury

4    under the laws of the United States of America that on January 27, 2017, a true

5    copy of the above document was filed through the Court's Electronic Case Filing

6    system and served by that system upon all counsel of record registered for the

7    system and deemed to have consented to electronic service in the above-captioned

8    case.

9

10    Dated:  January 27, 2017                **CROWELL & MORING LLP**

11                                             */s/ John S. Gibson*

12                                             John S. Gibson

13                                             Attorneys for ERICSSON INC. AND
14                                             TELEFONAKTIEBOLAGET LM
                                               ERICSSON

15

16

17

18

19

20

21

22

23

24

25

26

27

28