SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Parties

CROWELL & MORING LLP

John S. Gibson (CSB No. 140647)
  jgibson@crowell.com
Samrah Mahmoud (CSB No. 285168)
  smahmoud@crowell.com
3 Park Plaza, 20th Floor
Irvine, CA  92614
Telephone: (949) 263-8400, Facsimile: (949) 263-8414

Mark A. Klapow (Admitted *pro hac vice*)
  mklapow@crowell.com
1001 Pennsylvania Avenue NW
Washington D.C. 20004
Telephone: (202) 624-2500, Facsimile: (202) 628-5116

Robert B. McNary (CSB No. 253745)
  rmcnary@crowell.com
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5590, Facsimile: (213) 622-2690

MCKOOL SMITH P.C.

Theodore Stevenson, III (Admitted *pro hac vice*)
  tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000, Facsimile: (214) 978-4044

Laurie L. Fitzgerald (Admitted *pro hac vice*)
  lfitzgerald@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700, Facsimile: (512) 692-8744

Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION | |

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, <br><br> Defendants. <br><br>_____ <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, <br><br> Defendants. | Case No. SACV14−00341 JVS (DFMx) <br><br> Consolidated with CV15-02370 <br><br> **NOTICE OF LODGING: SECOND AMENDED JOINT TRIAL EXHIBIT LIST** <br><br> Discovery Cut-Off: May 23, 2016 <br> Pre-Trial Conf.: Jan. 30, 2017 <br> Trial: Feb. 14, 2017 <br><br> Judge: Hon. James V. Selna |

In accordance with Local Rule 16-6.1, the Parties hereby submit their Second Amended Joint Trial Exhibit List.

Respectfully submitted,

Dated: February 27, 2018

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

*/s/ Martin R. Bader*

Martin R. Bader
Attorneys for
TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., et al.

Dated: February 27, 2018   **CROWELL & MORING LLP**

*/s/ John S. Gibson*

John S. Gibson
Attorneys for
ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized the filing.