FILED
CLERK, U.S. DISTRICT COURT

7/5/18

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MAT\_\_\_\_\_ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE LIMITED, TCT MOBILE (US) INC.,**
*Plaintiffs-Appellees*

v.

**TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON INC.,**
*Defendants-Appellants*

_____

2018-1363, -1732

_____

Appeal from the United States District Court for the Central District of California in No. 8:14-cv-00341-JVS-DFM, Judge James V. Selna.
-------------------------------------------------------------------------------

**ERICSSON, INC., TELEFONAKTIEBOLAGET LM ERICSSON,**
*Plaintiffs-Appellants*

v.

**TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE LIMITED, TCT MOBILE (US) INC.,**
*Defendants-Appellees*

| | |
|---|---|
| 2 | TCL COMMUNICATION TECHNOLOGY v. TELEFONAKTIEBOLAGET LM |

---

2018-1380, -1382

---

Appeals from the United States District Court for the Central District of California in No. 2:15-cv-02370-JVS-DFM, Judge James V. Selna.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge*.

**O R D E R**

Upon further consideration,

IT IS ORDERED THAT:

(1) This court's July 3, 2018 order is vacated. For the reasons stated in that order, ECF No. 72 is granted, and the briefs submitted on June 20, 2018 are accepted for filing.

(2) The appellees' brief is due within 40 days from the date of filing of this order.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31