| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
| | STEPHEN S. KORNICZKY, Cal. Bar No. 135532 |
| 3 | skorniczky@sheppardmullin.com |
| | MARTIN R. BADER, Cal. Bar No. 222865 |
| 4 | mbader@sheppardmullin.com |
| | MATTHEW W. HOLDER, Cal. Bar No. 217619 |
| 5 | mholder@sheppardmullin.com |
| | 12275 El Camino Real, Suite 200 |
| 6 | San Diego, California 92130-2006 |
| | Telephone: 858.720.8900 |
| 7 | Facsimile: 858.509.3691 |
| 8 | Attorneys for TCL Parties |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.* | Case No. SACV14−00341 JVS (DFMx) |
| | Consolidated with CV15-02370 |
| Plaintiffs, | |
| v. | **TCL'S NOTICE OF MOTION AND MOTION FOR RETURN OF ROYALTIES PAID PURSUANT TO VACATED JUDGMENT** |
| TELEFONAKTIEBOLAGET LM ERICSSON, *et al.* | |
| Defendants. | Hon. James V. Selna |
| | Hearing Date: March 2, 2020 |
| TELEFONAKTIEBOLAGET LM ERICSSON *et al.*, | Time: 1:30 p.m. |
| | Place: Courtroom 10C |
| Plaintiffs, | |
| v. | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. et al., | |
| Defendants. | |

Case No. 8:14-cv-00341 JVS (DFMx)/CV15-02370/
NOTICE OF TCL'S MOTION FOR RETURN OF PAYMENTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 2, 2020, at 1:30 p.m., in Courtroom 10C of the United States Courthouse located at 411 West Fourth Street, Santa Ana, CA 92701-4516, before the Honorable James V. Selna, plaintiffs TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US) Inc. (collectively "TCL") will and hereby do move the Court to compel restitution of the money paid by TCL to Defendants under the terms of the now-vacated Amended Final Judgment and Injunction, along with interest at an annual rate of 12%. TCL seeks a return of the monies in question no later than fifteen (15) days following the Court's order granting the motion.

TCL's motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Ryan P. Cunningham and exhibits thereto, the Declaration of Nelson Wong and exhibits thereto, the Proposed Order submitted herewith, any supplemental memoranda, evidence, and/or declarations, the Court's file in this case, any matters of which the Court must or may take judicial notice, and any argument at the hearing on this motion. This motion is made following the conference of counsel pursuant to L.R. 7-3, including via letter on December 30, 2019 and telephone conferences on January 20, 2020 and January 27, 2020. (Decl. of Ryan P. Cunningham, ¶¶ 3-5.) Ericsson indicated it will oppose TCL's motion.

Dated: January 27, 2020

Respectfully Submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

*/s/ Matthew W. Holder*
STEPHEN S. KORNICZKY
MARTIN R. BADER
MATHEW W. HOLDER
Attorneys for
TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., et al.