CROWELL & MORING LLP
John S. Gibson, (CSB No. 140647, jgibson@crowell.com)
Akhil Sheth (CSB No. 294721, asheth@crowell.com)
3 Park Plaza, 20th Floor, Irvine, California 92614
Phone: (949) 263-8400 Fax: (949) 263-8414

Robert B. McNary (CSB No. 253745, rmcnary@crowell.com)
515 S. Flower Street, 40th Floor, Los Angeles, California 90071
Phone: (213) 443-5590 Fax: (213) 622-2690

MCKOOL SMITH P.C.
Theodore Stevenson, III (Admitted *pro hac vice*, tstevenson@mckoolsmith.com)
Nicholas Mathews (Admitted *pro hac vice*, nmathews@mckoolsmith.com)
300 Crescent Court, Suite 1500, Dallas, Texas 75201
Telephone: (214) 978-4000 Fax: (214) 978-4044

Attorneys for Ericsson Inc. and Telefonaktiebolaget LM Ericsson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>    v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*,<br><br>    Defendants/Counterclaim-Plaintiffs.<br><br>ERICSSON INC., *et al.*,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>    v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*,<br><br>    Defendants/Counterclaim-Plaintiffs. | Case No. 8:14-CV-00341 JVS-DFMx<br>Case No. 2:15-CV-02370 JVS-DFMx<br><br>**ERICSSON'S OPPOSITION TO TCL'S MOTION FOR RETURN OF ROYALTIES PAID**<br><br>Hon. James V. Selna<br>Hearing Date: March 2, 2020<br>Time: 1:30 PM<br>Place: Courtroom 10C<br><br>**REDACTED VERSION** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

ERICSSON'S OPPOSITION TO TCL'S MOTION FOR RETURN
OF ROYALTIES PAID
CASE NOS. 8:14-cv-00341-JVS-DFMX/2:15-cv-02370-JVS-DFMx

REDACTED