UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   8:14–cv–00341–JVS–DFM          Date   3/2/2020

Title   TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD V. TELEFONAKTIENBOLAGET LM ERICSSON ET AL

Present: The Honorable   James V. Selna , U. S. District Judge

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stephen Korniczky | John Gibson, Akhil Sheth |
| Martin Bader | Christine Woodin, Nicholas Mathew |
| | Matthew Holder, Ted Stevenson |

**Proceedings:    TCLs Motion for Return of Royalties Paid Pursuant to Vacated Judgment [1976]**

    Cause is called for hearing and counsel make their appearances. The Courts tentative ruling is issued. Motion is argued and taken under submission.

    Scheduling Conference is set for March 31, 2020 at 1:30 p.m.

:50

Initials of Preparer:  lb