UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-00341JVS(ANx) | Date | March 2, 2020 |
| Title | TCL Communication Technology Holdings, Ltd v Telefonaktienbolaget LM Ericsson, et al | | |

| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |
|---|---|

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] REDACTED Minute Order re Motion for Refund of Royalty Payments

Pursuant to the Judgment herein, TCL Communications Technology Holdings, Ltd. *et al.* (collectively "TCL") paid approximately $__ million as a release payment for use of Telefonaktienbolaget LM Ericsson's ("Ericsson") patents prior to Judgment. Subsequent to the Judgment, TCL made quarterly royalty payments of approximately $__. Total royalty payments are $_____.

On December 5, 2019, the Federal Circuit reversed and vacated the judgment, holding that Ericson had been denied it Seventh Amendment right to a jury trial. TCL Communications Technology Holdings, Ltd. v. Telefonaktienbolaget LM Ericsson, 943 F.3d 1360 (Fed. Cir. 2019).

TCL now moves for a return of all payment pursuant to the Judgement, plus interest. (Docket No. 198-1.) Ericsson has filed an opposition (Docket No. 189-1), and TCL has replied (Docket No. 194.)

For the reason stated below, the Court grants the Motion in part.

I.   Legal Standard.

TCL asserts, and Ericsson does not dispute, that the usual rule would require repayment where the judgment supporting the original payments has been reversed. Baltimore & O.R. Co. v. United States, 279 U.S. 781, 786 (1929); Broadcom Corp. v. Qualcomm Inc., 585 F. Supp. 2d 1187, 1189 (C.D. Cal. 2008).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-00341JVS(ANx) | Date | March 2, 2020 |
| Title | TCL Communication Technology Holdings, Ltd v Telefonaktienbolaget LM Ericsson, et al | | |

However, equitable considerations may come into play which mandate a partial repayment or no repayment at all. Logan v. Tiegs, 2008 U.S. Dist. LEXIS 77470 (D. Or. Cot 1, 2008); Ryu v. Hope, 2019 U.S. Dist LEXIS 46258, at *8-*9 (S.D. N.Y. Jan. 22, 2019). Restitution is a matter of solid equitable discretion. Texaco P.R., Inc. v. Department of Consumer Affairs, 60 F.3d 867, 873 (1st Cir. 1995).

II. Discussion.

Two facts are pivotal in the Court's analysis. First, TCL has agreed that this action will resolve all back royalties due as well as future royalty rates. Thus, TCL will pay some amount of money regardless of the ultimate disposition of the FRAND dispute.[1] Second, for most of the period between 2007 and 2019, TCL has paid no royalties other than those flowing from the Judgment. (See Docket No. 1938, p. 4.)

Equity and common sense dictate that at the end of day under virtually any scenario, TCL will pay a royalty for past and future use of Ericsson's patents. On these facts, there is only a limited basis for a refund.

Using the testimony of TCL experts,_____. (Bailey Decl., ¶ 14.) TCL disputes the computation, but offers none of its own. TCL does not face up to the reality that in the end it will pay.

The Court orders the parties to meet and confer for the purpose of agreeing on the amount due under TCL's best-case scenario, and report back to the Court within thirty days. If the parties fail to agree, they shall each submit a calculation with supporting evidence.

It is the Court's intent to order a refund of the difference between the amounts paid and the amount due under a best-case scenario for TCL. This does not "give offense to equity and good conscience." Atlantic Coast Line R. Co. v. State of Florida, 295 U.S. 301, 309 (1935). Indeed, it does equity.

---

[1] That may be some form of Offer A or B advanced by Ericsson or lesser royalties proposed by TCL, or some other rate which the jury finds supported by the evidence.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 14-00341JVS(ANx)                           Date   March 2, 2020

Title   TCL Communication Technology Holdings, Ltd v Telefonaktienbolaget LM Ericsson, et al

The Motion is granted in part subject to further proceedings.

:   0

Initials of Preparer   lmb