| | |
|---|---|
| 1 | KELLER/ANDERLE LLP |
| 2 | Chase A. Scolnick, (CSB No. 227631) |
|   | cscolnick@kelleranderle.com |
| 3 | 18300 Von Karman Ave., Suite 930 |
|   | Irvine, California 92612 |
| 4 | Tel.: 949.476.8700 |
| 5 | Fax: 949.476.0900 |
| 6 | MCKOOL SMITH P.C. |
|   | Theodore Stevenson, III (Admitted *pro hac vice*) |
| 7 | tstevenson@mckoolsmith.com |
|   | Nicholas Mathews (Admitted *pro hac vice*,) |
| 8 | nmathews@mckoolsmith.com |
|   | 300 Crescent Court, Suite 1500 |
| 9 | Dallas, Texas 75201 |
| 10 | Tel.: 214.978.4000 |
|   | Fax: 214.978.4044 |
| 11 | *Attorneys for Ericsson Inc. and* |
| 12 | *Telefonaktiebolaget LM Ericsson* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | Case No. 14-CV-00341 JVS-DFMx  Consolidated with 15-CV-02370 |
| Plaintiffs/Counterclaim-Defendants, | **ERICSSON'S NOTICE OF MOTION AND MOTION TO ENFORCE COURT ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| v. | |
| TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*, | |
| Defendants/Counterclaim-Plaintiffs. | |
| | **REDACTED VERSION** |
| ERICSSON INC., *et al.*, | |
| Plaintiffs/Counterclaim-Defendants, | Hon. James V. Selna |
| v. | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*, | |
| Defendants/Counterclaim-Plaintiffs. | |

REDACTED