SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar No. 217619
mholder@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for TCL Parties

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, *et al.*<br><br>Defendants. | Case No. SACV14−00341 JVS (DFMx)<br><br>Consolidated with CV15-02370<br><br>**TCL'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO ERICSSON'S MOTION TO ENFORCE COURT ORDER**<br><br>Hon. James V. Selna<br>Hearing Date: July 26, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 10C |
| TELEFONAKTIEBOLAGET LM ERICSSON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD. *et al.*,<br><br>Defendants. | |

1    Pursuant to Local Rule 79-5.2.2(b), the TCL Plaintiffs (collectively, "TCL"),
2 by and through their counsel, respectfully submit this Application for an order
3 permitting them to file under seal the documents listed below:

4    • TCL's Opposition to Ericsson's Motion to Enforce Court Order.
5    • The Declaration of Matthew W. Holder in Support of TCL's
6      Opposition to Ericsson's Motion to Enforce Court Order, and Exhibits
7      1-5 thereto.
8    • The Declaration of Yang Chen in Support of TCL's Opposition to
9      Ericsson's Motion to Enforce Court Order.

10    The materials requested to be filed under seal contain information the parties
11 have designated or treated as confidential under the Protective Order in this case.
12 (Dkt. 72.)
13    Enclosed with this Application is:
14    1.   The proposed order granting the Application.  *See* L.R. 79-5.2.2(a),
15 cited by L.R. 79-5.2.2(b).
16    2.   The Declaration of Matthew W. Holder in Support of TCL's
17 Application to File Under Seal its Opposition to Ericsson's Motion to Enforce Court
18 Order.
19    3.   A redacted version of TCL's Opposition to Ericsson's Motion to
20 Enforce Court Order.
21    4.   A redacted version of The Declaration of Matthew W. Holder in
22 Support of TCL's Opposition to Ericsson's Motion to Enforce Court Order, and
23 Exhibits 1-5 thereto.
24    5.   A redacted version of The Declaration of Yang Chen in Support of
25 TCL's Opposition to Ericsson's Motion to Enforce Court Order.
26    For TCL's Opposition to Ericsson's Motion to Enforce Court Order, TCL
27 intends to follow the direction of the Court's Order of May 3, 2016 (Dkt. 718), and
28 shall, within seven days of the Court's order granting this application, file and serve

1  under seal a version highlighting in red no more than 15 words for redaction on the
2  basis of confidentiality along with a list of the terms highlighted, pursuant to this
3  case's Confidentiality Order, Dkt. 72, as authorized by Civil Local Rule 79-5.2 and
4  in compliance with Fed. Cir. Rule 27(m).
5  Dated:  July 5, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s/ *Stephen S. Korniczky*
STEPHEN S. KORNICZKY
MARTIN R. BADER
MATTHEW W. HOLDER
Attorneys for TCL Communication Technology
Holdings, Ltd., et al.